United States of America

VS.

Doolin, Perkins

Civil/Criminal No. __21 Cr.447 (CJN)__

Government ✔
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| 100 Series – Capitol Building and Grounds Maps, Diagrams, Demonstrative Aids | | | | | |
| 101 | Map of Restricted Perimeter | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| 102 | Capitol Building – 3D Map | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| 102.1 | Capitol Building – 3D Map Demonstrative | 3/7/23 | | Captain Sean Patton Blake Miller (ofc) | |
| 103 | Capitol Building – Zoomed In 3D Map | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| 103.1 | Capitol Building -Zoomed In 3D Map Demonstrative | 3/7/23 | | Captain Sean Patton | |
| 104 | Photograph of the Capitol | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| 105 | Photograph of "Area Closed" signs | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| 106 | Photograph of "Area Closed" signs | 3/7/23 | 3/7/23 | Captain Sean Patton | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 107 | Photograph of "Area Closed" signs | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| 108 | Photograph of "Area Closed" signs | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| 109 | Photograph of "Area Closed" signs | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| 110 | Closure of West Front Police Order | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| 111 | Ground Closure Announcement | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| 200 Series – United States Capitol Police (USCP) Closed Circuit Video (CCV) | | | | | |
| 201 | USCP CCV Montage | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| 202 | USCP West Front Montage | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| 203 | USCP CCV Pence Motorcade | 3/9 | 3/9 | LANELLE HAWA | |
| 204 | USCP CCV Pence Relocation | 3/9 | 3/9 | LANELLE HAWA | |
| 205 | USCP CCV Tunnel | 3/7/23 | 3/7/23 | Captain Sean Patton SA Timothy Taylor | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | 300 Series - MPD Body Worn Camera Footage | | | | |
| 301 | Lattimore | 3/10/23 | 3/10/23 | SA Timothy Taylor | |
| 302 | Cook-Barnes | 3/7/23 | 3/7/23 | MPD Officer Stephen Cooke-Barnes SA Timothy Taylor Pastor Michael Ivey | |
| 303 | Smiley | 3/10/23 | 3/10/23 | SA Timothy Taylor | |
| 304 | Mays | | | | |
| 305 | Mertus | 3/7/23 | 3/7/23 | Officer Stephen Cooke-Barnes SA Timothy Taylor Pastor Michael Ivey | |
| 306 | Turner | 3/8/23 | 3/8/23 | Officer Tommie Grable SA Timothy Taylor | |
| 307 | Parker | 3/7/23 | 3/7/23 | Ofc. S. Cooke-Barnes Ofc. Tommie Grable Ofc. Anil Parker SA Timothy Taylor | |
| 308 | Rodriguez | 3/7/23 | 3/7/23 | officer Stephen Cooke-Barnes SA Timothy Taylor Pastor Michael Ivey | |
| 309 | Sharp | | | | |
| 310 | Bennett | | | | |
| 311 | Valentin-Aponte | 3/14/23 | 3/14/23 | Joshua Doolin | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 312 | Follman | | | | |
| 313 | Smith | 3/7 23 | 3/7/23 | Captain Sean Patton SA Timothy Taylor MPD Sgt William BOGNER | Joshua Doolin |
| 314 | Sullivan | | | | |
| 315 | Moore | | | | |
| 316 | Graziano | | | | |
| 317 | Nugent | 3/10/23 | 3/10/23 | SA Timothy Taylor Joshua Doolin | |
| 318 | Hiligh | 3/7/23 | 3/7/23 | Captain Sean Patton SA Timothy Taylor | |
| 319 | Grable | 3/8/23 | 3/8/23 | Officer Tommie Grable Ofc Jeffrey EPD SA Timothy Taylor | |
| 320 | Foulds | | | | |
| 321 | Bogner | | | | |
| 322 | Deschaines | | | | |
| | 400 Series – Third Party Photographs and Video | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **West Plaza** | | | | |
| 401 | Clip from EdtwarBfukKGo7cgf | 3\|7\|23 | 3\|7\|23 | Captain Sean Patton | |
| 402 | Clip from 316951856_5815337231837053 | 3\|7\|23 | 3\|7\|23 | Captain Sean Patton | |
| 403 | Clip from liTeu1lKt5jf- | 3\|7\|23 | 3\|7\|23 | Captain Sean Patton Ofc. Tommie Grable SA Timothy Taylor | |
| 404 | Clip from Clip from pg5QezMoijreFiTZs | 3\|7\|23 | 3\|7\|23 | Captain Sean Patton SA Timothy Taylor | |
| 405 | Clip from Capitol Riot - Police Actions_clipA | 3\|7\|23 | 3\|7\|23 | Captain Sean Patton SA Timothy Taylor Ofc. Tommie Grable Joshua Dedlith SA Mark Dennis | |
| 406 | Clip from Storm The Capital w dream floral._clipA | 3\|7\|23 | 3\|7\|23 | Captain Sean Patton Ofc. Tommie Grable SA Timothy Taylor | Joshua Dodson |
| 407 | Clip from 319322899 | 3\|7\|23 | 3\|7\|23 | Captain Sean Patton SA Timothy Taylor | |
| 408 | Clip from httpswww.facebook.com1488464466 | 3\|7\|23 | 3\|7\|23 | Captain Sean Patton SA Timothy Taylor Pastor Michael Ivey | |
| 409 | Clip from nlFevozDh1V0 | 3\|7\|23 | 3\|7\|23 | Captain Sean Patton | |
| 410 | Clip from 319367134_1118945898818871 | 3\|7\|23 | 3\|7\|23 | Captain Sean Patton | |
| 411 | Clip from Exclusive Video Footage Of Peaceful | 3\|7\|23 | 3\|7\|23 | Captain Sean Patton Ofc. Tommie Grable | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 412 | Clip from HpFLIM31glU3_clipA | 3/7/23 | 3/7/23 | Captain Sean Patton ofc. Tommie Gable | |
| | Upper West Terrace | | | | |
| 413 | Clip from [youtube] DC Peaceful Protest-D1SW68e9Ulg_1 | 3/7/23 | 3/7/23 | Captain Sean Patton SA Timothy Taylor | |
| 414 | Clip from ozYfj457RdhtFRA24 | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| | Lower West Terrace | | | | |
| 415 | Clip from 20210106_161623 (1) | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| 416 | Clip from Ex 31 | 3/7/23 | 3/7/23 | Captain Sean Patton SA Timothy Taylor | |
| 417 | Clip from 8fi7VdLTLcln | 3/7/23 | 3/7/23 | Captain Sean Patton | |
| 418 | Clip from 410pm_clipA | 3/7/23 | 3/7/23 | Captain Sean Patton SA Timothy Taylor Joshua Doolin | |
| 419 | Clip from 410pm_clipB | 3/7/23 | 3/7/23 | Captain Sean Patton SA Timothy Taylor William Chappell | Pastor M. Ivey |
| 420 | Clip from 5158304334210035 | 3/7/23 | 3/7/23 | Captain Sean Patton SA Timothy Taylor Joshua Doolin | |
| 421 | Clip from 20210106 170000-mp4 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | 500 Series – Interview Audio and Exhibits | | |
| 501 | Audio Recording of Doolin's Interview | 3\|8\|23 | 3\|8\|23 | SA Mark Dennis Joshua Doolin | |
| 502 | Transcript of Doolin's Interview | | | | |
| 503 | Miranda Waiver | 3\|8\|23 | 3\|8\|23 | SA Mark Dennis | |
| 504 | Photographic Packet Shown to J.Doolin | 3\|8\|23 | 3\|8\|23 | SA Mark Dennis Joshua Doolin | |
| | | | 600 Series – Search Warrant Materials | | |
| 601 | Photograph Doolin SW (834 Tavares) | 3\|10\|23 | 3\|10\|23 | SA Timothy Taylor | |
| 602 | Photograph Doolin SW (834 Tavares) | 3\|10\|23 | 3\|10\|23 | SA Timothy Taylor | |
| 603 | Photograph Doolin SW (834 Tavares) | 3\|10\|23 | 3\|10\|23 | SA Timothy Taylor | |
| 604 | Photograph Doolin SW (834 Tavares) | 3\|10\|23 | 3\|10\|23 | SA Timothy Taylor | |
| 605 | Photograph Doolin SW (Brown Coat) | 3\|10\|23 | 3\|10\|23 | SA Timothy Taylor | |
| 606 | Photograph Doolin SW (Cell Phones) | 3\|10\|23 | 3\|10\|23 | SA Timothy Taylor | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 607 | Photograph Doolin SW (Bedroom) | 3/10/23 | 3/10/23 | SA Timothy Taylor | |
| 608 | Photograph Doolin SW (Brown Coat on Bed) | 3/10/23 | 3/10/23 | SA Timothy Taylor | |
| 609 | Photograph Doolin SW (Brown Coat) | 3/10/23 | 3/10/23 | SA Timothy Taylor | |
| 610 | Photograph Doolin SW (Shirt in Tub) | 3/10/23 | 3/10/23 | SA Timothy Taylor | |
| 611 | Photograph Doolin SW (Shirt) | 3/10/23 | 3/10/23 | SA Timothy Taylor | |
| 612 | Photograph Doolin SW (Gloves in Tub) | 3/10/23 | 3/10/23 | SA Timothy Taylor | |
| 613 | Photograph Doolin SW (Gloves) | 3/10/23 | 3/10/23 | SA Timothy Taylor | |
| 614 | Photograph Doolin SW (Firearm in Box) | | | | |
| 615 | Photograph Doolin SW (Firearm in Box) | | | | |
| 616 | Photograph Doolin SW (Closet) | | | | |
| 617 | Photograph Doolin SW (Pellet Gun) | | | | |
| 618 | Photograph Doolin SW (Body Armor) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 619 | Photograph Doolin SW (Tactical Vest in Closet) | | | | |
| 620 | Photograph Doolin SW (Tactical Vest) | | | | |
| 621 | Photograph Doolin SW (Airsoft Gun) | | | | |
| 622 | Photograph Doolin SW (Doolin) | | | | |
| 623 | Shirt Recovered from 834 Tavares | 3/10/23 | 3/10/23 | SA Timothy Taylor | |
| 624 | Jacket recovered from 834 Tavares | 3/10/23 | 3/10/23 | SA Timothy Taylor | |
| 625 | Glove recovered from 834 Tavares | 3/10/23 | 3/10/23 | SA Timothy Taylor | |
| 626 | iPhone 11 recovered from 834 Tavares | | | | |
| 627 | Photograph Perkins SW (493 Miley Road) | 3/8/23 | 3/8/23 | Ofc. Jeffrey Erb | |
| 628 | Photograph Perkins SW (493 Miley Road) | 3/8/23 | 3/8/23 | Ofc. Jeffrey Erb | |
| 629 | Photograph Perkins SW (Cell Phone) | 3/8/23 | 3/8/23 | Ofc. Jeffrey Erb | |
| 630 | Photograph Perkins SW (Shoes) | 3/8/23 | 3/8/23 | Ofc. Jeffrey Erb | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 631 | Photograph Perkins SW (Cell Phone) | 3/8/23 | 3/8/23 | Ofc. Jeffrey Erb | |
| 632 | Photograph Perkins SW (Cell Phone) | 3/8/23 | 3/8/23 | Ofc. Jeffrey Erb | |
| 633 | Photograph Perkins SW (Closet 1) | 3/8/23 | 3/8/23 | Ofc. Jeffrey Erb | |
| 634 | Photograph Perkins SW (Closet 2) | 3/8/23 | 3/8/23 | Ofc. Jeffrey Erb | |
| 635 | Photograph Perkins SW (Black Sweatshirt) | 3/8/23 | 3/8/23 | Ofc. Jeffrey Erb | |
| 636 | Photograph Perkins SW (Cell Phone) | 3/8/23 | 3/8/23 | Ofc. Jeffrey Erb | |
| 637 | Photograph Perkins SW (Cell Phones) | 3/8/23 | 3/8/23 | Ofc. Jeffrey Erb | |
| 638 | Hooded sweatshirt recovered from 493 Miley Road | 3/8/23 | 3/8/23 | Ofc. Jeffrey Erb | |
| 639 | Cell phone recovered from 493 Miley Road | 3/8/23 | 3/8/23 | Ofc. Jeffrey Erb | |
| 640 | Photographs Pollock SW (5325 N. Galloway Road) | 3/10/23 | 3/10/23 | SA Timothy Taylor | |
| 641 | Photographs Pollock SW (Trailer) | | | | |
| 642 | Photographs Pollock SW (Van) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 643 | Photographs Pollock SW (Vest) | | | | |
| 644 | Photographs Pollock SW (Vest) | | | | |
| 645 | Photographs Pollock SW (Vest) | | | | |
| 646 | Photographs Pollock SW (Van) | | | | |
| 647 | Photographs Pollock SW (Van) | | | | |
| 648 | Photographs Pollock SW (Cell Phone) | | | | |
| 649 | Photographs Pollock SW (Radio) | | | | |
| 650 | Photographs Pollock SW (Black Shirt) | | | | |
| 651 | Photographs Pollock SW (Black Shirt) | | | | |
| 652 | Photographs Pollock SW (Black Shirt) | | | | |
| 653 | Black Shirt recovered from 5325 N. Galloway Road | | | | |
| 654 | Militia of One recovered from 5325 N. Galloway Road | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 655 | Trump 2020 Flag recovered from 5325 N. Galloway Road | | | | |
| 656 | Tactical Armed Vest recovered from 5325 N. Galloway Road | | | | |
| 657 | Walkie-Talkie recovered from 5325 N. Galloway Road | | | | |
| 658 | iPhone 8 recovered from 5325 N. Galloway Road | | | | |
| | 700 Series – Cell Phone and Cloud Account Extraction | | | | |
| | **O.Pollock iPhone 8 Plus** | | | | |
| 701 | Cellebrite Forensic Extraction Report (O.Pollock iPhone 8 Plus) | | | | |
| 702 | Cellebrite Report Instant Messages (O.Pollock iPhone 8 Plus) | | | | |
| 703 | Cellebrite Native Message 1 Conversation Bubbles (O.Pollock iPhone 8 Plus) | | | | |
| 704 | Cellebrite Native Message 2 Conversation Bubbles (O.Pollock iPhone 8 Plus) | | | | |
| 705 | Photograph O. Pollock WW2 Florida Monument (O.Pollock iPhone 8 Plus) | | | | |
| 706 | Photograph Pollocks on Lincoln Memorial Steps (O.Pollock iPhone 8 Plus) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 707 | Photograph Helmet on Bed (O.Pollock iPhone 8 Plus) | | | | |
| 708 | Photograph Capitol on January 6, 2021 (O.Pollock iPhone 8 Plus) | | | | |
| 709 | Photograph Capitol on January 6, 2021 (O.Pollock iPhone 8 Plus) | | | | |
| 710 | Screenshot of Rotunda Doors on January 6, 2021 (O.Pollock iPhone 8 Plus) | | | | |
| 711 | Video Rotunda (O.Pollock iPhone 8 Plus) | | | | |
| | **Doolin iPhone 11 (1B1)** | | | | |
| 712 | Cellebrite Forensic Extraction Report (Doolin iPhone 11 (1B1)) | | | | |
| 713 | Cellebrite Report Images (Doolin iPhone 11 (1B1)) | 3/9 | 3/9 | FBI SPCL AGT MICHAEL KLEPAC | |
| 713.1 | Photograph -- 0tcvF_100 | 3/9 | 3/9 | FBI AGT MICHAEL KLEPAC | |
| 713.2 | Photograph -- 0Xn23_100 | 3/9 | 3/9 | MRHAEL KLEPAC | |
| 713.3 | Photograph -- 1a3M0_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 713.4 | Photograph -- 3syTo_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 713.5 - 713.7 | Omitted | | | | |
| 713.8 | Photograph -- 5505 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 713.9 - 713.13 | Omitted | | | | |
| 713.14 | Photograph -- 5fxbl_100 | 3/7/23 | 3/9/23 | Captain Sean Patton MICHAEL KLEPAC SA Timothy Taylor | William Chappell |
| 713.15 - 713.16 | Omitted | | | | |
| 713.17 | Photograph -- 63165390450 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 713.18 | Photograph -- 9e4wy_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 713.19 | Omitted | | | | |
| 713.20 | Photograph -- aBaL3_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 713.21 | Omitted | | | | |
| 713.22 | Photograph -- awmwG_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 713.23 - | Omitted | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 713.24 | | | | | |
| 713.25 | Photograph -- JAWea_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 713.26 | Photograph -- jHLOx_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 713.27 | Omitted | | | | |
| 713.28 | Photograph -- mlxGT_100 | 3/9 | 3/9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 713.29 | Photograph -- MKYn8_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 713.30 | Photograph -- rTyqj_10 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 713.31 | Photograph -- tyg43_1000 | 3/9 | 3/9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 713.32 | Photograph -- uX27c_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 713.33 | Photograph -- vAWW6_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714 | Cellebrite Report Video Report (Doolin iPhone 11 (1B1)) | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.1 | Video -- 0xN23_b_irS | 3/9 | 3/9 | MICHAEL KLEPAC | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 714.2 | Video -- 1a3M0 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.3 | Video -- 1ogCC_100 | 3/9 | 3/9 | Joshua Doolin MICHAEL KLEPAC | |
| 714.4 | Video -- 1RWJw_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.5 | Video -- 3ilNF_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.6 | Video -- 63165390450_ | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.7 | Video -- 631655987 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.8 | Video -- 6Pr6b_100 | 3/9 | 3/9 | SA Timothy Taylor Joshua Doolin MICHAEL KLEPAC | |
| 714.9 | Video -- 8x1Lt_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.10 | Video -- 9qc6N_b_lKv | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.11 | Video -- aBaL3_b_cHH | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.12 | Video -- AbVTa_b_KSo | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.13 | Video -- ant9V_100 | 3/9 | 3/9 | SA Timothy Taylor MICHAEL KLEPAC | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 714.14 | Video -- awmwG_b_Eco | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 714.15 | Video -- bb17W_100 | 3\|9 | 3\|9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 714.16 | Video -- d29a0f5f-3188-4091-822c-6ab5ad | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 714.17 | Video -- DkT6H_100 | 3\|9 | 3\|9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 714.18 | Video -- Efkhr_100 | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 714.19 | Video -- emYf5_b_JNs | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 714.20 | Video -- f5jui_100 | 3\|9 | 3\|9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 714.21 | Video -- F9z4c_100 | 3\|9 | 3\|9 | SA Timothy Taylor Joshua Doolin MICHAEL KLEPAC | |
| 714.22 | Video -- gEpl7_100 | 3\|9 | 3\|9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 714.23 | Video -- IAGSr_100 | 3\|9 | 3\|9 | SA Timothy Taylor William Chrestman MICHAEL KLEPAC | |
| 714.24 | Video -- iGfl0_100 | 3\|9 | 3\|9 | SA Timothy Taylor Joshua Doolin MICHAEL KLEPAC | |
| 714.25 | Video -- ilTwm_100 | 3\|9 | 3\|9 | Pastor Michael Ivey MICHAEL KLEPAC | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 714.26 | Video -- IMG_2399 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.27 | Video -- IMG_2402 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.28 | Video -- imMBs_100 | 3/9 | 3/9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 714.29 | Video -- J2zzE_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.30 | Video -- Ka5rd_100 | 3/9 | 3/9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 714.31 | Video -- IGuFW_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.32 | Video -- LQYCf_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.33 | Video -- mezsQ_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.34 | Video -- mIxGT_b_Uvj | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.35 | Video -- mKcGf_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.36 | Video -- ppaQi_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.37 | Video -- PPjsu_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 714.38 | Video -- qM2VX_100 | 3/9 | 3/9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 714.39 | Video -- QyflA_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.40 | Video -- rnGpm_100 | 3/9 | 3/9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 714.41 | Video -- rTyqj_b_G5s | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.42 | Video -- S2ope_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.43 | Video -- SFiwf_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.44 | Video -- shdui_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.45 | Video -- TAZda_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.46 | Video -- tvPk3_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.47 | Video -- VUjxV_b_bep | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.48 | Video -- W3ubP_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.49 | Video -- wcepK_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 714.50 | Video -- WdNi3_100 | 3/9 | 3/9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 714.51 | Video -- Yc08w_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 714.52 | Video -- YIFlh_100 | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 715 | Cellebrite Report Instant Messages (Doolin iPhone 11 (1B1)) | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 716 | Cellebrite Report Native Message Report (Doolin iPhone 11 (1B1)) | 3/9 | 3/9 | MICHAEL KLEPAC | |
| 717 | Cellebrite Report Native Messages 1 Conversation Bubbles (Doolin iPhone 11 (1B1)) | 3/9 | 3/9 | SA Timothy Taylor Joshua Doolin MICHAEL KLEPAC | |
| 718 | Cellebrite Report Native Messages 2 Conversation Bubbles (Doolin iPhone 11 (1B1)) | 3/9 | 3/9 | SA Timothy Taylor Joshua Doolin MICHAEL KLEPAC | |
| 719 | Cellebrite Report Native Messages 3 Conversation Bubbles (Doolin iPhone 11 (1B1)) | 3/9 | 3/9 | SA Timothy Taylor William Chappell Joshua Doolin MICHAEL KLEPAC | |
| | **Doolin iPhone 11 (1B7)** | | | | |
| 720 | Cellebrite Forensic Extraction Report (Doolin iPhone 11 (1B7)) | | | | |
| 721 | Cellebrite Native Messages Report (Doolin iPhone 11 (1B7)) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 722 | Cellebrite SnapChat Items (Doolin iPhone 11 (1B7)) | | | | |
| 723 | Cellebrite Report WhatsApp Conversation Bubbles (Doolin iPhone 11 (1B1)) | 3\|9 | 3\|9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 724 | Cellebrite Video Extraction Report (Doolin iPhone 11 (1B7)) | | | | |
| 724.1 | Video Upper West Terrace (Doolin iPhone 11 (1B7)) | | | | |
| 724.2 | Video Upper West Terrace (Doolin iPhone 11 (1B7)) | | | | |
| 725 | Cellebrite Web History Report (Doolin iPhone 11 (1B7) | | | | |
| | **Doolin iCloud** | | | | |
| 726 | Forensic Extraction Report iCloud Return for josh8384@icloud.com | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 727 | Photograph Lincoln Memorial | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 728 | Photograph J. Doolin, J. Hutchinson, J. Pollock, O. Pollock, and others at Lincoln Memorial | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 729 | Photograph of J. Doolin, J. Pollock, and others on a truck holding American flag | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 730 | Photograph of J. Doolin, J. Hutchinson, J. Hutchinson, and another individual | 3\|9 | 3\|9 | MICHAEL KLEPAC | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 731 | Screenshot of a Google search for "what kind of pepper spray was used at the …" | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 732 | Photograph of a Strike Face body armor plate with caption "Plates are in [] streaks" | 3\|9 | 3\|9 | MICHAEL KLEPAC \ | |
| 733 | Screenshot of results of an internet search for "capitol attack" | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 734 | Screenshot of results of an internet search for "capitol attack" | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 735 | Photograph of Lower West Terrace Tunnel | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 736 | Photograph of Lower West Terrace Tunnel | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| | **Perkins Android** | | | | |
| 737 | Cellebrite Forensic Examination Report (Perkins Android) | 3\|9 | 3\|9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 738 | Cellebrite Instant Messages Extraction Report (Perkins Android) | | | | |
| 739 | Photograph 12.12.20 Capitol Building | 3\|9 | 3\|9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 740 | Photograph 12.20.20 Rally 1 | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 741 | Photograph 12.20.20 Rally 2 | 3\|9 | 3\|9 | MICHAEL KLEPAC | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 742 | Photograph 12.20.20 Rally 3 | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 743 | Photograph 12.20.20 Rally 4 | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| | M. Pollock iPhone 8 | | | | |
| 744 | Cellebrite Image Report (M.Pollock iPhone 8) | 3\|9 | 3\|9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 745 | Photograph West Plaza (M.Pollock iPhone 8) | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 746 | Photograph West Plaza (M.Pollock iPhone 8) | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| 747 | Photograph Group Washington Monument Photograph West Plaza (M.Pollock iPhone 8) | 3\|9 | 3\|9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 748 | Photograph Group Washington Monument Photograph West Plaza (M.Pollock iPhone 8) | 3\|9 | 3\|9 | MICHAEL KLEPAC | |
| | J.Pollock iCloud | | | | |
| 749 | Forensic Extraction Report iCloud Return for jonnybgood4800@gmail.com | | | | |
| 750 | Photograph J. Pollock | | | | |
| 751 | Photograph West Plaza | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **T. Pollock iPhone** | | | | |
| 752 | Cellebrite Image Report (T.Pollock iPhone) | 3\|9 | 3\|9 | SA Timothy Taylor MICHAEL KLEPAC | |
| 753 | Photograph Group 1.5.21 | 3\|9 | 3\|9 | SA Timothy Taylor MICHAEL KLEPAC | |
| | 800 Business Records | | | | |
| 801 | Safeway Business Record Certification | 3\|10\|23 | 3\|10\|23 | SA Timothy Taylor | |
| 802 | Mid-Atlantic Daily Sales Report 1.05.21 - 1.07.21 | 3\|10\|23 | 3\|10\|23 | SA Timothy Taylor | |
| 803 | Safeway Announcing Store Closures in Washington D.C. | 3\|10\|23 | 3\|10\|23 | SA Timothy Taylor | |
| 804 | Shipment Spreadsheet | 3\|10\|23 | 3\|10\|23 | SA Timothy Taylor | |
| 805 | Washington D.C. Register | 3\|10\|23 | 3\|10\|23 | SA Timothy Taylor | |
| | 900 Series -- Photographs | | | | |
| 901 | J.Pollock Photograph | | | | |
| 902 | J. Doolin Photograph | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) | |
|---|---|---|---|---|---|---|
| 903 | J. Doolin Upper West Terrace Photograph | | | | | |
| 904 | J. Doolin Lower West Terrace Photograph | | | | | |
| 905 | J. Hutchinson Photograph | | | | | |
| 906 | J. Hutchinson West Plaza Photograph | | | | | |
| 907 | O. Pollock Photograph | | | | | |
| 908 | M. Perkins Photograph | | | | | |
| 909 | Group Photograph | | | | | |
| 910 | J. Doolin with MK46 Photograph | 3/9 | 3/9 | MPDSGT William BOGNER | | |
| 911 | J. Doolin with MK46 Photograph | | | | | |
| 912 | J. Doolin with MK46 Photograph | | | | | |
| 913 | J. Doolin with MK46 Photograph | | | | | |
| 914 | J. Doolin with MK46 Photograph | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) | |
|---|---|---|---|---|---|---|
| 915 | J. Doolin with MK46 Photograph | | | | | |
| 916 | J. Doolin with MK46 Photograph | | | | | |
| 917 | J. Doolin with MK46 Photograph | 3/9 | 3/9 | SA Timothy Taylor Joshua Doolin MPD SGT William Bogner | | |
| 918 | J. Doolin with MK46 Photograph | 3/9 | 3/9 | SA Timothy Taylor Joshua Doolin MPD SGT William Bogner | | |
| 919 | J. Doolin with MK46 Photograph | 3/9 | 3/9 | SA Timothy Taylor MPD SGT William Bogner | | |
| 920 | J. Doolin with MK46 Photograph | 3/9 | 3/9 | SA Timothy Taylor MPD SGT William Bogner | | |
| 921 | 406A (Stillshot Doolin Walking Steps) | 3/9 | 3/9 | MPD SGT William Bogner | | |
| 922 | 406B (Stillshot Doolin Walking Steps) | 3/9 | 3/9 | MPD SGT William Bogner | | |
| 923 | 406C (Stillshot Doolin Walking Steps) | 3/9 | 3/9 | MPD SGT William Bogner | | |
| 924 | 406D (Stillshot Doolin Walking Steps) | 3/9 | 3/9 | MPD SGT William Bogner | | |
| 925 | 406E (Stillshot Doolin LWT) | 3/9 | 3/9 | MPD SGT William Bogner | | |
| 926 | 406F (Stillshot Doolin Walking Steps) | 3/9 | 3/9 | MPD SG William Bogner | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) | |
|---|---|---|---|---|---|---|
| 927 | 406G (Stillshot J.Pollock Perkins LWT) | 3/8/23 | 3/9 | Ofc. Jeffrey Erb MPD Sgt William Bogner | | |
| 928 | 406H (Stillshot J. Pollock Perkins LWT) | 3/8/23 | 3/9 | Ofc. Jeffrey Erb SA Timothy Taylor MPD Sgt William Bogner | | |
| 929 | 406I (Stillshot Doolin LWT) | 3/9/23 | 3/9 | MPD Sgt William Bogner | | |
| 930 | MK46 | 3/9 | 3/9 | MPD Sgt William Bogner | | |
| 931 | MK46 | 3/9 | 3/9 | MPD Sgt William Bogner | | |
| | 1000 Series - Government Records | | | | | |
| 1001 | Driver and Vehicle Information Database - Joshua Doolin | 3/10/23 | 3/10/23 | SA Timothy Taylor | | |
| 1002 | Driver and Vehicle Information Database - Perkins | 3/8/23 | 3/8/23 | Ofc. Jeffrey Erb | | |
| 1003 | Driver and Vehicle Information Database - Jonathan Pollock | 3/10/23 | 3/10/23 | SA Timothy Taylor | | |
| 1004 | Driver and Vehicle Information Database - James Pollock | 3/10/23 | 3/10/23 | SA Timothy Taylor | | |
| 1005 | Driver and Vehicle Information Database - Joseph Hutchinson | 3/10/23 | 3/10/23 | SA Timothy Taylor | | |
| 1006 | USSS HOS Notification - Vice President Pence | 3/9 | 3/9 | Lanelle Hawa | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1007 | USSS HOS Notification – Vice President Pence | 3/9/23 | | Lanelle Hawa | |
| 1100 Series – Physical Evidence | | | | | |
| 1101 | MPD MK46 Cannister | 3/9/23 | 3/9/23 | MPD SGT W. Bogner Joshua Doolin | |

| | | | |
|---|---|---|---|
| Government | ✔ | |
| Plaintiff | ☐ | UNITED STATES OF AMERICA |
| Defendant | ☐ | VS. |
| Joint | ☐ | DOOLIN, PERKINS |
| Court | ☐ | |

Civil/Criminal No. __21 cr 447 (CJN)__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1102 | Seized Doolin Phone | 3\8\23 | 3\8\23 | SA Mark Dennis | |
| 309.3 | BWC Video Ofc. BCNW | 3\9\23 | 3\9\23 | MPD SGT William Bogner | |
| 309.4 | BWC Video Ofc. BCNW | 3\9\23 | 3\9\23 | MPD SGT W. Bogner | |
| 309.5 | BWC Video Ofc. BCNW | 3\9\23 | 3\9\23 | MPD SGT W. Bogner | |
| 321.1 | BWC Bogner Video | 3\9\23 | 3\9\23 | MPD SGT W. Bogner | |
| 321.3 | BWC Bogner Video | 3\9\23 | 3\9\23 | MPD SGT W. Bogner | |
| 309.2 | Body Worn Camera Ofc. SS BWC | 3\10\23 | 3\10\23 | SA Timothy Taylor | |
| 206 | Capitol Police CCTV footage | 3\10\23 | 3\10\23 | SA Timothy Taylor Joshua Doolin | |
| 422 | Clip Massive.mp4 | 3\10\23 | 3\10\23 | SA Timothy Taylor | |
| 1201 | Stipulated Exhibit | 3\13\23 | 3\13\23 | | |

| Government | ✔ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

DOOLIN, PERKINS

Civil/Criminal No. 21 cr 447 (CJN)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 935 | Group Photo Walking to Capitol | 3/14/23 | 3/14/23 | Joshua Doolin | |
| 936 | Group Photo Walking to Capitol | 3/14/23 | 3/14/23 | Joshua Doolin | |
| 937 | Group Photo Walking to Capitol | 3/14/23 | 3/14/23 | Joshua Doolin | |
| 938 | Picture of Paintball tank | 3/14/23 | 3/14/23 | Joshua Doolin | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |