BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           .
                                    .   Case Number 21-447
            Plaintiff,              .
                                    .
        vs.                         .
                                    .
JOSHUA CHRISTOPHER DOOLIN and   .   Washington, D.C.
MICHAEL STEVEN PERKINS,         .   March 10, 2023
                                    .   9:12 a.m.
            Defendants.             .
- - - - - - - - - - - - - - - - -

                TRANSCRIPT OF BENCH TRIAL, DAY 4
            BEFORE THE HONORABLE CARL J. NICHOLS
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the United States:          BENET KEARNEY, AUSA
                                United States Attorney's Office
                                One Saint Andrew's Plaza
                                New York, New York 10007

                                BRENDAN BALLOU, AUSA
                                United States Attorney's Office
                                950 Constitution Avenue Northwest
                                Washington, D.C. 20530

                                MATTHEW MOEDER, AUSA
                                United States Attorney's Office
                                400 East Ninth Street
                                Suite 5510
                                Kansas City, Missouri 64106

For Defendant Doolin:           ALLEN ORENBERG, ESQ.
                                The Orenberg Law Firm, P.C.
                                12505 Park Potomac Avenue
                                Sixth Floor
                                Potomac, Maryland 20854

                                -- continued --

```
1    APPEARANCES (CONTINUED):

2    For Defendant Perkins:        NANCY MACEOIN, ESQ.
                                   Federal Community Defender Office
3                                  601 Walnut Street
                                   Suite 540 West
4                                  Philadelphia, Pennsylvania 19106

5

6

7    Official Court Reporter:      SARA A. WICK, RPR, CRR
                                   333 Constitution Avenue Northwest
8                                  Room 4704-B
                                   Washington, D.C. 20001
9                                  202-354-3284

10

     Proceedings recorded by stenotype shorthand.
11   Transcript produced by computer-aided transcription.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

C O N T E N T S

TESTIMONY

TIMOTHY TAYLOR          Direct Examination..............   6
                       Cross-Examination............... 121

EXHIBITS RECEIVED

Government 301........................................   20
Government 303........................................   22
Government 309.2......................................   37
Government 317........................................   42
Government 422........................................   44
Government 318........................................   53
Government 801, 802, 803, and 804.....................   56
Government 805........................................   58
Government 206........................................   70
Government 601 through 613............................   81
Government 1001, 1003, 1004, and 1005.................   95
Government 623, 624, and 625.......................... 120

P R O C E E D I N G S

(Call to order of the court.)

COURTROOM DEPUTY:  Good morning, Your Honor.  This is Criminal Case Year 2021-447, United States of America versus Joshua Christopher Doolin, defendant number 3, and Michael Steven Perkins, defendant number 4.

Counsel, please come forward and introduce yourselves for the record, beginning with the government.

MS. KEARNEY:  Good morning, Your Honor.  Benet Kearney, Matthew Moeder, and Brendan Ballou for the United States.

THE COURT:  Good morning, everyone.

MS. KEARNEY:  And we're joined by paralegal Brittany Sheff and Special Agent Timothy Taylor.

THE COURT:  Good morning.

MR. ORENBERG:  Allen Orenberg, on behalf of Mr. Joshua Doolin, who is in the courtroom.

THE COURT:  Yes, sir.  Good morning.

MR. ORENBERG:  And Nicole Cubbage is with us.

THE COURT:  Good morning.

MS. MACEOIN:  Good morning, Your Honor.  Nancy MacEoin on behalf of Michael Perkins, and with me is Timothy Wright.

THE COURT:  Good morning, everyone.

Is the government ready to proceed?

MS. KEARNEY:  Yes.

1    Before we proceed, I think we have one preliminary matter.

2         THE COURT:  Okay.  Mr. Ballou.

3         MR. BALLOU:  Just briefly, Your Honor.  So, concerning

4    Count 16, which is the theft of the spray canister, that

5    requires the theft to be on a special maritime or territorial

6    jurisdiction.  Now, the question of, obviously, whether the

7    theft occurred is a factual matter, but whether the U.S. Capitol

8    is a special maritime or territorial jurisdiction is a legal

9    one.

10        If you allow, I think we would like to submit revised legal

11   instructions clarifying as much, and the government has agreed

12   to it.

13        THE COURT:  Yes.

14        MR. ORENBERG:  Subject to our review --

15        THE COURT:  Defense has agreed that you may submit the

16   proposed legal instructions, but the defense may or may not

17   agree with the substance.

18        Fair enough?

19        MR. ORENBERG:  Yes, Your Honor.

20        THE COURT:  You may submit.

21        MR. BALLOU:  Thank you.

22        THE COURT:  Of course.

23        MS. KEARNEY:  If there's nothing else, the government

24   calls Special Agent Timothy Taylor.

25        THE COURT:  Perfect.

```
 1              TIMOTHY TAYLOR, WITNESS FOR THE GOVERNMENT, SWORN

 2                   THE COURT:  Good morning.

 3                   THE WITNESS:  Good morning.

 4                   MS. KEARNEY:  Your Honor, I'm going to pull up a blank

 5        Word document so the exhibits aren't playing when I'm referring

 6        to them.

 7                            DIRECT EXAMINATION

 8                   BY MS. KEARNEY:

 9        Q.   Good morning, Special Agent Taylor.

10        A.   Good morning.

11        Q.   I may have been setting up my computer when this happened,

12        but could you please introduce yourself to the Court.

13        A.   Sure.  My name is Timothy Taylor, T-a-y-l-o-r.

14        Q.   And where do you work?

15        A.   I am a special agent with the Federal Bureau of

16        Investigation in Tampa, more specifically the Lakeland Resident

17        Agency.

18        Q.   And how long have you been at the Lakeland Resident Agency?

19        A.   I arrived there in October of 2017.

20        Q.   And did you have any prior assignments with the FBI?

21        A.   Yes.  I've been with the FBI since approximately

22        October of 2008.  I was a intelligence analyst in the National

23        Joint Terrorism Task Force, based at the National

24        Counterterrorism Center in McLean, Virginia, for approximately

25        18 months.
```

1      I then accepted an appointment as a special agent, moved to

2      the Washington Field Office, where I worked until 2017, when I

3      moved to Florida.

4      Q.   And within the Tampa Resident Agency, do you have any

5      particular assignment or work on any particular types of cases?

6      A.   Yes.  I actually have multiple different assignments in my

7      capacity there.  My primary responsibility is working on the

8      Joint Terrorism Task Force for Polk County, Florida.  My

9      responsibilities there are investigating violations of federal

10     crime, specifically as they relate to the broad categories of

11     domestic or international terrorism.

12     Q.   And prior to joining the FBI, where did you work?

13     A.   I was a paramedic in Pittsburgh and in Boston.

14     Q.   And do you have any military service?

15     A.   Yes.  I was in the Massachusetts Army National Guard from

16     2004 to 2006.

17     Q.   Now, you spoke about conducting investigations with the

18     FBI.  Do certain of your investigations involve individuals who

19     were alleged to have committed offenses on the U.S. Capitol

20     grounds on January 6, 2021?

21     A.   I have multiple cases like that, yes.

22     Q.   And did there come a time when you became involved in an

23     investigation of Joshua Doolin and Michael Perkins?

24     A.   Yes.

25     Q.   How did that investigation arise?

A.   In about March of 2021, we received a tip identifying
Jonathan Pollock as one of the individuals that was the subject
of an FBI Washington Field Office BOLO, be on the lookout.
Photographs of him were listed there requesting information from
the public.  We received that tip identifying him as such.

     So we began to review available video, photos, other
evidence related to Mr. Pollock and determined that there were
other individuals that were there with him, and we subsequently
were able to identify those individuals.

Q.   And were those individuals -- did those individuals include
Mr. Doolin and Mr. Perkins?

A.   Yes.

Q.   Did they also include other individuals?

A.   Yes.

Q.   Okay.  I'm going to pull up --

          MS. MACEOIN:  Ms. Kearney, can you just speak into the
microphone?

          MS. KEARNEY:  I'm sorry.  The computer is a bit in the
way.

     Is that better?

          MS. MACEOIN:  Yes.  Thank you.

          MS. KEARNEY:  Don't mind my back.

     I'm going to pull up what I believe has been admitted as
Government Exhibit 753.

          MS. MACEOIN:  I'm sorry?

```
 1              MS. KEARNEY:  753.

 2              THE COURT:  Yes, my records reflect at least that

 3    Exhibit 753 is admitted.

 4              MS. KEARNEY:  Thank you, Your Honor.

 5              BY MS. KEARNEY:

 6    Q.   Special Agent Taylor, are you familiar with this location?

 7    A.   Yes, I am.

 8    Q.   Where is it generally?

 9    A.   It's a restaurant that's north of Polk County, Florida, in

10    Dade City.

11    Q.   Do you recognize any of the individuals in this image?

12    A.   I do.

13    Q.   Going from, I guess, left to right, back row first, could

14    you please identify anyone you recognize.

15    A.   Starting with the individual in the tan jacket, that's

16    Joshua Doolin.  Next to him, Michael Perkins; next to him,

17    Joseph Hutchinsson.  Next to him in the red hat is Frank Doolin.

18    Next to him in the red shirt is Ben Clark Pollock.  Next to him

19    is Jonathan Pollock.  Next to him is James Michael Monroe

20    Pollock.

21         Moving back to the left again, in the green sweater is

22    Brittany Perkins.  In the gray sweatshirt is Mary Pollock.  In

23    the vest is Virgil Sykes, Sr.  In the American flag jacket,

24    Jacob Ford.  In the light blue sweatshirt is Tina Pollock.

25         And kneeling down on the left is Emily Perkins, and on the
```

1    right is Olivia Pollock.

2    Q.   And where was this photograph obtained from?

3    A.   This was obtained from a search warrant, forensic image of

4    a phone belonging, I believe, to Tina Pollock.

5    Q.   I'm going to show you what's in evidence, I believe, as

6    Government Exhibit 752, specifically item 3 at the bottom of the

7    first page.

8    A.   Yes.

9    Q.   Does that reference the photograph that's 753?

10   A.   Yes, it does.

11   Q.   Can you tell when this photograph was taken?

12   A.   Metadata indicates that it was taken on January 5th, 2021.

13   Q.   All right.  Now, going back -- actually, have you, in the

14   course of your investigation, reviewed videos that appear to

15   depict the individuals in Government Exhibit 753 in Washington,

16   D.C. on January 6, 2021?

17   A.   Yes, I have.

18   Q.   And what types of footage have you reviewed?

19   A.   I reviewed extensive body-worn camera footage, i.e., the

20   footage taken by police officers from their cameras, from their

21   vantage points, as well as open source or third-party videos

22   that were posted on social media or other websites on the

23   Internet.

24   Q.   I'm going to show you what I believe is in evidence as

25   Government Exhibit 747.

1    Are you able to identify the individuals in this

2  photograph?

3  A.   Yes, I am.

4        THE COURT:  Ms. Kearney, can you just speak up a

5  little bit?

6        MS. KEARNEY:  Sorry.

7        BY MS. KEARNEY:

8  Q.   Are you able to identify the individuals in this

9  photograph?

10  A.   Yes, I am.

11  Q.   Going from left to right, can you identify them, please?

12  A.   From left to right is James Pollock, Joshua Doolin, Virgil

13  Sykes, Jr., Jacob Ford, Olivia Pollock, Virgil Sykes, Sr.,

14  Joseph Hutchinsson, Joseph Pollock, Mary Pollock.

15  Q.   I'm going to show you what's been admitted as Government

16  Exhibit 744, specifically page 6, item 20.

17        Is this the entry in the Cellebrite report for the

18  photograph that is Exhibit 747?

19  A.   Yes, it is.

20  Q.   Can you tell when this photograph was created?

21  A.   Based on the metadata, this photograph was created on

22  January 6, 2021.

23  Q.   Now, you've identified in two photographs multiple people.

24        How are you familiar with the individuals you've

25  identified?

A.   It was a long process of trying to identify all the individuals.  Once we had identified Jonathan Pollock, we conducted a number of interviews in which we presented photos to the individuals that were interviewed that helped to corroborate the individuals that we believed them to be.

We also reviewed driver's license photos that were available.  And we also reviewed social media that was available openly, i.e. on Facebook, things like that, that featured photographs of these individuals together, with various descriptions of -- various tags of who they were and where they were located.

Q.   And have you interacted with some of these individuals in person?

A.   Yes, I have.

Q.   And specifically, have you interacted with Mr. Doolin?

A.   Mr. Doolin, yes.

Q.   In what context?

A.   I was not present for his arrest on June 30th, 2021, but I did speak with him afterwards, when we returned a phone to him.

I also spoke to him briefly during an execution of a search warrant at his new residence in Polk City, Florida, in December of 2021.

Q.   All right.  Now, we spoke briefly about the types of footage you've reviewed regarding January 6, 2021.  Did you also execute search warrants on electronic devices and accounts that

1  were used by Mr. Doolin, Mr. Perkins, and some of the

2  individuals depicted in Government Exhibits 753 and 747?

3  A.   Yes, I did.

4  Q.   Did that include Jonathan Pollock?

5  A.   Yes.

6  Q.   Mary Pollock?

7  A.   Yes.

8  Q.   Tina Pollock?

9  A.   Yes.

10  Q.   Olivia Pollock?

11  A.   Yes.

12  Q.   All right.  Now, you said you met Mr. Doolin previously.

13       Do you see him in the courtroom today?

14  A.   I do.

15  Q.   Could you identify him by an article of clothing he's

16  wearing?

17  A.   Sure.  He's currently wearing a gray suit, sitting at the

18  head of the table next to Mr. Orenberg.

19       MS. KEARNEY:  May the record reflect the witness has

20  identified the defendant Joshua Doolin.

21       THE COURT:  The record may so reflect.

22       BY MS. KEARNEY:

23  Q.   I'm going to show you what's in evidence as Government

24  Exhibit 313.  And specifically, I'm going to go to 14:58, which

25  is time stamp 14:23 -- 14:57:56.

```
 1          (Video played.)
 2               BY MS. KEARNEY:
 3    Q.   All right.  I'm pausing at 14:58:08.  I'm going to circle
 4    on the screen an individual.
 5          Can you describe what they are wearing?
 6    A.   That individual is wearing a tan jacket, green baseball
 7    cap, a plaid shirt, blue jeans.
 8    Q.   And do you recognize that person?
 9    A.   I do.
10    Q.   Who is it?
11    A.   That's the individual that I came to know as Joshua Doolin.
12    Q.   Okay.  Were you present in the courtroom this week when
13    Agent Erb testified regarding Government Exhibit 928?
14          And I will pull that up for you.
15    A.   Yes, I was.
16    Q.   Were you present when he identified that as a photograph of
17    Michael Perkins?
18    A.   Yes, I was.
19    Q.   Can you circle the individual he identified?
20    A.   (Witness complied.)
21    Q.   And what is Mr. Perkins wearing?
22    A.   He's wearing a dark black or blue hoodie, a beanie-type
23    winter cap, blue and black gloves, and blue jeans.
24    Q.   All right.  So let's review some of the videos that you
25    reviewed in your investigation.  And I'm going to try to --
```

```
 1              THE COURT:  Ms. Kearney, can I ask a question that
 2    I've been curious about.  Who is the person in the bottom
 3    left-hand corner of some of these pictures, if you know?
 4              BY MS. KEARNEY:
 5    Q.   Do you know who that person is?
 6    A.   I don't know him by name, but he's an individual that
 7    purportedly took these pictures, and he's narrating the video of
 8    these still pictures.
 9    Q.   So are these still images from a longer video?
10    A.   Yes.
11              THE COURT:  Thank you.
12              BY MS. KEARNEY:
13    Q.   First, I'm going to start with Government Exhibit 714.24.
14    I'm going to just play the first few seconds.
15         (Video played.)
16              BY MS. KEARNEY:
17    Q.   Special Agent Taylor, where did you obtain this video?
18    A.   This was obtained from a search of Joshua Doolin's phone.
19    Q.   And approximately how long is this video?
20    A.   This video, according to the time bar on it, is 3 minutes 7
21    seconds.
22    Q.   Have you reviewed it prior to your testimony today?
23    A.   I have.
24    Q.   In general terms, what is this video?
25    A.   It appears to be a montage of multiple videos that were
```

1    taken on January 6, 2021.  At the time that we reviewed it, it

2    appeared to be corrupt.  It was breaking up.  There were --

3    sometimes the sound was a little bit skewed.  There was static,

4    pixilation, that sort of thing.  And it never played right

5    exactly the same way every time.

6    Q.   But is the file in the state it was in when it was obtained

7    from the phone, or has it been altered by the FBI?

8    A.   It has not been altered.

9    Q.   I'm going to play starting at 1 minute.

10        (Video played.)

11             BY MS. KEARNEY:

12   Q.   All right.  I'm going to stop at 1 minute 19 seconds.

13        Do you recognize the voice of the person who is narrating

14   that video?

15   A.   I do.

16   Q.   Whose voice is it?

17   A.   Joshua Doolin.

18   Q.   I'm going to play the same exhibit, starting at 1 minute 18

19   seconds.

20        (Video played.)

21             BY MS. KEARNEY:

22   Q.   I'm stopping it at 1 minute 36 seconds.

23        On occasion when you play this video, is there sound in

24   that portion?

25   A.   Yes.

```
1    Q.   I'm going to attempt to play it again.

2         (Video played.)

3              BY MS. KEARNEY:

4    Q.   I'm going to try one more time, starting at 1 minute 18

5    seconds.

6         (Video played.)

7              BY MS. KEARNEY:

8    Q.   I'm going to pause at 1 minute 32 seconds, or attempt to.

9         Special Agent Taylor, who is narrating that video?

10   A.   It's Joshua Doolin.

11   Q.   And what did he say about fences?

12   A.   He said, "They're not doing a very good job.  We've made it

13   to the steps and their fences are laying on the ground."

14   Q.   Do you see the Capitol in this photograph or this image?

15   A.   I do.

16   Q.   Where is it?  Can you circle it?

17   A.   (Witness complied.)

18   Q.   Do you recognize which side of the Capitol that is?

19   A.   That is the west-facing side of the Capitol.  So they

20   appear to be approaching from the southwest direction.

21   Q.   All right.  I will take that down.  I'm going to show you

22   what's been admitted as Government Exhibit 714.23.

23        (Video played.)

24              BY MS. KEARNEY:

25   Q.   Where did you obtain this video?
```

1    A.    This was obtained from the search of Joshua Doolin's phone.

2    Q.    Who is depicted in this video at 3 seconds?

3    A.    At 3 seconds is Mr. Doolin and Jonathan Pollock's brother,

4    James Pollock.

5    Q.    I'm going to play from the beginning.  At 0 seconds, who is

6    depicted in the frame?

7    A.    That is Jonathan Pollock.

8    Q.    And who else?

9    A.    Mr. Doolin.

10        (Video played.)

11            BY MS. KEARNEY:

12    Q.    I would like to review some of the body-worn camera footage

13    now, and I'm going to start with Government Exhibit 302.

14            MR. ORENBERG:  Sorry.  Which exhibit?

15            MS. KEARNEY:  302.

16            BY MS. KEARNEY:

17    Q.    I'm going to start playing at 13:56:47.

18        (Video played.)

19            BY MS. KEARNEY:

20    Q.    I've advanced to 13:57 exactly.

21        Do you see someone wearing camouflage pants and tan knee

22    pads?

23    A.    I do.

24    Q.    What is he doing in this footage?

25    A.    He's yelling at the police officers, and he appears at this

1    point in time to be grabbing the bicycle rack barrier.

2    Q.   I'm going to play until 13:57:20.

3         (Video played.)

4              BY MS. KEARNEY:

5    Q.   I missed it slightly.  All right.

6         At 13:57:20, I'm going to circle an individual.  Can you

7    describe what that person is wearing?

8    A.   He's wearing what appears to be a black hoodie, a

9    beanie-type winter cap, and I can see two black gloves.  I can

10   see blue on the knuckles of the left glove.

11   Q.   And does that appear to be the person who Agent Erb

12   testified was Michael Perkins?

13   A.   Yes.

14   Q.   I'm going to play a little more.

15        (Video played.)

16             BY MS. KEARNEY:

17   Q.   All right.  And I will stop there at 13:57:45.

18        Let's look at Government Exhibit 301.

19        Actually, Your Honor, I believe this is not yet in

20   evidence.  Pursuant to the parties' stipulations regarding the

21   authenticity of the body-worn camera and its time stamp, the

22   parties offer Government Exhibit 301.

23             MR. ORENBERG:  No objection.

24             MS. MACEOIN:  No objection.

25             THE COURT:  Government's 301 is admitted.

1          (Government Exhibit 301 received into evidence.)

2               BY MS. KEARNEY:

3     Q.   All right.  I'm going to start at 13:56:10.

4          (Video played.)

5               BY MS. KEARNEY:

6     Q.   I'm going to pause at 13:56:43.

7          Can you take a look at the left-hand side of the frame?  Do

8     you recognize anyone on the left-hand side?

9     A.   I do, yes.

10    Q.   Who is that?

11    A.   In the camouflage here is Jonathan Pollock.

12    Q.   And is he wearing knee pads?

13    A.   Yes.  I can see his left knee.  He's wearing a knee pad.

14    Q.   What color are they?

15    A.   Tan.

16    Q.   So at this point -- actually, let's play a little more.

17         (Video played.)

18              BY MS. KEARNEY:

19    Q.   And so at 13:57, what is Jonathan Pollock doing?

20    A.   Based on reviews of other videos of Jonathan Pollock, I

21    believe that is his voice that I hear yelling "let's go."  He's

22    charged back at the bike rack after being knocked back by the

23    police officers, and he's again pulling --

24              MS. MACEOIN:  Objection, Your Honor; relevance.

25              THE COURT:  Ms. Kearney, I think I have a guess, but

1    what's the relevance of this?

2              MS. KEARNEY:  Sure.

3              BY MS. KEARNY:

4    Q.   Based on review of this footage, do you believe that this

5    officer is in a similar location to the officer in Government

6    Exhibit 302?

7    A.   Yes, I do.

8              MS. KEARNEY:  That's all.

9              THE COURT:  But what's the relevance about

10   Mr. Pollock?

11             MS. KEARNEY:  He's recognized Mr. Pollock doing the

12   same actions in both images.

13             THE COURT:  Okay.  Why is that relevant?

14             MS. KEARNEY:  Because we're establishing that the

15   officers were in similar locations.

16             THE COURT:  But what -- okay.

17             MS. KEARNEY:  We've just identified --

18             THE COURT:  That's all you're trying to do is

19   establish they're in the same locations, but are you trying to

20   do more?

21             MS. KEARNEY:  I'm going to play an angle where

22   Mr. Perkins will appear.

23             THE COURT:  Okay.

24             BY MS. KEARNEY:

25   Q.   I'm going to play until 13:57:18.

1        (Video played.)

2            THE COURT:  Just so the record is clear, Ms. MacEoin's

3    objection is overruled, because I do think it's at least

4    marginally relevant to establish that these videos were all

5    taken around the same location, and if Jonathan Pollock is the,

6    for lack of a better word, context-providing individual, I will

7    allow it for that limited purpose.

8        (Video played.)

9            BY MS. KEARNEY:

10   Q.   I've stopped the video at 13:57:18.  I'm going to circle an

11   individual.

12       Who is that?

13   A.   That is Michael Perkins.

14       (Video played.)

15           BY MS. KEARNEY:

16   Q.   I've stopped -- well, I've overshot it, but we can move on.

17       All right.  Next, I would like to look at Government

18   Exhibit 303, and this is also not in evidence, and the

19   government offers it pursuant to the parties' stipulation

20   regarding its authenticity.

21           MR. ORENBERG:  No objection.

22           MS. MACEOIN:  No objection.

23           THE COURT:  Government's Exhibit 303 is admitted.

24       (Government Exhibit 303 received into evidence.)

25           BY MS. KEARNEY:

1   Q.   I'm going to play from 13:57:45.  Well, 13:56:56.

2        (Video played.)

3            BY MS. KEARNEY:

4   Q.   I've paused at 13:57:21.

5        Based on your review of this footage, do you believe that

6   the officer wearing this camera is in approximately the same

7   location as the officer wearing the camera in Exhibit 302 and

8   Exhibit 301?

9   A.   Yes, I do.

10  Q.   I'm going to circle an individual.  Who is that?

11  A.   Michael Perkins.

12  Q.   Let's move a bit forward.  I'm going to show you what's

13  been admitted as Government Exhibit 714.13.

14       Where did you obtain this video?

15  A.   This video came from a search of Joshua Doolin's phone.

16       (Video played.)

17            BY MS. KEARNEY:

18  Q.   Did you hear that brief narration?

19  A.   Yes, I did.

20  Q.   Whose voice is that?

21  A.   Joshua Doolin.

22  Q.   Let me try to play again, starting at 3 seconds.

23       (Video played.)

24            BY MS. KEARNEY:

25  Q.   What did Mr. Doolin say?

1    A.    It sounds like he said, "James just got pepper sprayed."

2    Q.    I'd like to review Government Exhibit 307.  I'm going to

3    start at 14:04:10.  I'll start at 14:03:56.

4          (Video played.)

5              BY MS. KEARNEY:

6    Q.    I'm going to pause at 14:04:29.

7          Do you see Mr. Doolin?

8    A.    I do.

9    Q.    Can you circle him?

10   A.    (Witness complied.)

11   Q.    What is he holding?

12   A.    He's holding an American flag.

13   Q.    I'm going to back up a few seconds.

14         (Video played.)

15             BY MS. KEARNEY:

16   Q.    Do you see an individual to the right of Mr. Doolin?

17   A.    From my perspective to the right, from his left, yes.

18   Q.    What color of gloves is that individual wearing?

19   A.    Black gloves.  I see a little bit of blue there as well.

20   Q.    I'd like you to take a look at Exhibit 403, which is in

21   evidence.

22         Your Honor's already seen this in full speed.  So I'm going

23   to just play the relevant portion in slow motion.

24             THE COURT:  That's fine.

25         (Video played.)

1           BY MS. KEARNEY:

2    Q.   Back up to 21 seconds.

3         And I would like you to focus on the man in the tan coat

4    right here, and I'm going to zoom in.

5         (Video played.)

6           BY MS. KEARNEY:

7    Q.   What does it appear the man in the tan coat was doing?

8    A.   I saw the American flag lift up towards his shoulder, and

9    then I saw him move forward in the direction of the police line.

10   Q.   Now, based on your comparison of this footage, Exhibit 403,

11   and the footage we just watched from Government Exhibit 307, are

12   those taken at approximately the same place at approximately the

13   same time?

14   A.   Yes.

15   Q.   And -- well, I will rely on the Court's review of the time

16   stamp for that one.

17        Now I'm going to play until 42 seconds.

18        (Video played.)

19          BY MS. KEARNEY:

20   Q.   I'm going to hit pause at 26 seconds.  I'm going to circle

21   an individual.  Who is that?

22   A.   Mr. Doolin.

23   Q.   All right.  I'm going to keep playing.

24        (Video played.)

25          BY MS. KEARNEY:

1    Q.   I'm going to pause there.  Just for the record, it appears

2    the counter is not moving.  So that 26-second mark may not

3    actually be 26 seconds.

4        What was Mr. Doolin doing in the footage we just watched?

5    A.   He appeared to be rubbing his eyes.  He was walking away

6    from the police line through the crowd.

7    Q.   Did he appear to have difficulty getting through?

8    A.   I didn't see any indication of that, no.

9    Q.   Let's review Government Exhibit 306, and this is already in

10   evidence, I believe.  I'm going to start playing at 14:04:05.

11       (Video played.)

12           BY MS. KEARNEY:

13   Q.   I apologize.  We're still in slow motion.  Now we're at

14   normal speed.

15       (Video played.)

16           BY MS. KEARNEY:

17   Q.   I'm going to pause at 14:04:28.

18       Do you see Mr. Doolin in this image?

19   A.   Yes, I do.

20   Q.   Can you circle him, please.

21   A.   (Witness complied.)

22   Q.   I'm going to back up just a few seconds and go frame by

23   frame.

24       (Video played.)

25           BY MS. KEARNEY:

1    Q.   I'm going to pause at 14:04:30.

2         What does Mr. Doolin appear to be doing in that clip?

3    A.   He hoisted the flag up from the ground to his right

4    shoulder and began to advance towards the police line.

5    Q.   Let's take a look at Government Exhibit 305.

6         Excuse me, I'm just going to grab some water.

7         And let's start at 14:03:55.

8         (Video played.)

9              BY MS. KEARNEY:

10   Q.   I'm going to stop at 14:04:07.

11        Did you hear what people in the crowd are yelling?

12   A.   I do.

13   Q.   What are they yelling?

14   A.   "Move up; move up."

15        (Video played.)

16             BY MS. KEARNEY:

17   Q.   I'm going to pause at 14:04.

18        Do you see Mr. Perkins in this image?

19   A.   I do.

20   Q.   I'm going to advance a little bit more.

21        (Video played.)

22             BY MS. KEARNEY:

23   Q.   Do you see Mr. Doolin in this image?

24   A.   I do.

25   Q.   And that's 14:04:01.  Okay.  Let's play a few more seconds.

1          (Video played.)

2               BY MS. KEARNEY:

3     Q.   I just skipped ahead.  I'm sorry.  We were at 14:04:03, and

4     now we're at 14:04:09.

5          Do you recognize the man in the tan cap and the hooded

6     sweatshirt?

7     A.   I do.  That's Jeff Hutchinsson.

8     Q.   I'm going to advance frame by frame.

9          (Video played.)

10              BY MS. KEARNEY:

11    Q.   We're at 14:04:10.  Is there a figure behind

12    Mr. Hutchinsson?

13    A.   Yes.  I see someone basically below his left armpit, in

14    what appears to be a dark hoodie.

15    Q.   Can you circle what you're looking at?

16    A.   (Witness complied.)

17    Q.   I'm going to keep advancing.

18         What is that figure doing now?

19    A.   He appears to be pushing Mr. Hutchinsson into the police

20    line.

21    Q.   What makes you say that he's pushing him?

22    A.   He has his arms and his hands outstretched.  He's also bent

23    at an angle that someone would not be able to stand up if they

24    were just attempting to stand that way.  He's leaning forward.

25    Q.   What color are the gloves he's wearing?

1    A.    Black with blue knuckles.

2    Q.    Do they appear to be the ones Mr. Perkins was wearing?

3    A.    Yes.

4          (Video played.)

5              BY MS. KEARNEY:

6    Q.    Can you see the cap that that figure is wearing?

7    A.    Yes.

8    Q.    What is it?

9    A.    It appears to be the same cap that I've seen on Mr. Perkins

10   in other videos and photos.

11   Q.    So this is -- I'm sorry.  I've gone out of order.

12         I'm going to play just a little bit of Government

13   Exhibit 306, which is what we watched previously.  Just for the

14   record, I'm playing 14:04:10.

15         (Video played.)

16             BY MS. KEARNEY:

17   Q.    Do you remember that footage?

18   A.    I do.

19   Q.    Okay.  And then just as a reminder, I'm going to play at --

20   I'm sorry.  Government's Exhibit 404.  Actually, for the first

21   time, I'm going to play Exhibit 404.

22         (Video played.)

23             BY MS. KEARNEY:

24   Q.    I'm going to pause at 5 seconds.

25         Do you see Mr. Doolin in this image?

1    A.    I do.

2    Q.    Okay.  I'm going to play at normal speed.

3          (Video played.)

4              BY MS. KEARNEY:

5    Q.    I'll pause at 37 seconds.

6          Based on -- have you been able to compare 404, which is

7    what we just watched, with 305 and 306, which were the two body

8    camera footages we just reviewed?

9    A.    Yes.

10   Q.    What were you able to conclude about the location and times

11   of the videos?

12   A.    I believe this video takes place in about the same place

13   and at about the same time as the previous videos, around 14:04.

14   Q.    I'm going to play starting at 14 seconds of this video.

15   This is 404.

16         (Video played.)

17             BY MS. KEARNEY:

18   Q.    I'm advancing from 14 seconds.  Can you just put a dot on

19   Mr. Doolin, Agent Taylor?

20   A.    (Witness complied.)

21   Q.    Thank you.

22         (Video played.)

23             MS. KEARNEY:  I apologize, Your Honor.  The computer

24   seems to have kept playing the video.  I'm going to start again

25   at 4:04, where we left off, at approximately 15 seconds.

```
 1              BY MS. KEARNEY:
 2    Q.   Again, Special Agent Taylor, can you put a dot where
 3    Mr. Doolin is right now?
 4              THE COURT:  For my purposes, at least, can you just
 5    play this in slow motion?
 6              MS. KEARNEY:  Slow mo or frame by frame?
 7              THE COURT:  I guess frame by frame.  Whatever the
 8    slowest is.
 9         (Video played.)
10              MS. KEARNEY:  And I'll stop there unless the Court
11    wants to see more.
12              THE COURT:  No, that's fine.  Thank you.
13              MS. KEARNEY:  That's 24 seconds.
14              BY MS. KEARNEY:
15    Q.   Agent Taylor, can you describe what you observed Mr. Doolin
16    doing in that footage?
17    A.   Sure.  In the first part before we started going frame by
18    frame, he and an individual I believe to be James Pollock were
19    pushing against other protestors up against the police line.  I
20    then observed Mr. Doolin, he appeared to be pulling at
21    something, and I see the flag come flying out.  So I believe he
22    was trying to pull the flag loose and fell backwards off the
23    steps.
24    Q.   After he fell backwards, then what did he do?
25    A.   He -- I saw the flag hoist back up towards his body, and I
```

1    saw a movement forward.

2    Q.   Let's look at Government Exhibit 405, and I'm just going to

3    start playing this in slow motion.

4         (Video played.)

5             BY MS. KEARNEY:

6    Q.   I'm going to pause at 6 seconds.

7         Do you see Mr. Hutchinsson in this image?

8    A.   I do.

9    Q.   And do you see Jonathan Pollock in this image?

10   A.   I do.

11   Q.   Behind Mr. Hutchinsson, there's a man holding an orange

12   object.

13   A.   Yes.

14   Q.   What is that?

15   A.   It appears to be a beverage cup, probably a hot beverage.

16   Q.   I'm going to play.

17        (Video played.)

18            BY MS. KEARNEY:

19   Q.   That's 17 seconds, and now I'm going to advance frame by

20   frame.

21        (Video played.)

22            BY MS. KEARNEY:

23   Q.   I'm going to pause there at 18 seconds in.

24        Do you see Mr. Perkins in this frame?

25   A.   I do.

1    Q.    Can you circle him?

2    A.    (Witness complied.)

3    Q.    Thank you.  Going back to 6 seconds and the man with the

4    beverage cup.

5          (Video played.)

6          BY MS. KEARNEY:

7    Q.    What did that man appear to do?

8    A.    He appeared to be trying not to spill his drink.  So he

9    turned around and walked away from the police line.

10   Q.    Let's look at Government Exhibit 406.  I'm going to start

11   by playing this one slowly as well.

12         (Video played.)

13         BY MS. KEARNEY:

14   Q.    All right.  I'm pausing at 8 seconds.

15         Do you see Mr. Doolin in this frame?

16   A.    I do.

17   Q.    And do you see Mr. Perkins in this frame?

18   A.    I do.

19   Q.    All right.  I want to focus on Mr. Doolin first, so if you

20   could track him.  I'm going to advance to about 13 seconds.

21         (Video played.)

22         BY MS. KEARNEY:

23   Q.    I'll stop there.  That's 12 seconds.

24         What did you see Mr. Doolin do?

25   A.    I saw him initially holding the flag almost parallel with

1    the ground.  He lowered the flag down, started moving toward the

2    police line, and again lifted it up so that it was approximately

3    horizontal with the ground.

4    Q.   All right.  Let's go back to 8 seconds again, and let's

5    focus on Mr. Perkins this time.

6         Can you remind us where he is?

7         (Video played.)

8              BY MS. KEARNEY:

9    Q.   I think I'm just going to play this in slow motion since

10   the frame by frame is not working.  So starting at 12 seconds.

11        Agent Taylor, can you point out where Perkins is in this

12   frame?

13   A.   (Witness complied.)

14   Q.   Thank you.

15        (Video played.)

16             BY MS. KEARNEY:

17   Q.   I'm going to back up again to 8 seconds.

18        Again, where is Mr. Perkins in this frame?

19   A.   (Witness complied.)

20        (Video played.)

21             BY MS. KEARNEY:

22   Q.   I'm going to stop at 14 seconds.  Let's go back to 12

23   seconds.

24        Do you see the man with the hot beverage?

25   A.   I do.

1    Q.    Can you circle him?

2    A.    (Witness complied.)

3    Q.    Thank you.  Let's go to Government's Exhibit 308.  I'm

4    going to start at 14:04:43.  I'm going to play it in slow

5    motion.

6         (Video played.)

7         BY MS. KEARNEY:

8    Q.   I'm going to pause at 14:04:51, and let's go back a few

9    seconds, and I'm going to go frame by frame.

10        (Video played.)

11        BY MS. KEARNEY:

12   Q.   Were you in the courtroom when Officer Grable testified

13   about this footage?

14   A.   Yes, I was.

15   Q.   So do you see the red flag on the left-hand side?

16   A.   Yes, I do.

17   Q.   All right.  Keep your eye on that.  Who appears to be

18   holding that flag?  We're at 14:04:36.

19   A.   The individual appears to be Michael Perkins.

20        (Video played.)

21        BY MS. KEARNEY:

22   Q.   And what does Mr. Perkins appear to do with that flag?

23   A.   He swings it in a downward motion towards who I believe to

24   be Officers Grable and Parker.

25   Q.   Does it appear that contact is made?

1    A.   It does, because at the exact same moment, the two officers

2    turn around and look in the direction of Mr. Perkins, where the

3    flag came from.

4    Q.   All right.  Let's move forward a little bit and go to

5    Government Exhibit 308 -- I'm sorry, 302.  I'm going to play

6    starting at 14:04:40.

7         (Video played.)

8            BY MS. KEARNEY:

9    Q.   I'm going to pause there, 14:05:16.

10        Do you see an individual in the crowd spraying?

11   A.   Yes, I do.

12   Q.   What color is that spray?

13   A.   It's brown or yellow.

14   Q.   I'm going to play Government Exhibit 406.

15        (Video played.)

16           BY MS. KEARNEY:

17   Q.   All right.  Did you see that individual spraying in that

18   footage?

19   A.   Yes, I did.

20   Q.   This is paused at 25 seconds.

21        Does Government Exhibit 406 appear to occur at

22   approximately the same time as the footage we just watched in

23   Government Exhibit 302?

24   A.   Yes, it does.

25   Q.   I'm going to advance -- or not.

```
 1              MS. KEARNEY:  Actually, one moment, Your Honor.
 2         (Pause.)
 3              MS. KEARNEY:  I apologize.  We will come back to that.
 4    I want to keep moving through the day.
 5              MS. KEARNEY:  Let's take a look at Government
 6    Exhibit 309.2, and I don't believe this one is yet in evidence,
 7    Your Honor.  And so I offer it pursuant to the parties'
 8    stipulation.
 9              MR. ORENBERG:  Sorry.  This is what?
10              MS. KEARNEY:  309.2, body-worn camera.
11              MR. ORENBERG:  No objection.
12              MS. MACEOIN:  No objection.
13              THE COURT:  Government Exhibit 309.2 is admitted.
14         (Government Exhibit 309.2 received into evidence.)
15              BY MS. KEARNEY:
16    Q.   I'm going to play starting at 14:12:05.
17         (Video played.)
18              BY MS. KEARNEY:
19    Q.   Special Agent Taylor, do you recognize anyone in this
20    footage?
21    A.   Yes.  I see Joseph Hutchinsson here, and behind him,
22    perhaps over his right shoulder, is Olivia Pollock here.
23    Q.   Immediately prior to where I paused, which is 14:12:21,
24    what were the officers doing?
25    A.   I heard a radio call, something to the effect of saying "we
```

1    need more people.  We can't hold the line."  And they started to

2    advance down into the crowd.

3         (Video played.)

4              BY MS. KEARNEY:

5    Q.   I'm going to pause at 14:12:38.

6         Do you see a Metropolitan Police officer with a beard?

7    A.   Yes, I do.

8    Q.   And what time is this at?

9    A.   14:12:38.

10   Q.   Let's take a look at Government Exhibit 408.

11        (Video played.)

12             BY MS. KEARNEY:

13   Q.   I paused at 5 seconds.  What are the officers in this

14   footage doing?

15   A.   The officers in the yellow coats, signifying to me they're

16   MPD, are moving down into the crowd.  There's also an officer in

17   a dark blue or black jacket with no helmet on who is fighting

18   with protestors in that area.

19   Q.   And I'm going to circle two individuals.

20        Do you recognize them?

21   A.   Yes.  The individual on the left, I can see the teal green

22   headband of Olivia Pollock.  And the person on the right is

23   Joseph Hutchinsson.

24   Q.   I'm going to play to 10 seconds.

25        (Video played.)

```
 1              BY MS. KEARNEY:
 2   Q.   Do you see an MPD officer with a beard?
 3   A.   Yes, I do.
 4   Q.   Does that appear to be the same officer that we referenced
 5   earlier?
 6   A.   Yes, it is.
 7   Q.   Okay.  And so what do you conclude about when this footage
 8   was taken as compared to Government Exhibit -- the footage we
 9   just watched in Government Exhibit 309.2?
10   A.   This appears to be the same approximate time and location
11   as the other video, about 14:12:38.
12   Q.   I'm going to clear the screen and go back to the beginning.
13        You referenced an officer in a dark jacket.
14   A.   Yes.
15   Q.   Do you see him in this frame?  We're at 0 seconds.
16   A.   Right there (indicating).
17   Q.   All right.  And I've advanced to 1 second.
18        Do you see Michael Perkins in this frame?
19   A.   I do.  He's right there (indicating).
20   Q.   Now I would like you to keep your eye on Mr. Perkins.
21        My apologies.
22        (Video played.)
23              BY MS. KEARNEY:
24   Q.   All right.  I'm pulling up Government Exhibit 408 again.
25        Again, Special Agent Taylor, do you see Michael Perkins in
```

1    this frame?

2    A.   Yes, same location here (indicating).

3    Q.   Okay.

4         (Video played.)

5             BY MS. KEARNEY:

6    Q.   I've paused at 2 seconds.

7         What does it appear Mr. Perkins is doing?

8    A.   I observed Mr. Perkins planting his left leg and kicking

9    out with his right leg towards something on the ground.

10   Q.   I'm going to play starting from the beginning.

11        (Video played.)

12            MS. KEARNEY:  The video is a bit pixilated.  So let me

13   start that again.

14        (Video played.)

15            BY MS. KEARNEY:

16   Q.   I'm going to pause at 3 seconds.  Do you see the officer in

17   the dark coat that you referenced earlier?

18   A.   I do.  He's right there.

19   Q.   Okay.  Keep your eye on him, please.

20        (Video played.)

21            BY MS. KEARNEY:

22   Q.   What does he appear to do in that footage?

23   A.   He appeared to be moving towards something specific.  His

24   head went out of view, and then when I saw him pop up again to

25   the right of where I last saw him, he was holding an MPD officer

1    by the jacket as though picking him up from the ground.

2    Q.   All right.  Let's take a look at Government Exhibit 714.8.

3         (Video played.)

4              BY MS. KEARNEY:

5    Q.   I'm going to pause there.

6         Where did you obtain this video?

7    A.   This is a video I obtained from the search of Joshua

8    Doolin's phone.

9    Q.   Do you see that same officer in the dark coat that you

10   referenced earlier?

11   A.   I see him right there (indicating).

12        (Video played.)

13             BY MS. KEARNEY:

14   Q.   What did you conclude about the timing of Exhibit 714.8 as

15   compared to Government Exhibit -- I apologize, Government

16   Exhibit 408 and the footage we watched in 309.2?

17   A.   Those videos occurred at approximately the exact same time

18   and location.

19   Q.   Let's take a look at Government Exhibit 317.

20             MS. KEARNEY:  Your Honor, I don't believe this is in

21   evidence yet either, and the government offers it pursuant to

22   the parties' stipulation regarding its authenticity.

23             MR. ORENBERG:  No objection.

24             MS. KEARNEY:  317.

25             MS. MACEOIN:  No objection, Your Honor.

 1          THE COURT:  Government's Exhibit 317 is admitted.

 2      (Government Exhibit 317 received into evidence.)

 3          BY MS. KEARNEY:

 4  Q.   I'm going to start playing at 14:37:20 -- 14:30:20, or as

 5  close as possible as I can get to that.

 6      (Video played.)

 7          BY MS. KEARNEY:

 8  Q.   I'm pausing at 14:31:57.  I want to take it back to

 9  14:31:36 -- 14:31:35.  I'm going to play in slow motion.

10      (Video played.)

11          BY MS. KEARNEY:

12  Q.   I'm going to pause at 14:31:37.

13      Do you see Mr. Doolin in this footage?

14  A.   I do.  He's right there (indicating).

15      (Video played.)

16          BY MS. KEARNEY:

17  Q.   I'm pausing at 14:31:36.

18      All right.  Let's play Government Exhibit 714.3.

19      Where did you obtain this footage?

20  A.   This came from the search of Josh Doolin's phone.

21      (Video played.)

22          BY MS. KEARNEY:

23  Q.   Do you recognize the person at the end of that footage?

24  A.   Yes.  That was Mr. Doolin.

25  Q.   And who is narrating that video?

```
 1    A.    Mr. Doolin.

 2    Q.    Let's play Government Exhibit 714.17.

 3          Again, where did you obtain this footage?

 4    A.    This footage also came from the search of Josh Doolin's

 5    phone.

 6          (Video played.)

 7              BY MS. KEARNEY:

 8    Q.    Who is narrating that video?

 9    A.    Mr. Doolin.

10    Q.    Let's play 714.5.

11          (Video played.)

12              BY MS. KEARNEY:

13    Q.    Who is narrating that video?

14    A.    Mr. Doolin.

15    Q.    Let's review Government Exhibit 714.38.

16          (Video played.)

17              BY MS. KEARNEY:

18    Q.    Who is the narrator of that video?

19    A.    Mr. Doolin.

20    Q.    And let's look at 714.32.

21          (Video played.)

22              BY MS. KEARNEY:

23    Q.    Where did you obtain that footage?

24    A.    I obtained that from the search of Josh Doolin's phone.

25    Q.    And who is the narrator of that video?
```

```
 1   A.    Mr. Doolin.

 2              MS. KEARNEY:  I'm going to pull up Government

 3   Exhibit 422, which is not in evidence yet.

 4              BY MS. KEARNEY:

 5   Q.    Agent Taylor, were you present in the courtroom for

 6   Sergeant Bogner's testimony where we reviewed his body-worn

 7   camera footage of the inaugural stage?

 8   A.    Yes, I was.

 9   Q.    Does this appear to be that same location?

10   A.    The same approximate location, yes.

11   Q.    I'm going to advance slightly.

12         (Video played.)

13              BY MS. KEARNEY:

14   Q.    I'm pausing at 7 seconds.  I'm circling an individual.

15         Who does that appear to be?

16   A.    That is Joshua Doolin.

17   Q.    And is that consistent with other footage of what he's been

18   wearing on January 6, 2021?

19   A.    Yes, it is.

20              MS. KEARNEY:  The government offers 422.

21              MR. ORENBERG:  No objection.

22              MS. MACEOIN:  No objection.

23              THE COURT:  Government 422 is admitted.

24         (Government Exhibit 422 received into evidence.)

25              BY MS. KEARNEY:
```

```
1    Q.   I will play the whole thing now.
2         (Video played.)
3            BY MS. KEARNEY:
4    Q.   I'm pausing at 7 seconds again.
5         Agent Taylor, does Mr. Doolin have anything attached to his
6    waistband?
7    A.   I see something in the area of his left hip that is red.
8    Q.   Does he have anything slung across his chest?
9    A.   Not that I can see, no.
10   Q.   And is he carrying anything in his hands?
11   A.   A pair of gloves possibly, but nothing else that I can see.
12           MS. KEARNEY:  One moment, Your Honor.
13           BY MS. KEARNEY:
14   Q.   I'd like to take a look at Government Exhibit 413, which is
15   already in evidence.
16        (Video played.)
17           BY MS. KEARNEY:
18   Q.   I'm pausing at 7 seconds, and I'm going to back it up
19   slightly.  I'm going to circle an individual at the bottom of
20   the screen.
21        Who do you believe that to be?
22   A.   I believe that to be Joshua Doolin.
23   Q.   Does he have anything swung across his torso?
24   A.   I see a black strap, which is consistent with pepper
25   spray --
```

```
1              MR. ORENBERG:  Objection.  He's testified he saw a
2    black strap.
3              THE COURT:  Yes.
4              MR. ORENBERG:  And that should be the entirety of his
5    answer.
6              THE COURT:  On what grounds?
7              MR. ORENBERG:  Well, that she just asked him what it
8    is, and that's what he said, it's a black strap.
9              THE COURT:  Why don't we limit the answer to the fact
10   that it's a black strap, and you can now ask a follow-up
11   question if you deem it necessary.
12             MS. KEARNEY:  I don't think we need a follow-up.
13   Thank you, Your Honor.
14             BY MS. KEARNEY:
15   Q.   Let's go back to Government Exhibit 313.  And I'm going to
16   start at 14:46:57 -- 14:46:56.  There's an individual I'm going
17   to circle.  It's very small.
18        Who do you believe that to be?
19   A.   I believe that to be Joshua Doolin.
20   Q.   Why is that?
21   A.   I can see what appears to be a tan jacket and baseball cap
22   that could be green.
23   Q.   I'm going to advance a little bit.
24        (Video played.)
25             BY MS. KEARNEY:
```

```
1    Q.   This is 14:46:57.  That same individual, does he have a
2    strap across his torso?
3    A.   Yes, he does.
4    Q.   Does there appear to be something attached to that strap?
5    A.   I see something black and cylindrical on his hip.
6    Q.   Let's advance just a couple of seconds.
7         (Video played.)
8             BY MS. KEARNEY:
9    Q.   We are at 14:46:58.
10        Do you see the Washington Monument?
11   A.   I do, yes.
12   Q.   All right.  Does that indicate to you where -- what
13   location this footage is recorded at?
14   A.   These grandstands and the area surrounding it are facing
15   west towards the Washington Monument.  So this would be the west
16   side of the Capitol.
17   Q.   I'm going to play to 14:47:13.
18        (Video played.)
19            BY MS. KEARNEY:
20   Q.   I'm going to pause there, 14:47:03.
21        I'm going to ask you to focus on the MPD officers in yellow
22   in the middle of the frame.
23        (Video played.)
24            BY MS. KEARNEY:
25   Q.   I'm going to pause there, 14:47:15.
```

1      What do those officers appear to be doing?

2  A.   The line in the front is struggling with bike racks that

3  are being pulled back and forth.

4  Q.   I'm going to just back up slightly.  All right.  We're at

5  14:47:07.

6      Where is Mr. Doolin?

7  A.   Right there (indicating).

8  Q.   Which way is he facing?

9  A.   He's facing north.  His head is turned in the general

10  direction of that police line that's struggling with the bike

11  racks.

12  Q.   Let's skip to 14:49:13.  I'm sorry.  14:49:12.

13      You were present when Sergeant Bogner testified about what

14  an MK-46 looks like?

15  A.   Yes.

16  Q.   What does Mr. Doolin appear to be carrying over his

17  shoulder?

18  A.   Again, that's that black cylindrical item that I referenced

19  earlier that appears to be an MK-46.

20  Q.   Let's skip to 14:58:13.  At 14:58:13, does he appear to

21  still be carrying that object?

22  A.   Yes, he does.

23  Q.   All right.  Let's take a look at Government Exhibit 714.21.

24      Again, where did you obtain this footage?

25  A.   From Joshua Doolin's phone.

```
 1              (Video played.)
 2                   BY MS. KEARNEY:
 3    Q.   I'm going to pause there.
 4         Who is the narrator of this video?
 5    A.   Mr. Doolin.
 6    Q.   Did you hear what he just said?
 7    A.   Yes.  It's very echoey in here.  I'm not sure I got it
 8    exactly.  But yes, I did.
 9    Q.   Let me back up a little bit.
10              (Video played.)
11                   BY MS. KEARNEY:
12    Q.   I'm pausing at 17 seconds.
13         Did you catch that?
14    A.   Yeah, I did.
15    Q.   He said, "We would have never gotten through that wall."
16                   MS. MACEOIN:  I'm sorry.  Can we play that again, Your
17    Honor?
18                   MS. KEARNEY:  Sure.  I'm backing up to 12 seconds.
19              (Video played.)
20                   BY MS. KEARNEY:
21    Q.   I'm going to pause at 21 seconds.
22         Who is in this frame?
23    A.   Mr. Perkins.
24    Q.   I'm going to back up just a little bit, and I want you to
25    listen to what Mr. Perkins says.
```

```
 1          (Video played.)
 2              BY MS. KEARNEY:
 3     Q.   What did Mr. Perkins say?
 4     A.   Something to the effect of "they're hitting people in the
 5     eye."
 6     Q.   How did Mr. Doolin respond?
 7     A.   Could you play that part again?  I'm sorry.
 8          (Video played.)
 9              BY MS. KEARNEY:
10     Q.   Paused at 24 seconds.
11          Did you catch that?
12     A.   Something to the effect of "yeah, that tear gas was raw or
13     brutal."
14     Q.   Let's just play the rest of that clip.
15          (Video played.)
16              BY MS. KEARNEY:
17     Q.   All right.  Let's review Government Exhibit 714.4.
18          Where did you obtain this video?
19     A.   Search of Josh Doolin's phone.
20          (Video played.)
21              BY MS. KEARNEY:
22     Q.   Who is narrating that video?
23     A.   Mr. Doolin.
24     Q.   Let's play 714.22.
25          Where did you obtain this footage?
```

```
1   A.   Search of Joshua Doolin's phone.

2        (Video played.)

3            BY MS. KEARNEY:

4   Q.   Let's take a look at Government Exhibit 714.28.

5        Where did you obtain this footage?

6   A.   Search of Joshua Doolin's phone.

7        (Video played.)

8            BY MS. KEARNEY:

9   Q.   And who is narrating that video?

10  A.   Mr. Doolin.

11  Q.   Let's look at Government Exhibit 318, which is already in

12  evidence, and I'm just going to play the whole thing.

13       (Video played.)

14           BY MS. KEARNEY:

15  Q.   I'm going to go to 12 seconds of that video, which is

16  15:46:25.  I zoomed in on the bottom right-hand portion of the

17  picture.

18       What does Mr. Doolin appear to have across his back?

19  A.   I can't see the strap here, but I can see the black

20  silhouette of the pepper spray canister, the MH-46.

21  Q.   All right.  And I've advanced a couple frames.

22       Can you see the strap now?

23  A.   Yes, I can.

24  Q.   In this frame, does Mr. Doolin also appear to have

25  something in his hands?
```

1    A.   Yes.  He appears to be carrying an American flag, and I can

2    see the edge of a riot shield.

3    Q.   Backing up to 10 seconds, can you see the edge of the riot

4    shield in that frame?

5    A.   Can you move it just slightly for me?

6         Yes, I can see it.

7              THE COURT:  Ms. Kearney, would now be a reasonable

8    time to take the mid-morning break?

9              MS. KEARNEY:  I think one more video, and then it

10   would be the perfect time.

11             THE COURT:  Okay.

12             MS. KEARNEY:  Thank you.

13             BY MS. KEARNEY:

14   Q.   Let's look at Government Exhibit 714.20.

15        Oh, actually, two more, perhaps.  So perhaps we should

16   break now.

17             THE COURT:  Are you going to do just two more with

18   this witness, or do you have more --

19             MS. KEARNEY:  Two more at this time period.

20             THE COURT:  Why don't we just do those two.

21             MS. KEARNEY:  Okay.  Let's look at 714.150.

22        Your Honor, I apologize.  318 was not in evidence, and the

23   government offers it pursuant to the stipulation between the

24   parties about its authenticity.

25             THE COURT:  I have it as admitted already.

```
 1              MS. KEARNEY:  Great, then.

 2              THE COURT:  Any objection to admitting it again, 318?

 3              MR. ORENBERG:  Only that it's uncertain what the time

 4    stamp was.

 5              MS. KEARNEY:  There's a time stamp on the zoomed-in

 6    version.  Would you like me to pull it up?

 7              MR. ORENBERG:  Yes, please.

 8              THE COURT:  I mean, it's already in evidence.  So

 9    that's -- and it's a body cam with a time stamp.

10              MR. ORENBERG:  Okay.  We just wanted to clear up the

11    time stamp, Your Honor.

12         Thank you.  No objection.

13              THE COURT:  It's admitted again.

14              MS. KEARNEY:  Thank you.

15         (Government Exhibit 318 received into evidence.)

16              BY MS. KEARNEY:

17    Q.   Let's look at 714.15.

18         Again, where did you obtain this footage?

19    A.   From a search of Joshua Doolin's phone.

20         (Video played.)

21              BY MS. KEARNEY:

22    Q.   Who do you believe is the narrator of this footage?

23    A.   Mr. Doolin.

24    Q.   Going to 32 seconds.

25         Who is in this frame?
```

1    A.    Michael Perkins.

2    Q.    Sorry.  This is 31 seconds.  And now I'm at 32 seconds.

3        What kind of gloves is he wearing?

4    A.    Black gloves with blue knuckles.

5    Q.    Now let's play Government's Exhibit 714.20.

6    (Video played.)

7        BY MS. KEARNEY:

8    Q.    I'm going to start again at the opening frame, but first,

9    who is the narrator of this video?

10    A.    Mr. Doolin.

11    Q.    Where did you obtain it from?

12    A.    From a search of his phone.

13    Q.    All right.  At the opening frame of this video, what is

14    being depicted here?

15    A.    Mr. Doolin is filming through a riot shield towards the

16    west, it appears to be on the Upper West Terrace, holding the

17    riot shield.

18    Q.    Can you read what is written on that shield?

19    A.    Yes.  It says in reverse "United States Capitol Police."

20        MS. KEARNEY:  Thank you.  I think this would be a

21    great time for a break, Your Honor.

22        THE COURT:  Let's have our morning recess.  We will be

23    back on the record at 11:20.

24    (Recess taken from 11:01 a.m. to 11:22 a.m.)

25        COURTROOM DEPUTY:  Your Honor, we are now back on the

1    record.

2            THE COURT:  Ms. Kearney.

3            MS. KEARNEY:  Thank you, Your Honor.

4        Before I proceed with questioning, Your Honor, we had

5    provided notice to defense counsel that we intended to admit

6    several exhibits pursuant to Rule 902.11 and 902.2.  And so I

7    wanted to move those in now.

8            THE COURT:  Okay.

9            MS. KEARNEY:  The government offers Government

10   Exhibits 802, 803, 804 and their accompanying certification,

11   which is 801.

12           THE COURT:  And I assume that you provided the

13   defendants with the relevant certifications?

14           MS. KEARNEY:  Yes.

15           THE COURT:  Any objection?

16           MS. MACEOIN:  Yes, I object that they're introducing

17   them through the agent and not through a witness from Safeway.

18           THE COURT:  Is that required?  No?

19           MS. MACEOIN:  Under the confrontation clause, if

20   there's questions for that witness.

21           THE COURT:  Ms. Kearney?

22           MS. KEARNEY:  I think the records are certified.

23   They're admissible under the Federal Rule of Evidence.  And I

24   don't believe this poses any confrontation clause issues.

25           THE COURT:  Is there a obligation to make the

1   certifying person or organization available for

2   cross-examination?

3            MS. KEARNEY:  I don't believe there's an obligation

4   to.  That person has certainly been identified for defense

5   counsel, if they wish to call them.

6            THE COURT:  I will admit the exhibits over the

7   objection based on the representations of counsel.  All of the

8   requirements for satisfying the rule are met, and I don't

9   believe there's a confrontation clause problem.

10           And to the extent they wish to, the defendants could, of

11   course, call the relevant certifiers.

12           So can you walk me through the exhibit numbers again?

13           MS. KEARNEY:  Yes.  And there's one other, Your Honor.

14   But under 902.11, the government offers 802, 803, 804, and the

15   accompanying certification, which is 801.

16           THE COURT:  Those four are admitted.

17       (Government Exhibits 801, 802, 803, and 804 received into

18   evidence.)

19           MS. KEARNEY:  And the government also offers

20   Exhibit 805 pursuant to Rule 902.2 as a governmental certified

21   record.

22           THE COURT:  And that is the --

23           MS. KEARNEY:  The D.C. Register exhibit.

24           THE COURT:  Can you pull that up for me?

25           MS. KEARNEY:  Maybe.

1          THE COURT:  What is this?

2          MS. KEARNEY:  An entry in the District of Columbia

3     Register.  It's signed by the Mayor and attested to by the

4     Secretary of State.

5          THE COURT:  So in your view, this is essentially an

6     official public record of the District of Columbia?

7          MS. KEARNEY:  That's correct.

8          THE COURT:  Any objection?

9          MR. ORENBERG:  We can't see it on our screen.  Just to

10    make sure the record is clear, I am joining in --

11         THE COURT:  Mr. Doolin/Mr. Orenberg joins

12    Ms. MacEoin's objection to Exhibits 801 through 804.

13         MR. ORENBERG:  And it's my recollection of the

14    pretrial conference last week that I made a motion that any

15    objections or motions made by co-defense counsel during trial

16    would apply to other co-defendants unless expressly opted out.

17         THE COURT:  Yes.

18         MR. ORENBERG:  So I remind the Court.

19       Thank you, Your Honor.

20         THE COURT:  Yes.  We can nunc pro tunc that back to

21    the beginning of trial to the extent there are situations where

22    it appeared that or it wasn't clear whether a joinder was

23    happening.

24         MR. ORENBERG:  Thank you, Your Honor.

25         THE COURT:  Okay.  So as to 805?

 1          MR. ORENBERG:  No objection.

 2          MS. MACEOIN:  No objection.

 3          THE COURT:  805 is admitted.

 4      (Government Exhibit 805 received into evidence.)

 5          THE COURT:  Thank you, Counsel.

 6          MS. KEARNEY:  Thank you, Your Honor.

 7      Your Honor may have noted my computer was having some

 8  difficulties with some videos.  I would like to go back to a

 9  video we had some difficulties with Mr. Moeder's computer.

10          THE COURT:  Sure.

11          MS. KEARNEY:  This is Government Exhibit 714.24.  I'm

12  going to start playing at 1 minute 1 second.

13      (Video played.)

14          MS. KEARNEY:  Sorry.  We're backing up to 57 seconds.

15  We're playing from 1 minute.

16      (Video played.)

17          THE COURT:  Can you pause?  Are you attempting to play

18  that into the microphone?

19          MS. KEARNEY:  Yes.

20          THE COURT:  It's not working.

21          MS. KEARNEY:  This is as high as we can get the volume

22  on this computer, Your Honor.  We'll come back to it again.

23          THE COURT:  There's nothing displayed.

24      Ms. Kearney, can I ask just a question --

25          MS. KEARNEY:  Sure.

1          THE COURT:  -- which is really just lining up

2     materials.  The Cellebrite reports that are exhibits, for

3     example, Government 713 and 714, and then the videos that are,

4     for example, 714.1 and 714.2 and the like, I've been assuming,

5     and I think I could probably -- I think this is a fair

6     assumption based on the file name, but that the 714.1

7     corresponds with the first entry on the Cellebrite report;

8     correct?

9          MR. MOEDER:  Your Honor, if I may.

10          THE COURT:  Yes.

11          MR. MOEDER:  That is correct, Your Honor.  And that is

12     why we revised an exhibit list.  So the file names for the

13     photos and the videos that were taken off Mr. Doolin's phone, we

14     removed the description of what the video contained and just the

15     electronic file name as it is reflected in each of the

16     Cellebrite reports, which is 713 and 714, and then the dot

17     whatever number comes after the exhibit corresponds with that.

18          THE COURT:  The entry number.

19          MR. MOEDER:  For example, point 1 would be the first

20     entry on the Cellebrite report.

21          THE COURT:  I was making that assumption, but I just

22     wanted to confirm it.  For example, 714.1, the file name on the

23     exhibit list is OXN 23 BR, blah, blah, and it's identical on 1.

24       So I have it.  Thank you.  That's all.

25          MS. MACEOIN:  Could we clarify?  Is it the same for

1    Mr. Doolin's extraction -- Mr. Perkins's extraction?

2              MR. MOEDER:  It is not because the extraction report

3    was in a different format.  It's only pertinent to Government

4    Exhibits 713 and 714 and then all the corresponding photographs

5    and videos.

6              THE COURT:  Yes.  Thank you.  That's what I thought.

7    Thank you very much for that.

8         Ms. Kearney.

9              MS. KEARNEY:  Thank you.

10             BY MS. KEARNEY:

11   Q.   All right.  Let's move a little further along in the day.

12   I would like to take a look at Government Exhibit 416.  And I'm

13   going to pause at the very opening.

14        Were you in the courtroom when Captain Patton testified

15   about this exhibit?

16   A.   Yes, I was.

17   Q.   And he said it was in what has come to be known as the

18   tunnel area of the Capitol?

19   A.   Correct.  That was my understanding.

20   Q.   I'm going to advance about 2 seconds in and pause there.

21        Directing your attention to the right side of the screen,

22   do you see Mr. Doolin?

23   A.   I do, right there (indicating).

24   Q.   Thank you.  And I'm just going to play from 2 seconds.

25        (Video played.)

| | | |
|---|---|---|
| 1 | | BY MS. KEARNEY: |
| 2 | Q. | I'm pausing at 26 seconds. |
| 3 | | Do you see a balding man with a beard? |
| 4 | A. | Yes, I do. |
| 5 | Q. | Okay.  I'm going to keep playing. |
| 6 | | Actually, can you circle him? |
| 7 | A. | (Witness complied.) |
| 8 | Q. | Thank you.  And now I will keep playing. |
| 9 | | (Video played.) |
| 10 | | BY MS. KEARNEY: |
| 11 | Q. | And I've paused at 31 seconds. |
| 12 | | What did the balding man do? |
| 13 | A. | He was pushing out of the tunnel and heading down the |
| 14 | | stairs. |
| 15 | Q. | All right.  I will keep playing at 31 seconds. |
| 16 | | MS. KEARNEY:  Your Honor, I'm sorry.  I muted my |
| 17 | | computer, which is why the sound is not playing. |
| 18 | | (Video played.) |
| 19 | | BY MS. KEARNEY: |
| 20 | Q. | I paused at 43 seconds. |
| 21 | | Do you see a person in a white hooded sweatshirt? |
| 22 | A. | Right here (indicating), yes. |
| 23 | Q. | I'll keep playing. |
| 24 | | (Video played.) |
| 25 | | BY MS. KEARNEY: |

1    Q.    I'll pause at 50 seconds.

2          What did the person in the white hooded sweatshirt do?

3    A.    They also pushed out of the tunnel and down the stairs.

4          (Video played.)

5              BY MS. KEARNEY:

6    Q.    I'm pausing at 1 minute and 2 seconds, although I would

7    actually like to go back to 1 minute.

8          At 1 minute, do you see Mr. Doolin?

9    A.    I see the green hat right there and the edge of his shield.

10   Q.    And in comparison to where he was 30 to 45 seconds ago, is

11   he further into the tunnel or farther away from the tunnel?

12   A.    He appears to be further into the tunnel.

13   Q.    All right.  I'm playing at 1 minute.  I'm actually going to

14   back up to 55 seconds.

15         (Video played.)

16             BY MS. KEARNEY:

17   Q.    I'm going to pause at 1 minute.

18         Did you see that white banner or flag that was thrown

19   towards the tunnel?

20   A.    Yes, I did.

21   Q.    Let's take a look at Government Exhibit 205.  I'm going to

22   advance to the time 4:19:07, which is also 4 minutes and 6

23   seconds into the video.

24         (Video played.)

25             BY MS. KEARNEY:

1    Q.   I'm pausing there at 4 minutes and 9 seconds.

2         Did you see a white flag or banner get thrown towards the

3    tunnel?

4    A.   I did, right there (indicating).

5    Q.   What does that lead you to conclude about the relative

6    times of Government Exhibit 205 and Government Exhibit 416?

7    A.   They're about the same time.

8    Q.   All right.  I'm going to back up to the beginning of

9    Government Exhibit 205 and play from there.

10        (Video played.)

11             BY MS. KEARNEY:

12   Q.   All right.  I'm going to pause at 1 minute 56 seconds.

13        Do you see Mr. Doolin?

14   A.   I do.  I see him right there.

15   Q.   All right.  I'm going to clear the screen, and I'm going to

16   keep playing.  But I'm going to ask you to periodically just put

17   a dot where Mr. Doolin is on the screen.

18   A.   Understood.

19        (Video played.)

20             BY MS. KEARNEY:

21   Q.   I'm going to pause.  Actually, I'm going to pause and back

22   up to 3 minutes 21 seconds, which is right around 4:18:22.

23   Sorry, 4:18:21.

24        Do you see the balding man that we spoke about earlier?

25   A.   I do, right there (indicating).

1    Q.   I'll clear the screen.

2         Can you put the dot back where Mr. Doolin is, please?

3    A.   He's somewhere in this area (indicating).

4    Q.   I'm going to stop at 3:45, which is 18:45.  I'm going to

5    back up just a few seconds.  We're at 4:18:39.

6         (Video playing.)

7              BY MS. KEARNEY:

8    Q.   Do you see the individual in the white hooded sweatshirt

9    that we spoke about earlier?

10   A.   Yes.  They're right there (indicating).

11   Q.   I'm going to clear the screen.

12        Can you put a dot back where Mr. Doolin is?

13   A.   He's in this area (indicating).

14   Q.   I'm going to pause there.  That's 4:20:53.

15        In those couple minutes that elapsed, Mr. Taylor, can you

16   describe Mr. Doolin's movement?

17   A.   Yes.  When the individual that we referenced, the person

18   with the white hoodie, was pushing out of the tunnel and down

19   the stairs, Mr. Doolin turned sideways, either to allow him to

20   leave or to try to slide into the place where he was.  He did

21   push forward.  He moved to his right, our left, towards the --

22   what we've been told is that temporary plywood at the tunnel

23   entrance.  I saw a shadow and a silhouette of a hand reaching

24   out, indicating that he grabbed the edge of the wall either to

25   steady himself or to pull himself further in.  He moved further

1    in from that.

2         I observed that earlier in the video his hat was

3    illuminated brightly by the sun outside, and then it became

4    dark, indicating that he had gone from the outer area of the

5    tunnel inside of the tunnel.  And then there was what I would

6    assume to be tear gas, some sort of chemical irritant sprayed

7    along the sides of the tunnel, and the crowd started to push

8    backwards, and Mr. Doolin appeared to be pushed backwards,

9    traveling backwards out of the tunnel.

10   Q.   Thank you.  I'm going to just back up a few seconds and ask

11   you to point out a couple of things.

12        So at 5 minutes and 5 seconds, which is 4:20:51, do you see

13   a rolled-up American flag in the center of the screen?

14   A.   Would you mind drawing my attention to that?

15   Q.   I'm going to circle an object in the center.

16   A.   I see it now.  Thank you.

17   Q.   I'm going to play a few more seconds from 4:20:50.

18        (Video played.)

19             BY MS. KEARNEY:

20   Q.   And I'm going to circle a pole that was right behind that

21   American flag.

22        Do you see that?

23   A.   Yes, I do.

24   Q.   Do you also see there's a man in a white cowboy hat that's

25   to the left of the frame?

1   A.   Yes, I see him there.

2   Q.   And approximately what time are we at in Government

3   Exhibit 205?

4   A.   4:20:52 p.m.

5   Q.   Let's look at Government Exhibit 418.  I'm going to play to

6   about 10 seconds in.

7        (Video played.)

8            BY MS. KEARNEY:

9   Q.   That's 11 seconds.

10       Do you see there's an American flag in the center of the

11  screen?

12  A.   Yes, I do.

13  Q.   And the pole?

14  A.   Yes.

15  Q.   And the man in the white cowboy hat?

16  A.   Yes.

17  Q.   What does that lead you to conclude about the relative

18  timing of Government Exhibit 418 and Government Exhibit 205?

19  A.   They occurred at approximately the same time and same

20  location.

21  Q.   All right.  I'm going to play -- do you see Mr. Doolin in

22  this frame?

23  A.   Yes, I do.  He's mostly obscured, but I see him and the

24  shield there.

25  Q.   And you said "and the shield"?

1   A.   Correct.  I can see the top of a riot shield above the

2   green hat and tan jacket.

3   Q.   And do you see a strap?

4   A.   I do see what appears to be a black strap, yes.

5   Q.   I'm going to play about 10 more seconds.

6        (Video played.)

7            BY MS. KEARNEY:

8   Q.   All right.  I'm at 21 seconds, and I'm just going to go

9   frame by frame.

10       (Video played.)

11           BY MS. KEARNEY:

12  Q.   At 23 seconds, can you see whether there is something

13  attached to the strap across Mr. Doolin's back?

14  A.   I see the top.  It appears to be a black circle.  And I see

15  a little bit of red.

16  Q.   Can you just circle that?

17  A.   (Witness complied.)

18  Q.   Thank you.  I'm just going to play a few more seconds.

19       (Video played.)

20           BY MS. KEARNEY:

21  Q.   I'll stop at 32 seconds.

22       Let's take a look at Government Exhibit 419.

23       (Video played.)

24           BY MS. KEARNEY:

25  Q.   I'm paused at 5 seconds.

1        Do you see Mr. Doolin?

2   A.   Yes, I do.  I see him right there.

3   Q.   All right.  I'm going to clear the circle.

4        To our left, is there a man in a white cowboy hat?

5   A.   I do see a white cowboy hat there.

6   Q.   I'm going to play a little bit of this video.

7        (Video played.)

8           BY MS. KEARNEY:

9   Q.   I'm going to pause at 25 seconds.  Can you see the object

10  attached to the strap across Mr. Doolin's torso?

11  A.   Yes, it is.  It's the HK-46.

12  Q.   The HK-46?

13  A.   MK-46.  Excuse me.

14  Q.   What does Mr. Doolin have in his hands?

15  A.   He's holding a riot shield.

16  Q.   All right.  I'm going to keep playing.

17       (Video played.)

18          BY MS. KEARNEY:

19  Q.   I'm at 39 seconds, and I'm going to try to just advance

20  slowly frame by frame.

21       Do you see if there's something attached to Mr. Doolin's

22  waistband?

23  A.   I can see a silver carabiner and just the edge of something

24  red.

25  Q.   I'm going to keep playing from 41 seconds.

1          (Video played.)

2              BY MS. KEARNEY:

3     Q.   I'm going to pause at 1 minute 36 seconds.  I'm going to

4     circle something in the middle of the screen.

5          What is that?

6     A.   It appears to be a yellow glove.

7     Q.   I'm going to show you what's been admitted as Government

8     Exhibits 917 through 920, 917, 918, 919, and 920.

9          Does that appear to be the same yellow glove?

10    A.   Yes, it does.

11    Q.   And do you see the object that Mr. Doolin is carrying in

12    the upper right-hand corner of 917?

13    A.   Yes.  It appears to be the pepper canister, pepper spray.

14    Q.   Let's go back to Government Exhibit 419.  I'm going to just

15    play a few more seconds.  I'm going to stop at 1 minute 44

16    seconds.

17         In Government Exhibit 917, 918, 919, and 920, how is the

18    individual in the blue sweatshirt and tan coat positioned?

19    A.   He is laying on top of one or more other protestors.  They

20    appear to have fallen down the stairs, and they're now all

21    pinned there.

22    Q.   And does Mr. Doolin appear to be interacting with him at

23    all in Government Exhibit 419?

24              MR. ORENBERG:  Objection; leading.

25              THE COURT:  Sustained.

1          BY MS. KEARNEY:

2     Q.   How, if at all, does Mr. Doolin interact with the man in

3     the tan coat and light blue sweatshirt in Government

4     Exhibit 419?

5     A.   I don't see any indication of him interacting with that

6     individual.  He appeared to be primarily concerned with removing

7     the shield from the pinned position where it was.

8     Q.   Okay.  Let's take that down.

9          I'd like to take a look at Government Exhibit 206, please.

10         MS. KEARNEY:  Oh, this is not yet entered, Your Honor.

11    Pursuant to the parties' stipulation regarding the authenticity

12    of Capitol Police CCV footage, the government offers 206.

13         MR. ORENBERG:  No objection.

14         MS. MACEOIN:  No objection, Your Honor.

15         THE COURT:  Government's 206 is admitted.

16    (Government Exhibit 206 received into evidence.)

17         BY MS. KEARNEY:

18    Q.   I'm going to skip forward to 6 minutes and 47 seconds,

19    which is approximately 4:51:28 p.m.

20         (Video played.)

21         BY MS. KEARNEY:

22    Q.   I'm going to pause at 4:51:36.  Agent Taylor, with respect

23    to the lighting in that area, what did you observe with respect

24    to the footage that we played?

25    A.   There's an individual in the crowd outside of the tunnel

1    that is shining some sort of a strobe light into the tunnel.

2    Q.    I'm going to back up just a little bit and play again from

3    6:47 and pause at 6:53.

4          (Video played.)

5              BY MS. KEARNEY:

6    Q.    Did you see an individual holding a riot shield?

7    A.    Yes.

8    Q.    Where was he, and what was he doing with it?

9    A.    He is in the center of the tunnel from our perspective.  He

10   was shaking it over his head and, more recently here, slamming

11   it down on the ground.

12   Q.    Let's look at Government Exhibit 420.

13         (Video played.)

14             BY MS. KEARNEY:

15   Q.    All right.  I'm going to pause at 25 seconds.

16         What did you observe happening in that footage?

17   A.    I can see the reflection of a strobe light coming from the

18   area of the tunnel, and I also see an individual with a Capitol

19   Police riot shield shaking it over his head and slamming it to

20   the ground.

21   Q.    So what do you conclude about the timing of Government

22   Exhibit 420 with respect to Government Exhibit 206?

23   A.    The two videos occurred at approximately the same time and

24   location.

25   Q.    I'm going to skip ahead to about 50 seconds in Government

```
1    Exhibit 420.

2         (Video played.)

3              BY MS. KEARNEY:

4    Q.   And I'm going to pause at 54 seconds.

5         Do you see Mr. Doolin in this frame?

6    A.   I do.

7    Q.   I'm going to keep playing.

8         (Video played.)

9              BY MS. KEARNEY:

10   Q.   I'm going to pause there at 1 minute 13 seconds, and I'm

11   going to skip ahead to about 2 minutes and 50 seconds.

12        (Video played.)

13             BY MS. KEARNEY:

14   Q.   I'm going to pause at 2 minutes and 59 seconds.

15        What just came into the frame?

16   A.   I see what appears to be a Capitol Police riot shield

17   cloaked in an American flag.

18   Q.   I'm going to keep playing.

19        (Video played.)

20             BY MS. KEARNEY:

21   Q.   Stopping at 3 minutes and 1 seconds.

22        Do you see Mr. Doolin in this frame?

23   A.   Yes, I do.

24   Q.   All right.  I'm going to keep playing.

25        (Video played.)
```

```
 1              BY MS. KEARNEY:
 2    Q.   I'm pausing at 3 minutes and 7 seconds, and I'm just going
 3    to back up to 3 minutes and 3 seconds.
 4         Do you see Mr. Perkins in the frame?
 5    A.   Yes, I do, right there (indicating).
 6    Q.   All right.  I'm going to keep playing.
 7         (Video played.)
 8              BY MS. KEARNEY:
 9    Q.   I'll stop there at 3 minutes and 30 seconds.
10         What direction do Mr. Perkins and Mr. Doolin appear to be
11    moving in?
12    A.   They appear to be on the risers surrounding the
13    inauguration stage, and they appear to be walking down in a
14    northward direction toward the flat part of the stage.
15    Q.   I want to change topics now, Special Agent Taylor.  Let me
16    direct your attention to December 2nd of 2021.
17         Did the FBI execute a search warrant that day?
18    A.   Yes, we did.
19    Q.   On whose residence?
20    A.   The residence of Joshua Doolin and his wife.
21    Q.   And when was Mr. Doolin arrested in this case?
22    A.   He was arrested on June 30th of 2021.
23    Q.   So the warrant was after he had been arrested?
24    A.   Correct.
25    Q.   What time did the FBI arrive at his residence?
```

1   A.   We arrived at his residence around 7:00 in the morning.

2   Q.   And before arriving at the residence, did you attempt to

3   make contact with Mr. Doolin?

4   A.   Yes, I did.

5   Q.   Did you succeed?

6   A.   I originally attempted to call him on his cell phone and

7   didn't receive an answer.  This was a preplanned situation to

8   contact him.

9        I then attempted to call Morgan Doolin, his wife.  She did

10  answer, and I spoke to her and told her that we had -- a judge

11  had authorized an additional search warrant of the residence and

12  that we were coming there now and that we would like them to

13  come outside and sit on the porch and wait for us, we would be

14  there in about two minutes.

15  Q.   You said this was preplanned.  Do you mean Mr. and

16  Mrs. Doolin had advanced knowledge that the FBI would be

17  arriving?

18  A.   No, we had planned to -- as opposed to arriving at the

19  location at 6:00 when it would have been dark or nearly dark, we

20  planned to arrive during daytime and to call them beforehand so

21  that we could make it as minimally intrusive and traumatic as

22  possible.

23  Q.   You said you spoke with Morgan Doolin?

24  A.   Correct.

25  Q.   And you advised her that the FBI would be arriving shortly?

A.    Yes.

Q.    When you arrived, was anyone outside of the residence?

A.    No, they were not.

Q.    And what did you and other law enforcement agents do when you arrived?

A.    We waited for a few moments just to -- we had given them about a two-minute ETA, estimated time of arrival, to get to the residence.  So we waited a few moments to ensure that we had actually waited the two minutes.  When no one came out, we started to feel somewhat unsafe in our position.  So we attempted to call them again.

Q.    And did someone answer?

A.    Yes.  I was ultimately able to speak to Mr. Doolin.

Q.    And what did you tell him, and what was his response?

A.    I told him that we had a legally authorized -- a judge had authorized a search warrant of his residence and that they needed to come outside.  We wanted to keep it as minimally embarrassing to him and his wife around their neighbors, because there's several other houses around, and we asked him to please come outside with his hands where we could see them so that we could execute the search warrant.

Q.    And did he respond?

A.    He argued with me.  He said something to the effect of that we could not do a search warrant there, that we needed to contact his lawyer, and that they weren't going to come out.

1   Q.   And did Mr. Doolin come out as requested?

2   A.   No; initially, no.  The phone call was terminated.  We

3   waited another few moments, and again, when we started to feel

4   as though the situation may be becoming unsafe, we began to

5   sound our siren, at which point, he did come out.

6   Q.   And did Mr. Doolin's wife come out as well?

7   A.   Yes, she did.

8   Q.   And what did Mr. Doolin do when he exited the residence?

9   A.   He initially walked out, I would say, in a cooperative

10  fashion, but then he began to argue with the agents that were

11  nearest to him.  He was moving back and forth, not staying in

12  one place, and then he raised his cell phone and started to film

13  us.

14  Q.   And did he ever attempt to re-enter his residence?

15  A.   Yes, he did.

16  Q.   Can you tell me about that?

17  A.   I'm not sure of the exact time frame, but within a few

18  moments of that previous interaction that I described, he

19  attempted to turn and go back to his residence, at which point

20  we began to yell firmer commands at him, and he did comply.

21  Q.   And did Mr. Doolin's wife exit the residence?

22  A.   Yes, she did.

23  Q.   Did the FBI, in fact, search Mr. Doolin's residence?

24  A.   Yes, we did.

25  Q.   Were either Mr. Doolin or his wife handcuffed during the

1    search?

2    A.    No.   As I recall, we essentially placed hands on them, on

3    their shoulders, on their forearms, to make sure that we felt

4    they were safely under our control while we escorted them away

5    from the residence, but we did not handcuff them.

6    Q.   Could you briefly describe the process and the procedure

7    for executing a search warrant?

8    A.    Sure.   So starting from this situation where I left off,

9    once we led the individuals that we believed to be the residents

10   away from the home, we would approach the residence, basically

11   position ourselves in a area where we feel we are as safe as

12   possible, and call out to any other individuals that might be

13   inside.

14       After that, we would make entry and do a law enforcement

15   sweep of the location to ensure that it's safe for all the

16   search team members for the search to commence.   Once that

17   happens, we would call up any additional search team members

18   that were going to participate, and we would set up a search or

19   a evidence collection area inside.

20       Actually, let me step back.   A photographer would come in

21   first and take initial scene entry photos so that ourselves or a

22   defendant could refer back and see what the condition of the

23   premises was at the time that we started the search.

24       We would then set up, as I was saying, the evidence

25   collection area, for lack of a better term, divvied up

1   responsibilities by areas or rooms of the premises, and then

2   begin the search.

3   Q.   And once the search is begun, how are items of evidence

4   collected?

5   A.   So we have a couple different means by which they might be

6   identified.  Primarily, we have the attachments to the search

7   warrant that have descriptions of things, and usually also

8   photos, and I believe in this case we had several photos of

9   items that were seen on Mr. Doolin on January 6, 2021.

10       So that's one way that evidence items may be positively

11  identified as responsive to the warrant.  And then also myself

12  as the case agent was present, so anything that was found that

13  was potentially in question as to whether or not it was

14  responsive, they would ask me to come over and take a look at

15  it.

16  Q.   And once evidence is identified, what happens with it?

17  A.   The photographer is called to that location, and they

18  photograph those items in place so that we can reference back to

19  exactly where they were found and in what condition.  Then the

20  items are -- they may be moved from that location and

21  rephotographed, depending on how they were laying and what

22  condition they were, if they're visible in the photos.  And then

23  they are ticketed and bagged and logged for evidence.

24  Q.   Is there any paperwork or receipts generated in connection

25  with the search warrant?

1  A.   Yes.  There are several different standard FBI documents

2  involved in that.  I don't remember the form numbers for all of

3  them, but there are standard receipts.  We keep a lot of

4  everything, and then we create a receipt, which is left with the

5  resident or whoever is in control of that residence at the time

6  that we depart.

7  Q.   And this process that you just walked us through, was that

8  the process that was followed for the December 2nd search of

9  Mr. Doolin's residence?

10  A.   Yes.  I would add that after all of the inventory is done

11  and that we've shared the receipt with the residents, we take

12  exit photos for the same reason that we take entry photos.

13       And yes, that is the process.

14  Q.   And do you remember approximately how many FBI agents were

15  involved in executing the search warrant at Mr. Doolin's

16  residence?

17  A.   I would need to reference the 302 for that, but I believe

18  it was somewhere around 12.

19  Q.   And do agents have particular roles or assignments when

20  they're executing a search warrant?

21  A.   Yes.

22  Q.   What was your role?

23  A.   Again, I would have to refer to the 302 to see what the

24  exact terminology was, but basically, I was listed as the case

25  agent/search term lead.

1    Q.   You said earlier that one thing that might happen in

2    identifying evidence was that the case agent would be consulted

3    to determine whether something was, in fact, responsive to the

4    warrant?

5    A.   That's correct.

6    Q.   Did that happen in this case?

7    A.   Yes.

8    Q.   So I want to show you photographs that were taken --

9    actually, let me just show you some photographs.

10        Before I do that, Agent Taylor, you testified that the

11   search warrant of Mr. Doolin's residence was executed in

12   December of 2021?

13   A.   That is correct.

14   Q.   And so that was after Mr. Doolin's arrest in June of 2021?

15   A.   That's correct.

16   Q.   Why was the search warrant executed several months after

17   his arrest?

18   A.   We initially had a search warrant for an apartment in

19   Lakeland for June 30th of 2021.  When the search team arrived

20   and made entry into the apartment, they found that Mr. and

21   Mrs. Doolin had apparently just recently moved out.  It was

22   still in their name, but they were not living there, and there

23   were no belongings there, essentially.

24   Q.   So essentially, nothing was recovered in June of 2021?

25   A.   That's correct.

1    Q.   From the residence?

2    A.   Correct.

3    Q.   All right.  I want to show you the following exhibits, just

4    for identification:  601, 602, 603, 604, 605, 606, 607, 608,

5    609, 610, 611, 612, and 613.

6         What are each of these photographs?

7    A.   They're photographs from the scene of the search in

8    December of 2021, as well as some of the items that we recovered

9    as evidence.

10   Q.   And do they fairly and accurately depict the scene and the

11   items that were observed on the premises on that date?

12   A.   Yes, they do.

13             MS. KEARNEY:  The government offers Exhibits 601

14   through 613.

15             MR. ORENBERG:  No objection.

16             MS. MACEOIN:  No objection.

17             THE COURT:  Government Exhibits 601 through 613 are

18   admitted.

19        (Government Exhibits 601 through 613 received into

20   evidence.)

21             BY MS. KEARNEY:

22   Q.   I want to walk through some of these exhibits with you.

23        Let's start with 601.  What are we looking at?

24   A.   That's the home at which the search warrant was executed,

25   Mr. Doolin's residence.

1    Q.    And 602?

2    A.    That's a close-up view of the front.

3    Q.    And are these what you were calling the entrance

4    photographs?

5    A.    Yes.

6    Q.    603, what is that?

7    A.    That's sort of a shed addition that was built over the

8    porch overhang on the front of the residence.

9    Q.    And 601?

10   A.    That's a photo of the same room with the door open.

11   Q.    605?

12   A.    That's a photo of a jacket that was located in the course

13   of the search.

14   Q.    And was that jacket located in the home?

15   A.    I would need to see the exact location photo, but yes, it

16   was in or around the home, yes.

17   Q.    606?

18   A.    Those are two phones that were located there.

19   Q.    607?

20   A.    That was, I guess I would say, a guest bedroom with

21   clothing on the beds where one of the items was located.

22   Q.    608?

23   A.    So that is one of the jackets that was located.

24   Q.    And 609?

25   A.    So the previous photo would have been a photo of the item

1  as it was located.  This is an opened-up picture of that same

2  jacket.

3  Q.   This is a tan corduroy jacket?

4  A.   Correct.

5  Q.   What about 603 -- 604 -- nope, 605?  Are those the same

6  jacket?

7  A.   No, they are not.

8  Q.   Did you learn the difference between the two?

9  A.   Yes.  We pulled them out and actually took a little while

10  to figure out -- because we weren't going to ask Mr. Doolin

11  specific questions about these items, it took us a while to

12  ascertain what the purpose was, and it turned out that a new

13  jacket had been purchased for him at a later point in time.

14  Q.   So 605 is the new jacket?

15  A.   Correct.

16  Q.   And 609 is the older jacket?

17  A.   That was our understanding, yes.

18  Q.   610?

19  A.   That is a Rubbermaid container that was found against the

20  wall at the front of the residence, and that is a shirt -- that

21  number 8 is specifically denoting that plaid shirt.

22  Q.   611?

23  A.   That again is an opened-up version of that shirt.

24  Q.   612?

25  A.   Another Rubbermaid container, and I believe we only found

1    one glove, but that's where that was located.

2    Q.   And 613?

3    A.   That's a close-up version of that same glove.

4    Q.   I'm going to ask you to compare some of the items to some

5    of the video footage that we've reviewed today.

6        So first, I would like to take a look at 7- -- actually,

7    not that we've reviewed today.  So I'm going to show you 713.28.

8        Where did you obtain this photograph from?

9    A.   That came from the search of Mr. Doolin's phone.

10   Q.   Okay.  And based on this and one of the videos that we've

11   reviewed, who do you believe is holding this riot shield?

12   A.   That appears to be Mr. Doolin's hand.

13   Q.   Okay.  Do you see a jacket cuff?

14   A.   I do.

15   Q.   What is it made out of?

16   A.   It appears to be a tan corduroy material.

17   Q.   Do you see a shirt cuff?

18   A.   I do.

19   Q.   Okay.  Is that shirt cuff consistent with the shirt that is

20   Government Exhibit 611?

21   A.   Yes.

22   Q.   And do you see a glove?

23   A.   I do.

24   Q.   And is that glove consistent with the glove that is

25   depicted in Government Exhibit 613?

1    A.   It appears to be possibly dirtier, but yes, it does look

2    like the same kind of glove.

3    Q.   I'm going to show you Government Exhibit 713.31.

4             MR. ORENBERG:  Your Honor, if I may.

5             THE COURT:  Mr. Orenberg.

6             MR. ORENBERG:  On behalf of Mr. Doolin, we're willing

7    to stipulate that he was wearing those clothes on January 6, to

8    help speed the trial along.

9         I'm not telling the government how to --

10            THE COURT:  I was going to suggest something similar.

11            MR. ORENBERG:  There's no dispute about identity in

12   this case or whether he was there.

13            MS. KEARNEY:  I thank Mr. Orenberg for his courtesy,

14   and I will speed this along.  We had proposed some stipulations

15   that were not entered into.

16            MR. ORENBERG:  We didn't get one about clothing.

17   Again, we will stipulate that he was wearing these clothes that

18   were seized on December 2nd, 2021; he was wearing those clothes

19   on January 6, 2021.

20            THE COURT:  Okay.  Will you stipulate that that was

21   Mr. Doolin holding the riot shield?

22            MR. ORENBERG:  Yes.

23            THE COURT:  It seems pretty undisputed, but I think we

24   should just --

25            MS. KEARNEY:  Understood, Your Honor.  I think this

1    will be brief.  If we can take a look at Government

2    Exhibit 713.31.

3              THE COURT:  Why?  Why are we now that where we are?

4              MS. KEARNEY:  Oh, I'm sorry.  I thought you were

5    telling me to move it along.  I can stop.

6              THE COURT:  What I mean is, it doesn't seem to me we

7    need to keep comparing pictures to pictures on clothing and

8    identification questions.

9              MS. KEARNEY:  Understood.

10             BY MS. KEARNEY:

11   Q.   All right.  Let me go back to Government Exhibit 605 --

12   606.  What are those?

13   A.   Two cell phones.

14   Q.   Okay.  And did you learn who they belonged to?

15   A.   Yes, I did.  They belonged to Mr. and Mrs. Doolin.

16   Q.   And did the FBI seize both of them?

17   A.   We did.

18   Q.   And did the FBI and the CART team image both of them?

19   A.   Yes, we did.

20   Q.   Are those phones still in the possession of the FBI?

21   A.   No, they are not.

22   Q.   Why not?

23   A.   As a courtesy to Mr. and Mrs. Doolin, because recognizing

24   that we had already taken his phone once, we imaged it and

25   returned it to him and her respectively.

1    Q.   And were you able to identify which phone belonged to

2    Joshua Doolin and which phone belonged to Morgan Doolin?

3    A.   Yes.

4    Q.   So I want to discuss the phone that belonged to Joshua

5    Doolin.

6         Was a search of that phone conducted?

7    A.   Yes.  If I may correct something that I said, I would have

8    to review my records.  I'm not sure that we did image

9    Mrs. Doolin's phone.  I think we may have just done a manual

10   review and then returned it.  We only did a forensic image, as I

11   recall, of Mr. Doolin's phone.

12   Q.   Understood.  Let's just discuss Mr. Doolin's phone.

13   A.   Sure.

14   Q.   I'm going to show you what's been entered into evidence as

15   Government Exhibit 723.  This is a report of some messages that

16   were recovered from Mr. Doolin's phone that was seized in

17   December of 2021.

18   A.   Would you mind blowing up the phone number that's up there?

19   Q.   Yes.  I'm sorry.

20   A.   Yes, that appears to be the case.

21   Q.   Now, we've seen some other Cellebrite reports in this case

22   that are much longer.  Why is this one shorter?

23   A.   The overall report?

24   Q.   Just this conversation.  Or let me back up.

25        When you reviewed the phone that was seized in

1    December of 2021, had you already reviewed the phone that had

2    been seized in June of 2021?

3    A.   Yes, I had.

4            MR. ORENBERG:  I'm going to interpose an objection

5    here.  We haven't heard anything about his training or expertise

6    on Cellebrite technology and reading those types of reports.

7            THE COURT:  I understand.  The question that was

8    rephrased was not -- does not go to that yet.  So you're free to

9    interpose that objection when we get there.

10           MS. KEARNEY:  Thank you.

11           THE COURT:  The question, as I recall it, was when you

12   reviewed the phone that was seized in December of 2021, had you

13   already reviewed the phone that had been seized in June of 2021.

14           MS. KEARNEY:  Yes.

15           THE COURT:  I don't think that goes to Cellebrite

16   technology as all.

17           THE WITNESS:  The answer is yes.

18           BY MS. KEARNEY:

19   Q.   When you conducted the review of the phone that had been

20   seized in December of 2021, was much of the content the same as

21   the phone you had seized several months earlier?

22   A.   I would say no, it was not.

23   Q.   What was different?

24   A.   The vast majority -- it's a lot of information to speak to

25   any specific information that was missing, but the vast majority

1    of the information we had flagged as evidentiary from the

2    original phone from June of 2021 was not on the new phone.

3    Q.    And to the extent that some of the information would be the

4    same, so hypothetically, if certain pictures showed up on both

5    phones, would you necessarily have flagged them as evidence in

6    both phones?

7    A.    If I saw the photos in both, it's possible I would have,

8    but I may not have because we already had the records, which

9    would be essentially duplicative.

10             MS. KEARNEY:  One moment, Your Honor.

11             BY MS. KEARNEY:

12   Q.    Okay.  So was there content on the December phone that was

13   not on the June phone?

14   A.    Yes, there was.

15   Q.    Okay.  And was some of that content messages?

16   A.    Yes.

17   Q.    Is Government Exhibit 723 one of those conversations?

18   A.    Yes.

19   Q.    Okay.  And you were here when Special Agent Klepac

20   testified regarding how these reports are laid out, these

21   messaging reports?

22   A.    Yes.

23   Q.    So based on that testimony and your general experience as

24   an agent, who is the sender of the messages, and who is the

25   recipient of the messages?

1    A.   So the sender of the message would be the individual listed

2    on the "from" line.  The recipient would be the person listed on

3    the "to" line.  In the case of all of these, I see that the

4    phone number or the sender on the "from" line is listed as Josh,

5    and then "owner" in parentheses.

6    Q.   Is it your understanding that the same explanations that

7    Agent Klepac gave regarding how to read these reports also apply

8    to this one?

9    A.   That's my understanding, yes.

10           MS. KEARNEY:  Your Honor, in light of Mr. Orenberg's

11   oral stipulation, I don't think we need to go through this

12   conversation.

13           THE COURT:  Very well.

14           BY MS. KEARNEY:

15   Q.   I want to discuss a different search warrant.

16       Were you involved in the execution of a search warrant on

17   June 30th, 2021, at a residence where members of the Pollock

18   family resided?

19   A.   Yes.

20   Q.   Okay.  And can you describe that property?

21   A.   That's a property located on North Galloway Road, which is

22   North Lakeland.  It's also known as the Kathleen area of

23   Lakeland.  It's in northern Polk County.

24   Q.   And was it one structure or several structures?

25   A.   Multiple structures.  Eight plus.

1  Q.   Was there one structure that you would describe as the main
2  residence?
3  A.   Yes.  There was a fairly large home there, yes.
4  Q.   And in connection with that search, were cell phones
5  seized?
6  A.   Yes.
7  Q.   And does that include cell phones that belonged to
8  individuals who have not been charged in connection with
9  January 6, 2021?
10  A.   Yes.
11  Q.   And does that include cell phones that were seized from
12  Mary Pollock?
13  A.   Yes.
14  Q.   From Tina Pollock?
15  A.   Yes.
16  Q.   And did you also seize a cell phone from Olivia Pollock?
17  A.   Yes, we did.
18  Q.   So let's go back to the main residence I was asking about.
19  You described the process for photographing and documenting a
20  search warrant.
21       Were you present for the search warrant at the Galloway
22  Road address?
23  A.   It was a very robust operation.  I was there for a portion
24  of it, yes.
25  Q.   And to your understanding, was that same photographing

1    process done at that residence?

2    A.    Inasmuch as I observed it and I know it to be standard FBI

3    procedures, yes.

4    Q.    Okay.  And did you, in fact, go to that property at one

5    point?

6    A.    Yes, I did.

7    Q.    Did you enter the main residence?

8    A.    Yes, I did.

9    Q.    I'm going to show you Government Exhibit 640.

10        Do you recognize that?

11   A.    Yes, I do.

12   Q.    What is it?

13   A.    I don't know if they would call it their kitchen, but it

14   was an area I believe to be a kitchen in the main residence at

15   the Pollock property.

16   Q.    And did you take this photograph?

17   A.    I did not.

18   Q.    Does this photograph fairly and accurately represent this

19   particular portion of the Pollock residence?

20   A.    Yes, it does.

21            MS. KEARNEY:  The government offers Exhibit 640.

22            MR. ORENBERG:  No objection.

23            MS. MACEOIN:  No objection.

24            THE COURT:  640 is admitted.

25        (Government Exhibit 640 received into evidence.)

```
1              BY MS. KEARNEY:
2    Q.   I'm going to show you what's in evidence as Government
3    Exhibit 713.14.
4         Where did you obtain this image?
5    A.   I obtained that from a search of Mr. Doolin's phone.
6    Q.   And what's depicted in this image?
7    A.   I'm sorry?
8    Q.   What is depicted in this image?
9    A.   I see a hand of an individual off camera holding what
10   appears to be a Capitol -- U.S. Capitol Police riot shield up
11   against a white cupboard of some sort.
12   Q.   I'm going to attempt to display 713.14 alongside 640.
13        From these two pictures, have you drawn any conclusions
14   about where 713.14 was taken?
15   A.   Yes, I have.
16   Q.   And what are those?
17   A.   The cabinets appear to be the same, but more specifically,
18   there's a similar type of decor on top.  Obviously, they're not
19   exactly the same.  But I also note that there is a conspicuously
20   dark wood board that is a little over a row up from the cabinet
21   in both photos.
22   Q.   Would you be able to circle where that is in both photos?
23   A.   Sure.  And understanding that the perspective of these
24   photos are slightly different, there's a dark board here and a
25   dark board there.
```

1    Q.   Is there any writing on the image, on the shield depicted

2    in Government Exhibit 713.14?

3    A.   Yes.  There's what appears to be multiple signatures.

4    Q.   You were here when Agent Erb testified about the DAVID

5    system in Florida?

6    A.   Yes.

7    Q.   Just remind us what that is.

8    A.   It's the Florida driver's license database.  It's Driver

9    and Vehicle Identification Database.

10   Q.   And does that contain photographs?

11   A.   It does.

12   Q.   And does it also contain their signatures?

13   A.   Yes.  It shows a history of the photos and signatures that

14   have appeared on their various identification documents,

15   specifically their driver's license.

16   Q.   Did you query that database for records pertaining to

17   Joshua Doolin, Joseph Hutchinsson, Jonathan Pollock, and James

18   Pollock?

19   A.   Yes.

20   Q.   I'm going to show you Government Exhibit 1001.  I'm going

21   to show you Government's Exhibit 1003, 1004, and 1005.

22        Are these records you retrieved from the DAVID system?

23   A.   Yes.

24             MS. KEARNEY:  The government offers Exhibits 1001,

25   1003, 1004, 1005.

```
 1              MR. ORENBERG:  Subject to cross-examination, Your
 2    Honor.  And also -- I'll wait for their next question.
 3              MS. MACEOIN:  I don't have an objection, Your Honor.
 4              THE COURT:  Admitted, subject to cross-examination.
 5         (Government Exhibits 1001, 1003, 1004, and 1005 received
 6    into evidence.)
 7              THE COURT:  I'm anticipating your next objection, by
 8    the way.  So we will see what the next question is.
 9              BY MS. KEARNEY:
10    Q.  Is page 3 of Government Exhibit 1001 basically the history
11    of signatures for Joshua Doolin?
12    A.  Yes, it is.
13    Q.  I'm going to put that side by side with Government
14    Exhibit 713.14.  I'm actually going to try to use a .pdf.
15              THE COURT:  We don't have a question yet.
16              MR. ORENBERG:  I know.  I'm just stretching my legs.
17              BY MS. KEARNEY:
18    Q.  Special Agent Taylor, do you notice any similarities
19    between the writing on 713.14 and the writing in Exhibit 1001?
20              MR. ORENBERG:  Objection, Your Honor.
21              THE COURT:  Sustained.
22              MS. KEARNEY:  Your Honor, he can testify to his
23    observations of similarities.  I'm not asking him to say that
24    Mr. Doolin --
25              THE COURT:  I will allow the very limited testimony,
```

1  and we will take it for what it's worth --

2          MS. KEARNEY:  Understood, Your Honor.

3          THE COURT:  -- because I am as able to compare those

4  pictures as any person sitting in the courtroom.

5          MS. KEARNEY:  Let's do it this way, Your Honor:  Let's

6  take a look at Government Exhibit 1001 next to Government

7  Exhibit 713.14.

8          MR. ORENBERG:  Same objection.  She's calling for an

9  opinion about comparing these exhibits to each other.

10          THE COURT:  I'm foreclosing any opinion testimony in

11  the way of handwriting opinion expert testimony here.

12          MS. KEARNEY:  Understood, Your Honor.  Right now, I'm

13  just asking the Court to view both exhibits side by side.

14          THE COURT:  I understand.  I did.

15          MS. KEARNEY:  Thank you.  Let's do the same for 1003

16  and 713.14, 1004 and 713.14, and 1005 and 713.14.

17      Let's take a look at Government Exhibit -- Your Honor,

18  would now be a good time for a lunch break?  I know you had a

19  1:00.

20          THE COURT:  Actually, it would be better, all things

21  considered, if we could go another ten or 15 minutes.  Just

22  because of my schedule beginning at 1:00, it would either -- we

23  would either take a break now and potentially have to take a

24  long lunch break or go a little longer and take our traditional

25  hour.

1          MS. KEARNEY:  Whichever you prefer.

2          THE COURT:  Why don't we go to 12:50 approximately.

3          MS. KEARNEY:  Sure.

4          THE COURT:  Thank you.

5          BY MS. KEARNEY:

6     Q.   I'm going to pull up Government Exhibit 717.  Again, we

7     were all here when Agent Klepac testified about how to read

8     these reports.  So I won't take you through it again.

9          But in general terms, what is this exhibit?

10    A.   This is an extraction report from Cellebrite, in this case

11    depicting certain instant messages.

12    Q.   And is this from the phone that was seized from Mr. Doolin

13    in June of 2021?

14    A.   How many pages of this?  There's 55 instant messages.  Yes,

15    I believe that's the case.

16    Q.   Who is this conversation between?

17    A.   It is between the user denoted here as

18    joshdoolin19@gmail.com, the owner, and an individual listed in

19    contacts as "dad."

20    Q.   Okay.  I'm not going to make us read the whole thing.  It

21    is 19 pages long, but there are kind of a handful of exchanges I

22    would like to highlight.

23         So let's start on page 1.  If you could read "dad," and I

24    will read "joshdoolin19@gmail."

25    A.   Okay.  "Are you going to D.C. tomorrow"?

1   Q.   "Thinking about it.  Still not 100 percent."

2   A.   "Okay.  I decided I'm going.  I went and told my boss I'm

3   taking off.  I don't know but this could be a turning point for

4   our country.  Maya, a flash in the pan.  Or maybe a day to

5   remember, hopefully where millions show up and actually make

6   something change.  There's no way to.  LOL.  Should I ask POTUS

7   Trump to meet us?  If you do, bring a jacket.  I've got (dollar

8   sign)."

9   Q.   "I guess I'm going to go.  Bring my/your AR."

10  A.   "Bring it in a case for travel.  If you all join up with a

11  group like the Proud Boys, you all may be able to open carry.

12  Do you have ammo?  I didn't know.  I got another AT."

13  Q.   "Another what?  No, but Johnny will have mags.  I heard the

14  leader of the Proud Boys got arrested as soon as he got off the

15  plane."

16  A.   "AR, not AT.  Are you serious?  Have you checked to see if

17  it's true?  About the Proud Boys getting arrested?"

18  Q.   "Just the leader.  I heard it on the preacher's live

19  video."

20  A.   "Why did they arrest you?  Why did they arrest him"?

21  Q.   "Something about burning a Black Lives Matter flag."

22  A.   "What?  What time is everyone leaving from the Pollocks?"

23  Q.   "Be there at 5:45.  I think pulling out at 6."

24  A.   "Okay.  Tom is picking me up.  Ben told me 6:30, I

25  thought."

1    Q.    "No, definitely 6."

2    A.    "Okay.  Tom is in the shower.  And he's picking me up when

3    he gets out."

4    Q.    Okay.  We can stop there.  I want to go back to earlier in

5    this conversation.

6        On page 3, the user of this phone texts:  "I guess I'm

7    going to bring my/your AR."

8        What is an AR?

9            MR. ORENBERG:  Objection.  This witness is not

10   qualified to testify about abbreviations and slang or anything

11   of the sort.

12           THE COURT:  What's your authority for the need to have

13   an expert testify about slang?

14           MR. ORENBERG:  I think --

15           THE COURT:  Why don't we do it different, which is how

16   would he possibly know what is meant here?

17           MS. KEARNEY:  Let me do it a different way, Your

18   Honor.

19           THE COURT:  How about ask, do you know, generally

20   speaking, what people use the abbreviation "AR" to mean?

21           THE WITNESS:  Yes, Your Honor.  AR is actually a

22   standard use, shorthand for ArmaLite 15, AR-15 rifle.

23           THE COURT:  Thank you.

24           BY MS. KEARNEY:

25   Q.    And later in the conversation, the owner of this phone

1    writes, "No but Johnny will have mags."

2         In light of the reference to "AR," do you have an

3    understanding what "mags" are?

4              MR. ORENBERG:  Same objection.

5              THE COURT:  Same decision.

6         Let me ask you this question:  In your experience, when

7    people use the word "mags," what is that shorthand for?

8              THE WITNESS:  "Mag" is shorthand for magazine, which

9    is the structure of the box that holds the ammunition in a

10   rifle.

11             THE COURT:  In any rifle, correct, or any weapon?

12             THE WITNESS:  Yes, absolutely.

13             THE COURT:  Thank you.

14             MR. ORENBERG:  Your Honor, just to make my record

15   clear, I'm also objecting on the grounds of relevance.  My

16   client is not charged with any allegations of possession of

17   firearms or ammunition.

18             THE COURT:  I understand that.  But his intent and

19   knowledge is at issue in this case.  And I think the government

20   can establish -- it may not be the most probative evidence, but

21   they can attempt to establish what his thinking was before and

22   the day of January 6.

23        So overruled.

24             BY MS. KEARNEY:

25   Q.   What date were these messages sent on?

A.   The message was delivered on January 5th, 2021.

Q.   And let's move ahead to page 16.  At the top of the page, who is the message from?

A.   On the "from" line is a phone number with the name "dad" after it.

Q.   And what date was this sent?

A.   This was sent on January 7th, 2021.

Q.   And if you adjust for UTC, is that the day before?

A.   I'm sorry.  I didn't see the time code on it.

     Yes, it would be minus five hours in that case.

Q.   Let's do the same thing.  You can be dad, and I will be Josh Doolin 19.

A.   "FYI don't post your stuff or any souvenirs on social media for a while."

Q.   "Good idea.  You're in 230.  Key is in the door."

A.   "No, I'm at Dennys.  I gave you all the keys."

Q.   I think we can stop there.  Let's go to page 19.

     Again, can you read dad, and I will read Josh Doolin 19.

A.   "Got some pictures/videos I can save?"

Q.   "No."

A.   "Really"?

Q.   And what date were these messages exchanged on?

A.   This is time stamped January 8, 2021, and doing the UTC conversion of minus five hours, it was the evening of January 7th, 2021.

1    Q.   Let's take a look at Government Exhibit 718.  It's another

2    Cellebrite report for a message conversation?

3    A.   That's what I see, yes.

4    Q.   And is this a one-on-one conversation or a group chat?

5    A.   It appears to be a group chat.

6    Q.   So the communication I want to focus on is actually in the

7    second half of this chain.

8         But have you reviewed this previously?

9    A.   Yes, I have.

10   Q.   And in general terms, what are the participants discussing,

11   what topics?

12   A.   In the part that I believe we're going to review, they are

13   talking about the observations of the individuals that are in

14   Washington, D.C., on January 6, 2021, and the folks that are

15   back, presumably, in Florida are voicing their opinions on

16   what's going on.

17   Q.   So let's go to page 36.  This message at the top of

18   page 36, what is sent in this message?  There's no text -- or

19   maybe there is text.  Hold on.  No.

20        What is sent in this message?

21   A.   So it says that it's an attachment, and the title is.

22   "IMG_3990.MOV."

23        MOV is, I understand, a proprietary Apple video format.

24   Q.   Do you know what this file is?

25   A.   I don't.

1    Q.    And I will read Josh Doolin 19.

2          He says, "We backed them up."

3    A.    "What's your status?"

4    Q.    "Tired and headed home."

5    A.    "Our group is getting rooms, showers and rest.  Quite a

6    day.  A lot of excitement.  A birthday Josh will not soon

7    forget.  Thank you, Lord.  Rooms in D.C.?"

8                THE COURT:  Let's just do the whole thing, please.

9                THE WITNESS:  "No, I decided I needed to put a little

10   distance between D.C. and us.  Absolutely."

11               MS. KEARNEY:  I think we can stop at this one.

12               THE COURT:  Are you done with this exhibit?

13               MS. KEARNEY:  Yes.

14               THE COURT:  Why don't we take our lunch break now,

15   then.

16        I suppose at this point, we might as well just break until

17   2:00.

18               MS. KEARNEY:  Okay.

19               THE COURT:  And then a reminder that I have a 4:00

20   pretrial conference in another matter.  So that's a hard stop

21   this afternoon.

22        (Recess taken from 12:49 p.m. to 2:01 p.m.)

23               COURTROOM DEPUTY:  Your Honor, we are now back on the

24   record.

25               THE COURT:  Thank you.  Mr. Orenberg?

1          MR. ORENBERG:  Yes, Your Honor.

2      One preliminary matter related to the ex parte hearing we

3  had this morning.

4          THE COURT:  Yes.

5          MR. ORENBERG:  I have conferred with the government,

6  and they are not consenting to the request.  I'm not sure how

7  the Court would like to proceed, holding this as an open hearing

8  or --

9          THE COURT:  But I take it that -- I guess one question

10  is, why can't we have this conversation on the open record?

11          MR. ORENBERG:  I wanted to confirm that with the

12  Court.  I think we can, but we started -- for the reasons that I

13  enunciated to the Court earlier today --

14          THE COURT:  But are we still in the same position?

15          MR. ORENBERG:  We are still in the same position.

16  Mr. Chappell is reluctant to come up here.

17          THE COURT:  Given his employment status and issue --

18          MR. ORENBERG:  His employment status.  He cited a few

19  other things.  He's saying additional expenses he would incur,

20  but that's not exactly true.  He's citing that he has child care

21  issues.  He's also again relying on that he works in emergency

22  services as a first responder, and he really can't be away from

23  the Polk County Fire Department.

24          THE COURT:  Thank you, Mr. Orenberg.

25      Ms. Kearney, what I said earlier is still basically true,

during the ex parte discussion, which is that I understand that
it's certainly preferable to have witnesses in person, both for
me to be able to observe the witness, for you to be able to
cross-examine the witness, and the like.

But at the same time, I've had trials where, for one reason
or another, one or two witnesses were unavailable in person, and
we accommodated them by doing video testimony.

Especially considering this is a bench trial, what is your
objection to allowing this one witness to testify via Zoom?

MS. KEARNEY:  First, this is a criminal trial, and as
Your Honor noted, it is important for the Court to be able to
observe the witnesses, but also, this is a case that involves an
extensive amount of video evidence, which even in the courtroom
we're having difficulty with.  I can't imagine we would be able
to do this effectively over video conference.  And I think it
would be quite difficult to cross-examine a witness over Zoom
using video.

I also note, Your Honor, he doesn't meet kind of the
statutory definitions of unavailability.

And so the government does not consent.

THE COURT:  I agree.  I mean, I agree he doesn't meet
the statutory definitions of unavailability.

Mr. Orenberg, it would be awkward to conduct a
cross-examination of any witness using the video, doing it over
Zoom.

1          Do you agree?

2              MR. ORENBERG:  It does have its limitations.  I agree

3      with that, Your Honor.  We've all experienced that over the past

4      two and a half years having court hearings by Zoom.

5              But if I didn't make this clear to the Court earlier today,

6      I do want to make it clear now.  This particular witness was not

7      in Washington, D.C., on January 6, 2021.  So I don't know what

8      the government is planning to do, but I can't imagine that they

9      would want to show him the --

10             THE COURT:  Just to be very clear, you intend to have

11     limited testimony from him about characters-type information on

12     the one hand and how he -- or testimony regarding texts he

13     exchanged with Mr. Doolin; correct?

14             THE WITNESS:  Correct.

15             THE COURT:  Those two things?

16             MR. ORENBERG:  While Mr. Doolin was here in

17     Washington, D.C.

18             THE COURT:  Do you intend to ask him about any video

19     or, frankly, his conduct at all on January 6?  He wasn't here;

20     right?

21             MR. ORENBERG:  Correct.

22             THE COURT:  Do you intend to ask him about any video?

23             MR. ORENBERG:  No.

24             THE COURT:  Ms. Kearney, in light of the fact that

25     this witness wasn't here and the limited nature of the direct,

1    do you still object?

2         MS. KEARNEY:  Yes, Your Honor.  I imagine one aspect

3    of this witness's testimony will be as a character witness,

4    perhaps for peacefulness or for something else.  So I think it's

5    important for him to be able to view Mr. Doolin's actions on

6    January 6 and assess them.

7         THE COURT:  Mr. Orenberg -- and this is a criminal

8    trial.  It's in person.  I think the government has the right to

9    object to try to accommodate this witness, and really, it would

10   just be an accommodation.  It's not unavailability in the legal

11   sense.  We've made financial arrangements.  So that's not an

12   issue.  He does have some job implications potentially here.

13   But most people here very likely do as well.

14       So I'm afraid that I'm going to deny the request to allow

15   him to testify virtually, at least as the record stands now.

16        MR. ORENBERG:  I understand the Court's ruling.  I

17   will, of course, consult with my client about this and, if

18   necessary, file the appropriate papers with the Court.

19        THE COURT:  Yes, of course.  And it should --

20   circumstances change.  In other words, if there are new facts or

21   the like, please let me know.

22       Am I right that he is presently subpoenaed?

23        MR. ORENBERG:  Yes.

24        THE COURT:  So he currently has an obligation to

25   appear.  Okay.  Yes.  So recognizing you can still file a motion

```
 1    and we will take it up if you do, that's where I am at the

 2    moment.

 3              MR. ORENBERG:  Thank you, Your Honor.

 4              THE COURT:  Thank you.

 5         Okay.  Ms. Kearney.

 6              MS. KEARNEY:  Thank you, Your Honor.  I think I'm

 7    going to momentarily break my flow, hoping that the third time's

 8    the charm on our video.

 9         Is the screen up?

10              THE COURT:  Uh-huh.

11                   DIRECT EXAMINATION (Continued)

12         BY MS. KEARNEY:

13    Q.   Special Agent Taylor, we were discussing --

14              COURTROOM DEPUTY:  Could you pull the mic down,

15    please.

16              BY MS. KEARNEY:

17    Q.   This will be 714.24, which is in evidence.  We've teed it

18    up at 1 minutes and 2 seconds, and I would like to play the

19    video.

20         (Video played.)

21              BY MS. KEARNEY:

22    Q.   All right.  I'm going to pause at 1 minute and 36 seconds.

23         Special Agent Taylor, I want to briefly go back to another

24    video we viewed earlier today, Government Exhibit 302.  This

25    will be from about 14:04:40.
```

```
 1              (Video played.)

 2                   BY MS. KEARNEY:

 3         Q.   I'm going to pause it there.  That's 14:05:16.

 4              Do you remember I asked you about that person who was

 5         spraying?

 6         A.   Yes, I do.

 7         Q.   I'm now going to pull up Government Exhibit 407.

 8              (Video played.)

 9                   BY MS. KEARNEY:

10         Q.   I'm going to pause there at about 13 seconds.

11              Do you see someone spraying in the crowd?

12         A.   I do, in this area (indicating).

13         Q.   Does it appear to be a person in a similar position?

14         A.   Yes, it does.

15         Q.   I'm going to let the video play out.

16              (Video played.)

17                   BY MS. KEARNEY:

18         Q.   I'm going to pause at 29 seconds.

19              Do you see Mr. Perkins in this video?

20         A.   I do.  I see him right here (indicating).

21         Q.   I'm going to play a little more.

22              (Video played.)

23                   BY MS. KEARNEY:

24         Q.   I'm going to stop it at 1 minute and 7 seconds.

25              What does Mr. Perkins appear to be doing in that video?
```

1    A.   You see him wiping his nose, which would suggest that he

2    had been exposed to some sort of chemical irritant.

3    Q.   Is he upright?

4    A.   Not at the moment.  He was upright through the majority of

5    the video, walking around in the crowd, yes.

6    Q.   Ms. Sheff, I'm going to toss the cord back to you, if

7    that's okay.

8         I'm going to pick up where we left off, which is the text

9    messages.

10        Ms. Sheff, could you please pull up Government Exhibit 319.

11   I'm sorry, 719.

12        Agent Taylor, I'm going to bring you up a hard copy.

13        Do you recognize whose phone these texts came from?

14   A.   Yes, I do.

15   Q.   Whose phone?

16   A.   So the two individuals listed as the participants are Red

17   Line, who is listed as the owner, as well as additional

18   identifying information as joshdoolin19@gmail.com.  And the

19   other individual is a person who is listed based on their phone

20   contact, which is Will HCC.

21   Q.   I'm going to ask you to read this exchange, if you will be

22   Will HCC and I will be Josh Doolin 19.

23   A.   Okay.  "What's the vibe like there?"

24   Q.   "Liked.  We are just waiting on the word to go to the

25   Capitol.  Trump should be coming up any minute.  Then to the

1  Capitol."

2  A.   "Liked.  We were just waiting for word to go to the

3  Capitol.  Liked.   Trump should be coming up any minute to the

4  Capitol.  Don't get killed on your birthday, bro."

5  Q.   "Where are you?  I wouldn't mind dying with my family

6  storming the Capitol on my birthday."

7  A.   "At home like a bitch.  A lot of people?"

8  Q.   "Oh, yeah."  And then there's an attachment sent.

9  "Hundreds of thousands."

10 A.   "Loved an image.  Pence ain't going to do shit.  National

11 Guard is on their way.  You safe?"

12 Q.   There's another attachment.  "We trying."

13 A.   "Liked an image.  Media is freaking out."

14 Q.   "We literally broke the wall."  Then there's another image.

15 A.   "I see them gloves."

16 Q.   "Yeah I put them to use.  Of course, we are radical

17 leftists."

18      I'm going to ask you some questions about the timing of

19 this exchange.

20      What date were these sent on?

21 A.   Referring to the first --

22 Q.   I'm sorry.  The first message, "What's the vibe like

23 there?"

24 A.   Sure.  That was sent on January 6, 2021, at 4:19 p.m., and

25 that is UTC time, so with the conversion, that is minus five

1    hours, or 11:19 a.m. on January 6, 2021.

2    Q.   And what about the response, "Like.  We are just waiting on

3    the word to go to the Capitol"?

4    A.   The response is from the same time frame, approximately two

5    minutes later.  That's January 6, 2021, as well, and that's

6    11:22:42.

7    Q.   11:22 a.m.?

8    A.   Yes, ma'am.

9    Q.   And what about the next message, "Trump should be coming up

10   any minute.  Then to the Capitol"?

11   A.   The next message was delivered on January 6, 2021, at

12   4:23 p.m. UTC.  So again, with the minus five-hour conversion,

13   that was sent -- or delivered, rather, on January 6, 2021, at

14   11:23:41 a.m.

15   Q.   You can put that aside.

16        I think we discussed earlier, and we certainly discussed

17   with Agent Klepac, a search warrant that was executed on one of

18   Michael Perkins's phones.

19        Do you recall that?

20   A.   Yes, I do.

21   Q.   All right.  I'm going to bring up what's been marked

22   Government Exhibit 737.

23        Ms. Sheff, if you could pull that up, I would appreciate

24   it.

25        Could we look at page 3, Your Honor.

1          MS. MACEOIN:  Your Honor, I object.  I don't believe

2     this is in evidence at this point.

3          THE COURT:  737, I believe, was admitted by me.

4          MS. MACEOIN:  Thank you, Your Honor.  I believe it was

5     over my objection.  Thank you.

6          BY MS. KEARNEY:

7     Q.  Ms. Sheff, could you zoom in on the bottom two instant

8     messages.

9          Agent Taylor, can you --

10          THE COURT:  I don't think we should proceed without

11     the defendants being able to see exactly what you're focusing

12     on.  So let's take a recess and see if we can get someone up

13     here to fix the monitor.  I could come down and try, but that

14     would be worthless.

15          So we'll go into a recess, and as soon as we have somebody

16     up here, we'll fix it, and then we'll be back on.

17          (Recess taken from 2:21 p.m. to 2:36 p.m.)

18          THE COURT:  Do we have a working monitor?

19          MS. MACEOIN:  We do.

20          THE COURT:  Great.

21          Ms. Kearney.

22          MS. KEARNEY:  Thank you.  I think we were looking at

23     Government Exhibit 737.

24          BY MS. KEARNEY:

25     Q.  Do you have a hard copy of that in front of you?

1    A.    Yes, I do.

2    Q.    We are looking at items 1 and 2 from page 3 of the report.

3          These are messages?

4    A.    Yes.

5    Q.    Sent to or from this person's phone?

6    A.    That is correct.

7    Q.    Okay.  What dates are these two messages sent?

8    A.    They are both time stamped for January 6, 2021, at

9    10:03 p.m. for the first, and 12:51 a.m. for the second, and

10   those are both without the five-hour conversion.

11         So if you like, the first one would be June 6, 2021, at

12   5:03 p.m.  The second one would be January 6, 2021, at -- now

13   the math is getting harder, at 9:51 p.m.

14   Q.    Okay.  Thank you.

15         Ms. Sheff, could we go to the next page and look at items 3

16   and 4, please.

17         What is the time period for item 3?

18   A.    Item 3 is January 6, 2021, at -- sorry.  It's 8:49 a.m.,

19   with the conversion.

20   Q.    And item 4?

21   A.    Item 4 is January 5, 2021, at 7:47 a.m.

22   Q.    Okay.  Could you -- let's start with item 4.

23         I think, Ms. Sheff, could you capture the heading in the

24   blowup?  Oh, there is no heading.  Okay.  Can you go back to

25   page 3, please, and just highlight the gray headers there in the

 1    native instant messages.

 2        All right.  So the third column is "from" and the fourth

 3    column is "to"; fair enough?

 4    A.   Yes.

 5    Q.   Ms. Sheff, could you go back to page 4 and zoom in on

 6    items 3 and 4.

 7        Item 4, this is from what number?

 8    A.   Item 4 is from a phone number ending in 6022, with the

 9    contact name "dad."

10    Q.   Can you read the message, please.

11    A.   Yes.  The message listed under the heading "body" is, "Hey,

12    son.  Richard told me there will be a lot of Antifa people

13    dressed like Trump supporters, causing a lot of problems.  Do

14    you think it's wise to bring Emmy?  Be careful.  Love you all."

15    Q.   Item 3, same headings for "to" and "from."  What's the

16    body?

17    A.   The body says, "Uncle Mark say send pics of Proud Boys to

18    him when y'all see them."

19    Q.   Ms. Sheff, could we go back to page 3, please, and look at

20    items 1 and 2, same columns for "from" and "to."

21        Could you read the body for item 2, please.

22    A.   Item 2 says -- has an emoji that appears to be a laughing

23    emoji.  It says, "They arrested the leader this morning as soon

24    as he landed.  He burned a BLM flag last rally, so they got him

25    for it."  And then another emoji under that.

1    Q.    And item 1, please.

2    A.    And item 1, the body says, "Y'all going to war yet?"

3    Q.    Ms. Sheff, could you go back to page 4, please, and can you

4    zoom in on items 4 and 5.

5          What date was item 5 sent on?

6    A.    Item 5 was sent on December 13, 2020.

7    Q.    Do you recall we had extensive questioning with Agent

8    Klepac about scoping?

9    A.    Yes.

10   Q.    Very, very briefly, when you are reviewing an electronic

11   device pursuant to a search warrant, how are you selecting what

12   will be pulled into the scoped material?

13   A.    So, first of all, I am significantly involved in the

14   drafting of the application that will go into the search

15   warrants.  So I'm a part of the process of creating the

16   attachments, designating what we will seek and search in the

17   warrant.

18         And then once that's approved by the judge, then I use that

19   as a guideline to go through the device in this case and look

20   for information that is responsive to those items listed in the

21   attachments, generally speaking, items that are indicative of

22   criminal activity or state of mind.

23   Q.    Okay.  So in this case, in general terms, did the warrant

24   seek information pertaining to the events of January 6, 2021,

25   and presence in and around Washington, D.C.?

1    A.    Yes.

2    Q.    These four messages, items 1 through 4, are those the only

3    materials you flagged from the time period around -- within a

4    few days of January 6, 2021?

5    A.    No.

6    Q.    Oh, I'm sorry.  Are they the only text messages you

7    flagged?

8    A.    It appears there may be a few other text messages, but I

9    think that is primarily it.  There was only 27 total messages

10   flagged.

11   Q.    And are they listed in chronological order?

12   A.    Yes, that appears to be the case, yes.

13   Q.    Were there also images that you reviewed on this phone?

14   A.    Yes, there were.

15   Q.    Okay.  Ms. Sheff, could you please go to page 14.  Thank

16   you.

17         Can we take a look at message -- I think it might be

18   page 13.  Page 12.  I'm sorry about that.

19         One moment, Your Honor.  My apologies.

20         Ms. Sheff, could you go to page 14, please.

21         Is this the section of the report pertaining to images that

22   were on the phone?

23   A.    It specifically refers to it as data files, but yes, it

24   does include images.

25   Q.    Ms. Sheff, can we go to page 24, message 37 -- or item 37,

1    rather.

2         Agent Taylor, does this thumbnail correspond to Government

3    Exhibit 739?

4         Ms. Sheff, could you please pull up 739.

5    A.   Yes, it does.

6    Q.   Ms. Sheff, I hate to do this to you.

7         Could you go back to page 24 of 737, please.  Thank you.

8         Agent Taylor, when was this file modified or captured?

9    A.   The capture date is listed as 12/12/2020 at 2:48 p.m.

10   Q.   And did you recover other images or data from this phone

11   pertaining to, you know, mid-December -- December 11 through

12   December 13, 2020?

13   A.   Yes, I did.

14   Q.   Other pictures?

15   A.   Yes, I did.

16   Q.   Ms. Sheff, could you please pull up Exhibit 739.

17        Is this the Capitol building?

18   A.   Yes.

19   Q.   Is there fencing around it?

20   A.   Yes.

21   Q.   Ms. Sheff, could you please zoom in on those signs.

22        Can you read what they say?

23   A.   I can see the large print says "area closed."

24             MS. MACEOIN:  I object to the relevance of restricted

25   areas a month prior to -- at some other date.

1          THE COURT:  Overruled.

2          BY MS. KEARNEY:

3  Q.   You can take that down, Ms. Sheff.

4      Agent Taylor, you said you found other images from this

5  mid-December time period 2020.  Did you flag any images from

6  January 6, 2021, on Mr. Perkins's phone?

7  A.   I was unable to locate any, no.

8          MS. KEARNEY:  Your Honor, we never offered physical

9  evidence pertaining to the search of Mr. Doolin's home into

10  evidence.  I don't intend to ask many questions on it, but I

11  think as a formality, we need to introduce those into evidence.

12  Those would be Exhibits 623, 624, and 625.

13      So I'd ask Mr. Orenberg whether your stipulation extends to

14  those items.

15          MR. ORENBERG:  Yes.

16          THE COURT:  I'm sorry.  I didn't hear what your

17  question to Mr. Orenberg --

18          MS. KEARNEY:  I was asking Mr. Orenberg whether his

19  stipulation extended to those items.

20          MR. ORENBERG:  I said yes prematurely.  I see they're

21  in the evidence bags here.  I would like the opportunity to look

22  at them.

23          THE COURT:  The government is moving to admit 623,

24  624, 625.

25          MS. KEARNEY:  Yes.

```
1            THE COURT:  Which, according to the government's
2    exhibit list, are shirt, jacket, glove recovered from an
3    address.
4         You may inspect them, Mr. Orenberg.
5            MR. ORENBERG:  Thank you.
6            MS. KEARNEY:  Can I ask that Agent Taylor open them
7    for Mr. Orenberg, just for chain of custody purposes?
8            THE COURT:  Yes.
9            MR. ORENBERG:  Thank you, Your Honor.
10           BY MS. KEARNEY:
11   Q.   Agent Taylor, you just opened Government Exhibits 623, 624,
12   625.  Are all those items recovered from Mr. Doolin's residence
13   during the December 2021 search?
14   A.   Yes, they are.
15           MS. KEARNEY:  No further questions, Your Honor.
16           THE COURT:  Is the government moving their admission?
17           MS. KEARNEY:  Yes.  The government moves 623, 624,
18   625.
19           THE COURT:  Any objection?
20           MR. ORENBERG:  No objection.
21           MS. MACEOIN:  No objection.
22           THE COURT:  Those three exhibits are admitted.
23        (Government Exhibits 623, 624, and 625 received into
24   evidence.)
25           MS. KEARNEY:  And now I have no further questions.
```

 1                THE COURT:  Thank you.

 2          Mr. Orenberg?

 3                       CROSS-EXAMINATION

 4          BY MR. ORENBERG:

 5     Q.    Agent Taylor, good afternoon.

 6     A.    Good afternoon, sir.

 7     Q.    Ms. Kearney first talked to you about some photographs,

 8     Government's Exhibit 752.

 9                COURTROOM DEPUTY:  Mr. Orenberg, are you using the

10     government's computer or your own computer?

11                MR. ORENBERG:  Yeah, I'm using -- oh, you have to

12     switch over?

13                THE COURT:  No, he's going to use the government's.

14     So the feed will be the government's.

15                MR. ORENBERG:  I'm sorry.  753.

16                BY MR. ORENBERG:

17     Q.    Do you remember this photograph?

18     A.    I do.

19     Q.    And where was this taken?

20     A.    It was taken outside of a restaurant north of Lakeland,

21     Florida.

22     Q.    Right.  It's not in front of anybody's home?

23     A.    No.

24     Q.    Okay.  And Government's Exhibit 747, please.

25          Do you remember this picture?

1    A.    I do.

2    Q.    You would agree with me it's just a picture of a group of

3    people standing on the Mall area in front of the Washington

4    Monument?

5    A.    That's correct.

6    Q.    You would agree with me also that anybody or any group of

7    people have a First Amendment right to assemble and protest?

8    A.    Absolutely.

9    Q.    Okay.  And then Government's Exhibit 744.

10         Do you remember this exhibit?

11   A.    Yes.

12   Q.    Ms. Kearney showed you item number 20, which I believe is

13   on page 4, was it?  There it is.  Can that be brought up?

14        She showed you this.  This was the Cellebrite report for

15   that picture we just saw, which was Government 747; right?

16   A.    Yes.

17   Q.    Nothing unusual about this?

18   A.    The picture, you mean?  No.

19   Q.    Nothing unusual about the metadata that's associated with

20   this?

21   A.    If you don't mind, I'm just perusing to see if there's

22   anything I can personally identify as unusual.

23        Nothing that I can see, no.

24   Q.    And Ms. Kearney went on to talk to you about -- you said

25   you had a couple of occasions to speak with Mr. Doolin.

1    Do you recall that?

2    A.   Yes.

3    Q.   Once was during the return of his cell phone to him

4    following his arrest in June of 2021?

5    A.   I don't recall if it was after that one or if it was after

6    the search in December of 2021.

7    Q.   Okay.

8    A.   Because I believe we still had that phone.

9    Q.   All right.  So regardless of which time it was, how much

10   time did you spend speaking with Mr. Doolin?

11   A.   I would say I was with him in total less than five minutes,

12   because he had to -- we had to give him the phone and have him

13   sign a receipt.

14   Q.   Okay.  And then you said you spoke with him again during

15   the execution of the search warrant in early December 2021.

16   A.   That's correct.

17   Q.   And there was some testimony about how you called, no

18   answer; called his wife's phone, she answered; and then

19   eventually, he came out?

20   A.   Yes, that's correct.

21   Q.   So it's fair to say you only spoke with him for a few

22   minutes that morning?

23   A.   I think I spoke with him a little bit more than a few

24   minutes on that morning.

25   Q.   Did you conduct a thorough interview with him that morning?

1    A.    No.

2    Q.    You just spoke with him at the beginning of the execution

3    of the search warrant?

4    A.    I spoke to him throughout the time that we were there, but

5    it was small talk, asking them if they wanted to go back inside,

6    because it was cold that day, and they had lit a fire in their

7    chiminea outside of their house.

8    Q.    So between the two opportunities that you had to speak with

9    him, the first -- well, I'm not sure if it was the first, but

10   the one involving the return of the cell phone was less than

11   five minutes?

12   A.    Approximately.  I couldn't say for sure.

13   Q.    And the other time in early December 2021, it was just a

14   few minutes?

15   A.    Again, I think it would be accurate to say it was several

16   times over the course of the two hours we were there.

17   Q.    Those are the only two occasions you had to speak to

18   Mr. Doolin?

19   A.    As far as -- as a matter of fact, no.  He did text me once

20   or twice, and I forwarded those to you.  I don't remember what

21   the context of those text messages --

22   Q.    That wasn't talking with him or hearing his voice.  Those

23   were text messages.

24   A.    I wanted to be clear regarding overall communications.  I

25   don't recall speaking with him any other time.

1    Q.   Thank you for clarifying that.

2         And then Ms. Kearney showed you Government Exhibit 714.24,

3    a picture from -- it might have been a video from Mr. Doolin's

4    phone at the Lincoln Memorial.

5         Do you remember that?

6    A.   Yes.

7    Q.   It began at the Washington Monument, but then to the

8    Lincoln Memorial.

9         Do you remember that?

10   A.   Yes.

11   Q.   And then it moved on to the grounds of the Washington

12   Monument?

13   A.   I don't remember in what order, but there was also a

14   portion on the Washington Monument, yes.

15   Q.   I mean, it moved on to the area of the United States

16   Capitol?

17   A.   Yes.

18   Q.   And that as Mister -- as the video was going up the

19   walkway, you couldn't see any barriers?

20   A.   I would have to watch the video, that particular video

21   again.  I think you can see some bike rack, but I don't

22   remember.

23   Q.   I'm sorry.  At 1:18.

24        (Video played.)

25            THE WITNESS:  I believe that to be the Garfield Circle

1   side of the west approach to the Capitol, and there are

2   definitely bike racks visible there.

3        BY MR. ORENBERG:

4   Q.   There's also lots of other people visible; correct?

5   A.   That's correct.

6   Q.   Right there, for example, at 1:22 into this exhibit, the

7   walkway is clear.  It's not restricted by bicycle racks.

8   A.   I can't personally attest to where the bike racks were or

9   were not, but where they are walking at this very moment, there

10  are no bike racks, no.

11  Q.   And there's no visible signs that says "restricted area" or

12  "area closed"?

13  A.   In the 20-foot area I can see in this video, no, there are

14  not.

15  Q.   By the way, you heard there was audio during the playing of

16  this particular video; correct?

17  A.   Correct.

18  Q.   Did you hear any announcements, like, "The grounds are

19  restricted," or "This area is closed, please go home," anything

20  along those lines?

21  A.   No, I did not.

22  Q.   You've sat here throughout the trial; correct?

23  A.   Correct.

24  Q.   You recall there was testimony by other agents or police

25  officers about a loudspeaker system?

1    A.    Yes.

2    Q.    Okay.  If my memory serves me correctly, it's called the

3    LAR or something?

4    A.    I believe it was the LRAD, but yes, I know what you mean.

5    Q.    But at this point in time, you did not hear any sort of

6    announcements from any speakers or the LRAD?

7    A.    Not that I can specifically point to, no.

8    Q.    And then can we see Government's Exhibit 714.13, please.

9          (Video played.)

10             BY MR. ORENBERG:

11   Q.    Do you remember this one?

12   A.    Yes, I do.

13   Q.    And this is from Mr. Doolin's telephone; correct?

14   A.    Yes, it is.

15         (Video played.)

16             BY MR. ORENBERG:

17   Q.    I just played it in its entirety.

18         Do you agree with me it's more up in the Capitol grounds of

19   the inaugural platform area?

20   A.    If I can see that again, it appears they're in front of the

21   scaffolding, which would put them in the Lower West Terrace

22   area.

23         (Video played.)

24             THE WITNESS:  I'm going to maintain that answer.

25   They're in the lowest part of the improved area of the West

1   Terrace.

2        BY MR. ORENBERG:

3   Q.   And there's audio?

4   A.   Yes.

5   Q.   You didn't hear any announcement that says "area closed,

6   restricted area, go home" -- remember when the LRAD was played,

7   it was like a tonal foghorn sound?

8   A.   No, I didn't hear that.

9   Q.   You didn't hear any of that?

10  A.   No.

11  Q.   Can we see Government's Exhibit 307, please.

12       This was another exhibit that Ms. Kearney showed you,

13  Government's Exhibit 307.  If we can go to 14:03:29.

14       (Video played.)

15        BY MR. ORENBERG:

16  Q.   Now, we're up in the area again of the inaugural platform

17  or the inaugural staging?

18  A.   No, sir.

19  Q.   No?  Do you recognize this area?

20  A.   I do recognize this area.  I believe that they are still

21  down on the -- we may be using different terminology.  They're

22  on the cement area, not on the wooden area.

23  Q.   Oh, on the Lower West Terrace?

24  A.   Yes.

25  Q.   So this is the area of the Lower West Terrace?

1    A.   Correct.

2    Q.   You didn't hear any announcements to "please disperse, go

3    home, area closed"?

4    A.   No, sir.

5    Q.   Or any of those tonal foghorn sounds?

6    A.   No, sir.

7    Q.   Can you keep playing, please.

8         (Video played.)

9              BY MR. ORENBERG:

10   Q.   You've seen -- we've all seen this video a number of times

11   throughout the past three days.  So I'm going to ask if it can

12   be played frame by frame from this point forward.

13        (Video played.)

14             BY MR. ORENBERG:

15   Q.   I've stopped at 14:04:29.

16        Do you see Mr. Doolin in this photograph or still shot of

17   this video?

18   A.   Yes.

19   Q.   Can you circle him?

20   A.   (Witness complied.)

21   Q.   Thank you.  You would agree with me that he is looking

22   downwards with his left hand over his head or eye area?

23   A.   Yes.

24   Q.   In his right hand, is he holding anything?

25   A.   He has what appears to be the flag pole over his right

1    shoulder.  I can't see if it's in his right hand currently.

2    Q.   Can we go frame by frame, please.

3         (Video played.)

4              BY MR. ORENBERG:

5    Q.   Can you see clearly now what he's doing with his right

6    hand?

7    A.   Yes.

8    Q.   Will you agree with me the flag pole is in his right hand

9    and the bottom of the pole is pointed downwards?

10   A.   Yes.

11   Q.   Can we keep going frame by frame, please.

12        (Video played.)

13             BY MR. ORENBERG:

14   Q.   Can we stop right there.

15        This is Mr. Doolin; correct?

16   A.   That's correct.

17   Q.   You would agree with me he is still in a crouched or

18   hunched-over position with one, maybe both hands over his eyes

19   or face area?

20   A.   Yes.

21   Q.   And the flag pole is still pointed downwards?

22   A.   Yes.

23   Q.   Frame by frame.  Thank you.

24        (Video played.)

25             BY MR. ORENBERG:

1    Q.   At this point in time, you would agree with me the bottom

2    of the flag pole is pointing away from the steps?

3    A.   Yes.

4    Q.   Keep playing.

5         (Video played.)

6              BY MR. ORENBERG:

7    Q.   We're now at 14:04:30, and you would agree with me that

8    Mr. Doolin, who is holding the flag pole, that the flag pole is

9    pointed downward towards the steps?

10   A.   Yes.

11   Q.   And he still is covering his face or eyes with one or

12   maybe -- with his left arm?

13   A.   His hands are in the general area of his head, yes.

14        (Video played.)

15             BY MR. ORENBERG:

16   Q.   Now, at this frame, 14:40, is this Mr. Doolin over here?

17   A.   Yes.

18   Q.   And can you see the flag pole?

19   A.   Yes.

20   Q.   Would you agree with me the bottom of the flag pole is up

21   against the riser of the -- I don't know if they're concrete or

22   marble steps?

23   A.   Yes.

24   Q.   Okay.  Keep going frame by frame.

25        (Video played.)

1          BY MR. ORENBERG:

2     Q.   Okay.  Please stop.

3          Again, a few frames later, Mr. Doolin is still in the

4     hunched-over position?

5     A.   Yes.

6     Q.   And it looks like he's covering himself with his arm or

7     hand, covering his face area, his eyes?

8     A.   Yes.

9     Q.   And the flag pole is still pointed downwards?

10    A.   Yes.

11         (Video played.)

12          BY MR. ORENBERG:

13    Q.   Okay.  Stop right there, please.

14         At this time, it's 14:04:31.  Is Mr. Doolin holding the

15    flag?

16    A.   No.

17    Q.   In fact, you would agree with me he's still in that

18    hunched-over crouched position, with at least one of his arms in

19    front of his face?

20    A.   Yes.

21    Q.   Now we're approximately one second later, at 14:04:32.  You

22    would agree with me he's basically in the same position that he

23    was one second before, hunched over with a -- now this time his

24    right hand over his eyes or face?

25    A.   Yes.

```
 1          (Video played.)

 2               BY MR. ORENBERG:

 3     Q.   Can we stop there.

 4          We once again see Mr. Doolin in the same position, hunched

 5     over with an arm in front of his face?

 6     A.   Yes.

 7     Q.   And he's not holding the flag?

 8     A.   Not that I can see, no.

 9     Q.   Okay.

10          (Video played.)

11               BY MR. ORENBERG:

12     Q.   This is at 14:04:33.  You see Mr. Doolin here?

13     A.   Yes.

14     Q.   And he's standing more upright?

15     A.   Yes.

16     Q.   No flag in his hands?

17     A.   No.

18     Q.   Continue, please.

19          (Video played.)

20               BY MR. ORENBERG:

21     Q.   This is at 14:04:35, and Mr. Doolin is in pretty much the

22     same position, hunched over with his arm or maybe both arms in

23     front of his face?

24     A.   Yes.

25     Q.   And not holding a flag, in fact.  You can see another
```

```
1   person picking up a flag; correct?

2   A.   Correct.

3   Q.   Keep playing.

4        (Video played.)

5             BY MR. ORENBERG:

6   Q.   Can we stop right there.

7        You will agree with me, Mr. Doolin, a few frames later, he

8   still has a hand, a hand, his left hand, in front of his eyes or

9   his face?

10  A.   Yes.

11  Q.   Keep playing, please.

12       (Video played.)

13            BY MR. ORENBERG:

14  Q.   Can we stop right there.  Now we're at 14:04:37.

15       Can you see Mr. Doolin in here?

16  A.   Yes, I can.

17  Q.   And he's still hunched over, isn't he?

18  A.   Yes, he is.

19  Q.   Okay.  Keep playing, please.

20       (Video played.)

21            BY MR. ORENBERG:

22  Q.   We can stop right there.

23       Again, you've been here throughout the entire trial?

24  A.   Correct.

25  Q.   And you've heard a couple of the government witnesses talk
```

1    about OC spray and bear spray and what might be propelled out of

2    an MK-46 or MK-9 and so forth; right?

3    A.    Yes.

4    Q.    For the most part, pepper spray?

5    A.    Yes.

6    Q.    And you've heard the various witnesses talk about the

7    effects of the pepper spray?

8    A.    Yes.

9    Q.    And what you've seen, how Mr. Doolin was reacting in

10   those -- in this video over the past five, six, seven seconds,

11   since 14:03:29 through 36 -- I'm sorry, 14:04:29 through 36,

12   wasn't he -- he was reacting to pepper spray?

13            MS. KEARNEY:  Objection.

14            BY MR. ORENBERG:

15   Q.    What do you attribute his hunching over to?

16            MS. KEARNEY:  Objection.

17            THE COURT:  What, from your professional experience,

18   do you infer from Mr. Doolin's actions as reflected on the

19   video?

20            THE WITNESS:  The only thing I can say for sure is

21   something is causing him discomfort, which is causing him to

22   wince.  Whether he was struck, I don't know.

23            BY MR. ORENBERG:

24   Q.    Can we see Government's Exhibit 306, please, and can we go

25   to 14:04:05.  That's fine.  We can start there.

```
 1              (Video played.)

 2                   BY MR. ORENBERG:

 3     Q.    You've seen this video before?

 4     A.    Yes, I have.

 5     Q.    Many times; right?

 6     A.    Yes.

 7     Q.    This is basically the same as Government's Exhibit 307, the

 8     same -- of the same scenario, the same situation?

 9     A.    Oh, as the previous video?  Yes, I believe so.

10     Q.    Can we keep playing, please.

11              (Video played.)

12                   BY MR. ORENBERG:

13     Q.    Stop right there.

14              It's gone by already, but did you see a canister of sorts?

15     A.    I'm sorry, sir.  I wasn't sure where I was looking.

16     Q.    Is it possible to back up a few seconds?  Right there.  Can

17     you stop right there?

18              Do you see this right here?

19     A.    Yes, I do.

20     Q.    Do you recognize that?

21     A.    I've never used something like that.  I would infer that

22     that's pepper spray.

23     Q.    Okay.  And it's being held by someone who is wearing a

24     yellow jacket?

25     A.    Yes.
```

1    Q.    And you would agree with me that the Metropolitan Police

2    Department officers that day were wearing yellow jackets?

3    A.    Yes.

4    Q.    Can we play frame by frame, I guess, at this point.

5          (Video played.)

6             BY MR. ORENBERG:

7    Q.    Can we stop right there?

8          Can you tell us what the person who is holding that object

9    in the yellow jacket, can you describe what he's doing now?

10   A.    I can't tell if they're spraying, but they are pointing it

11   as though they're preparing to deploy it.

12   Q.    Keep playing, please.

13         (Video played.)

14            BY MR. ORENBERG:

15   Q.    Okay.  Can you stop right there?

16         Can you see this, this arm up here?

17   A.    Yes.

18   Q.    And that was the arm that was holding that canister?

19   A.    Yes.

20   Q.    And you would agree with me that it's still up in the air

21   pointing towards the crowd?

22   A.    Yes.

23         (Video played.)

24            BY MR. ORENBERG:

25   Q.    I had already asked you about this particular frame or this

```
 1    time period, but I want to make sure.

 2         This is at 14:04:10?

 3    A.   Yes.

 4    Q.   Okay.  Keep going.

 5         (Video played.)

 6              BY MR. ORENBERG:

 7    Q.   That's fine.  I'm done with this exhibit.

 8         Can we see Government's Exhibit 404, please.

 9         (Video played.)

10              BY MR. ORENBERG:

11    Q.   Do you remember this exhibit, 404?

12    A.   Yes, I do.

13    Q.   Can you play it, please?

14         (Video played.)

15              BY MR. ORENBERG:

16    Q.   Do you see Mr. Doolin in there?

17    A.   I do.

18    Q.   Can you circle him?

19    A.   (Witness complied.)

20    Q.   Can you play it frame by frame?

21         (Video played.)

22              BY MR. ORENBERG:

23    Q.   Can you stop right there?

24         Can you still see Mr. Doolin?

25    A.   Yes.
```

1    Q.   Would you agree he's the person right here?

2    A.   Yes, I would.

3    Q.   Keep playing frame by frame, please.

4         (Video played.)

5              BY MR. ORENBERG:

6    Q.   He's still standing right there, in this area here

7    (indicating)?

8    A.   Yes.

9    Q.   Keep playing.

10        (Video played.)

11             BY MR. ORENBERG:

12   Q.   Okay.  Stop right there.

13        Would you agree with me this is Mr. Doolin right here?

14   A.   Oh, yes; yes.

15   Q.   Do you see this person over here?

16   A.   Can I see that person?

17   Q.   Yes.

18   A.   Yes.

19   Q.   Would you agree with me that person wearing a black jacket

20   and has some sort of green hat or maybe a backpack has his right

21   hand on the back of Mr. Doolin?

22   A.   He appears to be in contact with his back, yes.

23   Q.   In fact, he could be pushing Mr. Doolin?

24   A.   Your guess would be as good as mine.

25   Q.   Go frame by frame.

```
 1              (Video played.)
 2                   BY MR. ORENBERG:
 3        Q.    Stop right there.
 4              Over the past couple of frames, you would agree with me
 5        that Mr. Doolin is moving backwards?
 6        A.    Would I agree that he's currently moving backwards?  No.
 7        Q.    No?  Okay.  But you can't tell which direction he's moving
 8        in?
 9        A.    Not on the still picture.  If you want to advance a few
10        more frames --
11        Q.    Go forward frame by frame.
12              (Video played.)
13                   BY MR. ORENBERG:
14        Q.    Okay.  Stop there.
15              How about now?
16        A.    I don't actually agree that he's moving backwards.  I think
17        the illusion of motion is created by the camera of the person
18        walking past him.
19        Q.    Keep playing, please.
20              (Video played.)
21                   BY MR. ORENBERG:
22        Q.    Okay.  Please stop.
23              What about now?  You would agree with me that he's moving
24        backwards or maybe to the side and backwards?
25        A.    No, I would not agree with that.
```

1    Q.   Keep playing, please.

2         (Video played.)

3            BY MR. ORENBERG:

4    Q.   What about now?  Can you see Mr. Doolin in there?

5    A.   No, I can't.  Oh, I see his elbow.

6    Q.   Okay.  Keep going, please, frame by frame.

7         (Video played.)

8            BY MR. ORENBERG:

9    Q.   Can you stop right there?

10        Now you see Mr. Doolin, don't you?

11   A.   Yes, I do.

12   Q.   Keep going, please.

13        (Video played.)

14           BY MR. ORENBERG:

15   Q.   Stop right there.

16        Can you -- Officer -- Agent, you would agree with me that

17   Mr. Doolin is basically staying or standing in the same area

18   this entire period of time?

19   A.    I believe that he's leaning forward, he's moving a matter

20   of inches.  He's not moving great distances, if that's what

21   you're asking.

22   Q.   He's basically standing still?

23   A.   No, I would not agree with that.

24   Q.   Keep going, please, frame by frame.

25        (Video played.)

```
 1            BY MR. ORENBERG:
 2    Q.   Stop right there, please.
 3         Over the past several frames, has Mr. Doolin moved?
 4    A.   At this point, I would concede he's moved backwards, but
 5    not much.
 6    Q.   He's moving backwards.  Okay.
 7         Keep playing, please.
 8         (Video played.)
 9            BY MR. ORENBERG:
10    Q.   Okay.  Stop right there.
11         This is Mr. Doolin; correct?
12    A.   Correct.
13    Q.   For a few frames there, he was not in view?
14    A.   That's correct.
15    Q.   And now he's back in view?
16    A.   Correct.
17    Q.   You would agree with me he's in the same place; he hasn't
18    moved?
19    A.   It's difficult to say because the camera has moved
20    backwards, but I think I would agree with that, yes.
21    Q.   Keep playing, please.
22         (Video played.)
23            BY MR. ORENBERG:
24    Q.   Okay.  Stop right there.
25         This is Mr. Doolin?
```

1   A.   Correct.

2   Q.   We've gone a few more frames forward, and you would agree

3   with me he has not moved?

4   A.   I suppose.

5   Q.   Keep going, please.

6        (Video played.)

7            BY MR. ORENBERG:

8   Q.   All right.  Let's move on to the next exhibit.

9        Can we have Government Exhibit 306, please, at 14:04:28.

10  We can start right there.

11       I'm showing you what's been admitted as Government

12  Exhibit 306.  Do you remember this video?

13  A.   Yes, I do.

14  Q.   And we're at 14:04:25.  Would you begin?  Can we go frame

15  by frame?

16       (Video playing.)

17            BY MR. ORENBERG:

18  Q.   Do you see Mr. Doolin?

19  A.   I do.

20  Q.   Circle him, please.

21  A.   (Witness complied.)

22  Q.   Thank you.  Okay.  Stop right there.

23       Do you see Mr. Doolin?

24  A.   I believe he's this individual.

25  Q.   By the way, there was audio associated with this video;

1    correct?

2    A.   Yes, I think so.

3    Q.   And you've listened to it many times?

4    A.   Ad nauseam.

5    Q.   And you would agree with me that you never heard the LRAD

6    system -- let me back up for a second.

7         It was very loud and noisy out there?

8    A.   It seemed to be, yes.

9    Q.   A lot of people yelling and screaming, okay.

10        You agree with me you could not hear the LRAD system on the

11   audio for that exhibit?

12   A.   Correct, I did not hear it.

13   Q.   Or you couldn't hear any sort of police method of informing

14   people the area is closed, go home, restricted area, and to the

15   like?

16   A.   As far as the LRAD, no.  As far as specific verbal

17   commands, possibly.  I can't say.

18   Q.   Can we go to Government Exhibit 406, please.  Can we go to

19   06 along the bottom?

20        You recognize this video; correct?

21   A.   Yes, I do.

22        (Video playing.)

23             BY MR. ORENBERG:

24   Q.   Do you see Mr. Doolin in here?

25   A.   If he's there, I don't see him.  Perhaps you could direct

1    me to him.  Yes, I see him.

2    Q.   Can you indicate on the screen where he is, please?

3    A.   (Witness complied.)

4    Q.   Okay.  Stop, please.

5         And you would agree with me that Mr. Doolin is being pushed

6    backwards?

7    A.   That, I can't say.  I do believe that he's moving.  He's

8    leaning in a backwards direction.  I cannot see if he's being

9    pushed.

10   Q.   But he's not going in a forward motion?

11   A.   Could you click a few more frames?

12   Q.   Sure.

13        (Video played.)

14           BY MR. ORENBERG:

15   Q.   Can we stop right there?

16        Isn't it fair to say he's going in a backwards direction?

17   A.   In a short amount of frames, I see his body swaying back

18   and forth.  I can't say for sure he's physically moving

19   backwards.

20   Q.   Can we keep going, please?

21        (Video played.)

22           BY MR. ORENBERG:

23   Q.   Can we stop right there?

24        Isn't it fair to say that he's now turning his body to the

25   right?

1    A.   Yes, I would agree with that.

2    Q.   In a motion to go away from the police line?

3    A.   At this point, it looks as though he's pulling the flag up

4    to his shoulder.  So I would need to see more.

5    Q.   Okay.

6         (Video played.)

7              BY MR. ORENBERG:

8    Q.   Okay.  Stop right there, please.

9         And do you see this right here (indicating)?  Do you see

10   that hand on Mr. Doolin?

11   A.   I will concede that the fingers might be touching him, yes.

12   Q.   Is it fair to say the person in this red hat has his right

13   hand on Mr. Doolin?

14   A.   Yes.

15   Q.   You agree with me that he's pushing him forward?

16   A.   You just told me he was turning to the right.  I don't

17   think he's being pushed forward.

18   Q.   Keep playing, please.

19        (Video played.)

20             BY MR. ORENBERG:

21   Q.   Isn't it fair to say at this time, Mr. Doolin is walking to

22   the right?

23   A.   He's walking to our right, which is towards the police

24   line, yes.

25   Q.   You don't see the police line in this video?

1    A.   No, but based on comparison with other videos, I know where

2    he's facing at this time.

3    Q.   Okay.  Can we see Exhibit 308, please, 14:04:43.

4         (Video played.)

5              BY MR. ORENBERG:

6    Q.   Can we stop right there?

7         Do you see Mr. Doolin in the still shot of this video?

8    A.   I do not.

9    Q.   Keep going, please.

10        (Video played.)

11             BY MR. ORENBERG:

12   Q.   Okay.  Can we stop right there?  We're now at 14:04:47.

13        You haven't seen Mr. Doolin in the last four seconds?

14   A.   No, I don't believe I have.

15   Q.   Okay.  Can we go to Exhibit 317, please, at 14:30:20, or a

16   few seconds before.  That's fine.  We can play from there.

17        (Video played.)

18             BY MR. ORENBERG:

19   Q.   We're now at 14:30:44.  You didn't hear any announcements

20   from the LRAD system asking people to leave the grounds, grounds

21   are closed, anything like that?

22   A.   No, I did not.

23   Q.   Okay.  Keep playing, please.

24        (Video played.)

25             BY MR. ORENBERG:

1    Q.   We're now at 14:32:01.  Do you see Mr. Doolin?

2    A.   I did see him for a moment.  I'm not sure if this is him in

3    the tan jacket or not.

4    Q.   Can we go back a few seconds and play from there.

5         (Video played.)

6              BY MR. ORENBERG:

7    Q.   Were you able to see Mr. Doolin?

8    A.   No, I don't believe that was him.

9    Q.   Can we take a look at Government's Exhibit 714.20, please.

10        (Video played.)

11             BY MR. ORENBERG:

12   Q.   Do you remember this video?

13   A.   Yes, I do.

14   Q.   In fact, you testified -- it's your testimony that was

15   Mr. Doolin talking on this video?

16   A.   Yes.

17   Q.   And do you recall what he said?

18   A.   "I got a riot shield.  I got James's flag back out of the

19   crowd after he was arrested."

20   Q.   Do you know what time of day this occurred at?

21   A.   I'd have to look at the metadata.

22   Q.   There's nothing on this -- what we're seeing in front of us

23   on the screen that would tell you what time of day it is?

24   A.   Well, it's daytime, and the stands are full of people.  So

25   it would serve to reason this was later on in the event of that

1    day.

2    Q.   But you're unable to determine particularly what time of

3    day?  I'm not going to say to the exact second, but the hour and

4    the minute, can you tell us what time of day this occurred?

5    A.   I would have to compare it against other video to be able

6    to see that.

7    Q.   And you said you've looked at -- you're the case agent, and

8    you've looked at all the videos, I think your term was, ad

9    nauseam.  And I'm sure you've looked at this video multiple

10    times, and you've looked at other videos to compare it to try to

11    find out what time this occurred.

12    A.   Yes.

13    Q.   You still can't tell what time?

14    A.   I actually have a 302 where I compared it against a

15    body-worn camera when he was holding his phone up to the shield.

16    If that's available, I can refer to it.

17          MR. ORENBERG:  Is that available?

18          MS. KEARNEY:  I don't know what he's referring to,

19    Mr. Orenberg.

20          MR. ORENBERG:  I think he has it with him.

21      Am I interpreting that correct, Agent?

22          THE WITNESS:  Yes, that's correct.

23          MR. ORENBERG:  May he retrieve it?

24          THE COURT:  Is this a document that was given to the

25    defendants?

1            MS. KEARNEY:  Yes, it was produced in discovery.

2            THE COURT:  You would like the government to get this

3       document for you so you can show it to the witness?

4            MR. ORENBERG:  Sure, just to refresh his memory.

5            THE COURT:  And he also said that he's compared it --

6       the way he did this was in part by comparing videos, as we did

7       earlier.  We can do that, too.

8            MR. ORENBERG:  I'm just trying to find out if this

9       witness knows the exact time that the video that I'm showing now

10      with Mr. Doolin talking about the shield, what time did that

11      occur?

12           THE COURT:  I have no objection to the government

13      providing Mr. Orenberg with a copy of the 302 that, as I

14      understand it, the witness has a copy of here in the courtroom.

15           THE WITNESS:  Yes, Your Honor.

16           MS. KEARNEY:  May I bring this up to Agent Taylor?  I

17      just don't know which one it is.

18           THE COURT:  You may, or to Mr. Orenberg.

19           MR. ORENBERG:  She can take it to the agent.  That's

20      fine.

21           THE WITNESS:  There's multiple documents here.

22           MR. ORENBERG:  Just to refresh his recollection.

23           THE COURT:  Mr. Orenberg, while the witness is looking

24      at those materials, I'm just going to ask a procedural question,

25      which is, am I right to assume that between your continued

1    cross, cross by Ms. MacEoin, and any redirect the government may

2    have, that we're going to go past 4:00 -- well, we would go past

3    4:00 very likely?

4              MR. ORENBERG:  I believe that's a realistic

5    assumption, Your Honor.

6              THE COURT:  Because I was -- well, let me ask this

7    related question.  How much longer do you have?

8              MR. ORENBERG:  Probably at least 15, 20 minutes.

9              THE COURT:  Okay.  I was going to say that I could

10   move my 4:00 back a little bit if we were going to finish with

11   this witness, but it sounds like we're very likely not going to,

12   unless, Ms. MacEoin, you tell me you have three minutes of

13   cross.

14             MS. MACEOIN:  I cannot say that I do, Your Honor.

15             THE COURT:  I thought so, and there might be some

16   redirect, which means that you will be here on Monday morning

17   testifying.  You'd be here anyway.

18             THE WITNESS:  That's true.

19             THE COURT:  So in light of that, I'm going to keep my

20   4:00.

21        Ms. Moore, by what time would you like to wrap up here to

22   be ready for the 4:00, which I'm going to do from my chambers?

23             COURTROOM DEPUTY:  I can do five more minutes.

24             THE COURT:  Let's do five minutes, and then we will

25   have to go into recess to get ready for the Zoom.

1          MS. KEARNEY:  Your Honor, if we were to break now, we

2     could probably get Mr. Orenberg like a digital copy of this for

3     him to use.

4          THE COURT:  Unless he's on a roll.

5          MS. KEARNEY:  Maybe.

6      We just wanted to ask before we break, and I'm happy to do

7     it once Mr. Orenberg stops questioning for the day, about kind

8     of the defense team's plan for witnesses.

9          THE COURT:  I agree.  Let's do this.  I would like to

10     have that conversation.  And we really only have five minutes.

11     So the witness is excused.

12      The 302s can be provided to Mr. Orenberg in an orderly

13     fashion.

14      We will resume with you, sir, at 9:00 a.m. Monday morning.

15     Standard request to not -- or order not to discuss the nature of

16     your testimony with anyone.

17      So as I said yesterday, I wanted to know before we left

18     today what the plan is on the defense side.  The government will

19     still be going.  So that will take however long it's going to

20     take.  Let's say that's through the mid-morning break, just

21     because it will be efficient to take it then.

22      What's the plan thereafter?  I'm assuming, but correct me

23     if I'm wrong, Ms. Kearney, that the government will then rest.

24          MS. KEARNEY:  That's our intention.  We would like to

25     take the weekend to make sure we didn't miss anything.

1          THE COURT:  I understand.  Assuming that's the case,

2     we would be proceeding to the defense case, your motion,

3     presumably.

4          MR. ORENBERG:  Yeah, Rule 29 motion.

5          THE COURT:  Given where we are now, we're not done

6     with the government's case, so you can't file it in advance of

7     the hearing on it.

8          MR. ORENBERG:  Correct.

9          THE COURT:  What would you like to do?  Would you like

10     to just present the motion orally after the government rests,

11     after we take our morning break, and then you can submit any

12     memorandum in support of it in the afternoon?

13          MR. ORENBERG:  Yes, I think that would work.  I can

14     have mine teed up, subject to whatever we hear Monday morning,

15     file it over lunch.

16          MS. MACEOIN:  I will do the same, Your Honor.

17          THE COURT:  Perfect.

18     So then let's assume that we're proceeding with some or all

19     counts.  What's the plan on the defense side for the witnesses?

20          MS. MACEOIN:  Your Honor, like I said before, my

21     witness's travel plans indicate he's getting in around 11:00.

22     With any possible delay, I'm hoping to get him on early

23     afternoon.  Even if the government hasn't rested, I'm sure you

24     can take him out of order.

25          THE COURT:  Mr. Orenberg, let's assume we're talking

1    about 10:30 or 11:00.  Do you have somebody that would be able

2    to testify then?

3             MR. ORENBERG:  Yes, Your Honor.  I expect to have one

4    lengthy witness and two shorter witnesses.

5             THE COURT:  Do you have a view of what order those

6    witnesses will be called in?

7             MR. ORENBERG:  I do.  I mean, if we're ready to go, I

8    can start with my lengthy witness.

9             THE COURT:  I bet that lengthy witness has a name.

10   Would you like to share the name of that lengthy witness, or is

11   that a secret?

12            MR. ORENBERG:  I would ask the Court to give him the

13   appropriate colloquy before he takes the stand.

14            THE COURT:  Yes.

15            MR. ORENBERG:  Mr. Doolin will be ready to testify.

16            THE COURT:  Great.  I recognize this is all subject to

17   things happening in the next 48-plus hours to the government's

18   case, whether the government calls another witness.  But just in

19   terms of the general game plan, that all sounds fine to me.

20        So we will go into recess now.  We will resume with Agent

21   Taylor at 9:00 a.m. Monday morning.  Assuming that we get done

22   with Agent Taylor in the 10:00, 10:30 time frame or whatever, we

23   will take a break, hear the defense motion or motions, at least

24   the oral presentation of them.  We can have them filed later.

25   And then we'll take up the testimony of Mr. Doolin at some point

1    probably in the late morning.

2        Okay?

3            MR. ORENBERG:  That's fine.

4            THE COURT:  Any other housekeeping matters we should

5    discuss from the defense perspective?

6            MS. MACEOIN:  Not from me, Your Honor.

7            MR. ORENBERG:  No, Your Honor.

8            THE COURT:  Okay.  Thank you.

9        Any housekeeping matters from the government, Ms. Kearney?

10           MS. KEARNEY:  Just to confirm, Ms. MacEoin, the

11   witness you intend to call is?

12           MS. MACEOIN:  Pastor Ivy.

13           MR. ORENBERG:  Oh, I have three witnesses, Your Honor.

14   I have a joint witness with the co-defendant, and I have two

15   other short witnesses.

16           THE COURT:  You have a long witness, a joint witness,

17   and two short witnesses.  Who are they?

18           MR. ORENBERG:  The short witnesses will be William

19   Chappell.  He has indicated he will be here Monday morning.

20           THE COURT:  Okay.

21           MR. ORENBERG:  At this time, I've asked the government

22   to make available Officer Blake Miller, and at this point in

23   time, I still intend to call him.

24           THE COURT:  Very well.

25       Thank you, all.  I hesitate to say have a good weekend,

1    because I know how busy trials are, and I'm sure it will be a
2    very busy weekend for everyone.  But I hope you have, at least
3    in light of that, a good weekend, and we will see you all Monday
4    morning.
5         (Proceedings adjourned at 3:51 p.m.)

CERTIFICATE OF OFFICIAL COURT REPORTER

I, Sara A. Wick, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.


/s/ Sara A. Wick_____          April 30, 2023_____

SIGNATURE OF COURT REPORTER          DATE

**/**

**/s** [1] - 157:8

**0**

**0** [2] - 18:5, 39:15
**06** [1] - 144:19

**1**

**1** [31] - 16:9, 16:12, 16:18, 16:22, 17:4, 17:8, 39:17, 58:12, 58:15, 59:19, 59:23, 62:6, 62:7, 62:8, 62:13, 62:17, 63:12, 69:3, 69:15, 72:10, 72:21, 97:23, 108:18, 108:22, 109:24, 114:2, 115:20, 116:1, 116:2, 117:2
**10** [5] - 1:6, 38:24, 52:3, 66:6, 67:5
**100** [1] - 98:1
**10007** [1] - 1:13
**1001** [7] - 3:12, 94:20, 94:24, 95:5, 95:10, 95:19, 96:6
**1003** [5] - 3:12, 94:21, 94:25, 95:5, 96:15
**1004** [5] - 3:12, 94:21, 94:25, 95:5, 96:16
**1005** [4] - 94:21, 94:25, 95:5, 96:16
**1005**.................. [1] - 3:12
**10:00** [1] - 154:22
**10:03** [1] - 114:9
**10:30** [2] - 154:1, 154:22
**11** [2] - 66:9, 118:11
**11:00** [2] - 153:21, 154:1
**11:01** [1] - 54:24
**11:19** [1] - 112:1
**11:20** [1] - 54:23
**11:22** [2] - 54:24, 112:7
**11:22:42** [1] - 112:6
**11:23:41** [1] - 112:14
**12** [7] - 33:23, 34:10, 34:22, 49:18, 51:15, 79:18, 117:18
**12/12/2020** [1] - 118:9
**120** [1] - 3:12
**121** [1] - 3:4
**12505** [1] - 1:21
**12:49** [1] - 103:22

**12:50** [1] - 97:2
**12:51** [1] - 114:9
**13** [6] - 33:20, 72:10, 109:10, 116:6, 117:18, 118:12
**13:56:10** [1] - 20:3
**13:56:43** [1] - 20:6
**13:56:47** [1] - 18:17
**13:56:56** [1] - 23:1
**13:57** [2] - 18:20, 20:19
**13:57:18** [2] - 21:25, 22:10
**13:57:20** [2] - 19:2, 19:6
**13:57:21** [1] - 23:4
**13:57:45** [2] - 19:17, 23:1
**14** [5] - 30:14, 30:18, 34:22, 117:15, 117:20
**14:03:29** [2] - 128:13, 135:11
**14:03:55** [1] - 27:7
**14:03:56** [1] - 24:3
**14:04** [2] - 27:17, 30:13
**14:04:01** [1] - 27:25
**14:04:03** [1] - 28:3
**14:04:05** [2] - 26:10, 135:25
**14:04:07** [1] - 27:10
**14:04:09** [1] - 28:4
**14:04:10** [4] - 24:3, 28:11, 29:14, 138:2
**14:04:25** [1] - 143:14
**14:04:28** [2] - 26:17, 143:9
**14:04:29** [3] - 24:6, 129:15, 135:11
**14:04:30** [2] - 27:1, 131:7
**14:04:31** [1] - 132:14
**14:04:32** [1] - 132:21
**14:04:33** [1] - 133:12
**14:04:35** [1] - 133:21
**14:04:36** [1] - 35:18
**14:04:37** [1] - 134:14
**14:04:40** [2] - 36:6, 108:25
**14:04:43** [2] - 35:4, 147:3
**14:04:47** [1] - 147:12
**14:04:51** [1] - 35:8
**14:05:16** [2] - 36:9, 109:3
**14:12:05** [1] - 37:16
**14:12:21** [1] - 37:23
**14:12:38** [3] - 38:5,

38:9, 39:11
**14:23** [1] - 13:25
**14:30:20** [2] - 42:4, 147:15
**14:30:44** [1] - 147:19
**14:31:35** [1] - 42:9
**14:31:36** [2] - 42:9, 42:17
**14:31:37** [1] - 42:12
**14:31:57** [1] - 42:8
**14:32:01** [1] - 148:1
**14:37:20** [1] - 42:4
**14:40** [1] - 131:16
**14:46:56** [1] - 46:16
**14:46:57** [2] - 46:16, 47:1
**14:46:58** [1] - 47:9
**14:47:03** [1] - 47:20
**14:47:07** [1] - 48:5
**14:47:13** [1] - 47:17
**14:47:15** [1] - 47:25
**14:49:12** [1] - 48:12
**14:49:13** [1] - 48:12
**14:57:56** [1] - 13:25
**14:58** [1] - 13:24
**14:58:08** [1] - 14:3
**14:58:13** [2] - 48:20
**15** [4] - 30:25, 96:21, 99:22, 151:8
**15:46:25** [1] - 51:16
**16** [2] - 5:4, 101:2
**17** [2] - 32:19, 49:12
**18** [4] - 6:25, 16:18, 17:4, 32:23
**18:45** [1] - 64:4
**19** [7] - 16:12, 97:21, 101:12, 101:17, 101:18, 103:1, 110:22
**19106** [1] - 2:4
**1:00** [2] - 96:19, 96:22
**1:18** [1] - 125:23
**1:22** [1] - 126:6

**2**

**2** [11] - 40:6, 60:20, 60:24, 62:6, 72:11, 72:14, 108:18, 114:2, 115:20, 115:21, 115:22
**20** [4] - 3:7, 11:16, 122:12, 151:8
**20-foot** [1] - 126:13
**20001** [1] - 2:8
**2004** [1] - 7:16
**2006** [1] - 7:16
**2008** [1] - 6:22
**2017** [2] - 6:19, 7:2
**202-354-3284** [1] - 2:9

**2020** [3] - 116:6, 118:12, 119:5
**2021** [54] - 7:20, 8:1, 10:12, 10:16, 11:22, 12:18, 12:22, 12:24, 16:1, 44:18, 73:16, 73:22, 78:9, 80:12, 80:14, 80:19, 80:24, 81:8, 85:18, 85:19, 87:17, 88:1, 88:2, 88:12, 88:13, 88:20, 89:2, 90:17, 91:9, 97:13, 101:1, 101:7, 101:23, 101:25, 102:14, 106:7, 111:24, 112:1, 112:5, 112:11, 112:13, 114:8, 114:11, 114:12, 114:18, 114:21, 116:24, 117:4, 119:6, 120:13, 123:4, 123:6, 123:15, 124:13
**2021-447** [1] - 4:4
**2023** [2] - 1:6, 157:8
**205** [5] - 62:21, 63:6, 63:9, 66:3, 66:18
**20530** [1] - 1:16
**206** [5] - 70:9, 70:12, 70:15, 70:16, 71:22
**206**.................. ............ [1] - 3:11
**20854** [1] - 1:22
**21** [4] - 25:2, 49:21, 63:22, 67:8
**21-447** [1] - 1:3
**22** [1] - 3:7
**23** [2] - 59:23, 67:12
**230** [1] - 101:15
**24** [4] - 31:13, 50:10, 117:25, 118:7
**25** [3] - 36:20, 68:9, 71:15
**26** [3] - 25:20, 26:3, 61:2
**26-second** [1] - 26:2
**27** [1] - 117:9
**29** [2] - 109:18, 153:4
**2:00** [1] - 103:17
**2:01** [1] - 103:22
**2:21** [1] - 113:17
**2:36** [1] - 113:17
**2:48** [1] - 118:9
**2nd** [3] - 73:16, 79:8, 85:18

**3**

**3** [24] - 4:5, 10:6,

15:20, 18:2, 18:3, 23:22, 40:16, 63:22, 72:21, 73:2, 73:3, 73:9, 95:10, 99:6, 112:25, 114:2, 114:15, 114:17, 114:18, 114:25, 115:6, 115:15, 115:19
**30** [3] - 62:10, 73:9, 157:8
**301** [5] - 19:18, 19:22, 19:25, 20:1, 23:8
**301**............................ ............ [1] - 3:7
**302** [11] - 18:13, 18:15, 21:6, 23:7, 36:5, 36:23, 79:17, 79:23, 108:24, 149:14, 150:13
**302s** [1] - 152:12
**303** [3] - 22:18, 22:23, 22:24
**303**............................ ............ [1] - 3:7
**305** [2] - 27:5, 30:7
**306** [6] - 26:9, 29:13, 30:7, 135:24, 143:9, 143:12
**307** [5] - 24:2, 25:11, 128:11, 128:13, 136:7
**308** [3] - 35:3, 36:5, 147:3
**309.2** [6] - 37:6, 37:10, 37:13, 37:14, 39:9, 41:16
**309.2**........................ ............ [1] - 3:8
**30th** [4] - 12:18, 73:22, 80:19, 90:17
**31** [3] - 54:2, 61:11, 61:15
**313** [2] - 13:24, 46:15
**317** [5] - 41:19, 41:24, 42:1, 42:2, 147:15
**317**............................ ............ [1] - 3:8
**318** [4] - 51:11, 52:22, 53:2, 53:15
**318**............................
............ [1] - 3:9
**319** [1] - 110:10
**32** [4] - 17:8, 53:24, 54:2, 67:21
**333** [1] - 2:7
**36** [7] - 16:22, 69:3, 102:17, 102:18, 108:22, 135:11
**37** [4] - 3:8, 30:5,

117:25
**39** [1] - 68:19
**3990.MOV** [1] - 102:22
**3:45** [1] - 64:4
**3:51** [1] - 156:5

## 4

**4** [15] - 4:6, 62:22, 63:1, 114:16, 114:20, 114:21, 114:22, 115:5, 115:6, 115:7, 115:8, 116:3, 116:4, 117:2, 122:13
**400** [1] - 1:18
**403** [2] - 24:20, 25:10
**404** [6] - 29:20, 29:21, 30:6, 30:15, 138:8, 138:11
**405** [1] - 32:2
**406** [4] - 33:10, 36:14, 36:21, 144:18
**407** [1] - 109:7
**408** [3] - 38:10, 39:24, 41:16
**41** [1] - 68:25
**413** [1] - 45:14
**416** [2] - 60:12, 63:6
**418** [2] - 66:5, 66:18
**419** [4] - 67:22, 69:14, 69:23, 70:4
**42** [2] - 3:8, 25:17
**420** [3] - 71:12, 71:22, 72:1
**422** [4] - 44:3, 44:20, 44:23, 44:24
**422.............................
.............** [1] - 3:9
**43** [1] - 61:20
**44** [2] - 3:9, 69:15
**45** [1] - 62:10
**47** [1] - 70:18
**4704-B** [1] - 2:8
**48-plus** [1] - 154:17
**4:00** [6] - 103:19, 151:2, 151:3, 151:10, 151:20, 151:22
**4:04** [1] - 30:25
**4:18:21** [1] - 63:23
**4:18:22** [1] - 63:22
**4:18:39** [1] - 64:5
**4:19** [1] - 111:24
**4:19:07** [1] - 62:22
**4:20:50** [1] - 65:17
**4:20:51** [1] - 65:12
**4:20:52** [1] - 66:4
**4:20:53** [1] - 64:14
**4:23** [1] - 112:12

**4:51:28** [1] - 70:19
**4:51:36** [1] - 70:22

## 5

**5** [9] - 29:24, 38:13, 65:12, 67:25, 114:21, 116:4, 116:5, 116:6
**50** [3] - 62:1, 71:25, 72:11
**53** [1] - 3:9
**54** [1] - 72:4
**540** [1] - 2:3
**55** [2] - 62:14, 97:14
**5510** [1] - 1:18
**56** [2] - 3:10, 63:12
**57** [1] - 58:14
**58** [1] - 3:10
**59** [1] - 72:14
**5:03** [1] - 114:12
**5:45** [1] - 98:23
**5th** [2] - 10:12, 101:1

## 6

**6** [35] - 3:4, 7:20, 10:16, 11:16, 11:22, 12:24, 16:1, 32:6, 33:3, 44:18, 62:22, 70:18, 78:9, 85:7, 85:19, 91:9, 98:23, 99:1, 100:22, 102:14, 106:7, 106:19, 107:6, 111:24, 112:1, 112:5, 112:11, 112:13, 114:8, 114:11, 114:12, 114:18, 116:24, 117:4, 119:6
**601** [8] - 2:3, 3:11, 81:4, 81:13, 81:17, 81:19, 81:23, 82:9
**602** [2] - 81:4, 82:1
**6022** [1] - 115:8
**603** [3] - 81:4, 82:6, 83:5
**604** [2] - 81:4, 83:5
**605** [5] - 81:4, 82:11, 83:5, 83:14, 86:11
**606** [3] - 81:4, 82:17, 86:12
**607** [2] - 81:4, 82:19
**608** [2] - 81:4, 82:22
**609** [3] - 81:5, 82:24, 83:16
**610** [2] - 81:5, 83:18
**611** [3] - 81:5, 83:22, 84:20

**612** [2] - 81:5, 83:24
**613** [6] - 81:5, 81:14, 81:17, 81:19, 84:2, 84:25
**613.............................
.............** [1] - 3:11
**623** [6] - 3:12, 119:12, 119:23, 120:11, 120:17, 120:23
**624** [6] - 3:12, 119:12, 119:24, 120:11, 120:17, 120:23
**625** [5] - 119:12, 119:24, 120:12, 120:18, 120:23
**625.............................
.............** [1] - 3:12
**640** [5] - 92:9, 92:21, 92:24, 92:25, 93:12
**64106** [1] - 1:19
**6:00** [1] - 74:19
**6:30** [1] - 98:24
**6:47** [1] - 71:3
**6:53** [1] - 71:3

## 7

**7** [7] - 15:20, 44:14, 45:4, 45:18, 73:2, 84:6, 109:24
**70** [1] - 3:11
**713** [3] - 59:3, 59:16, 60:4
**713.14** [10] - 93:3, 93:12, 93:14, 94:2, 95:14, 95:19, 96:7, 96:16
**713.28** [1] - 84:7
**713.31** [2] - 85:3, 86:2
**714** [3] - 59:3, 59:16, 60:4
**714.1** [3] - 59:4, 59:6, 59:22
**714.13** [2] - 23:13, 127:8
**714.15** [1] - 53:17
**714.150** [1] - 52:21
**714.17** [1] - 43:2
**714.2** [1] - 59:4
**714.20** [3] - 52:14, 54:5, 148:9
**714.21** [1] - 48:23
**714.22** [1] - 50:24
**714.23** [1] - 17:22
**714.24** [4] - 15:13, 58:11, 108:17, 125:2
**714.28** [1] - 51:4
**714.3** [1] - 42:18
**714.32** [1] - 43:20
**714.38** [1] - 43:15

**714.4** [1] - 50:17
**714.5** [1] - 43:10
**714.8** [2] - 41:2, 41:14
**717** [1] - 97:6
**718** [1] - 102:1
**719** [1] - 110:11
**723** [2] - 87:15, 89:17
**737** [4] - 112:22, 113:3, 113:23, 118:7
**739** [3] - 118:3, 118:4, 118:16
**744** [2] - 11:16, 122:9
**747** [5] - 10:25, 11:18, 13:2, 121:24, 122:15
**752** [2] - 10:6, 121:8
**753** [7] - 8:24, 9:1, 9:3, 10:9, 10:15, 13:2, 121:15
**7:00** [1] - 74:1
**7:47** [1] - 114:21
**7th** [2] - 101:7, 101:25

## 8

**8** [5] - 33:14, 34:4, 34:17, 83:21, 101:23
**801** [5] - 3:10, 55:11, 56:15, 56:17, 57:12
**802** [4] - 3:10, 55:10, 56:14, 56:17
**803** [4] - 3:10, 55:10, 56:14, 56:17
**804** [4] - 55:10, 56:14, 56:17, 57:12
**804.............................** [1] - 3:10
**805** [4] - 56:20, 57:25, 58:3, 58:4
**805.............................
.............** [1] - 3:10
**81** [1] - 3:11
**8:49** [1] - 114:18

## 9

**9** [1] - 63:1
**902.11** [2] - 55:6, 56:14
**902.2** [2] - 55:6, 56:20
**917** [4] - 69:8, 69:12, 69:17
**918** [2] - 69:8, 69:17
**919** [2] - 69:8, 69:17
**920** [3] - 69:8, 69:17
**928** [1] - 14:13
**95** [1] - 3:12
**950** [1] - 1:15
**9:00** [2] - 152:14, 154:21
**9:12** [1] - 1:7

**9:51** [1] - 114:13

## A

**a.m** [11] - 1:7, 54:24, 112:1, 112:7, 112:14, 114:9, 114:18, 114:21, 152:14, 154:21
**abbreviation** [1] - 99:20
**abbreviations** [1] - 99:10
**able** [20] - 8:9, 11:1, 11:8, 28:23, 30:6, 30:10, 75:13, 87:1, 93:22, 96:3, 98:11, 105:3, 105:11, 105:14, 107:5, 113:11, 148:7, 149:5, 154:1
**above-entitled** [1] - 157:5
**absolutely** [3] - 100:12, 103:10, 122:8
**accepted** [1] - 7:1
**accommodate** [1] - 107:9
**accommodated** [1] - 105:7
**accommodation** [1] - 107:10
**accompanying** [2] - 55:10, 56:15
**according** [2] - 15:20, 120:1
**accounts** [1] - 12:25
**accurate** [1] - 124:15
**accurately** [2] - 81:10, 92:18
**actions** [3] - 21:12, 107:5, 135:18
**activity** [1] - 116:22
**ad** [2] - 144:4, 149:8
**add** [1] - 79:10
**addition** [1] - 82:7
**additional** [4] - 74:11, 77:17, 104:19, 110:17
**address** [2] - 91:22, 120:3
**adjourned** [1] - 156:5
**adjust** [1] - 101:8
**admissible** [1] - 55:23
**admission** [1] - 120:16
**admit** [3] - 55:5, 56:6, 119:23
**admitted** [22] - 8:23,

9:3, 11:15, 17:22,
19:25, 22:23, 23:13,
37:13, 42:1, 44:23,
52:25, 53:13, 56:16,
58:3, 69:7, 70:15,
81:18, 92:24, 95:4,
113:3, 120:22,
143:11
**admitting** [1] - 53:2
**advance** [15] - 27:4,
27:20, 28:8, 32:19,
33:20, 36:25, 38:2,
44:11, 46:23, 47:6,
60:20, 62:22, 68:19,
140:9, 153:6
**advanced** [4] - 18:20,
39:17, 51:21, 74:16
**advancing** [2] - 28:17,
30:18
**advised** [1] - 74:25
**afraid** [1] - 107:14
**afternoon** [5] -
103:21, 121:5,
121:6, 153:12,
153:23
**afterwards** [1] - 12:19
**Agency** [3] - 6:17,
6:18, 7:4
**Agent** [41] - 4:14,
5:24, 6:9, 9:6, 14:13,
15:17, 17:9, 19:11,
30:19, 31:2, 31:15,
34:11, 37:19, 39:25,
44:5, 45:5, 70:22,
73:15, 80:10, 89:19,
90:7, 94:4, 95:18,
97:7, 108:13,
108:23, 110:12,
112:17, 113:9,
116:7, 118:2, 118:8,
119:4, 120:6,
120:11, 121:5,
141:16, 149:21,
150:16, 154:20,
154:22
**agent** [8] - 6:15, 7:1,
55:17, 78:12, 80:2,
89:24, 149:7, 150:19
**agent/search** [1] -
79:25
**agents** [5] - 75:4,
76:10, 79:14, 79:19,
126:24
**ago** [1] - 62:10
**agree** [38] - 5:17,
105:21, 106:1,
106:2, 122:2, 122:6,
127:18, 129:21,
130:8, 130:17,
131:1, 131:7,

131:20, 132:17,
132:22, 134:7,
137:1, 137:20,
139:1, 139:13,
139:19, 140:4,
140:6, 140:16,
140:23, 140:25,
141:16, 141:23,
142:17, 142:20,
143:2, 144:5,
144:10, 145:5,
146:1, 146:15, 152:9
**agreed** [2] - 5:11, 5:15
**ahead** [4] - 28:3,
71:25, 72:11, 101:2
**aided** [1] - 2:11
**ain't** [1] - 111:10
**air** [1] - 137:20
**allegations** [1] -
100:16
**alleged** [1] - 7:19
**ALLEN** [1] - 1:20
**Allen** [1] - 4:16
**allow** [5] - 5:10, 22:7,
64:19, 95:25, 107:14
**allowing** [1] - 105:9
**almost** [1] - 33:25
**alongside** [1] - 93:12
**altered** [2] - 16:7, 16:8
**Amendment** [1] -
122:7
**America** [1] - 4:4
**AMERICA** [1] - 1:3
**American** [8] - 9:23,
24:12, 25:8, 52:1,
65:13, 65:21, 66:10,
72:17
**ammo** [1] - 98:12
**ammunition** [2] -
100:9, 100:17
**amount** [2] - 105:13,
145:17
**analyst** [1] - 6:22
**Andrew's** [1] - 1:13
**angle** [2] - 21:21,
28:23
**announcement** [1] -
128:5
**announcements** [4] -
126:18, 127:6,
129:2, 147:19
**answer** [8] - 46:5,
46:9, 74:7, 74:10,
75:12, 88:17,
123:18, 127:24
**answered** [1] - 123:18
**anticipating** [1] - 95:7
**Antifa** [1] - 115:12
**anyway** [1] - 151:17
**apartment** [2] - 80:18,

80:20
**apologies** [2] - 39:21,
117:19
**apologize** [5] - 26:13,
30:23, 37:3, 41:15,
52:22
**appear** [33] - 10:14,
17:20, 19:11, 21:22,
25:7, 26:7, 27:2,
29:2, 33:7, 35:22,
35:25, 36:21, 39:4,
40:7, 40:22, 44:9,
44:15, 47:4, 48:1,
48:16, 48:20, 51:18,
51:24, 69:9, 69:20,
69:22, 73:10, 73:12,
73:13, 93:17,
107:25, 109:13,
109:25
**APPEARANCES** [2] -
1:11, 2:1
**appeared** [9] - 16:2,
26:5, 31:20, 33:8,
40:23, 57:22, 65:8,
70:6, 94:14
**Apple** [1] - 102:23
**application** [1] -
116:14
**apply** [2] - 57:16, 90:7
**appointment** [1] - 7:1
**appreciate** [1] -
112:23
**approach** [2] - 77:10,
126:1
**approaching** [1] -
17:20
**appropriate** [2] -
107:18, 154:13
**approved** [1] - 116:18
**approximate** [2] -
39:10, 44:10
**April** [1] - 157:8
**AR** [7] - 98:9, 98:16,
99:7, 99:8, 99:20,
99:21, 100:2
**AR-15** [1] - 99:22
**area** [42] - 38:18, 45:7,
47:14, 60:18, 64:3,
64:13, 65:4, 70:23,
71:18, 77:11, 77:19,
77:25, 90:22, 92:14,
109:12, 118:23,
122:3, 125:15,
126:11, 126:12,
126:13, 126:19,
127:19, 127:22,
127:25, 128:5,
128:6, 128:16,
128:19, 128:20,
128:22, 128:25,

129:3, 129:22,
130:19, 131:13,
132:7, 139:6,
141:17, 144:14
**areas** [2] - 78:1,
118:25
**argue** [1] - 76:10
**argued** [1] - 75:23
**arise** [1] - 7:25
**arm** [6] - 131:12,
132:6, 133:5,
133:22, 137:16,
137:18
**ArmaLite** [1] - 99:22
**armpit** [1] - 28:13
**arms** [3] - 28:22,
132:18, 133:22
**Army** [1] - 7:15
**arrangements** [1] -
107:11
**arrest** [6] - 12:18,
80:14, 80:17, 98:20,
123:4
**arrested** [7] - 73:21,
73:22, 73:23, 98:14,
98:17, 115:23,
148:19
**arrival** [1] - 75:7
**arrive** [2] - 73:25,
74:20
**arrived** [5] - 6:19,
74:1, 75:2, 75:5,
80:19
**arriving** [4] - 74:2,
74:17, 74:18, 74:25
**article** [1] - 13:15
**ascertain** [1] - 83:12
**aside** [1] - 112:15
**aspect** [1] - 107:2
**assemble** [1] - 122:7
**assess** [1] - 107:6
**assignment** [1] - 7:5
**assignments** [3] -
6:20, 7:6, 79:19
**associated** [2] -
122:19, 143:25
**assume** [5] - 55:12,
65:6, 150:25,
153:18, 153:25
**assuming** [4] - 59:4,
152:22, 153:1,
154:21
**assumption** [2] - 59:6,
59:21, 151:5
**AT** [2] - 98:12, 98:16
**attached** [5] - 45:5,
47:4, 67:13, 68:10,
68:21
**attachment** [3] -
102:21, 111:8,

111:12
**attachments** [3] -
78:6, 116:16, 116:21
**attempt** [6] - 17:1,
17:8, 74:2, 76:14,
93:12, 100:21
**attempted** [4] - 74:6,
74:9, 75:11, 76:19
**attempting** [2] - 28:24,
58:17
**attention** [3] - 60:21,
65:14, 73:16
**attest** [1] - 126:8
**attested** [1] - 57:3
**Attorney's** [3] - 1:12,
1:15, 1:17
**attribute** [1] - 135:15
**audio** [4] - 126:15,
128:3, 143:25,
144:11
**AUSA** [3] - 1:12, 1:14,
1:17
**authenticity** [5] -
19:21, 22:20, 41:22,
52:24, 70:11
**authority** [1] - 99:12
**authorized** [3] - 74:11,
75:15, 75:16
**available** [4] - 8:6,
12:7, 56:1, 149:16,
149:17, 155:22
**Avenue** [3] - 1:15,
1:21, 2:7
**awkward** [1] - 105:23

**B**

**backed** [1] - 103:2
**backing** [3] - 49:18,
52:3, 58:14
**backpack** [1] - 139:20
**backwards** [17] -
31:22, 31:24, 65:8,
65:9, 140:5, 140:6,
140:16, 140:24,
142:4, 142:6,
142:20, 145:6,
145:8, 145:16,
145:19
**bagged** [1] - 78:23
**bags** [1] - 119:21
**balding** [3] - 61:3,
61:12, 63:24
**BALLOU** [3] - 1:14,
5:3, 5:21
**Ballou** [2] - 4:10, 5:2
**banner** [2] - 62:18,
63:2
**bar** [1] - 15:20
**barrier** [1] - 19:1

**barriers** [1] - 125:19
**baseball** [2] - 14:6, 46:21
**based** [13] - 6:23, 11:21, 20:20, 21:4, 23:5, 25:10, 30:6, 56:7, 59:6, 84:10, 89:23, 110:19, 147:1
**beanie** [2] - 14:22, 19:9
**beanie-type** [2] - 14:22, 19:9
**bear** [1] - 135:1
**beard** [3] - 38:6, 39:2, 61:3
**became** [2] - 7:22, 65:3
**becoming** [1] - 76:4
**bedroom** [1] - 82:20
**beds** [1] - 82:21
**BEFORE** [2] - 1:1, 1:9
**beforehand** [1] - 74:20
**began** [6] - 8:6, 27:4, 76:4, 76:10, 76:20, 125:7
**begin** [2] - 78:2, 143:14
**beginning** [8] - 4:8, 18:5, 39:12, 40:10, 57:21, 63:8, 96:22, 124:2
**begun** [1] - 78:3
**behalf** [3] - 4:16, 4:22, 85:6
**behind** [4] - 28:11, 32:11, 37:21, 65:20
**belonged** [6] - 86:14, 86:15, 87:1, 87:2, 87:4, 91:7
**belonging** [1] - 10:4
**belongings** [1] - 80:23
**below** [1] - 28:13
**Ben** [2] - 9:18, 98:24
**bench** [1] - 105:8
**BENCH** [1] - 1:9
**Benet** [1] - 4:9
**BENET** [1] - 1:12
**bent** [1] - 28:22
**bet** [1] - 154:9
**better** [4] - 8:20, 22:6, 77:25, 96:20
**between** [8] - 52:23, 83:8, 95:19, 97:16, 97:17, 103:10, 124:8, 150:25
**beverage** [4] - 32:15, 33:4, 34:24
**bicycle** [2] - 19:1, 126:7

**bike** [7] - 20:22, 48:2, 48:10, 125:21, 126:2, 126:8, 126:10
**birthday** [3] - 103:6, 111:4, 111:6
**bit** [17] - 8:18, 11:5, 16:3, 23:12, 24:19, 27:20, 29:12, 36:4, 40:12, 46:23, 49:9, 49:24, 67:15, 68:6, 71:2, 123:23, 151:10
**bitch** [1] - 111:7
**black** [18] - 14:22, 14:23, 19:8, 19:9, 24:19, 29:1, 38:17, 45:24, 46:2, 46:8, 46:10, 47:5, 48:18, 51:19, 54:4, 67:4, 67:14, 139:19
**Black** [1] - 98:21
**blah** [2] - 59:23
**Blake** [1] - 155:22
**blank** [1] - 6:4
**BLM** [1] - 115:24
**blowing** [1] - 87:18
**blowup** [1] - 114:24
**blue** [12] - 9:24, 14:7, 14:22, 14:23, 19:10, 24:19, 29:1, 38:17, 54:4, 69:18, 70:3
**board** [3] - 93:20, 93:24, 93:25
**body** [16] - 10:19, 18:12, 19:21, 30:7, 31:25, 37:10, 44:6, 53:9, 115:11, 115:16, 115:17, 115:21, 116:2, 145:17, 145:24, 149:15
**body-worn** [6] - 10:19, 18:12, 19:21, 37:10, 44:6, 149:15
**Bogner** [1] - 48:13
**Bogner's** [1] - 44:6
**BOLO** [1] - 8:3
**boss** [1] - 98:2
**Boston** [1] - 7:13
**bottom** [9] - 10:6, 15:2, 45:19, 51:16, 113:7, 130:9, 131:1, 131:20, 144:19
**box** [1] - 100:9
**Boys** [4] - 98:11, 98:14, 98:17, 115:17
**BR** [1] - 59:23
**break** [14] - 52:8, 52:16, 54:21, 96:18, 96:23, 96:24, 103:14, 103:16,

108:7, 152:1, 152:6, 152:20, 153:11, 154:23
**breaking** [1] - 16:2
**BRENDAN** [1] - 1:14
**Brendan** [1] - 4:10
**brief** [2] - 23:18, 86:1
**briefly** [6] - 5:3, 12:20, 12:23, 77:6, 108:23, 116:10
**brightly** [1] - 65:3
**bring** [8] - 98:7, 98:9, 98:10, 99:7, 110:12, 112:21, 115:14, 150:16
**Brittany** [2] - 4:13, 9:22
**bro** [1] - 111:4
**broad** [1] - 7:10
**broke** [1] - 111:14
**brother** [1] - 18:3
**brought** [1] - 122:13
**brown** [1] - 36:13
**brutal** [1] - 50:13
**building** [1] - 118:17
**built** [1] - 82:7
**Bureau** [1] - 6:15
**burned** [1] - 115:24
**burning** [1] - 98:21
**busy** [2] - 156:1, 156:2
**BY** [219] - 6:8, 9:5, 11:7, 13:22, 14:2, 15:4, 15:12, 15:16, 16:11, 16:21, 17:3, 17:7, 17:24, 18:11, 18:16, 18:19, 19:4, 19:16, 20:2, 20:5, 20:18, 21:3, 21:24, 22:9, 22:15, 22:25, 23:3, 23:17, 23:24, 24:5, 24:15, 25:1, 25:6, 25:19, 25:25, 26:12, 26:16, 26:25, 27:9, 27:16, 27:22, 28:2, 28:10, 29:5, 29:16, 29:23, 30:4, 30:17, 31:1, 31:14, 32:5, 32:18, 32:22, 33:6, 33:13, 33:22, 34:8, 34:16, 34:21, 35:7, 35:11, 35:21, 36:8, 36:16, 37:15, 37:18, 38:4, 38:12, 39:1, 39:23, 40:5, 40:15, 40:21, 41:4, 41:13, 42:3, 42:7, 42:11, 42:16, 42:22, 43:7, 43:12, 43:17, 43:22, 44:4, 44:13, 44:25, 45:3, 45:13,

45:17, 46:14, 46:25, 47:8, 47:19, 47:24, 49:2, 49:11, 49:20, 50:2, 50:9, 50:16, 50:21, 51:3, 51:8, 51:14, 52:13, 53:16, 53:21, 54:7, 60:10, 61:1, 61:10, 61:19, 61:25, 62:5, 62:16, 62:25, 63:11, 63:20, 64:7, 65:19, 66:8, 67:7, 67:11, 67:20, 67:24, 68:8, 68:18, 69:2, 70:1, 70:17, 70:21, 71:5, 71:14, 72:3, 72:9, 72:13, 72:20, 73:1, 73:8, 81:21, 86:10, 88:18, 89:11, 90:14, 93:1, 95:9, 95:17, 97:5, 99:24, 100:24, 108:12, 108:16, 108:21, 109:2, 109:9, 109:17, 109:23, 113:6, 113:24, 119:2, 120:10, 121:4, 121:16, 126:3, 127:10, 127:16, 128:2, 128:15, 129:9, 129:14, 130:4, 130:13, 130:25, 131:6, 131:15, 132:1, 132:12, 133:2, 133:11, 133:20, 134:5, 134:13, 134:21, 135:14, 135:23, 136:2, 136:12, 137:6, 137:14, 137:24, 138:6, 138:10, 138:15, 138:22, 139:5, 139:11, 140:2, 140:13, 140:21, 141:3, 141:8, 141:14, 142:1, 142:9, 142:23, 143:7, 143:17, 144:23, 145:14, 145:22, 146:7, 146:20, 147:5, 147:11, 147:18, 147:25, 148:6, 148:11

---

## C

**cabinet** [1] - 93:20
**cabinets** [1] - 93:17
**cam** [1] - 53:9

**camera** [12] - 10:19, 18:12, 19:21, 23:6, 23:7, 30:8, 37:10, 44:7, 93:9, 140:17, 142:19, 149:15
**cameras** [1] - 10:20
**camouflage** [2] - 18:21, 20:11
**canister** [5] - 5:4, 51:20, 69:13, 136:14, 137:18
**cannot** [2] - 145:8, 151:14
**cap** [7] - 14:7, 14:23, 19:9, 28:5, 29:6, 29:9, 46:21
**capacity** [1] - 7:7
**Capitol** [24] - 5:7, 7:19, 17:14, 17:18, 17:19, 47:16, 54:19, 60:18, 70:12, 71:18, 72:16, 93:10, 110:25, 111:1, 111:3, 111:4, 111:6, 112:3, 112:10, 118:17, 125:16, 126:1, 127:18
**Captain** [1] - 60:14
**capture** [2] - 114:23, 118:9
**captured** [1] - 118:8
**carabiner** [1] - 68:23
**care** [1] - 104:20
**careful** [1] - 115:14
**CARL** [1] - 1:9
**carry** [1] - 98:11
**carrying** [5] - 45:10, 48:16, 48:21, 52:1, 69:11
**CART** [1] - 86:18
**case** [24] - 73:21, 78:8, 78:12, 79:24, 80:2, 80:6, 85:12, 87:20, 87:21, 90:3, 97:10, 97:15, 98:10, 100:19, 101:10, 105:12, 116:19, 116:23, 117:12, 149:7, 153:1, 153:2, 153:6, 154:18
**Case** [2] - 1:3, 4:4
**cases** [2] - 7:5, 7:21
**catch** [2] - 49:13, 50:11
**categories** [1] - 7:10
**causing** [3] - 115:13, 135:21
**CCV** [1] - 70:12
**cell** [9] - 74:6, 76:12, 86:13, 91:4, 91:7,

91:11, 91:16, 123:3, 124:10
**Cellebrite** [1] - 11:17, 59:2, 59:7, 59:16, 59:20, 87:21, 88:6, 88:15, 97:10, 102:2, 122:14
**cement** [1] - 128:22
**Center** [1] - 6:24
**center** [4] - 65:13, 65:15, 66:10, 71:9
**certain** [3] - 7:18, 89:4, 97:11
**certainly** [3] - 56:4, 105:2, 112:16
**CERTIFICATE** [1] - 157:1
**certification** [2] - 55:10, 56:15
**certifications** [1] - 55:13
**certified** [2] - 55:22, 56:20
**certifiers** [1] - 56:11
**certify** [1] - 157:3
**certifying** [1] - 56:1
**chain** [2] - 102:7, 120:7
**chambers** [1] - 151:22
**change** [3] - 73:15, 98:6, 107:20
**Chappell** [2] - 104:16, 155:19
**character** [1] - 107:3
**characters** [1] - 106:11
**characters-type** [1] - 106:11
**charged** [3] - 20:22, 91:8, 100:16
**charm** [1] - 108:8
**chat** [2] - 102:4, 102:5
**checked** [1] - 98:16
**chemical** [2] - 65:6, 110:2
**chest** [1] - 45:8
**child** [1] - 104:20
**chiminea** [1] - 124:7
**CHRISTOPHER** [1] - 1:6
**Christopher** [1] - 4:5
**chronological** [1] - 117:11
**Circle** [1] - 125:25
**circle** [26] - 14:3, 14:19, 17:16, 19:6, 22:10, 23:10, 24:9, 25:20, 26:20, 28:15, 33:1, 35:1, 38:19, 45:19, 46:17, 61:6,

65:15, 65:20, 67:14, 67:16, 68:3, 69:4, 93:22, 129:19, 138:18, 143:20
**circling** [1] - 44:14
**circumstances** [1] - 107:20
**cited** [1] - 104:18
**citing** [1] - 104:20
**City** [3] - 1:19, 9:10, 12:21
**clarify** [1] - 59:25
**clarifying** [2] - 5:11, 125:1
**Clark** [1] - 9:18
**clause** [3] - 55:19, 55:24, 56:9
**clear** [15] - 22:2, 39:12, 53:10, 57:10, 57:22, 63:15, 64:1, 64:11, 68:3, 100:15, 106:5, 106:6, 106:10, 124:24, 126:7
**clearly** [1] - 130:5
**click** [1] - 145:11
**client** [2] - 100:16, 107:17
**clip** [1] - 27:2, 50:14
**cloaked** [1] - 72:17
**close** [3] - 42:5, 82:2, 84:3
**close-up** [1] - 82:2, 84:3
**closed** [7] - 118:23, 126:12, 126:19, 128:5, 129:3, 144:14, 147:21
**clothes** [1] - 85:7, 85:17, 85:18
**clothing** [4] - 13:15, 82:21, 85:16, 86:7
**co** [3] - 57:15, 57:16, 155:14
**co-defendant** [1] - 155:14
**co-defendants** [1] - 57:16
**co-defense** [1] - 57:15
**coat** [6] - 25:3, 25:7, 40:17, 41:9, 69:18, 70:3
**coats** [1] - 38:15
**code** [1] - 101:9
**cold** [1] - 124:6
**collected** [1] - 78:4
**collection** [2] - 77:19, 77:25
**colloquy** [1] - 154:13
**color** [4] - 20:14,

24:18, 28:25, 36:12
**COLUMBIA** [1] - 1:1
**Columbia** [2] - 57:2, 57:6
**column** [2] - 115:2, 115:3
**columns** [1] - 115:20
**coming** [5] - 71:17, 74:12, 110:25, 111:3, 112:9
**commands** [2] - 76:20, 144:17
**commence** [1] - 77:16
**committed** [1] - 7:19
**communication** [1] - 102:6
**communications** [1] - 124:24
**Community** [1] - 2:2
**compare** [5] - 30:6, 84:4, 96:3, 149:5, 149:10
**compared** [4] - 39:8, 41:15, 149:14, 150:5
**comparing** [3] - 86:7, 96:9, 150:6
**comparison** [3] - 25:10, 62:10, 147:1
**complied** [16] - 14:20, 17:17, 24:10, 26:21, 28:16, 30:20, 33:2, 34:13, 34:19, 35:2, 61:7, 67:17, 129:20, 138:19, 143:21, 145:3
**comply** [1] - 76:20
**computer** [10] - 2:11, 6:11, 8:18, 30:23, 58:7, 58:9, 58:22, 61:17, 121:10
**computer-aided** [1] - 2:11
**concede** [2] - 142:4, 146:11
**concerned** [1] - 70:6
**concerning** [1] - 5:3
**conclude** [6] - 30:10, 39:7, 41:14, 63:5, 66:17, 71:21
**conclusions** [1] - 93:13
**concrete** [1] - 131:21
**condition** [3] - 77:22, 78:19, 78:22
**conduct** [3] - 105:23, 106:19, 123:25
**conducted** [2] - 12:3, 87:6, 88:19
**conducting** [1] - 7:17
**conference** [3] -

57:14, 103:20, 105:15
**conferred** [1] - 104:5
**confirm** [3] - 59:22, 104:11, 155:10
**confrontation** [2] - 55:19, 55:24, 56:9
**connection** [3] - 78:24, 91:4, 91:8
**consent** [1] - 105:20
**consenting** [1] - 104:6
**considered** [1] - 96:21
**considering** [1] - 105:8
**consistent** [4] - 44:17, 45:24, 84:19, 84:24
**conspicuously** [1] - 93:19
**Constitution** [2] - 1:15, 2:7
**consult** [1] - 107:17
**consulted** [1] - 80:2
**contact** [7] - 35:25, 74:3, 74:8, 75:25, 110:20, 115:9, 139:22
**contacts** [1] - 97:19
**contain** [2] - 94:10, 94:12
**contained** [1] - 59:14
**container** [2] - 83:19, 83:25
**content** [3] - 88:20, 89:12, 89:15
**context** [3] - 12:17, 22:6, 124:21
**context-providing** [1] - 22:6
**continue** [1] - 133:18
**continued** [2] - 1:25, 150:25
**Continued** [1] - 108:11
**CONTINUED** [1] - 2:1
**control** [2] - 77:4, 79:5
**conversation** [9] - 87:24, 90:12, 97:16, 99:5, 99:25, 102:2, 102:4, 104:10, 152:10
**conversations** [1] - 89:17
**conversion** [5] - 101:24, 111:25, 112:12, 114:10, 114:19
**cooperative** [1] - 76:9
**copy** [5] - 110:12, 113:25, 150:13, 150:14, 152:2

**cord** [1] - 110:6
**corduroy** [2] - 83:3, 84:16
**corner** [2] - 15:3, 69:12
**correct** [49] - 57:7, 59:8, 59:11, 60:19, 67:1, 73:24, 74:24, 80:5, 80:13, 80:15, 80:25, 81:2, 83:4, 83:15, 87:7, 100:11, 106:13, 106:14, 106:21, 114:6, 122:5, 123:16, 123:20, 126:4, 126:5, 126:16, 126:17, 126:22, 126:23, 127:13, 129:1, 130:15, 130:16, 134:1, 134:2, 134:24, 142:11, 142:12, 142:14, 142:16, 143:1, 144:1, 144:12, 144:20, 149:21, 149:22, 152:22, 153:8, 157:4
**correctly** [1] - 127:2
**correspond** [1] - 118:2
**corresponding** [1] - 60:4
**corresponds** [2] - 59:7, 59:17
**corroborate** [1] - 12:4
**corrupt** [1] - 16:2
**counsel** [5] - 4:7, 55:5, 56:5, 56:7, 57:15
**Counsel** [1] - 58:5
**Count** [1] - 5:4
**counter** [1] - 26:2
**Counterterrorism** [1] - 6:24
**country** [1] - 98:4
**counts** [1] - 153:19
**County** [4] - 7:8, 9:9, 90:23, 104:23
**couple** [8] - 47:6, 51:21, 64:15, 65:11, 78:5, 122:25, 134:25, 140:4
**course** [8] - 5:22, 10:14, 56:11, 82:12, 107:17, 107:19, 111:16, 124:16
**court** [2] - 4:2, 106:4
**COURT** [173] - 1:1, 4:12, 4:15, 4:18, 4:20, 4:23, 5:2, 5:13,

5:15, 5:20, 5:22, 5:25, 6:2, 9:2, 11:4, 13:21, 15:1, 15:11, 19:25, 20:25, 21:9, 21:13, 21:16, 21:18, 21:23, 22:2, 22:23, 24:24, 31:4, 31:7, 31:12, 37:13, 42:1, 44:23, 46:3, 46:6, 46:9, 52:7, 52:11, 52:17, 52:20, 52:25, 53:2, 53:8, 53:13, 54:22, 55:2, 55:8, 55:12, 55:15, 55:18, 55:21, 55:25, 56:6, 56:16, 56:22, 56:24, 57:1, 57:5, 57:8, 57:11, 57:17, 57:20, 57:25, 58:3, 58:5, 58:10, 58:17, 58:20, 58:23, 59:1, 59:10, 59:18, 59:21, 60:6, 69:25, 70:15, 81:17, 85:5, 85:10, 85:20, 85:23, 86:3, 86:6, 88:7, 88:11, 88:15, 90:13, 92:24, 95:4, 95:7, 95:15, 95:21, 95:25, 96:3, 96:10, 96:14, 96:20, 97:2, 97:4, 99:12, 99:15, 99:19, 99:23, 100:5, 100:11, 100:13, 100:18, 103:8, 103:12, 103:14, 103:19, 103:25, 104:4, 104:9, 104:14, 104:17, 104:24, 105:21, 106:10, 106:15, 106:18, 106:22, 106:24, 107:7, 107:19, 107:24, 108:4, 108:10, 113:3, 113:10, 113:18, 113:20, 119:1, 119:16, 119:23, 120:1, 120:8, 120:16, 120:19, 120:22, 121:1, 121:13, 135:17, 149:24, 150:2, 150:5, 150:12, 150:18, 150:23, 151:6, 151:9, 151:15, 151:19, 151:24, 152:4, 152:9, 153:1, 153:5, 153:9, 153:17, 153:25, 154:5, 154:9,

154:14, 154:16, 155:4, 155:8, 155:16, 155:20, 155:24, 157:1, 157:9
**Court** [12] - 2:7, 6:12, 31:10, 57:18, 96:13, 104:7, 104:12, 104:13, 105:11, 106:5, 107:18, 154:12
**Court's** [2] - 25:15, 107:16
**courtesy** [2] - 85:13, 86:23
**COURTROOM** [6] - 4:3, 54:25, 103:23, 108:14, 121:9, 151:23
courtroom [9] - 4:17, 13:13, 14:12, 35:12, 44:5, 60:14, 96:4, 105:13, 150:14
covering [3] - 131:11, 132:6, 132:7
cowboy [4] - 65:24, 66:15, 68:4, 68:5
create [1] - 79:4
created [3] - 11:20, 11:21, 140:17
creating [1] - 116:15
crime [1] - 7:10
criminal [2] - 105:10, 107:7, 116:22
**Criminal** [1] - 4:4
cross [9] - 56:2, 95:1, 95:4, 105:4, 105:16, 105:24, 151:1, 151:13
**Cross** [1] - 3:4
**CROSS** [1] - 121:3
cross-examination [4] - 56:2, 95:1, 95:4, 105:24
**CROSS-EXAMINATION** [1] - 121:3
**Cross-Examination............** [1] - 3:4
cross-examine [2] - 105:4, 105:16
crouched [2] - 130:17, 132:18
crowd [12] - 26:6, 27:11, 36:10, 38:2, 38:16, 65:7, 70:25, 109:11, 110:5, 137:21, 148:19
**CRR** [1] - 2:7
**Cubbage** [1] - 4:19
cuff [3] - 84:13, 84:17,

84:19
cup [2] - 32:15, 33:4
cupboard [1] - 93:11
curious [1] - 15:2
custody [1] - 120:7
cylindrical [2] - 47:5, 48:18

# D

**D.C** [12] - 1:6, 1:16, 2:8, 10:16, 56:23, 97:25, 102:14, 103:7, 103:10, 106:7, 106:17, 116:25
dad [6] - 97:19, 97:23, 101:4, 101:11, 101:18, 115:9
**Dade** [1] - 9:10
dark [12] - 14:22, 28:14, 38:17, 39:13, 40:17, 41:9, 65:4, 74:19, 93:20, 93:24, 93:25
data [2] - 117:23, 118:10
database [2] - 94:8, 94:16
**Database** [1] - 94:9
**DATE** [1] - 157:9
date [8] - 81:11, 100:25, 101:6, 101:22, 111:20, 116:5, 118:9, 118:25
dates [1] - 114:7
**DAVID** [2] - 94:4, 94:22
days [2] - 117:4, 129:11
daytime [2] - 74:20, 148:24
December [20] - 12:22, 73:16, 79:8, 80:12, 81:8, 85:18, 87:17, 88:1, 88:12, 88:20, 89:12, 116:6, 118:11, 118:12, 119:5, 120:13, 123:6, 123:15, 124:13
decided [2] - 98:2, 103:9
decision [1] - 100:5
decor [1] - 93:18
deem [1] - 46:11
defendant [5] - 4:5, 4:6, 13:20, 77:22, 155:14
**Defendant** [2] - 1:20,

2:2
defendants [5] - 55:13, 56:10, 57:16, 113:11, 149:25
**Defendants** [1] - 1:7
**Defender** [1] - 2:2
defense [11] - 5:15, 5:16, 55:5, 56:4, 57:15, 152:8, 152:18, 153:2, 153:19, 154:23, 155:5
definitely [2] - 99:1, 126:2
definitions [2] - 105:19, 105:22
delay [1] - 153:22
delivered [3] - 101:1, 112:11, 112:13
**Dennys** [1] - 101:16
denoted [1] - 97:17
denoting [1] - 83:21
deny [1] - 107:14
depart [1] - 79:6
**Department** [2] - 104:23, 137:2
depict [2] - 10:15, 81:10
depicted [8] - 13:2, 18:2, 18:6, 54:14, 84:25, 93:6, 93:8, 94:1
depicting [1] - 97:11
deploy [1] - 137:11
**DEPUTY** [6] - 4:3, 54:25, 103:23, 108:14, 121:9, 151:23
describe [8] - 14:5, 19:7, 31:15, 64:16, 77:6, 90:20, 91:1, 137:9
described [2] - 76:18, 91:19
description [1] - 59:14
descriptions [2] - 12:10, 78:7
designating [1] - 116:16
determine [2] - 80:3, 149:2
determined [1] - 8:7
device [2] - 116:11, 116:19
devices [1] - 12:25
difference [1] - 83:8
different [10] - 7:6, 60:3, 78:5, 79:1, 88:23, 90:15, 93:24, 99:15, 99:17, 128:21

difficult [2] - 105:16, 142:19
difficulties [2] - 58:8, 58:9
difficulty [2] - 26:7, 105:14
digital [1] - 152:2
**Direct** [1] - 3:4
direct [3] - 73:16, 106:25, 144:25
**DIRECT** [2] - 6:7, 108:11
directing [1] - 60:21
direction [9] - 17:20, 25:9, 36:2, 48:10, 73:10, 73:14, 140:7, 145:8, 145:16
dirtier [1] - 85:1
discomfort [1] - 135:21
discovery [1] - 150:1
discuss [5] - 87:4, 87:12, 90:15, 152:15, 155:5
discussed [2] - 112:16
discussing [2] - 102:10, 108:13
discussion [1] - 105:1
disperse [1] - 129:2
display [1] - 93:12
displayed [1] - 58:23
dispute [1] - 85:11
distance [1] - 103:10
distances [1] - 141:20
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [2] - 57:2, 57:6
divvied [1] - 77:25
document [3] - 6:5, 149:24, 150:3
documenting [1] - 91:19
documents [3] - 79:1, 94:14, 150:21
dollar [1] - 98:7
domestic [1] - 7:11
done [7] - 79:10, 87:9, 92:1, 103:12, 138:7, 153:5, 154:21
**Doolin** [146] - 1:20, 4:5, 4:17, 7:23, 8:11, 9:16, 9:17, 11:12, 12:15, 12:16, 13:1, 13:12, 13:20, 14:11, 16:17, 17:10, 18:3, 18:9, 23:21, 23:25, 24:7, 24:16, 25:22, 26:4, 26:18, 27:2, 27:23, 29:25, 30:19,

31:3, 31:15, 31:20,
33:15, 33:19, 33:24,
42:13, 42:24, 43:1,
43:9, 43:14, 43:19,
44:1, 44:16, 45:5,
45:22, 46:19, 48:6,
48:16, 49:5, 50:6,
50:23, 51:10, 51:18,
51:24, 53:23, 54:10,
54:15, 60:22, 62:8,
63:13, 63:17, 64:2,
64:12, 64:19, 65:8,
66:21, 68:1, 68:14,
69:11, 69:22, 70:2,
72:5, 72:22, 73:10,
73:20, 73:21, 74:3,
74:9, 74:16, 74:23,
75:13, 76:1, 76:8,
76:25, 78:9, 80:21,
83:10, 85:6, 85:21,
86:15, 86:23, 87:2,
87:5, 94:17, 95:11,
95:24, 97:12,
101:12, 101:18,
103:1, 106:13,
106:16, 110:22,
122:25, 123:10,
124:18, 129:16,
130:15, 131:8,
131:16, 132:3,
132:14, 133:4,
133:12, 133:21,
134:7, 134:15,
135:9, 138:16,
138:24, 139:13,
139:21, 139:23,
140:5, 141:4,
141:10, 141:17,
142:3, 142:11,
142:25, 143:18,
143:23, 144:24,
145:5, 146:10,
146:13, 146:21,
147:7, 147:13,
148:1, 148:7,
148:15, 150:10,
154:15, 154:25
**DOOLIN** [1] - 1:6
**Doolin's** [39] - 15:18,
18:1, 23:15, 41:8,
42:20, 43:4, 43:24,
48:25, 50:19, 51:1,
51:6, 53:19, 59:13,
60:1, 64:16, 67:13,
68:10, 68:21, 76:6,
76:21, 76:23, 79:9,
79:15, 80:11, 80:14,
81:25, 84:9, 84:12,
87:9, 87:11, 87:12,
87:16, 93:5, 107:5,
119:9, 120:12,

125:3, 127:13,
135:18
**Doolin/Mr** [1] - 57:11
**door** [2] - 82:10,
101:15
**dot** [6] - 30:18, 31:2,
59:16, 63:17, 64:2,
64:12
**down** [16] - 9:25,
17:21, 34:1, 38:2,
38:16, 61:13, 63:23,
64:18, 69:20, 70:8,
71:11, 73:13,
108:14, 113:13,
119:3, 128:21
**downward** [2] - 35:23,
131:9
**downwards** [4] -
129:22, 130:9,
130:21, 132:9
**drafting** [1] - 116:14
**drawing** [1] - 65:14
**drawn** [1] - 93:13
**dressed** [1] - 115:13
**drink** [1] - 33:8
**Driver** [1] - 94:8
**driver's** [3] - 12:6,
94:8, 94:15
**duplicative** [1] - 89:9
**during** [9] - 12:20,
57:15, 74:20, 76:25,
105:1, 120:13,
123:3, 123:14,
126:15
**dying** [1] - 111:5

# E

**early** [3] - 123:15,
124:13, 153:22
**East** [1] - 1:18
**echoey** [1] - 49:7
**edge** [5] - 52:2, 52:3,
62:9, 64:24, 68:23
**effect** [4] - 37:25,
50:4, 50:12, 75:23
**effectively** [1] - 105:15
**effects** [1] - 135:7
**efficient** [1] - 152:21
**eight** [1] - 90:25
**either** [6] - 41:21,
64:19, 64:24, 76:25,
96:22, 96:23
**elapsed** [1] - 64:15
**elbow** [1] - 141:5
**electronic** [3] - 12:25,
59:15, 116:10
**embarrassing** [1] -
75:18
**emergency** [1] -

104:21
**Emily** [1] - 9:25
**Emmy** [1] - 115:14
**emoji** [3] - 115:22,
115:23, 115:25
**employment** [2] -
104:17, 104:18
**end** [1] - 42:23
**ending** [1] - 115:8
**enforcement** [2] -
75:4, 77:14
**ensure** [2] - 75:8,
77:15
**enter** [2] - 76:14, 92:7
**entered** [3] - 70:10,
85:15, 87:14
**entire** [2] - 134:23,
141:18
**entirety** [2] - 46:4,
127:17
**entitled** [1] - 157:5
**entrance** [2] - 64:23,
82:3
**entry** [9] - 11:17, 57:2,
59:7, 59:18, 59:20,
77:14, 77:21, 79:12,
80:20
**enunciated** [1] -
104:13
**Erb** [3] - 14:13, 19:11,
94:4
**escorted** [1] - 77:4
**especially** [1] - 105:8
**ESQ** [2] - 1:20, 2:2
**essentially** [5] - 57:5,
77:2, 80:23, 80:24,
89:9
**establish** [4] - 21:19,
22:4, 100:20, 100:21
**establishing** [1] -
21:14
**estimated** [1] - 75:7
**ETA** [1] - 75:7
**evening** [1] - 101:24
**event** [1] - 148:25
**events** [1] - 116:24
**eventually** [1] - 123:19
**Evidence** [1] - 55:23
**evidence** [47] - 8:7,
10:5, 10:24, 13:23,
19:20, 20:1, 22:18,
22:24, 24:21, 26:10,
37:6, 37:14, 41:21,
42:2, 44:3, 44:24,
45:15, 51:12, 52:22,
53:8, 53:15, 56:18,
58:4, 70:16, 77:19,
77:24, 78:3, 78:10,
78:16, 78:23, 80:2,
81:9, 81:20, 87:14,

89:5, 92:25, 93:2,
95:6, 100:20,
105:13, 108:17,
113:2, 119:9,
119:10, 119:11,
119:21, 120:24
**evidentiary** [1] - 89:1
**ex** [2] - 104:2, 105:1
**exact** [7] - 36:1, 41:17,
76:17, 79:24, 82:15,
149:3, 150:9
**exactly** [7] - 16:5,
18:20, 49:8, 78:19,
93:19, 104:20,
113:11
**examination** [4] -
56:2, 95:1, 95:4,
105:24
**EXAMINATION** [3] -
6:7, 108:11, 121:3
**Examination.............**
[1] - 3:4
**Examination.............**
. [1] - 3:4
**examine** [2] - 105:4,
105:16
**example** [5] - 59:3,
59:4, 59:19, 59:22,
126:6
**exchange** [2] -
110:21, 111:19
**exchanged** [2] -
101:22, 106:13
**exchanges** [1] - 97:21
**excitement** [1] - 103:6
**excuse** [2] - 27:6,
68:13
**excused** [1] - 152:11
**execute** [3] - 12:25,
73:17, 75:21
**executed** [4] - 80:11,
80:16, 81:24, 112:17
**executing** [3] - 77:7,
79:15, 79:20
**execution** [4] - 12:20,
90:16, 123:15, 124:2
**exhibit** [18] - 16:18,
18:14, 56:12, 56:23,
59:12, 59:17, 59:23,
60:15, 97:9, 103:12,
120:2, 122:10,
126:6, 128:12,
138:7, 138:11,
143:8, 144:11
**Exhibit** [134] - 8:24,
9:3, 10:6, 10:15,
10:25, 11:16, 11:18,
13:24, 14:13, 15:13,
17:22, 18:13, 19:18,
19:22, 20:1, 21:6,

22:18, 22:23, 22:24,
23:7, 23:8, 23:13,
24:2, 24:20, 25:10,
25:11, 26:9, 27:5,
29:13, 29:20, 29:21,
32:2, 33:10, 35:3,
36:5, 36:14, 36:21,
36:23, 37:6, 37:13,
37:14, 38:10, 39:8,
39:9, 39:24, 41:2,
41:14, 41:15, 41:16,
41:19, 42:1, 42:2,
42:18, 43:2, 43:15,
44:3, 44:24, 45:14,
46:15, 48:23, 50:17,
51:4, 51:11, 52:14,
53:15, 54:5, 56:20,
58:4, 58:11, 60:12,
62:21, 63:6, 63:9,
66:3, 66:5, 66:18,
67:22, 69:14, 69:17,
69:23, 70:4, 70:9,
70:16, 71:12, 71:22,
72:1, 84:20, 84:25,
85:3, 86:2, 86:11,
87:15, 89:17, 92:9,
92:21, 92:25, 93:3,
94:2, 94:20, 94:21,
95:10, 95:14, 95:19,
96:6, 96:7, 96:17,
97:6, 102:1, 108:24,
109:7, 110:10,
112:22, 113:23,
118:3, 118:16,
121:8, 121:24,
122:9, 125:2, 127:8,
128:11, 128:13,
135:24, 136:7,
138:8, 143:9,
143:12, 144:18,
147:3, 147:15, 148:9
**exhibits** [9] - 6:5,
55:6, 56:6, 59:2,
81:3, 81:22, 96:9,
96:13, 120:22
**Exhibits** [14] - 13:2,
55:10, 56:17, 57:12,
60:4, 69:8, 81:13,
81:17, 81:19, 94:24,
95:5, 119:12,
120:11, 120:23
**EXHIBITS** [1] - 3:6
**exit** [2] - 76:21, 79:12
**exited** [1] - 76:8
**expect** [1] - 154:3
**expenses** [1] - 104:19
**experience** [3] -
89:23, 100:6, 135:17
**experienced** [1] -
106:3

**expert** [2] - 96:11, 99:13
**expertise** [1] - 88:5
**explanations** [1] - 90:6
**exposed** [1] - 110:2
**expressly** [1] - 57:16
**extended** [1] - 119:19
**extends** [1] - 119:13
**extensive** [3] - 10:19, 105:13, 116:7
**extent** [3] - 56:10, 57:21, 89:3
**extraction** [4] - 60:1, 60:2, 97:10
**eye** [5] - 35:17, 39:20, 40:19, 50:5, 129:22
**eyes** [6] - 26:5, 130:18, 131:11, 132:7, 132:24, 134:8

**F**

**face** [8] - 130:19, 131:11, 132:7, 132:19, 132:24, 133:5, 133:23, 134:9
**Facebook** [1] - 18:8
**facing** [5] - 17:19, 47:14, 48:8, 48:9, 147:2
**fact** [10] - 46:9, 76:23, 80:3, 92:4, 106:24, 124:19, 132:17, 133:25, 139:23, 148:14
**facts** [1] - 107:20
**factual** [1] - 5:7
**fair** [8] - 5:18, 59:5, 115:3, 123:21, 145:16, 145:24, 146:12, 146:21
**fairly** [3] - 81:10, 91:3, 92:18
**fallen** [1] - 69:20
**familiar** [2] - 9:6, 11:24
**family** [2] - 90:18, 111:5
**far** [3] - 124:19, 144:16
**fashion** [2] - 76:10, 152:13
**FBI** [17] - 6:20, 6:21, 7:12, 7:18, 8:3, 16:7, 73:17, 73:25, 74:16, 74:25, 76:23, 79:1, 79:14, 86:16, 86:18, 86:20, 92:2
**featured** [1] - 12:8
**Federal** [2] - 2:2, 6:15,

55:23
**federal** [1] - 7:9
**feed** [1] - 121:14
**fell** [2] - 31:22, 31:24
**felt** [1] - 77:3
**fences** [2] - 17:11, 17:13
**fencing** [1] - 118:19
**few** [29] - 15:14, 24:13, 26:22, 27:25, 35:8, 64:5, 65:10, 65:17, 67:18, 69:15, 75:6, 75:8, 76:3, 76:17, 104:18, 117:4, 117:8, 123:21, 123:23, 124:14, 132:3, 134:7, 136:16, 140:9, 142:13, 143:2, 145:11, 147:16, 148:4
**Field** [2] - 7:2, 8:3
**fighting** [1] - 38:17
**figure** [4] - 28:11, 28:18, 29:6, 83:10
**file** [11] - 16:6, 59:6, 59:12, 59:15, 59:22, 102:24, 107:18, 107:25, 118:8, 153:6, 153:15
**filed** [1] - 154:24
**files** [1] - 117:23
**film** [1] - 76:12
**filming** [1] - 54:15
**financial** [1] - 107:11
**fine** [8] - 24:24, 31:12, 135:25, 138:7, 147:16, 150:20, 154:19, 155:3
**fingers** [1] - 146:11
**finish** [1] - 151:10
**fire** [1] - 124:6
**Fire** [1] - 104:23
**firearms** [1] - 100:17
**First** [1] - 122:7
**five** [11] - 101:10, 101:24, 111:25, 112:12, 114:10, 123:11, 124:11,

135:10, 151:23, 151:24, 152:10
**five-hour** [1] - 112:12, 114:10
**fix** [2] - 113:13, 113:16
**flag** [39] - 9:23, 24:12, 25:8, 27:3, 31:21, 31:22, 31:25, 33:25, 34:1, 35:15, 35:18, 35:22, 36:3, 52:1, 62:18, 63:2, 65:13, 65:21, 66:10, 72:17, 98:21, 115:24, 119:5, 129:25, 130:8, 130:21, 131:2, 131:8, 131:18, 131:20, 132:9, 132:15, 133:7, 133:16, 133:25, 134:1, 134:3, 148:18
**flagged** [5] - 89:1, 89:5, 117:3, 117:7, 117:10
**flash** [1] - 98:4
**flat** [1] - 73:14
**Floor** [1] - 1:21
**Florida** [8] - 7:3, 7:8, 9:9, 12:21, 94:5, 94:8, 102:15, 121:21
**flow** [1] - 108:7
**flying** [1] - 31:21
**focus** [5] - 25:3, 33:19, 34:5, 47:21, 102:6
**focusing** [1] - 113:11
**foghorn** [2] - 128:7, 129:5
**folks** [1] - 102:14
**follow** [2] - 46:10, 46:12
**follow-up** [2] - 46:10, 46:12
**followed** [1] - 79:8
**following** [2] - 81:3, 123:4
**footage** [40] - 10:18, 10:19, 10:20, 12:24, 18:12, 18:24, 21:4, 23:5, 25:10, 25:11, 26:4, 29:17, 31:16, 35:13, 36:18, 36:22, 37:20, 38:14, 39:7, 39:8, 40:22, 41:16, 42:13, 42:19, 42:23, 43:3, 43:4, 43:23, 44:7, 44:17, 47:13, 48:24, 50:25, 51:5, 53:18, 53:22, 70:12, 70:24, 71:16, 84:5

**footages** [1] - 30:8
**FOR** [2] - 1:1, 6:1
**Force** [2] - 6:23, 7:8
**Ford** [2] - 9:24, 11:13
**forearms** [1] - 77:3
**foreclosing** [1] - 96:10
**foregoing** [1] - 157:3
**forensic** [2] - 10:3, 87:10
**forget** [1] - 103:7
**form** [1] - 79:2
**formality** [1] - 119:11
**format** [2] - 60:3, 102:23
**forth** [4] - 48:3, 76:11, 135:2, 145:18
**forward** [15] - 4:7, 23:12, 25:9, 28:24, 32:1, 36:4, 64:21, 70:18, 129:12, 140:11, 141:19, 143:2, 145:10, 146:15, 146:17
**forwarded** [1] - 124:20
**four** [3] - 56:16, 117:2, 147:13
**fourth** [1] - 115:2
**frame** [74] - 18:6, 20:7, 26:22, 26:23, 28:8, 31:6, 31:7, 31:17, 31:18, 32:19, 32:20, 32:24, 33:15, 33:17, 34:10, 34:12, 34:18, 35:9, 39:15, 39:18, 40:1, 47:22, 49:22, 51:24, 52:4, 53:25, 54:8, 54:13, 65:25, 66:22, 67:9, 68:20, 72:5, 72:15, 72:22, 73:4, 76:17, 112:4, 129:12, 130:2, 130:11, 130:23, 131:16, 131:24, 137:4, 137:25, 138:20, 139:3, 139:25, 140:11, 141:6, 141:24, 143:14, 143:15, 154:22
**frames** [10] - 51:21, 132:3, 134:7, 140:4, 140:10, 142:3, 142:13, 143:2, 145:11, 145:17
**Frank** [1] - 9:17
**frankly** [1] - 106:19
**freaking** [1] - 111:13
**free** [1] - 88:8
**front** [13] - 48:2, 82:2, 82:8, 83:20, 113:25,

121:22, 122:3, 127:20, 132:19, 133:5, 133:23, 134:8, 148:22
**full** [2] - 24:22, 148:24
**FYI** [1] - 101:13

**G**

**Galloway** [2] - 90:21, 91:21
**game** [1] - 154:19
**Garfield** [1] - 125:25
**gas** [2] - 50:12, 65:6
**general** [8] - 15:24, 48:9, 89:23, 97:9, 102:10, 116:23, 131:13, 154:19
**generally** [3] - 9:8, 99:19, 116:21
**generated** [1] - 78:24
**given** [4] - 75:6, 104:17, 149:24, 153:5
**glove** [10] - 19:10, 69:6, 69:9, 84:1, 84:3, 84:22, 84:24, 85:2, 120:2
**gloves** [9] - 14:23, 19:9, 24:18, 24:19, 28:25, 45:11, 54:3, 54:4, 111:15
**Government** [127] - 3:7, 3:7, 3:8, 3:8, 3:9, 3:9, 3:10, 3:10, 3:11, 3:11, 3:12, 3:12, 8:24, 10:6, 10:15, 10:25, 11:15, 13:2, 13:23, 14:13, 15:13, 17:22, 18:13, 19:18, 19:22, 20:1, 21:5, 22:17, 22:24, 23:13, 24:2, 25:11, 26:9, 27:5, 29:12, 32:2, 33:10, 36:5, 36:14, 36:21, 36:23, 37:5, 37:13, 37:14, 38:10, 39:8, 39:9, 39:24, 41:2, 41:15, 41:19, 42:2, 42:18, 43:2, 43:15, 44:2, 44:24, 45:14, 46:15, 48:23, 50:17, 51:4, 51:11, 52:14, 53:15, 55:9, 56:17, 58:4, 58:11, 59:3, 60:3, 60:12, 62:21, 63:6, 63:9, 66:2, 66:5, 66:18, 67:22, 69:7, 69:14, 69:17, 69:23,

70:3, 70:9, 70:16, 71:12, 71:21, 71:22, 71:25, 81:19, 84:20, 84:25, 85:3, 86:1, 86:11, 87:15, 89:17, 92:9, 92:25, 93:2, 94:2, 94:20, 95:5, 95:10, 95:13, 96:6, 96:17, 97:6, 102:1, 108:24, 109:7, 110:10, 112:22, 113:23, 118:2, 120:11, 120:23, 122:15, 125:2, 143:9, 143:11, 144:18

**GOVERNMENT** [1] - 6:1

**government** [37] - 4:8, 4:24, 5:11, 5:23, 22:19, 41:21, 44:20, 44:23, 52:23, 55:9, 56:14, 56:19, 70:12, 81:13, 81:17, 85:9, 92:21, 94:24, 100:19, 104:5, 105:20, 106:8, 107:8, 119:23, 120:16, 120:17, 134:25, 150:2, 150:12, 151:1, 152:18, 152:23, 153:10, 153:23, 154:18, 155:9, 155:21

**Government's** [13] - 35:3, 54:5, 94:21, 121:8, 121:24, 122:9, 127:8, 128:11, 128:13, 135:24, 136:7, 138:8, 148:9

**government's** [11] - 19:25, 22:23, 29:20, 42:1, 70:15, 120:1, 121:10, 121:13, 121:14, 153:6, 154:17

**governmental** [1] - 56:20

**grab** [1] - 27:6

**grabbed** [1] - 64:24

**grabbing** [1] - 19:1

**Grable** [2] - 35:12, 35:24

**grandstands** [1] - 47:14

**gray** [3] - 9:22, 13:17, 114:25

**great** [5] - 53:1, 54:21,

113:20, 141:20, 154:16

**green** [7] - 9:21, 14:6, 38:21, 46:22, 62:9, 67:2, 139:20

**ground** [8] - 17:13, 27:3, 34:1, 34:3, 40:9, 41:1, 71:11, 71:20

**grounds** [8] - 7:20, 46:6, 100:15, 125:11, 126:18, 127:18, 147:20

**group** [6] - 98:11, 102:4, 102:5, 103:5, 122:2, 122:6

**Guard** [2] - 7:15, 111:11

**guess** [9] - 9:13, 20:25, 31:7, 82:20, 98:9, 99:6, 104:9, 137:4, 139:24

**guest** [1] - 82:20

**guideline** [1] - 116:19

## H

**half** [2] - 102:7, 106:4

**hand** [23] - 15:3, 20:7, 20:8, 35:15, 51:16, 64:23, 69:12, 84:12, 93:9, 106:12, 129:22, 129:24, 130:1, 130:6, 130:8, 132:7, 132:24, 134:8, 139:21, 146:10, 146:13

**handcuff** [1] - 77:5

**handcuffed** [1] - 76:25

**handful** [1] - 97:21

**hands** [9] - 28:22, 45:10, 51:25, 68:14, 75:20, 77:2, 130:18, 131:13, 133:16

**handwriting** [1] - 96:11

**happy** [1] - 152:6

**hard** [3] - 103:20, 110:12, 113:25

**harder** [1] - 114:13

**hat** [10] - 9:17, 62:9, 65:2, 65:24, 66:15, 67:2, 68:4, 68:5, 139:20, 146:12

**hate** [1] - 118:6

**HCC** [2] - 110:20, 110:22

**head** [7] - 13:18, 40:24, 48:9, 71:10, 71:19, 129:22,

131:13

**headband** [1] - 38:22

**headed** [1] - 103:4

**headers** [1] - 114:25

**heading** [4] - 61:13, 114:23, 114:24, 115:11

**headings** [1] - 115:15

**hear** [17] - 20:21, 23:18, 27:11, 49:6, 119:16, 126:18, 127:5, 128:5, 128:8, 128:9, 129:2, 144:10, 144:12, 144:13, 147:19, 153:14, 154:23

**heard** [8] - 37:25, 88:5, 98:13, 98:18, 126:15, 134:25, 135:6, 144:5

**hearing** [4] - 104:2, 104:7, 124:22, 153:7

**hearings** [1] - 106:4

**held** [1] - 136:23

**helmet** [1] - 38:17

**help** [1] - 85:8

**helped** [1] - 12:4

**hesitate** [1] - 155:25

**high** [1] - 58:21

**highlight** [2] - 97:22, 114:25

**himself** [3] - 64:25, 132:6

**hip** [2] - 45:7, 47:5

**history** [2] - 94:13, 95:10

**hit** [1] - 25:20

**hitting** [1] - 50:4

**HK-46** [2] - 68:11, 68:12

**hoist** [1] - 31:25

**hoisted** [1] - 27:3

**hold** [2] - 38:1, 102:19

**holding** [21] - 24:11, 24:12, 32:11, 33:25, 35:18, 40:25, 54:16, 68:15, 71:6, 84:11, 85:21, 93:9, 104:7, 129:24, 131:8, 132:14, 133:7, 133:25, 137:8, 137:18, 149:15

**holds** [1] - 100:9

**home** [13] - 77:10, 81:24, 82:14, 82:16, 91:3, 103:4, 111:7, 119:9, 121:22, 126:19, 128:6, 129:3, 144:14

**Honor** [74] - 4:3, 4:9,

4:21, 5:3, 5:19, 6:4, 9:4, 19:19, 20:24, 30:23, 37:1, 37:7, 41:20, 41:25, 45:12, 46:13, 49:17, 52:22, 53:11, 54:21, 54:25, 55:3, 55:4, 56:13, 57:19, 57:24, 58:6, 58:7, 58:22, 59:9, 59:11, 61:16, 70:10, 70:14, 85:4, 85:25, 89:10, 90:10, 95:2, 95:3, 95:20, 95:22, 96:2, 96:5, 96:12, 96:17, 99:18, 99:21, 100:14, 103:23, 104:1, 105:11, 105:18, 106:3, 107:2, 108:3, 108:6, 112:25, 113:1, 113:4, 117:19, 119:8, 120:9, 120:15, 150:15, 151:5, 151:14, 152:1, 153:16, 153:20, 154:3, 155:6, 155:7, 155:13

**Honor's** [1] - 24:22

**HONORABLE** [1] - 1:9

**hooded** [4] - 28:5, 61:21, 62:2, 64:8

**hoodie** [4] - 14:22, 19:8, 28:14, 64:18

**hope** [1] - 156:2

**hopefully** [1] - 98:5

**hoping** [2] - 108:7, 153:22

**horizontal** [1] - 34:3

**hot** [2] - 32:15, 34:24

**hour** [4] - 96:25, 112:12, 114:10, 149:3

**hours** [5] - 101:10, 101:24, 112:1, 124:16, 154:17

**house** [1] - 124:7

**housekeeping** [2] - 155:4, 155:9

**houses** [1] - 75:19

**hunched** [7] - 130:18, 132:4, 132:18, 132:23, 133:4, 133:22, 134:17

**hunched-over** [3] - 130:18, 132:4, 132:18

**hunching** [1] - 135:15

**hundreds** [1] - 111:9

**Hutchinsson** [10] - 9:17, 11:14, 28:7,

28:12, 28:19, 32:7, 32:11, 37:21, 38:23, 94:17

**hypothetically** [1] - 89:4

## I

**i.e** [2] - 10:19, 12:8

**idea** [1] - 101:15

**identical** [1] - 59:23

**Identification** [1] - 94:9

**identification** [3] - 81:4, 86:8, 94:14

**identified** [11] - 11:23, 11:25, 12:2, 13:20, 14:16, 14:19, 21:17, 56:4, 78:6, 78:11, 78:16

**identify** [9] - 8:9, 9:14, 11:1, 11:8, 11:11, 12:1, 13:15, 87:1, 122:22

**identifying** [4] - 8:1, 8:5, 80:2, 110:18

**identity** [1] - 85:11

**illuminated** [1] - 65:3

**illusion** [1] - 140:17

**image** [19] - 9:11, 10:3, 17:14, 26:18, 27:18, 27:23, 29:25, 32:7, 32:9, 86:18, 87:8, 87:10, 93:4, 93:6, 93:8, 94:1, 111:10, 111:13, 111:14

**imaged** [1] - 86:24

**images** [8] - 15:9, 21:12, 117:13, 117:21, 117:24, 118:10, 119:4, 119:5

**imagine** [3] - 105:14, 106:8, 107:2

**IMG** [1] - 102:22

**immediately** [1] - 37:23

**implications** [1] - 107:12

**important** [2] - 105:11, 107:5

**improved** [1] - 127:25

**inasmuch** [1] - 92:2

**inaugural** [4] - 44:7, 127:19, 128:16, 128:17

**inauguration** [1] - 73:13

**inches** [1] - 141:20

**include** [6] - 8:10,

8:13, 13:4, 91:7, 91:11, 117:24
**incur** [1] - 104:19
**indicate** [3] - 47:12, 145:2, 153:21
**indicated** [1] - 155:19
**indicates** [1] - 10:12
**indicating** [5] - 61:22, 64:24, 65:4, 139:7, 146:9
**indicating)** [15] - 39:16, 39:19, 40:2, 41:11, 42:14, 48:7, 60:23, 63:4, 63:25, 64:3, 64:10, 64:13, 73:5, 109:12, 109:20
**indication** [2] - 26:8, 70:5
**indicative** [1] - 116:21
**individual** [34] - 9:15, 14:4, 14:6, 14:11, 14:19, 15:6, 19:6, 22:6, 22:11, 23:10, 24:16, 24:18, 25:21, 31:18, 35:19, 36:10, 36:17, 38:21, 44:14, 45:19, 46:16, 47:1, 64:8, 64:17, 69:18, 70:6, 70:25, 71:6, 71:18, 90:1, 93:9, 97:18, 110:19, 143:24
**individuals** [24] - 7:18, 8:2, 8:8, 8:9, 8:10, 8:13, 9:11, 10:15, 11:1, 11:8, 11:24, 12:2, 12:4, 12:5, 12:9, 12:12, 13:2, 38:19, 77:9, 77:12, 91:8, 102:13, 110:16
**infer** [2] - 135:18, 136:21
**information** [9] - 8:4, 88:24, 88:25, 89:1, 89:3, 106:11, 110:18, 116:20, 116:24
**informing** [1] - 144:13
**initial** [1] - 77:21
**inside** [4] - 65:5, 77:13, 77:19, 124:5
**inspect** [1] - 120:4
**instant** [4] - 97:11, 97:14, 113:7, 115:1
**instructions** [2] - 5:11, 5:16
**intelligence** [1] - 6:22
**intend** [6] - 106:10, 106:18, 106:22, 119:10, 155:11,

155:23
**intended** [1] - 55:5
**intent** [1] - 100:18
**intention** [1] - 152:24
**interact** [1] - 70:2
**interacted** [2] - 12:12, 12:15
**interacting** [2] - 69:22, 70:5
**interaction** [1] - 76:18
**international** [1] - 7:11
**Internet** [1] - 10:23
**interpose** [2] - 88:4, 88:9
**interpreting** [1] - 149:21
**interview** [1] - 123:25
**interviewed** [1] - 12:4
**interviews** [1] - 12:3
**introduce** [3] - 4:7, 6:12, 119:11
**introducing** [1] - 55:16
**intrusive** [1] - 74:21
**inventory** [1] - 79:10
**investigating** [1] - 7:9
**Investigation** [1] - 6:16
**investigation** [4] - 7:23, 7:25, 10:14, 14:25
**investigations** [2] - 7:17, 7:18
**involve** [1] - 7:18
**involved** [5] - 7:22, 79:2, 79:15, 90:16, 116:13
**involves** [1] - 105:12
**involving** [1] - 124:10
**irritant** [2] - 65:6, 110:2
**issue** [3] - 100:19, 104:17, 107:12
**issues** [2] - 55:24, 104:21
**item** [20] - 10:6, 11:16, 48:18, 82:25, 114:17, 114:18, 114:20, 114:21, 114:22, 115:7, 115:8, 115:15, 115:21, 115:22, 116:1, 116:2, 116:5, 116:6, 117:25, 122:12
**items** [21] - 78:3, 78:9, 78:10, 78:18, 78:20, 81:8, 81:11, 82:21, 83:11, 84:4, 114:2,

114:15, 115:6, 115:20, 116:4, 116:20, 116:21, 117:2, 119:14, 119:19, 120:12
**Ivy** [1] - 155:12

**J**

**jacket** [23] - 9:15, 9:23, 14:6, 38:17, 39:13, 41:1, 46:21, 67:2, 82:12, 82:14, 83:2, 83:3, 83:6, 83:13, 83:14, 83:16, 84:13, 98:7, 120:2, 136:24, 137:9, 139:19, 148:3
**jackets** [2] - 82:23, 137:2
**Jacob** [2] - 9:24, 11:13
**James** [6] - 9:19, 11:12, 18:4, 24:1, 31:18, 94:17
**James's** [1] - 148:18
**January** [32] - 7:20, 10:12, 10:16, 11:22, 12:24, 16:1, 44:18, 78:9, 85:7, 85:19, 91:9, 100:22, 101:1, 101:7, 101:23, 101:25, 102:14, 106:7, 106:19, 107:6, 111:24, 112:1, 112:5, 112:11, 112:13, 114:8, 114:12, 114:18, 114:21, 116:24, 117:4, 119:6
**jeans** [2] - 14:7, 14:23
**Jeff** [1] - 28:7
**job** [2] - 17:12, 107:12
**Johnny** [2] - 98:13, 100:1
**join** [1] - 98:10
**joinder** [1] - 57:22
**joined** [1] - 4:13
**joining** [2] - 7:12, 57:10
**joins** [1] - 57:11
**joint** [2] - 155:14, 155:16
**Joint** [2] - 6:23, 7:8
**Jonathan** [12] - 8:2, 9:19, 12:2, 13:4, 18:3, 18:7, 20:11, 20:19, 20:20, 22:5, 32:9, 94:17
**Joseph** [6] - 9:17, 11:14, 37:21, 38:23,

94:17
**Josh** [10] - 42:20, 43:4, 43:24, 50:19, 90:4, 101:12, 101:18, 103:1, 103:6, 110:22
**joshdoolin19@gmail** [1] - 97:24
**joshdoolin19@gmail .com** [2] - 97:18, 110:18
**Joshua** [26] - 4:5, 4:16, 7:23, 9:16, 11:12, 13:20, 14:11, 15:18, 16:17, 17:10, 18:1, 23:15, 23:21, 41:7, 44:16, 45:22, 46:19, 48:25, 51:1, 51:6, 53:19, 73:20, 87:2, 87:4, 94:17, 95:11
**JOSHUA** [1] - 1:6
**Jr** [1] - 11:13
**JUDGE** [1] - 1:10
**judge** [3] - 74:10, 75:15, 116:18
**June** [13] - 12:18, 73:22, 80:14, 80:19, 80:24, 88:2, 88:13, 89:2, 89:13, 90:17, 97:13, 114:11, 123:4
**jurisdiction** [2] - 5:6, 5:8

**K**

**Kansas** [1] - 1:19
**Kathleen** [1] - 90:22
**Kearney** [21] - 4:10, 8:16, 11:4, 15:1, 20:25, 52:7, 55:2, 55:21, 58:24, 60:8, 104:25, 106:24, 108:5, 113:21, 121:7, 122:12, 122:24, 125:2, 128:12, 152:23, 155:9
**KEARNEY** [266] - 1:12, 4:9, 4:13, 4:25, 5:23, 6:4, 6:8, 8:18, 8:22, 9:1, 9:4, 9:5, 11:6, 11:7, 13:19, 13:22, 14:2, 15:4, 15:12, 15:16, 16:11, 16:21, 17:3, 17:7, 17:24, 18:11, 18:15, 18:16, 18:19, 19:4, 19:16, 20:2, 20:5, 20:18, 21:2, 21:8, 21:11,

21:14, 21:17, 21:21, 21:24, 22:9, 22:15, 22:25, 23:3, 23:17, 23:24, 24:5, 24:15, 25:1, 25:6, 25:19, 25:25, 26:12, 26:16, 26:25, 27:9, 27:16, 27:22, 28:2, 28:10, 29:5, 29:16, 29:23, 30:4, 30:17, 30:23, 31:1, 31:6, 31:10, 31:13, 31:14, 32:5, 32:18, 32:22, 33:6, 33:13, 33:22, 34:8, 34:16, 34:21, 35:7, 35:11, 35:21, 36:8, 36:16, 37:1, 37:3, 37:5, 37:10, 37:15, 37:18, 38:4, 38:12, 39:1, 39:23, 40:5, 40:12, 40:15, 40:21, 41:4, 41:13, 41:20, 41:24, 42:3, 42:7, 42:11, 42:16, 42:22, 43:7, 43:12, 43:17, 43:22, 44:2, 44:4, 44:13, 44:20, 44:25, 45:3, 45:12, 45:13, 45:17, 46:12, 46:14, 46:25, 47:8, 47:19, 47:24, 49:2, 49:11, 49:18, 49:20, 50:2, 50:9, 50:16, 50:21, 51:3, 51:8, 51:14, 52:9, 52:12, 52:13, 52:19, 52:21, 53:1, 53:5, 53:14, 53:16, 53:21, 54:7, 54:20, 55:3, 55:9, 55:14, 55:22, 56:3, 56:13, 56:19, 56:23, 56:25, 57:2, 57:7, 58:6, 58:11, 58:14, 58:19, 58:21, 58:25, 60:9, 60:10, 61:1, 61:10, 61:16, 61:19, 61:25, 62:5, 62:16, 62:25, 63:11, 63:20, 64:7, 65:19, 66:8, 67:7, 67:11, 67:20, 67:24, 68:8, 68:18, 69:2, 70:1, 70:10, 70:17, 70:21, 71:5, 71:14, 72:3, 72:9, 72:13, 72:20, 73:1, 73:8, 81:13, 81:21, 85:13, 85:25, 86:4, 86:9, 86:10, 88:10, 88:14, 88:18, 89:10, 89:11, 90:10, 90:14, 92:21, 93:1, 94:24, 95:9,

95:17, 95:22, 96:2, 96:5, 96:12, 96:15, 97:1, 97:3, 97:5, 99:17, 99:24, 100:24, 103:11, 103:13, 103:18, 105:10, 107:2, 108:6, 108:12, 108:16, 108:21, 109:2, 109:9, 109:17, 109:23, 113:6, 113:22, 113:24, 119:2, 119:8, 119:18, 119:25, 120:6, 120:10, 120:15, 120:17, 120:25, 135:13, 135:16, 149:18, 150:1, 150:16, 152:1, 152:5, 152:24, 155:10

**KEARNY** [1] - 21:3

**keep** [45] - 25:23, 28:17, 35:17, 37:4, 39:20, 40:19, 61:5, 61:8, 61:15, 61:23, 63:16, 68:16, 68:25, 72:7, 72:18, 72:24, 73:6, 75:17, 79:3, 86:7, 129:7, 130:11, 131:4, 131:24, 134:3, 134:11, 134:19, 136:10, 137:12, 138:4, 139:3, 139:9, 140:19, 141:1, 141:6, 141:12, 141:24, 142:7, 142:21, 143:5, 145:20, 146:18, 147:9, 147:23, 151:19

**kept** [1] - 30:24

**key** [1] - 101:15

**keys** [1] - 101:16

**kicking** [1] - 40:8

**killed** [1] - 111:4

**kind** [5] - 54:3, 85:2, 97:21, 105:18, 152:7

**kitchen** [2] - 92:13, 92:14

**Klepac** [5] - 89:19, 90:7, 97:7, 112:17, 116:8

**knee** [4] - 18:21, 20:12, 20:13

**kneeling** [1] - 9:25

**knocked** [1] - 20:22

**knowledge** [2] -

74:16, 100:19

**known** [2] - 60:17, 90:22

**knows** [1] - 150:9

**knuckles** [3] - 19:10, 29:1, 54:4

## L

**lack** [2] - 22:6, 77:25

**laid** [1] - 89:20

**Lakeland** [6] - 6:16, 6:18, 80:19, 90:22, 90:23, 121:20

**landed** [1] - 115:24

**LAR** [1] - 127:3

**large** [2] - 91:3, 118:23

**last** [4] - 40:25, 57:14, 115:24, 147:13

**late** [1] - 155:1

**laughing** [1] - 115:22

**Law** [1] - 1:20

**law** [2] - 75:4, 77:14

**lawyer** [1] - 75:25

**laying** [3] - 17:13, 69:19, 78:21

**lead** [3] - 63:5, 66:17, 79:25

**leader** [3] - 98:14, 98:18, 115:23

**leading** [1] - 69:24

**leaning** [3] - 28:24, 141:19, 145:8

**learn** [2] - 83:8, 86:14

**least** [8] - 9:2, 22:3, 31:4, 107:15, 132:18, 151:8, 154:23, 156:2

**leave** [2] - 64:20, 147:20

**leaving** [1] - 98:22

**led** [1] - 77:9

**left** [27] - 9:13, 9:21, 9:25, 11:11, 11:12, 15:3, 19:10, 20:7, 20:8, 20:13, 24:17, 28:13, 30:25, 35:15, 38:21, 40:8, 45:7, 64:21, 65:25, 68:4, 77:8, 79:4, 110:8, 129:22, 131:12, 134:8, 152:17

**left-hand** [4] - 15:3, 20:7, 20:8, 35:15

**leftists** [1] - 111:17

**leg** [2] - 40:8, 40:9

**legal** [4] - 5:8, 5:10, 5:16, 107:10

**legally** [1] - 75:15

**legs** [1] - 95:16

**lengthy** [4] - 154:4, 154:8, 154:9, 154:10

**less** [2] - 123:11, 124:10

**license** [3] - 12:6, 94:8, 94:15

**lift** [1] - 25:8

**lifted** [1] - 34:2

**light** [9] - 9:24, 70:3, 71:1, 71:17, 90:10, 100:2, 106:24, 151:19, 156:3

**lighting** [1] - 70:23

**likely** [3] - 107:13, 151:3, 151:11

**limit** [1] - 46:9

**limitations** [1] - 106:2

**limited** [4] - 22:7, 95:25, 106:11, 106:25

**Lincoln** [2] - 125:4, 125:8

**Line** [1] - 110:17

**line** [17] - 25:9, 26:6, 27:4, 28:20, 31:19, 33:9, 34:2, 38:1, 48:2, 48:10, 90:2, 90:3, 90:4, 101:4, 146:2, 146:24, 146:25

**lines** [1] - 126:20

**lining** [1] - 59:1

**list** [3] - 59:12, 59:23, 120:2

**listed** [13] - 8:4, 79:24, 90:1, 90:2, 90:4, 97:18, 110:16, 110:17, 110:19, 115:11, 116:20, 117:11, 118:9

**listen** [1] - 49:25

**listened** [1] - 144:3

**lit** [1] - 124:6

**literally** [1] - 111:14

**live** [1] - 98:18

**Lives** [1] - 98:1

**living** [1] - 80:22

**locate** [1] - 119:7

**located** [9] - 12:11, 82:12, 82:14, 82:18, 82:21, 82:23, 83:1, 84:1, 90:21

**location** [18] - 9:6, 21:5, 22:5, 23:7, 30:10, 39:10, 40:2, 41:18, 44:9, 44:10, 47:13, 66:20, 71:24, 74:19, 77:15, 78:17, 78:20, 82:15

**locations** [2] - 21:15, 21:19

**logged** [1] - 78:23

**LOL** [1] - 98:6

**look** [41] - 19:18, 20:7, 22:17, 24:20, 27:5, 32:2, 33:10, 36:2, 37:5, 38:10, 41:2, 41:19, 43:20, 45:14, 48:23, 51:4, 51:11, 52:14, 52:21, 53:17, 60:12, 62:21, 66:5, 67:22, 70:9, 71:12, 78:14, 84:6, 85:1, 86:1, 96:6, 96:17, 102:1, 112:25, 114:15, 115:19, 116:19, 117:17, 119:21, 148:9, 148:21

**looked** [4] - 149:7, 149:8, 149:9, 149:10

**looking** [7] - 28:15, 81:23, 113:22, 114:2, 129:21, 136:15, 150:23

**lookout** [1] - 8:3

**looks** [3] - 48:14, 132:6, 146:3

**loose** [1] - 31:22

**Lord** [1] - 103:7

**loud** [1] - 144:7

**loudspeaker** [1] - 126:25

**love** [1] - 115:14

**loved** [1] - 111:10

**Lower** [3] - 127:21, 128:23, 128:25

**lowered** [1] - 34:1

**lowest** [1] - 127:25

**LRAD** [7] - 127:4, 127:6, 128:6, 144:5, 144:10, 144:16, 147:20

**lunch** [4] - 96:18, 96:24, 103:14, 153:15

## M

**ma'am** [1] - 112:8

**MacEoin** [4] - 4:21, 151:1, 151:12, 155:10

**MACEOIN** [30] - 2:2, 4:21, 8:16, 8:21, 8:25, 19:24, 20:24, 22:22, 37:12, 41:25, 44:22, 49:16, 55:16, 55:19, 58:2, 59:25,

70:14, 81:16, 92:23, 95:3, 113:1, 113:4, 113:19, 118:24, 120:21, 151:14, 153:16, 153:20, 155:6, 155:12

**MacEoin's** [2] - 22:2, 57:12

**mag** [1] - 100:8

**magazine** [1] - 100:8

**mags** [4] - 98:13, 100:1, 100:3, 100:7

**main** [4] - 91:1, 91:18, 92:7, 92:14

**maintain** [1] - 127:24

**majority** [3] - 88:24, 88:25, 110:4

**Mall** [1] - 122:3

**man** [14] - 25:3, 25:7, 28:5, 32:11, 33:3, 33:7, 34:24, 61:3, 61:12, 63:24, 65:24, 66:15, 68:4, 70:2

**manual** [1] - 87:9

**marble** [1] - 131:22

**March** [2] - 1:6, 8:1

**marginally** [1] - 22:4

**maritime** [2] - 5:5, 5:8

**mark** [1] - 26:2

**Mark** [1] - 115:17

**marked** [1] - 112:21

**Mary** [4] - 9:22, 11:14, 13:6, 91:12

**Maryland** [1] - 1:22

**Massachusetts** [1] - 7:15

**material** [2] - 84:16, 116:12

**materials** [3] - 59:2, 117:3, 150:24

**math** [1] - 114:13

**matter** [7] - 5:1, 5:7, 103:20, 104:2, 124:19, 141:19, 157:5

**Matter** [1] - 98:21

**matters** [2] - 155:4, 155:9

**MATTHEW** [1] - 1:17

**Matthew** [1] - 4:10

**maya** [1] - 98:4

**Mayor** [1] - 57:3

**McLean** [1] - 6:24

**mean** [9] - 53:8, 74:15, 86:6, 99:20, 105:21, 122:18, 125:15, 127:4, 154:7

**means** [2] - 78:5, 151:16

**meant** [1] - 99:16

**media** [4] - 10:22, 12:7, 101:13, 111:13
**meet** [3] - 98:7, 105:18, 105:21
**members** [3] - 77:16, 77:17, 90:17
**memorandum** [1] - 153:12
**Memorial** [2] - 125:4, 125:8
**memory** [2] - 127:2, 150:4
**message** [14] - 90:1, 101:1, 101:3, 102:2, 102:17, 102:18, 102:20, 111:22, 112:9, 112:11, 115:10, 115:11, 117:17, 117:25
**messages** [19] - 87:15, 89:15, 89:24, 89:25, 97:11, 97:14, 100:25, 101:22, 110:9, 113:8, 114:3, 114:7, 115:1, 117:2, 117:6, 117:8, 117:9, 124:21, 124:23
**messaging** [1] - 89:21
**met** [2] - 13:12, 56:8
**metadata** [4] - 10:12, 11:21, 122:19, 148:21
**method** [1] - 144:13
**Metropolitan** [2] - 38:6, 137:1
**MH-46** [1] - 51:20
**mic** [1] - 108:14
**MICHAEL** [1] - 1:6
**Michael** [14] - 4:5, 4:22, 7:23, 9:16, 9:19, 14:17, 19:12, 22:13, 23:11, 35:19, 39:18, 39:25, 54:1, 112:18
**microphone** [2] - 8:17, 58:18
**mid** [4] - 52:8, 118:11, 119:5, 152:20
**mid-December** [2] - 118:11, 119:5
**mid-morning** [1] - 52:8, 152:20
**middle** [2] - 47:22, 69:4
**might** [9] - 77:12, 78:5, 80:1, 103:16, 117:17, 125:3, 135:1, 146:11, 151:15
**military** [1] - 7:14

**Miller** [1] - 155:22
**millions** [1] - 98:5
**mind** [6] - 8:22, 65:14, 87:18, 111:5, 116:22, 122:21
**mine** [2] - 139:24, 153:14
**minimally** [2] - 74:21, 75:17
**minus** [4] - 101:10, 101:24, 111:25, 112:12
**minute** [24] - 16:9, 16:12, 16:18, 16:22, 17:4, 17:8, 58:12, 58:15, 62:6, 62:7, 62:8, 62:13, 62:17, 63:12, 69:3, 69:15, 72:10, 75:7, 108:22, 109:24, 110:25, 111:3, 112:10, 149:4
**minutes** [28] - 15:20, 62:22, 63:1, 63:22, 64:15, 65:12, 70:18, 72:11, 72:14, 72:21, 73:2, 73:3, 73:9, 74:14, 75:9, 96:21, 108:18, 112:5, 123:11, 123:22, 123:24, 124:11, 124:14, 151:8, 151:12, 151:23, 151:24, 152:10
**miss** [1] - 152:25
**missed** [1] - 19:5
**missing** [1] - 88:25
**Missouri** [1] - 1:19
**Mister** [1] - 125:18
**MK-46** [4] - 48:14, 48:19, 68:13, 135:2
**MK-9** [1] - 135:2
**mo** [1] - 31:6
**modified** [1] - 118:8
**Moeder** [1] - 4:10
**MOEDER** [5] - 1:17, 59:9, 59:11, 59:19, 60:2
**Moeder's** [1] - 58:9
**moment** [9] - 36:1, 37:1, 45:12, 89:10, 108:2, 110:4, 117:19, 126:9, 148:2
**momentarily** [1] - 108:7
**moments** [4] - 75:6, 75:8, 76:3, 76:18
**Monday** [6] - 151:16, 152:14, 153:14, 154:21, 155:19, 156:3

**monitor** [2] - 113:13, 113:18
**Monroe** [1] - 9:19
**montage** [1] - 15:25
**month** [1] - 118:25
**months** [3] - 6:25, 80:16, 88:21
**Monument** [6] - 47:10, 47:15, 122:4, 125:7, 125:12, 125:14
**Moore** [1] - 151:21
**Morgan** [3] - 74:9, 74:23, 87:2
**morning** [29] - 4:3, 4:9, 4:12, 4:15, 4:18, 4:20, 4:21, 4:23, 6:2, 6:3, 6:9, 6:10, 52:8, 54:22, 74:1, 104:3, 115:23, 123:22, 123:24, 123:25, 151:16, 152:14, 152:20, 153:11, 153:14, 154:21, 155:1, 155:19, 156:4
**most** [3] - 100:20, 107:13, 135:4
**mostly** [1] - 66:23
**motion** [17] - 24:23, 26:13, 31:5, 32:3, 34:9, 35:5, 35:23, 42:9, 57:14, 107:25, 140:17, 145:10, 146:2, 153:2, 153:4, 153:10, 154:23
**motions** [2] - 57:15, 154:23
**MOV** [1] - 102:23
**move** [13] - 22:16, 23:12, 25:9, 27:14, 36:4, 52:5, 55:7, 60:11, 86:5, 101:2, 143:8, 151:10
**moved** [13] - 7:1, 7:3, 64:21, 64:25, 78:20, 80:21, 125:11, 125:15, 142:3, 142:4, 142:18, 142:19, 143:3
**movement** [2] - 32:1, 64:16
**moves** [1] - 120:17
**moving** [20] - 9:21, 26:2, 34:1, 37:4, 38:16, 40:23, 73:11, 76:11, 119:23, 120:16, 140:5, 140:6, 140:7, 140:16, 140:23, 141:19, 141:20, 142:6, 145:7, 145:18

**MPD** [4] - 38:16, 39:2, 40:25, 47:21
**MR** [143] - 4:16, 4:19, 5:3, 5:14, 5:19, 5:21, 18:14, 19:23, 22:21, 37:9, 37:11, 41:23, 44:21, 46:1, 46:4, 46:7, 53:3, 53:7, 53:10, 57:9, 57:13, 57:18, 57:24, 58:1, 59:9, 59:11, 59:19, 60:2, 69:24, 70:13, 81:15, 85:4, 85:6, 85:11, 85:16, 85:22, 88:4, 92:22, 95:1, 95:16, 95:20, 96:8, 99:9, 99:14, 100:4, 100:14, 104:1, 104:5, 104:11, 104:15, 104:18, 106:2, 106:16, 106:21, 106:23, 107:16, 107:23, 108:3, 119:15, 119:20, 120:5, 120:9, 120:20, 121:4, 121:11, 121:15, 121:16, 126:3, 127:10, 127:16, 128:2, 128:15, 129:9, 129:14, 130:4, 130:13, 130:25, 131:6, 131:15, 132:1, 132:12, 133:2, 133:11, 133:20, 134:5, 134:13, 134:21, 135:14, 135:23, 136:2, 136:12, 137:6, 137:14, 137:24, 138:6, 138:10, 138:15, 138:22, 139:5, 139:11, 140:2, 140:13, 140:21, 141:3, 141:8, 141:14, 142:1, 142:9, 142:23, 143:7, 143:17, 144:23, 145:14, 145:22, 146:7, 146:20, 147:5, 147:11, 147:18, 147:25, 148:6, 148:11, 149:17, 149:20, 149:23, 150:4, 150:8, 150:19, 150:22, 151:4, 151:8, 153:4, 153:8, 153:13,

154:3, 154:7, 154:12, 154:15, 155:3, 155:7, 155:13, 155:18, 155:21
**MS** [295] - 4:9, 4:13, 4:21, 4:25, 5:23, 6:4, 6:8, 8:16, 8:18, 8:21, 8:22, 8:25, 9:1, 9:4, 9:5, 11:6, 11:7, 13:19, 13:22, 14:2, 15:4, 15:12, 15:16, 16:11, 16:21, 17:3, 17:7, 17:24, 18:11, 18:15, 18:16, 18:19, 19:4, 19:16, 19:24, 20:2, 20:5, 20:18, 20:24, 21:2, 21:3, 21:8, 21:11, 21:14, 21:17, 21:21, 21:24, 22:9, 22:15, 22:22, 22:25, 23:3, 23:17, 23:24, 24:5, 24:15, 25:1, 25:6, 25:19, 25:25, 26:12, 26:16, 26:25, 27:9, 27:16, 27:22, 28:2, 28:10, 29:5, 29:16, 29:23, 30:4, 30:17, 30:23, 31:1, 31:6, 31:10, 31:13, 31:14, 32:5, 32:18, 32:22, 33:6, 33:13, 33:22, 34:8, 34:16, 34:21, 35:7, 35:11, 35:21, 36:8, 36:16, 37:1, 37:3, 37:5, 37:10, 37:12, 37:15, 37:18, 38:4, 38:12, 39:1, 39:23, 40:5, 40:12, 40:15, 40:21, 41:4, 41:13, 41:20, 41:24, 41:25, 42:3, 42:7, 42:11, 42:16, 42:22, 43:7, 43:12, 43:17, 43:22, 44:2, 44:4, 44:13, 44:20, 44:22, 44:25, 45:3, 45:12, 45:13, 45:17, 46:12, 46:14, 46:25, 47:8, 47:19, 47:24, 49:2, 49:11, 49:16, 49:18, 49:20, 50:2, 50:9, 50:16, 50:21, 51:3, 51:8, 51:14, 52:9, 52:12, 52:13, 52:19, 52:21, 53:1, 53:5, 53:14, 53:16, 53:21, 54:7, 54:20, 55:3, 55:9, 55:14, 55:16, 55:19, 55:22, 56:3, 56:13,

56:19, 56:23, 56:25, 57:2, 57:7, 58:2, 58:6, 58:11, 58:14, 58:19, 58:21, 58:25, 59:25, 60:9, 60:10, 61:1, 61:10, 61:16, 61:19, 61:25, 62:5, 62:16, 62:25, 63:11, 63:20, 64:7, 65:19, 66:8, 67:7, 67:11, 67:20, 67:24, 68:8, 68:18, 69:2, 70:1, 70:10, 70:14, 70:17, 70:21, 71:5, 71:14, 72:3, 72:9, 72:13, 72:20, 73:1, 73:8, 81:13, 81:16, 81:21, 85:13, 85:25, 86:4, 86:9, 86:10, 88:10, 88:14, 88:18, 89:10, 89:11, 90:10, 90:14, 92:21, 92:23, 93:1, 94:24, 95:3, 95:9, 95:17, 95:22, 96:2, 96:5, 96:12, 96:15, 97:1, 97:3, 97:5, 99:17, 99:24, 100:24, 103:11, 103:13, 103:18, 105:10, 107:2, 108:6, 108:12, 108:16, 108:21, 109:2, 109:9, 109:17, 109:23, 113:1, 113:4, 113:6, 113:19, 113:22, 113:24, 118:24, 119:2, 119:8, 119:18, 119:25, 120:6, 120:10, 120:15, 120:17, 120:21, 120:25, 135:13, 135:16, 149:18, 150:1, 150:16, 151:14, 152:1, 152:5, 152:24, 153:16, 153:20, 155:6, 155:10, 155:12
**multiple** [8] - 7:6, 7:21, 11:23, 15:25, 90:25, 94:3, 149:9, 150:21
**muted** [1] - 61:16
**my/your** [2] - 98:9, 99:7

## N

**name** [10] - 6:13, 15:6, 59:6, 59:15, 59:22,

80:22, 101:4, 115:9, 154:9, 154:10
**names** [1] - 59:12
**NANCY** [1] - 2:2
**Nancy** [1] - 4:21
**narrating** [8] - 15:7, 16:13, 17:9, 42:25, 43:8, 43:13, 50:22, 51:9
**narration** [1] - 23:18
**narrator** [5] - 43:18, 43:25, 49:4, 53:22, 54:9
**National** [4] - 6:22, 6:23, 7:15, 111:10
**native** [1] - 115:2
**nature** [2] - 106:25, 152:15
**nauseam** [2] - 144:4, 149:9
**nearest** [1] - 76:11
**nearly** [1] - 74:19
**necessarily** [1] - 89:5
**necessary** [2] - 46:11, 107:18
**need** [9] - 38:1, 46:12, 79:17, 82:15, 86:7, 90:11, 99:12, 119:11, 146:4
**needed** [3] - 75:17, 75:24, 103:9
**neighbors** [1] - 75:18
**never** [5] - 16:4, 49:15, 119:8, 136:21, 144:5
**new** [5] - 12:21, 83:12, 83:14, 89:2, 107:20
**New** [2] - 1:13
**next** [17] - 9:16, 9:17, 9:18, 9:19, 13:18, 22:17, 95:2, 95:7, 95:8, 96:6, 112:9, 112:11, 114:15, 143:8, 154:17
**NICHOLS** [1] - 1:9
**Nicole** [1] - 4:19
**Ninth** [1] - 1:18
**noisy** [1] - 144:7
**normal** [2] - 26:14, 30:2
**North** [2] - 90:21, 90:22
**north** [3] - 9:9, 48:9, 121:20
**northern** [1] - 90:23
**northward** [1] - 73:14
**Northwest** [2] - 1:15, 2:7
**nose** [1] - 110:1
**note** [2] - 93:19, 105:18

**noted** [2] - 58:7, 105:11
**nothing** [8] - 5:23, 45:11, 58:23, 80:24, 122:17, 122:19, 122:23, 148:22
**notice** [2] - 55:5, 95:18
**Number** [1] - 1:3
**number** [13] - 4:5, 4:6, 12:3, 59:17, 59:18, 83:21, 87:18, 90:4, 101:4, 115:7, 115:8, 122:12, 129:10
**numbers** [2] - 56:12, 79:2
**nunc** [1] - 57:20

## O

**object** [11] - 32:12, 48:21, 55:16, 65:15, 68:9, 69:11, 107:1, 107:9, 113:1, 118:24, 137:8
**objecting** [1] - 100:15
**objection** [44] - 19:23, 19:24, 20:24, 22:3, 22:21, 22:22, 37:11, 37:12, 41:23, 41:25, 44:21, 44:22, 46:1, 53:2, 53:12, 55:15, 56:7, 57:8, 57:12, 58:1, 58:2, 69:24, 70:13, 70:14, 81:15, 81:16, 88:4, 88:9, 92:22, 92:23, 95:3, 95:7, 95:20, 96:8, 99:9, 100:4, 105:9, 113:5, 120:19, 120:20, 120:21, 135:13, 135:16, 150:12
**objections** [1] - 57:15
**obligation** [3] - 55:25, 56:3, 107:24
**obscured** [1] - 66:23
**observations** [2] - 95:23, 102:13
**observe** [4] - 70:23, 71:16, 105:3, 105:12
**observed** [6] - 31:15, 31:20, 40:8, 65:2, 81:11, 92:2
**obtain** [15] - 15:17, 17:25, 23:14, 41:6, 42:19, 43:3, 43:23, 48:24, 50:18, 50:25, 51:5, 53:18, 54:11, 84:8, 93:4

**obtained** [8] - 10:2, 10:3, 15:18, 16:6, 18:1, 41:7, 43:24, 93:5
**obviously** [2] - 5:6, 93:18
**OC** [1] - 135:1
**occasion** [1] - 16:23
**occasions** [2] - 122:25, 124:17
**occur** [2] - 36:21, 150:11
**occurred** [7] - 5:7, 41:17, 66:19, 71:23, 148:20, 149:4, 149:11
**October** [2] - 6:19, 6:22
**OF** [5] - 1:1, 1:3, 1:9, 157:1, 157:9
**offenses** [1] - 7:19
**offer** [2] - 19:22, 37:7
**offered** [1] - 119:8
**offers** [11] - 22:19, 41:21, 44:20, 52:23, 55:9, 56:14, 56:19, 70:12, 81:13, 92:21, 94:24
**Office** [6] - 1:12, 1:15, 1:17, 2:2, 7:2, 8:3
**Officer** [3] - 35:12, 141:16, 155:22
**officer** [12] - 21:5, 23:6, 23:7, 38:6, 38:16, 39:2, 39:4, 39:13, 40:16, 40:25, 41:9
**officers** [12] - 10:20, 18:25, 20:23, 21:15, 36:1, 37:24, 38:13, 38:15, 47:21, 48:1, 126:25, 137:2
**Officers** [1] - 35:24
**official** [1] - 57:6
**Official** [1] - 2:7
**OFFICIAL** [1] - 157:1
**older** [1] - 83:16
**Olivia** [6] - 10:1, 11:13, 13:10, 37:22, 38:22, 91:16
**once** [11] - 12:2, 77:9, 77:16, 78:3, 78:16, 86:24, 116:18, 123:3, 124:19, 133:4, 152:7
**One** [1] - 1:13
**one** [52] - 5:1, 5:9, 8:2, 17:4, 25:16, 33:11, 37:1, 37:6, 45:12, 52:9, 56:13, 69:19,

75:9, 76:12, 78:10, 80:1, 82:21, 82:23, 84:1, 84:10, 85:16, 87:22, 89:10, 89:17, 90:8, 90:24, 91:1, 92:4, 102:4, 103:11, 104:2, 104:9, 105:5, 105:6, 105:9, 106:12, 107:2, 112:17, 114:11, 114:12, 117:19, 123:5, 124:10, 127:11, 130:18, 131:11, 132:18, 132:21, 132:23, 150:17, 154:3
**one-on-one** [1] - 102:4
**ones** [1] - 29:2
**open** [6] - 10:21, 82:10, 98:11, 104:7, 104:10, 120:6
**opened** [3] - 83:1, 83:23, 120:11
**opened-up** [2] - 83:1, 83:23
**opening** [3] - 54:8, 54:13, 60:13
**openly** [1] - 12:8
**operation** [1] - 91:23
**opinion** [3] - 96:9, 96:10, 96:11
**opinions** [1] - 102:15
**opportunities** [1] - 124:8
**opportunity** [1] - 119:21
**opposed** [1] - 74:18
**opted** [1] - 57:16
**oral** [2] - 90:11, 154:24
**orally** [1] - 153:10
**orange** [1] - 32:11
**order** [7] - 4:2, 29:11, 117:11, 125:13, 152:15, 153:24, 154:5
**orderly** [1] - 152:12
**ORENBERG** [138] - 1:20, 4:16, 4:19, 5:14, 5:19, 18:14, 19:23, 22:21, 37:9, 37:11, 41:23, 44:21, 46:1, 46:4, 46:7, 53:3, 53:7, 53:10, 57:9, 57:13, 57:18, 57:24, 58:1, 69:24, 70:13, 81:15, 85:4, 85:6, 85:11, 85:16, 85:22, 88:4, 92:22,

95:1, 95:16, 95:20, 96:8, 99:9, 99:14, 100:4, 100:14, 104:1, 104:5, 104:11, 104:15, 104:18, 106:2, 106:16, 106:21, 106:23, 107:16, 107:23, 108:3, 119:15, 119:20, 120:5, 120:9, 120:20, 121:4, 121:11, 121:15, 121:16, 126:3, 127:10, 127:16, 128:2, 128:15, 129:9, 129:14, 130:4, 130:13, 130:25, 131:6, 131:15, 132:1, 132:12, 133:2, 133:11, 133:20, 134:5, 134:13, 134:21, 135:14, 135:23, 136:2, 136:12, 137:6, 137:14, 137:24, 138:6, 138:10, 138:15, 138:22, 139:5, 139:11, 140:2, 140:13, 140:21, 141:3, 141:8, 141:14, 142:1, 142:9, 142:23, 143:7, 143:17, 144:23, 145:14, 145:22, 146:7, 146:20, 147:5, 147:11, 147:18, 147:25, 148:6, 148:11, 149:17, 149:20, 149:23, 150:4, 150:8, 150:19, 150:22, 151:4, 151:8, 153:4, 153:8, 153:13, 154:3, 154:7, 154:12, 154:15, 155:3, 155:7, 155:13, 155:18, 155:21

**Orenberg** [25] - 1:20, 4:16, 13:18, 57:11, 85:5, 85:13, 103:25, 104:24, 105:23, 107:7, 119:13, 119:17, 119:18, 120:4, 120:7, 121:2, 121:9, 149:19, 150:13, 150:18, 150:23, 152:2,

152:7, 152:12, 153:25
**Orenberg's** [1] - 90:10
**organization** [1] - 56:1
**original** [1] - 89:2
**originally** [1] - 74:6
**ourselves** [2] - 77:11, 77:21
**outer** [1] - 65:4
**outside** [8] - 65:3, 70:25, 74:13, 75:2, 75:17, 75:20, 121:20, 124:7
**outstretched** [1] - 28:22
**overall** [2] - 87:23, 124:24
**overhang** [1] - 82:8
**overruled** [3] - 22:3, 100:23, 119:1
**overshot** [1] - 22:16
**own** [1] - 121:10
**owner** [4] - 90:5, 97:18, 99:25, 110:17
**OXN** [1] - 59:23

**P**

**P.C** [1] - 1:20
**p.m** [13] - 66:4, 70:19, 103:22, 111:24, 112:12, 113:17, 114:9, 114:12, 114:13, 118:9, 156:5
**pad** [1] - 20:13
**pads** [2] - 18:22, 20:12
**page** [24] - 10:7, 11:16, 95:10, 97:23, 99:6, 101:2, 101:17, 102:17, 102:18, 112:25, 114:2, 114:15, 114:25, 115:5, 115:19, 116:3, 117:15, 117:18, 117:20, 117:25, 118:7, 122:13
**pages** [2] - 97:14, 97:21
**pair** [1] - 45:11
**pan** [1] - 98:4
**pants** [1] - 18:21
**papers** [1] - 107:18
**paperwork** [1] - 78:24
**paralegal** [1] - 4:13
**parallel** [1] - 33:25
**paramedic** [1] - 7:13
**parentheses** [1] - 90:5
**Park** [1] - 1:21
**Parker** [1] - 35:24

**part** [8] - 31:17, 50:7, 73:14, 102:12, 116:15, 127:25, 135:4, 150:6
**parte** [2] - 104:2, 105:1
**participants** [2] - 102:10, 110:16
**participate** [1] - 77:18
**particular** [8] - 7:5, 79:19, 92:19, 106:6, 125:20, 126:16, 137:25
**particularly** [1] - 149:2
**parties** [2] - 19:22, 52:24
**parties'** [5] - 19:20, 22:19, 37:7, 41:22, 70:11
**party** [1] - 10:21
**past** [8] - 106:3, 129:11, 135:10, 140:4, 140:18, 142:3, 151:2
**pastor** [1] - 155:12
**Patton** [1] - 60:14
**pause** [43] - 17:8, 20:6, 24:6, 25:20, 26:1, 26:17, 27:1, 27:17, 29:24, 30:5, 32:6, 32:23, 35:8, 36:9, 38:5, 40:16, 41:5, 42:12, 47:20, 47:25, 49:3, 49:21, 58:17, 60:13, 60:20, 62:1, 62:17, 63:12, 63:21, 64:14, 68:9, 69:3, 70:22, 71:3, 71:15, 72:4, 72:10, 72:14, 108:22, 109:3, 109:10, 109:18
**Pause** [1] - 37:2
**paused** [9] - 23:4, 36:20, 37:23, 38:13, 40:6, 50:10, 61:11, 61:20, 67:25
**pausing** [12] - 14:3, 33:14, 42:8, 42:17, 44:14, 45:4, 45:18, 49:12, 61:2, 62:6, 63:1, 73:2
**pdf** [1] - 95:14
**peacefulness** [1] - 107:4
**Pence** [1] - 111:10
**Pennsylvania** [1] - 2:4
**people** [16] - 11:23, 27:11, 38:1, 50:4, 99:20, 100:7,

107:13, 111:7, 115:12, 122:3, 122:7, 126:4, 144:9, 144:14, 147:20, 148:24
**pepper** [9] - 24:1, 45:24, 51:20, 69:13, 135:4, 135:7, 135:12, 136:22
**percent** [1] - 98:1
**perfect** [3] - 5:25, 52:10, 153:17
**perhaps** [5] - 37:22, 52:15, 107:4, 144:25
**period** [6] - 52:19, 114:17, 117:3, 119:5, 138:1, 141:18
**periodically** [1] - 63:16
**Perkins** [39] - 2:2, 4:6, 4:22, 7:23, 8:11, 9:16, 9:22, 9:25, 13:1, 14:17, 14:21, 19:12, 21:22, 22:13, 23:11, 27:18, 29:2, 29:9, 32:24, 33:17, 34:5, 34:11, 34:18, 35:19, 35:22, 36:2, 39:18, 39:20, 39:25, 40:7, 40:8, 49:23, 49:25, 50:3, 54:1, 73:4, 73:10, 109:19, 109:25
**PERKINS** [1] - 1:6
**Perkins's** [3] - 60:1, 112:18, 119:6
**person** [30] - 12:13, 14:8, 15:2, 15:5, 16:13, 19:7, 19:11, 38:22, 42:23, 56:1, 56:4, 61:21, 62:2, 64:17, 90:2, 96:4, 105:2, 105:6, 107:8, 109:4, 109:13, 110:19, 134:1, 137:8, 139:1, 139:15, 139:16, 139:19, 140:17, 146:12
**person's** [1] - 114:5
**personally** [2] - 122:22, 126:8
**perspective** [4] - 24:17, 71:9, 93:23, 155:5
**pertaining** [5] - 94:16, 116:24, 117:21, 118:11, 119:9
**pertinent** [1] - 60:3
**perusing** [1] - 122:21

**Philadelphia** [1] - 2:4
**phone** [64] - 10:4, 12:19, 15:18, 16:7, 18:1, 23:15, 41:8, 42:20, 43:5, 43:24, 48:25, 50:19, 51:1, 51:6, 53:19, 54:12, 59:13, 74:6, 76:2, 76:12, 84:9, 86:24, 87:1, 87:2, 87:4, 87:6, 87:9, 87:11, 87:12, 87:16, 87:18, 87:25, 88:1, 88:12, 88:13, 88:19, 88:21, 89:2, 89:12, 89:13, 90:4, 91:16, 93:5, 97:12, 99:6, 99:25, 101:4, 110:13, 110:15, 110:19, 114:5, 115:8, 117:13, 117:22, 118:10, 119:6, 123:3, 123:8, 123:12, 123:18, 124:10, 125:4, 149:15
**phones** [9] - 82:18, 86:13, 86:20, 89:5, 89:6, 91:4, 91:7, 91:11, 112:18
**photo** [5] - 82:10, 82:12, 82:15, 82:25
**photograph** [16] - 10:2, 10:9, 10:11, 11:2, 11:9, 11:18, 11:20, 11:21, 14:16, 17:14, 78:18, 84:8, 92:16, 92:18, 121:17, 129:16
**photographer** [2] - 77:20, 78:17
**photographing** [2] - 91:19, 91:25
**photographs** [11] - 8:4, 11:23, 12:9, 60:4, 80:8, 80:9, 81:6, 81:7, 82:4, 94:10, 121:7
**photos** [16] - 8:6, 12:3, 12:6, 29:10, 59:13, 77:21, 78:8, 78:22, 79:12, 89:7, 93:21, 93:22, 93:24, 94:13
**physical** [1] - 119:8
**physically** [1] - 145:18
**pick** [1] - 110:8
**picking** [4] - 41:1, 98:24, 99:2, 134:1
**pics** [1] - 115:17

**picture** [8] - 51:17, 83:1, 121:25, 122:2, 122:15, 122:18, 125:3, 140:9
**pictures** [9] - 15:3, 15:7, 15:8, 86:7, 89:4, 93:13, 96:4, 118:14
**pictures/videos** [1] - 101:19
**pinned** [2] - 69:21, 70:7
**Pittsburgh** [1] - 7:13
**pixilated** [1] - 40:12
**pixilation** [1] - 16:4
**place** [7] - 25:12, 30:12, 64:20, 76:12, 78:18, 142:17
**placed** [1] - 77:2
**plaid** [2] - 14:7, 83:21
**Plaintiff** [1] - 1:4
**plan** [5] - 152:8, 152:18, 152:22, 153:19, 154:19
**plane** [1] - 98:15
**planned** [2] - 74:18, 74:20
**planning** [1] - 106:8
**plans** [1] - 153:21
**planting** [1] - 40:8
**platform** [2] - 127:19, 128:16
**play** [61] - 15:14, 16:9, 16:18, 16:23, 17:1, 18:5, 19:2, 19:14, 20:16, 21:21, 21:25, 23:1, 23:22, 24:23, 25:17, 27:25, 29:12, 29:19, 29:21, 30:2, 30:14, 31:5, 32:16, 34:9, 35:4, 36:5, 36:14, 37:16, 38:24, 40:10, 42:9, 42:18, 43:2, 43:10, 45:1, 47:17, 49:16, 50:7, 50:14, 50:24, 51:12, 54:5, 58:17, 60:24, 63:9, 65:17, 66:5, 66:21, 67:5, 67:18, 68:6, 69:15, 71:2, 108:18, 109:15, 109:21, 137:4, 138:13, 138:20, 147:16, 148:4
**played** [182] - 14:1, 15:15, 16:4, 16:10, 16:20, 17:2, 17:6, 17:23, 18:10, 18:18, 19:3, 19:15, 20:4, 20:17, 22:1, 22:8,

22:14, 23:2, 23:16, 23:23, 24:4, 24:14, 24:25, 25:5, 25:18, 25:24, 26:11, 26:15, 26:24, 27:8, 27:15, 27:21, 28:1, 28:9, 29:4, 29:15, 29:22, 30:3, 30:16, 30:22, 31:9, 32:4, 32:17, 32:21, 33:5, 33:12, 33:21, 34:7, 34:15, 34:20, 35:6, 35:10, 35:20, 36:7, 36:15, 37:17, 38:3, 38:11, 38:25, 39:22, 40:4, 40:11, 40:14, 40:20, 41:3, 41:12, 42:6, 42:10, 42:15, 42:21, 43:6, 43:11, 43:16, 43:21, 44:12, 45:2, 45:16, 46:24, 47:7, 47:18, 47:23, 49:1, 49:10, 49:19, 50:1, 50:8, 50:15, 50:20, 51:2, 51:7, 51:13, 53:20, 54:6, 58:13, 58:16, 60:25, 61:9, 61:18, 61:24, 62:4, 62:15, 62:24, 63:10, 63:19, 65:18, 66:7, 67:6, 67:10, 67:19, 67:23, 68:7, 68:17, 69:1, 70:20, 70:24, 71:4, 71:13, 72:2, 72:8, 72:12, 72:19, 72:25, 73:7, 108:20, 109:1, 109:8, 109:16, 109:22, 125:24, 127:9, 127:15, 127:17, 127:23, 128:6, 128:14, 129:8, 129:12, 129:13, 130:3, 130:12, 130:24, 131:5, 131:14, 131:25, 132:11, 133:1, 133:10, 133:19, 134:4, 134:12, 134:20, 136:1, 136:11, 137:5, 137:13, 137:23, 138:5, 138:9, 138:14, 138:21, 139:4, 139:10, 140:1, 140:12, 140:20, 141:2, 141:7, 141:13, 141:25, 142:8, 142:22, 143:6, 145:13, 145:21,

146:6, 146:19, 147:4, 147:10, 147:17, 147:24, 148:5, 148:10
**playing** [43] - 6:5, 18:17, 25:23, 26:10, 29:14, 30:24, 32:3, 33:11, 42:4, 58:12, 58:15, 61:5, 61:8, 61:15, 61:17, 61:23, 62:13, 63:16, 64:6, 68:16, 68:25, 72:7, 72:18, 72:24, 73:6, 126:15, 129:7, 131:4, 134:3, 134:11, 134:19, 136:10, 137:12, 139:3, 139:9, 140:19, 141:1, 142:7, 142:21, 143:16, 144:22, 146:18, 147:23
**Plaza** [1] - 1:13
**plus** [1] - 90:25
**plywood** [1] - 64:22
**point** [21] - 19:1, 20:16, 34:11, 59:19, 65:11, 76:5, 76:19, 83:13, 92:5, 98:3, 103:16, 113:2, 127:5, 127:7, 129:12, 131:1, 137:4, 142:4, 146:3, 154:25, 155:22
**pointed** [4] - 130:9, 130:21, 131:9, 132:9
**pointing** [3] - 131:2, 137:10, 137:21
**points** [1] - 10:21
**pole** [12] - 65:20, 66:13, 129:25, 130:8, 130:9, 130:21, 131:2, 131:8, 131:18, 131:20, 132:9
**Police** [7] - 38:6, 54:19, 70:12, 71:19, 72:16, 93:10, 137:1
**police** [16] - 10:20, 18:25, 20:23, 25:9, 26:6, 27:4, 28:19, 31:19, 33:9, 34:2, 48:10, 126:24, 144:13, 146:2, 146:23, 146:25
**Polk** [5] - 7:8, 9:9, 12:21, 90:23, 104:23
**Pollock** [38] - 8:2, 8:7, 9:18, 9:19, 9:20, 9:22, 9:24, 10:1,

10:4, 11:12, 11:13, 11:14, 12:2, 13:4, 13:6, 13:8, 13:10, 18:4, 18:7, 20:11, 20:19, 20:20, 21:10, 21:11, 22:5, 31:18, 32:9, 37:22, 38:22, 90:17, 91:12, 91:14, 91:16, 92:15, 92:19, 94:17, 94:18
**Pollock's** [1] - 18:3
**Pollocks** [1] - 98:22
**pop** [1] - 40:24
**porch** [2] - 74:13, 82:8
**portion** [6] - 16:24, 24:23, 51:16, 91:23, 92:19, 125:14
**poses** [1] - 55:24
**position** [12] - 70:7, 75:10, 77:11, 104:14, 104:15, 109:13, 130:18, 132:4, 132:18, 132:22, 133:4, 133:22
**positioned** [1] - 69:18
**positively** [1] - 78:10
**possession** [2] - 86:20, 100:16
**possible** [6] - 42:5, 74:22, 77:12, 89:7, 136:16, 153:22
**possibly** [4] - 45:11, 85:1, 99:16, 144:17
**post** [1] - 101:13
**posted** [1] - 10:22
**potentially** [3] - 78:13, 96:23, 107:12
**Potomac** [2] - 1:21, 1:22
**POTUS** [1] - 98:6
**preacher's** [1] - 98:18
**prefer** [1] - 97:1
**preferable** [1] - 105:2
**preliminary** [2] - 5:1, 104:2
**prematurely** [1] - 119:20
**premises** [3] - 77:23, 78:1, 81:11
**preparing** [1] - 137:11
**preplanned** [2] - 74:7, 74:15
**presence** [1] - 116:25
**present** [8] - 12:18, 14:12, 14:16, 44:5, 48:13, 78:12, 91:21, 153:10
**presentation** [1] - 154:24

**presented** [1] - 12:3
**presently** [1] - 107:22
**presumably** [2] - 102:15, 153:3
**pretrial** [2] - 57:14, 103:20
**pretty** [2] - 85:23, 133:21
**previous** [4] - 30:13, 76:18, 82:25, 136:9
**previously** [2] - 13:12, 29:13, 102:8
**primarily** [2] - 70:6, 78:6, 117:9
**primary** [1] - 7:7
**print** [1] - 118:23
**pro** [1] - 57:20
**probative** [1] - 100:20
**problem** [1] - 56:9
**problems** [1] - 115:13
**procedural** [1] - 150:24
**procedure** [1] - 77:6
**procedures** [1] - 92:3
**proceed** [5] - 4:24, 5:1, 55:4, 104:7, 113:10
**proceeding** [2] - 153:2, 153:18
**Proceedings** [2] - 2:10, 156:5
**proceedings** [1] - 157:4
**process** [8] - 12:1, 77:6, 79:7, 79:8, 79:13, 91:19, 92:1, 116:15
**produced** [2] - 2:11, 150:1
**professional** [1] - 135:17
**propelled** [1] - 135:1
**property** [4] - 90:20, 90:21, 92:4, 92:15
**proposed** [2] - 5:16, 85:14
**proprietary** [1] - 102:23
**protest** [1] - 122:7
**protestors** [3] - 31:19, 38:18, 69:19
**Proud** [4] - 98:11, 98:14, 98:17, 115:17
**provided** [3] - 55:5, 55:12, 152:12
**providing** [2] - 22:6, 150:13
**public** [2] - 8:5, 57:6
**pull** [16] - 6:4, 8:15, 8:23, 14:14, 31:22,

44:2, 53:6, 56:24, 64:25, 97:6, 108:14, 109:7, 110:10, 112:23, 118:4, 118:16

**pulled** [3] - 48:3, 83:9, 116:12

**pulling** [5] - 20:23, 31:20, 39:24, 98:23, 146:3

**purchased** [1] - 83:13

**purportedly** [1] - 15:7

**purpose** [2] - 22:7, 83:12

**purposes** [2] - 31:4, 120:7

**pursuant** [9] - 19:20, 22:19, 37:7, 41:21, 52:23, 55:6, 56:20, 70:11, 116:11

**push** [2] - 64:21, 65:7

**pushed** [5] - 62:3, 65:8, 145:5, 145:9, 146:17

**pushing** [7] - 28:19, 28:21, 31:19, 61:13, 64:18, 139:23, 146:15

**put** [10] - 30:18, 31:2, 63:16, 64:2, 64:12, 95:13, 103:9, 111:16, 112:15, 127:21

## Q

**qualified** [1] - 99:10

**query** [1] - 94:16

**questioning** [3] - 55:4, 116:7, 152:7

**questions** [7] - 55:20, 83:11, 86:8, 111:18, 119:10, 120:15, 120:25

**quite** [2] - 103:5, 105:16

## R

**rack** [3] - 19:1, 20:22, 125:21

**racks** [6] - 48:2, 48:11, 126:2, 126:7, 126:8, 126:10

**radical** [1] - 111:16

**radio** [1] - 37:25

**raised** [1] - 76:12

**rally** [1] - 115:24

**rather** [2] - 112:13, 118:1

**raw** [1] - 50:12

**re** [1] - 76:14

**re-enter** [1] - 76:14

**reaching** [1] - 64:23

**reacting** [2] - 135:9, 135:12

**read** [13] - 54:18, 90:7, 97:7, 97:20, 97:23, 97:24, 101:18, 103:1, 110:21, 115:10, 115:21, 118:22

**reading** [1] - 88:6

**ready** [5] - 4:24, 151:22, 151:25, 154:7, 154:15

**realistic** [1] - 151:4

**really** [5] - 59:1, 101:21, 104:22, 107:9, 152:10

**reason** [3] - 79:12, 105:5, 148:25

**reasonable** [1] - 52:7

**reasons** [1] - 104:12

**receipt** [3] - 79:4, 79:11, 123:13

**receipts** [2] - 78:24, 79:3

**receive** [1] - 74:7

**received** [15] - 8:1, 8:5, 20:1, 22:24, 37:14, 42:2, 44:24, 53:15, 56:17, 58:4, 70:16, 81:19, 92:25, 95:5, 120:23

**RECEIVED** [1] - 3:6

**recently** [2] - 71:10, 80:21

**recess** [5] - 54:22, 113:12, 113:15, 151:25, 154:20

**Recess** [3] - 54:24, 103:22, 113:17

**recipient** [2] - 89:25, 90:2

**recognize** [17] - 9:11, 9:14, 14:8, 16:13, 17:18, 20:8, 28:5, 37:19, 38:20, 42:23, 92:10, 110:13, 128:19, 128:20, 136:20, 144:20, 154:16

**recognized** [1] - 21:11

**recognizing** [2] - 86:23, 107:25

**recollection** [2] - 57:13, 150:22

**record** [16] - 4:8, 13:19, 13:21, 22:2,

26:1, 29:14, 54:23, 55:1, 56:21, 57:6, 57:10, 100:14, 103:24, 104:10, 107:15, 157:4

**recorded** [2] - 2:10, 47:13

**records** [6] - 9:2, 55:22, 87:8, 89:8, 94:16, 94:22

**recover** [1] - 118:10

**recovered** [5] - 80:24, 81:8, 87:16, 120:2, 120:12

**Red** [1] - 110:16

**red** [7] - 9:17, 9:18, 35:15, 45:7, 67:15, 68:24, 146:12

**redirect** [2] - 151:1, 151:16

**refer** [3] - 77:22, 79:23, 149:16

**reference** [4] - 10:9, 78:18, 79:17, 100:2

**referenced** [6] - 39:4, 39:13, 40:17, 41:10, 48:18, 64:17

**referring** [3] - 6:5, 111:21, 149:18

**refers** [1] - 117:23

**reflect** [3] - 9:2, 13:19, 13:21

**reflected** [2] - 59:15, 135:18

**reflection** [1] - 71:17

**refresh** [2] - 150:4, 150:22

**regarding** [10] - 12:24, 14:13, 19:20, 22:20, 41:22, 70:11, 89:20, 90:7, 106:12, 124:24

**regardless** [1] - 123:9

**Register** [2] - 56:23, 57:3

**relate** [1] - 7:10

**related** [3] - 8:7, 104:2, 151:7

**relative** [2] - 63:5, 66:17

**relevance** [5] - 20:24, 21:1, 21:9, 100:15, 118:24

**relevant** [5] - 21:13, 22:4, 24:23, 55:13, 56:11

**reluctant** [1] - 104:16

**rely** [1] - 25:15

**relying** [1] - 104:21

**remember** [18] - 29:17, 79:2, 79:14,

98:5, 109:4, 121:17, 121:25, 122:10, 124:20, 125:5, 125:9, 125:13, 125:22, 127:11, 128:6, 138:11, 143:12, 148:12

**remind** [3] - 34:6, 57:18, 94:7

**reminder** [2] - 29:19, 103:19

**removed** [1] - 59:14

**removing** [1] - 70:6

**rephotographed** [1] - 78:21

**rephrased** [1] - 88:8

**report** [11] - 11:17, 59:7, 59:20, 60:2, 87:15, 87:23, 97:10, 102:2, 114:2, 117:21, 122:14

**REPORTER** [2] - 157:1, 157:9

**Reporter** [1] - 2:7

**reports** [8] - 59:2, 59:16, 87:21, 88:6, 89:20, 89:21, 90:7, 97:8

**represent** [1] - 92:18

**representations** [1] - 56:7

**request** [1] - 104:6, 107:14, 152:15

**requested** [1] - 76:1

**requesting** [1] - 8:4

**required** [1] - 55:18

**requirements** [1] - 56:8

**requires** [1] - 5:5

**resided** [1] - 90:18

**residence** [33] - 12:21, 73:19, 73:20, 73:25, 74:1, 74:2, 74:11, 75:2, 75:8, 75:16, 76:8, 76:14, 76:19, 76:21, 76:23, 77:5, 77:10, 79:5, 79:9, 79:16, 80:11, 81:1, 81:25, 82:8, 83:20, 90:17, 91:2, 91:18, 92:1, 92:7, 92:14, 92:19, 120:12

**Resident** [3] - 6:16, 6:18, 7:4

**resident** [1] - 79:5

**residents** [2] - 77:9, 79:11

**respect** [3] - 70:22, 70:23, 71:22

**respectively** [1] -

86:25

**respond** [2] - 50:6, 75:22

**responder** [1] - 104:22

**response** [3] - 75:14, 112:2, 112:4

**responsibilities** [2] - 7:9, 78:1

**responsibility** [1] - 7:7

**responsive** [4] - 78:11, 78:14, 80:3, 116:20

**rest** [3] - 50:14, 103:5, 152:23

**restaurant** [2] - 9:9, 121:20

**rested** [1] - 153:23

**restricted** [6] - 118:24, 126:7, 126:11, 126:19, 128:6, 144:14

**rests** [1] - 153:10

**resume** [2] - 152:14, 154:20

**retrieve** [1] - 149:23

**retrieved** [1] - 94:22

**return** [2] - 123:3, 124:10

**returned** [3] - 12:19, 86:25, 87:10

**reverse** [1] - 54:19

**review** [15] - 5:14, 8:6, 14:24, 18:12, 21:4, 23:5, 24:2, 25:15, 26:9, 43:15, 50:17, 87:8, 87:10, 88:19, 102:12

**reviewed** [20] - 10:14, 10:18, 10:19, 12:6, 12:7, 12:24, 14:25, 15:22, 16:1, 30:8, 44:6, 84:5, 84:7, 84:11, 87:25, 88:1, 88:12, 88:13, 102:8, 117:13

**reviewing** [1] - 116:10

**reviews** [1] - 20:20

**revised** [2] - 5:10, 59:12

**Richard** [1] - 115:12

**rifle** [3] - 99:22, 100:10, 100:11

**right-hand** [2] - 51:16, 69:12

**riot** [13] - 52:2, 52:3, 54:15, 54:17, 67:1, 68:15, 71:6, 71:19, 72:16, 84:11, 85:21, 93:10, 148:18

**riser** [1] - 131:21

**risers** [1] - 73:12
**Road** [2] - 90:21, 91:22
**robust** [1] - 91:23
**role** [1] - 79:22
**roles** [1] - 79:19
**roll** [1] - 152:4
**rolled** [1] - 65:13
**rolled-up** [1] - 65:13
**Room** [1] - 2:8
**room** [1] - 82:10
**rooms** [2] - 78:1, 103:5, 103:7
**row** [2] - 9:13, 93:20
**RPR** [1] - 2:7
**Rubbermaid** [2] - 83:19, 83:25
**rubbing** [1] - 26:5
**Rule** [4] - 55:6, 55:23, 56:20, 153:4
**rule** [1] - 56:8
**ruling** [1] - 107:16

## S

**safe** [3] - 77:11, 77:15, 111:11
**safely** [1] - 77:4
**Safeway** [1] - 55:17
**Saint** [1] - 1:13
**SARA** [1] - 2:7
**Sara** [2] - 157:3, 157:8
**sat** [1] - 126:22
**satisfying** [1] - 56:8
**save** [1] - 101:19
**saw** [11] - 25:8, 25:9, 31:25, 32:1, 33:25, 40:24, 40:25, 46:1, 64:23, 89:7, 122:15
**scaffolding** [1] - 127:21
**scenario** [1] - 136:8
**scene** [3] - 77:21, 81:7, 81:10
**schedule** [1] - 96:22
**scoped** [1] - 116:12
**scoping** [1] - 116:8
**screaming** [1] - 144:9
**screen** [15] - 14:4, 39:12, 45:20, 57:9, 60:21, 63:15, 63:17, 64:1, 64:11, 65:13, 66:11, 69:4, 108:9, 145:2, 148:23
**search** [59] - 10:3, 12:20, 12:25, 15:18, 18:1, 23:15, 41:7, 42:20, 43:4, 43:24, 50:19, 51:1, 51:6, 53:19, 54:12, 73:17,

74:11, 75:16, 75:21, 75:24, 76:23, 77:1, 77:7, 77:16, 77:17, 77:18, 77:23, 78:2, 78:3, 78:6, 78:25, 79:8, 79:15, 79:20, 80:11, 80:16, 80:18, 80:19, 81:7, 81:24, 82:13, 84:9, 87:6, 90:15, 90:16, 91:4, 91:20, 91:21, 93:5, 112:17, 116:11, 116:14, 116:16, 119:9, 120:13, 123:6, 123:15, 124:3
**second** [9] - 39:17, 58:12, 102:7, 114:9, 114:12, 132:21, 132:23, 144:6, 149:3
**seconds** [10] - 15:14, 15:21, 16:12, 16:19, 16:22, 17:5, 17:8, 18:2, 18:3, 18:5, 23:22, 24:13, 25:2, 25:17, 25:20, 26:3, 26:22, 27:25, 29:24, 30:5, 30:14, 30:18, 30:25, 31:13, 32:6, 32:19, 32:23, 33:3, 33:14, 33:20, 33:23, 34:4, 34:10, 34:17, 34:22, 34:23, 35:9, 36:20, 38:13, 38:24, 39:15, 40:6, 40:16, 44:14, 45:4, 45:18, 47:6, 49:12, 49:18, 49:21, 50:10, 51:15, 52:3, 53:24, 54:2, 58:14, 60:20, 60:24, 61:2, 61:11, 61:15, 61:20, 62:1, 62:6, 62:10, 62:14, 62:23, 63:1, 63:12, 63:22, 64:5, 65:10, 65:12, 65:17, 66:6, 66:9, 67:5, 67:8, 67:12, 67:18, 67:21, 67:25, 68:9, 68:19, 68:25, 69:3, 69:15, 69:16, 70:18, 71:15, 71:25, 72:4, 72:10, 72:11, 72:14, 72:21, 73:2, 73:3, 73:9, 108:18, 108:22, 109:10, 109:18, 109:24, 135:10, 136:16, 147:13, 147:16, 148:4
**secret** [1] - 154:11
**Secretary** [1] - 57:4

**section** [1] - 117:21
**see** [163] - 13:13, 17:14, 18:21, 19:9, 19:10, 20:13, 24:7, 24:16, 24:19, 26:8, 26:18, 27:18, 27:23, 28:13, 29:6, 29:25, 31:11, 31:21, 32:7, 32:9, 32:24, 33:15, 33:17, 33:24, 34:24, 35:15, 36:10, 36:17, 37:21, 38:6, 38:21, 39:2, 39:15, 39:18, 39:25, 40:16, 41:9, 41:11, 42:13, 45:7, 45:9, 45:11, 45:24, 46:21, 47:5, 47:10, 51:19, 51:22, 52:2, 52:3, 52:6, 57:9, 60:22, 61:3, 61:21, 62:8, 62:9, 62:18, 63:2, 63:13, 63:14, 63:24, 64:8, 65:12, 65:16, 65:22, 65:24, 66:1, 66:10, 66:21, 66:23, 67:1, 67:3, 67:4, 67:12, 67:14, 68:1, 68:2, 68:5, 68:9, 68:21, 68:23, 69:11, 70:5, 71:6, 71:17, 71:18, 72:5, 75:20, 77:22, 79:23, 82:15, 84:13, 84:17, 84:22, 90:3, 93:9, 95:8, 98:16, 101:9, 102:3, 109:11, 109:19, 109:20, 110:1, 111:15, 113:11, 113:12, 115:18, 118:23, 119:20, 122:21, 122:23, 125:19, 125:21, 126:13, 127:8, 127:20, 128:11, 129:16, 130:1, 130:5, 131:18, 133:4, 133:8, 133:12, 133:25, 134:15, 135:24, 136:14, 136:18, 137:16, 138:8, 138:16, 138:24, 139:15, 139:16, 141:4, 141:5, 141:10, 143:18, 143:23, 144:24, 144:25, 145:1, 145:8, 145:17, 146:4, 146:9, 146:25,

147:3, 147:7, 148:1, 148:2, 148:7, 149:6, 156:3
**seeing** [1] - 148:22
**seek** [2] - 116:16, 116:24
**seem** [1] - 86:6
**seize** [2] - 86:16, 91:16
**seized** [11] - 85:18, 87:16, 87:25, 88:2, 88:12, 88:13, 88:20, 88:21, 91:5, 91:11, 97:12
**selecting** [1] - 116:11
**send** [1] - 115:17
**sender** [3] - 89:24, 90:1, 90:4
**sense** [1] - 107:11
**sent** [13] - 100:25, 101:6, 101:7, 102:18, 102:20, 111:8, 111:20, 111:24, 112:13, 114:5, 114:7, 116:5, 116:6
**Sergeant** [2] - 44:6, 48:13
**serious** [1] - 98:16
**serve** [1] - 148:25
**serves** [1] - 127:2
**service** [1] - 7:14
**services** [1] - 104:22
**set** [2] - 77:18, 77:24
**setting** [1] - 6:11
**seven** [1] - 135:10
**several** [9] - 55:6, 75:19, 78:8, 79:1, 80:16, 88:21, 90:24, 124:15, 142:3
**shadow** [1] - 64:23
**shaking** [2] - 71:10, 71:19
**share** [1] - 154:10
**shared** [1] - 79:11
**shed** [1] - 82:7
**Sheff** [18] - 4:14, 110:6, 110:10, 112:23, 113:7, 114:15, 114:23, 115:5, 115:19, 116:3, 117:15, 117:20, 117:25, 118:4, 118:6, 118:16, 118:21, 119:3
**shield** [21] - 52:2, 52:4, 54:15, 54:17, 54:18, 62:9, 66:24, 66:25, 67:1, 68:15,

70:7, 71:6, 71:19, 72:16, 84:11, 85:21, 93:10, 94:1, 148:18, 149:15, 150:10
**shining** [1] - 71:1
**shirt** [9] - 9:18, 14:7, 83:20, 83:21, 83:23, 84:17, 84:19, 120:2
**shit** [1] - 111:10
**short** [4] - 145:17, 155:15, 155:17, 155:18
**shorter** [2] - 87:22, 154:4
**shorthand** [4] - 2:10, 99:22, 100:7, 100:8
**shortly** [1] - 74:25
**shot** [2] - 129:16, 147:7
**shoulder** [6] - 25:8, 27:4, 37:22, 48:17, 130:1, 146:4
**shoulders** [1] - 77:3
**show** [20] - 10:5, 10:24, 11:15, 13:23, 17:21, 23:12, 69:7, 80:8, 80:9, 81:3, 84:7, 85:3, 87:14, 92:9, 93:2, 94:20, 94:21, 98:5, 106:9, 150:3
**showed** [5] - 89:4, 122:12, 122:14, 125:2, 128:12
**shower** [1] - 99:2
**showers** [1] - 103:5
**showing** [2] - 143:11, 150:9
**shows** [1] - 94:13
**side** [15] - 17:18, 17:19, 20:7, 20:8, 35:15, 47:16, 60:21, 95:13, 96:13, 126:1, 140:24, 152:18, 153:19
**sides** [1] - 65:7
**sideways** [1] - 64:19
**sign** [1] - 123:13
**sign)** [1] - 98:8
**SIGNATURE** [1] - 157:9
**signatures** [4] - 94:3, 94:12, 94:13, 95:11
**signed** [1] - 57:3
**significantly** [1] - 116:13
**signifying** [1] - 38:15
**signs** [2] - 118:21, 126:11
**silhouette** [2] - 51:20,

64:23
**silver** [1] - 68:23
**similar** [5] - 21:5,
21:15, 85:10, 93:18,
109:13
**similarities** [2] -
95:18, 95:23
**siren** [1] - 76:5
**sit** [1] - 74:13
**sitting** [2] - 13:17,
96:4
**situation** [4] - 74:7,
76:4, 77:8, 136:8
**situations** [1] - 57:21
**six** [1] - 135:10
**Sixth** [1] - 1:21
**skewed** [1] - 16:3
**skip** [5] - 48:12, 48:20,
70:18, 71:25, 72:11
**skipped** [1] - 28:3
**slamming** [2] - 71:10,
71:19
**slang** [2] - 99:10,
99:13
**slide** [1] - 64:20
**slightly** [6] - 19:5,
44:11, 45:19, 48:4,
52:5, 93:24
**slow** [8] - 24:23,
26:13, 31:5, 31:6,
32:3, 34:9, 35:4,
42:9
**slowest** [1] - 31:8
**slowly** [2] - 33:11,
68:20
**slung** [1] - 45:8
**small** [2] - 46:17,
124:5
**social** [3] - 10:22,
12:7, 101:13
**someone** [7] - 18:21,
28:13, 28:23, 75:12,
109:11, 113:12,
136:23
**sometimes** [1] - 16:3
**somewhat** [1] - 75:10
**somewhere** [2] - 64:3,
79:18
**son** [1] - 115:12
**soon** [4] - 98:14,
103:6, 113:15,
115:23
**sorry** [30] - 8:18, 8:25,
11:6, 18:14, 28:3,
29:11, 29:20, 36:5,
37:9, 48:12, 49:16,
50:7, 54:2, 58:14,
61:16, 63:23, 86:4,
87:19, 93:7, 101:9,
110:11, 111:22,

114:18, 117:6,
117:18, 119:16,
121:15, 125:23,
135:11, 136:15
**sort** [10] - 16:4, 65:6,
71:1, 82:7, 93:11,
99:11, 110:2, 127:5,
139:20, 144:13
**sorts** [1] - 136:14
**sound** [5] - 16:3,
16:23, 61:17, 76:5,
128:7
**sounds** [4] - 24:1,
129:5, 151:11,
154:19
**source** [1] - 10:21
**southwest** [1] - 17:20
**souvenirs** [1] - 101:13
**speakers** [1] - 127:6
**speaking** [4] - 99:20,
116:21, 123:10,
124:25
**Special** [14] - 4:14,
5:24, 6:9, 9:6, 15:17,
17:9, 31:2, 37:19,
39:25, 73:15, 89:19,
95:18, 108:13,
108:23
**special** [4] - 5:5, 5:8,
6:15, 7:1
**specific** [4] - 40:23,
83:11, 88:25, 144:16
**specifically** [11] -
6:16, 7:10, 10:6,
11:16, 12:15, 13:24,
83:21, 93:17, 94:15,
117:23, 127:7
**speed** [5] - 24:22,
26:14, 30:2, 85:8,
85:14
**spend** [1] - 123:10
**spill** [1] - 33:8
**spray** [15] - 5:4, 36:12,
45:25, 51:20, 69:13,
135:1, 135:4, 135:7,
135:12, 136:22
**sprayed** [2] - 24:1,
65:6
**spraying** [5] - 36:10,
36:17, 109:5,
109:11, 137:10
**Sr** [2] - 9:23, 11:13
**stage** [3] - 44:7, 73:13,
73:14
**staging** [1] - 128:17
**stairs** [4] - 61:14,
62:3, 64:19, 69:20
**stamp** [7] - 13:25,
19:21, 25:16, 53:4,
53:5, 53:9, 53:11

**stamped** [2] - 101:23,
114:8
**stand** [3] - 28:23,
28:24, 154:13
**standard** [5] - 79:1,
79:3, 92:2, 99:22,
152:15
**standing** [5] - 122:3,
133:14, 139:6,
141:17, 141:22
**stands** [2] - 107:15,
148:24
**start** [23] - 15:13,
18:13, 18:17, 20:3,
24:3, 26:10, 27:7,
30:24, 32:3, 33:10,
35:4, 40:13, 42:4,
46:16, 54:8, 58:12,
81:23, 97:23,
114:22, 135:25,
143:10, 154:8
**started** [9] - 31:17,
34:1, 38:1, 65:7,
75:10, 76:3, 76:12,
77:23, 104:12
**starting** [11] - 9:15,
16:9, 16:18, 17:4,
23:22, 30:14, 34:10,
36:6, 37:16, 40:10,
77:8
**State** [1] - 57:4
**state** [2] - 16:6, 116:22
**STATES** [3] - 1:1, 1:3,
1:10
**States** [8] - 1:12, 1:12,
1:15, 1:17, 4:4, 4:11,
54:19, 125:15
**static** [1] - 16:3
**status** [3] - 103:3,
104:17, 104:18
**statutory** [2] - 105:19,
105:22
**staying** [2] - 76:11,
141:17
**steady** [1] - 64:25
**stenotype** [1] - 2:10
**step** [1] - 77:20
**steps** [5] - 17:13,
31:23, 131:2, 131:9,
131:22
**STEVEN** [1] - 1:6
**Steven** [1] - 4:6
**still** [32] - 15:8, 15:9,
26:13, 48:21, 80:22,
86:20, 98:1, 104:14,
104:15, 104:25,
107:1, 107:25,
123:8, 128:20,
129:16, 130:17,
130:21, 131:11,

132:3, 132:9,
132:17, 134:8,
134:17, 137:20,
138:24, 139:6,
140:9, 141:22,
147:7, 149:13,
152:19, 155:23
**stipulate** [3] - 85:7,
85:17, 85:20
**stipulation** [8] - 22:19,
37:8, 41:22, 52:23,
70:11, 90:11,
119:13, 119:19
**stipulations** [2] -
19:20, 85:14
**stop** [44] - 16:12,
19:17, 27:10, 31:10,
33:23, 34:22, 64:4,
67:21, 69:15, 73:9,
86:5, 99:4, 101:17,
103:11, 103:20,
109:24, 130:14,
132:2, 132:13,
133:3, 134:6,
134:14, 134:22,
136:13, 136:17,
137:7, 137:15,
138:23, 139:12,
140:3, 140:14,
140:22, 141:9,
141:15, 142:2,
142:10, 142:24,
143:22, 145:4,
145:15, 145:23,
146:8, 147:6, 147:12
**stopped** [3] - 22:10,
22:16, 129:15
**stopping** [2] - 16:22,
72:21
**stops** [1] - 152:7
**storming** [1] - 111:6
**strap** [12] - 45:24,
46:2, 46:8, 46:10,
47:2, 47:4, 51:19,
51:22, 67:3, 67:4,
67:13, 68:10
**Street** [2] - 1:18, 2:3
**stretching** [1] - 95:16
**strobe** [2] - 71:1,
71:17
**struck** [1] - 135:22
**structure** [3] - 90:24,
91:1, 100:9
**structures** [2] - 90:24,
90:25
**struggling** [2] - 48:2,
48:10
**stuff** [1] - 101:13
**subject** [6] - 5:14, 8:2,
95:1, 95:4, 153:14,

154:16
**submit** [4] - 5:10,
5:15, 5:20, 153:11
**subpoenaed** [1] -
107:22
**subsequently** [1] - 8:8
**substance** [1] - 5:17
**succeed** [1] - 74:5
**suggest** [2] - 85:10,
110:1
**suit** [1] - 13:17
**Suite** [2] - 1:18, 2:3
**sun** [1] - 65:3
**support** [1] - 153:12
**supporters** [1] -
115:13
**suppose** [2] - 103:16,
143:4
**surrounding** [2] -
47:14, 73:12
**sustained** [2] - 69:25,
95:21
**swaying** [1] - 145:17
**sweater** [1] - 9:21
**sweatshirt** [8] - 9:22,
9:24, 28:6, 61:21,
62:2, 64:8, 69:18,
70:3
**sweep** [1] - 77:15
**swings** [1] - 35:23
**switch** [1] - 121:12
**SWORN** [1] - 6:1
**swung** [1] - 45:23
**Sykes** [3] - 9:23, 11:13
**system** [6] - 94:5,
94:22, 126:25,
144:6, 144:10,
147:20

## T

**T-a-y-l-o-r** [1] - 6:13
**table** [1] - 13:18
**tags** [1] - 12:10
**Tampa** [2] - 6:16, 7:4
**tan** [14] - 9:15, 14:6,
18:21, 20:15, 25:3,
25:7, 28:5, 46:21,
67:2, 69:18, 70:3,
83:3, 84:16, 148:3
**Task** [2] - 6:23, 7:8
**TAYLOR** [2] - 3:4, 6:1
**Taylor** [33] - 4:14,
5:24, 6:9, 6:13, 9:6,
15:17, 17:9, 30:19,
31:2, 31:15, 34:11,
37:19, 39:25, 44:5,
45:5, 64:15, 70:22,
73:15, 80:10, 95:18,
108:13, 108:23,

110:12, 113:9,
118:2, 118:8, 119:4,
120:6, 120:11,
121:5, 150:16,
154:21, 154:22
**teal** [1] - 38:21
**team** [4] - 77:16,
77:17, 80:19, 86:18
**team's** [1] - 152:8
**tear** [2] - 50:12, 65:6
**technology** [2] - 88:6,
88:16
**teed** [2] - 108:17,
153:14
**telephone** [1] - 127:13
**temporary** [1] - 64:22
**ten** [1] - 96:21
**term** [3] - 77:25,
79:25, 149:8
**terminated** [1] - 76:2
**terminology** [2] -
79:24, 128:21
**terms** [5] - 15:24,
97:9, 102:10,
116:23, 154:19
**Terrace** [5] - 54:16,
127:21, 128:1,
128:23, 128:25
**territorial** [2] - 5:5, 5:8
**Terrorism** [2] - 6:23,
7:8
**terrorism** [1] - 7:11
**testified** [11] - 14:13,
19:12, 35:12, 46:1,
48:13, 60:14, 80:10,
89:20, 94:4, 97:7,
148:14
**testify** [7] - 95:22,
99:10, 99:13, 105:9,
107:15, 154:2,
154:15
**testifying** [1] - 151:17
**testimony** [15] - 15:22,
44:6, 89:23, 95:25,
96:10, 96:11, 105:7,
106:11, 106:12,
107:3, 123:17,
126:24, 148:14,
152:16, 154:25
**TESTIMONY** [1] - 3:3
**text** [8] - 102:18,
102:19, 110:8,
117:6, 117:8,
124:19, 124:21,
124:23
**texts** [3] - 99:6,
106:12, 110:13
**THE** [188] - 1:1, 1:1,
1:9, 4:12, 4:15, 4:18,
4:20, 4:23, 5:2, 5:13,

5:15, 5:20, 5:22,
5:25, 6:1, 6:2, 6:3,
9:2, 11:4, 13:21,
15:1, 15:11, 19:25,
20:25, 21:9, 21:13,
21:16, 21:18, 21:23,
22:2, 22:23, 24:24,
31:4, 31:7, 31:12,
37:13, 42:1, 44:23,
46:3, 46:6, 46:9,
52:7, 52:11, 52:17,
52:20, 52:25, 53:2,
53:8, 53:13, 54:22,
55:2, 55:8, 55:12,
55:15, 55:18, 55:21,
55:25, 56:6, 56:16,
56:22, 56:24, 57:1,
57:5, 57:8, 57:11,
57:17, 57:20, 57:25,
58:3, 58:5, 58:10,
58:17, 58:20, 58:23,
59:1, 59:10, 59:18,
59:21, 60:6, 69:25,
70:15, 81:17, 85:5,
85:10, 85:20, 85:23,
86:3, 86:6, 88:7,
88:11, 88:15, 88:17,
90:13, 92:24, 95:4,
95:7, 95:15, 95:21,
95:25, 96:3, 96:10,
96:14, 96:20, 97:2,
97:4, 99:12, 99:15,
99:19, 99:21, 99:23,
100:5, 100:8,
100:11, 100:12,
100:13, 100:18,
103:8, 103:9,
103:12, 103:14,
103:19, 103:25,
104:4, 104:9,
104:14, 104:17,
104:24, 105:21,
106:10, 106:14,
106:15, 106:18,
106:22, 106:24,
107:7, 107:19,
107:24, 108:4,
108:10, 113:3,
113:10, 113:18,
113:20, 119:1,
119:16, 119:23,
120:1, 120:8,
120:16, 120:19,
120:22, 121:1,
121:13, 125:25,
127:24, 135:17,
135:20, 149:22,
149:24, 150:2,
150:5, 150:12,
150:15, 150:18,
150:21, 150:23,

151:6, 151:9,
151:15, 151:18,
151:19, 151:24,
152:4, 152:9, 153:1,
153:5, 153:9,
153:17, 153:25,
154:5, 154:9,
154:14, 154:16,
155:4, 155:8,
155:16, 155:20,
155:24
**theft** [3] - 5:4, 5:5, 5:7
**thereafter** [1] - 152:22
**thinking** [2] - 98:1,
100:21
**third** [3] - 10:21,
108:7, 115:2
**third-party** [1] - 10:21
**thorough** [1] - 123:25
**thousands** [1] - 111:9
**three** [4] - 102:22,
129:11, 151:12,
155:13
**throughout** [4] -
124:4, 126:22,
129:11, 134:23
**thrown** [2] - 62:18,
63:2
**thumbnail** [1] - 118:2
**ticketed** [1] - 78:23
**time's** [1] - 108:7
**timing** [4] - 41:14,
66:18, 71:21, 111:18
**Timothy** [4] - 4:14,
4:22, 5:24, 6:13
**TIMOTHY** [2] - 3:4, 6:1
**Tina** [4] - 9:24, 10:4,
13:8, 91:14
**tip** [2] - 8:1, 8:5
**tired** [1] - 103:4
**title** [1] - 102:21
**today** [8] - 13:13,
15:22, 84:5, 84:7,
104:13, 106:5,
108:24, 152:18
**together** [1] - 12:9
**Tom** [2] - 98:24, 99:2
**tomorrow** [1] - 97:25
**tonal** [2] - 128:7,
129:5
**took** [3] - 15:7, 83:9,
83:11
**top** [6] - 67:1, 67:14,
69:19, 93:18, 101:2,
102:17
**topics** [2] - 73:15,
102:11
**torso** [3] - 45:23, 47:2,
68:10
**toss** [1] - 110:6

**total** [2] - 117:9,
123:11
**touching** [1] - 146:11
**toward** [2] - 34:1,
73:14
**towards** [14] - 25:8,
27:4, 31:25, 35:23,
40:9, 40:23, 47:15,
54:15, 62:19, 63:2,
64:21, 131:9,
137:21, 146:23
**track** [1] - 33:20
**traditional** [1] - 96:24
**training** [1] - 88:5
**transcript** [1] - 157:4
**TRANSCRIPT** [1] - 1:9
**Transcript** [1] - 2:11
**transcription** [1] -
2:11
**traumatic** [1] - 74:21
**travel** [2] - 98:10,
153:21
**traveling** [1] - 65:9
**trial** [8] - 57:15, 57:21,
85:8, 105:8, 105:10,
107:8, 126:22,
134:23
**TRIAL** [1] - 1:9
**trials** [2] - 105:5,
156:1
**true** [4] - 98:17,
104:20, 104:25,
151:18
**Trump** [5] - 98:7,
110:25, 111:3,
112:9, 115:13
**try** [9] - 14:25, 17:4,
23:22, 64:20, 68:19,
95:14, 107:9,
113:13, 149:10
**trying** [7] - 12:1,
21:18, 21:19, 31:22,
33:8, 111:12, 150:8
**tunc** [1] - 57:20
**tunnel** [18] - 60:18,
61:13, 62:3, 62:11,
62:12, 62:19, 63:3,
64:18, 64:22, 65:5,
65:7, 65:9, 70:25,
71:1, 71:9, 71:18
**turn** [2] - 36:2, 76:19
**turned** [4] - 33:9, 48:9,
64:19, 83:12
**turning** [3] - 98:3,
145:24, 146:16
**twice** [1] - 124:20
**two** [30] - 11:23, 19:9,
30:7, 36:1, 38:19,
52:15, 52:17, 52:19,
52:20, 71:23, 74:14,

75:7, 75:9, 82:18,
83:8, 86:13, 93:13,
105:6, 106:4,
106:15, 110:16,
112:4, 113:7, 114:7,
124:8, 124:16,
124:17, 154:4,
155:14, 155:17
**two-minute** [1] - 75:7
**type** [4] - 14:22, 19:9,
93:18, 106:11
**types** [4] - 7:5, 10:18,
12:23, 88:6

## U

**U.S** [3] - 5:7, 7:19,
93:10
**ultimately** [1] - 75:13
**unable** [2] - 119:7,
149:2
**unavailability** [3] -
105:19, 105:22,
107:10
**unavailable** [1] -
105:6
**uncertain** [1] - 53:3
**Uncle** [1] - 115:17
**under** [6] - 55:19,
55:23, 56:14, 77:4,
115:11, 115:25
**understood** [6] -
63:18, 85:25, 86:9,
87:12, 96:2, 96:12
**undisputed** [1] - 85:23
**UNITED** [3] - 1:1, 1:3,
1:10
**United** [8] - 1:12, 1:12,
1:15, 1:17, 4:4, 4:10,
54:19, 125:15
**unless** [4] - 31:10,
57:16, 151:12, 152:4
**unsafe** [2] - 75:10,
76:4
**unusual** [3] - 122:17,
122:19, 122:22
**up** [97] - 6:4, 6:11,
8:15, 8:23, 11:4,
14:14, 16:2, 24:13,
25:2, 25:8, 26:22,
27:3, 27:14, 28:23,
31:19, 31:25, 34:2,
34:17, 39:24, 40:24,
41:1, 44:2, 45:18,
46:10, 46:12, 48:4,
49:9, 49:18, 49:24,
52:3, 53:6, 53:10,
56:24, 58:14, 59:1,
62:14, 63:8, 63:22,
64:5, 65:10, 65:13,

71:2, 73:3, 77:17, 77:18, 77:24, 77:25, 82:2, 83:1, 83:23, 84:3, 87:18, 87:24, 89:4, 93:10, 93:20, 97:6, 98:5, 98:10, 98:24, 99:2, 103:2, 104:16, 108:1, 108:9, 108:18, 109:7, 110:8, 110:10, 110:12, 110:25, 111:3, 112:9, 112:21, 112:23, 113:12, 113:16, 118:4, 118:16, 122:13, 125:18, 127:18, 128:16, 131:20, 134:1, 136:16, 137:16, 137:20, 144:6, 146:3, 149:15, 150:16, 151:21, 153:14, 154:25

**upper** [1] - 69:12

**Upper** [1] - 54:16

**upright** [3] - 110:3, 110:4, 133:14

**user** [2] - 97:17, 99:6

**UTC** [4] - 101:8, 101:23, 111:25, 112:12

### V

**vantage** [1] - 10:21

**various** [4] - 12:9, 12:10, 94:14, 135:6

**vast** [2] - 88:24, 88:25

**Vehicle** [1] - 94:9

**verbal** [1] - 144:16

**version** [3] - 53:6, 83:23, 84:3

**versus** [1] - 4:4

**vest** [1] - 9:23

**via** [1] - 105:9

**vibe** [2] - 110:23, 111:22

**video** [87] - 8:6, 15:7, 15:9, 15:17, 15:19, 15:20, 15:24, 16:14, 16:23, 17:9, 17:25, 18:2, 22:10, 23:2, 23:14, 23:15, 29:15, 30:12, 30:14, 30:24, 35:10, 35:20, 39:11, 40:12, 41:6, 41:7, 42:25, 43:8, 43:13, 43:18, 43:25, 49:4, 50:18, 50:22, 51:9,

51:15, 52:9, 54:9, 54:13, 58:9, 59:14, 61:24, 62:23, 65:2, 68:6, 84:5, 98:19, 102:23, 105:7, 105:13, 105:15, 105:17, 105:24, 106:18, 106:22, 108:8, 108:19, 108:24, 109:15, 109:19, 109:25, 110:5, 125:3, 125:18, 125:20, 126:13, 126:16, 127:9, 129:10, 129:17, 135:10, 135:19, 136:3, 136:9, 138:5, 143:12, 143:25, 144:20, 146:25, 147:7, 147:24, 148:12, 148:15, 149:5, 149:9, 150:9

**Video** [172] - 14:1, 15:15, 16:10, 16:20, 17:2, 17:6, 17:23, 18:10, 18:18, 19:3, 19:15, 20:4, 20:17, 22:1, 22:8, 22:14, 23:16, 23:23, 24:4, 24:14, 24:25, 25:5, 25:18, 25:24, 26:11, 26:15, 26:24, 27:8, 27:15, 27:21, 28:1, 28:9, 29:4, 29:22, 30:3, 30:16, 30:22, 31:9, 32:4, 32:17, 32:21, 33:5, 33:12, 33:21, 34:7, 34:15, 34:20, 35:6, 36:7, 36:15, 37:17, 38:3, 38:11, 38:25, 39:22, 40:4, 40:11, 40:14, 40:20, 41:3, 41:12, 42:6, 42:10, 42:15, 42:21, 43:6, 43:11, 43:16, 43:21, 44:12, 45:2, 45:16, 46:24, 47:7, 47:18, 47:23, 49:1, 49:10, 49:19, 50:1, 50:8, 50:15, 50:20, 51:2, 51:7, 51:13, 53:20, 54:6, 58:13, 58:16, 60:25, 61:9, 61:18, 62:4, 62:15, 62:24, 63:10, 63:19, 64:6, 65:18, 66:7, 67:6, 67:10, 67:19, 67:23, 68:7, 68:17, 69:1, 70:20, 71:4, 71:13, 72:2,

72:8, 72:12, 72:19, 72:25, 73:7, 108:20, 109:1, 109:8, 109:16, 109:22, 125:24, 127:15, 127:23, 128:14, 129:8, 129:13, 130:3, 130:12, 130:24, 131:5, 131:14, 131:25, 133:1, 133:10, 133:19, 134:4, 134:12, 134:20, 136:1, 136:11, 137:5, 137:13, 137:23, 138:9, 138:14, 138:21, 139:4, 139:10, 140:1, 140:12, 140:20, 141:2, 141:7, 141:13, 141:25, 142:8, 142:22, 143:6, 143:16, 144:22, 145:13, 145:21, 146:6, 146:19, 147:4, 147:10, 147:17, 148:5, 148:10

**videos** [20] - 10:14, 10:21, 14:24, 15:25, 20:20, 22:4, 29:10, 30:11, 30:13, 41:17, 58:8, 59:3, 59:13, 60:5, 71:23, 84:10, 147:1, 149:8, 149:10, 150:6

**view** [8] - 40:24, 57:5, 82:2, 96:13, 107:5, 142:13, 142:15, 154:5

**viewed** [1] - 108:24

**violations** [1] - 7:9

**Virgil** [3] - 9:23, 11:12, 11:13

**Virginia** [1] - 6:24

**virtually** [1] - 107:15

**visible** [4] - 78:22, 126:2, 126:4, 126:11

**voice** [5] - 16:13, 16:16, 20:21, 23:20, 124:22

**voicing** [1] - 102:15

**volume** [1] - 58:21

**vs** [1] - 1:5

### W

**waistband** [2] - 45:6, 68:22

**wait** [2] - 74:13, 95:2

**waited** [4] - 75:6, 75:8, 75:9, 76:3

**waiting** [3] - 110:24, 111:2, 112:2

**walk** [2] - 56:12, 81:22

**walked** [3] - 33:9, 76:9, 79:7

**walking** [7] - 26:5, 73:13, 110:5, 126:9, 140:18, 146:21, 146:23

**walkway** [2] - 125:19, 126:7

**wall** [4] - 49:15, 64:24, 83:20, 111:14

**Walnut** [1] - 2:3

**wants** [1] - 31:11

**war** [1] - 116:2

**warrant** [29] - 10:3, 12:21, 73:17, 73:23, 74:11, 75:16, 75:21, 75:24, 77:7, 78:7, 78:11, 78:25, 79:15, 79:20, 80:4, 80:11, 80:16, 80:18, 81:24, 90:15, 90:16, 91:20, 91:21, 112:17, 116:11, 116:17, 116:23, 123:15, 124:3

**warrants** [2] - 12:25, 116:15

**Washington** [16] - 1:6, 1:16, 2:8, 7:2, 8:3, 10:15, 47:10, 47:15, 102:14, 106:7, 106:17, 116:25, 122:3, 125:7, 125:11, 125:14

**watch** [1] - 125:20

**watched** [7] - 25:11, 26:4, 29:13, 30:7, 36:22, 39:9, 41:16

**water** [1] - 27:6

**weapon** [1] - 100:11

**wearing** [25] - 13:16, 13:17, 14:5, 14:6, 14:21, 14:22, 18:21, 19:7, 19:8, 20:12, 20:13, 23:6, 23:7, 24:18, 28:25, 29:2, 29:6, 44:18, 54:3, 85:7, 85:17, 85:18, 136:23, 137:2, 139:19

**websites** [1] - 10:22

**week** [2] - 14:12, 57:14

**weekend** [4] - 152:25,

155:25, 156:2, 156:3

**West** [6] - 2:3, 54:16, 127:21, 127:25, 128:23, 128:25

**west** [5] - 17:19, 47:15, 54:16, 126:1

**west-facing** [1] - 17:19

**whichever** [1] - 97:1

**white** [11] - 61:21, 62:2, 62:18, 63:2, 64:8, 64:18, 65:24, 66:15, 68:4, 68:5, 93:11

**whole** [4] - 45:1, 51:12, 97:20, 103:8

**Wick** [2] - 157:3, 157:8

**WICK** [1] - 2:7

**wife** [6] - 73:20, 74:9, 75:18, 76:6, 76:21, 76:25

**wife's** [1] - 123:18

**William** [1] - 155:18

**willing** [1] - 85:6

**wince** [1] - 135:22

**winter** [2] - 14:23, 19:9

**wiping** [1] - 110:1

**wise** [1] - 115:14

**wish** [2] - 56:5, 56:10

**WITNESS** [15] - 6:1, 6:3, 88:17, 99:21, 100:8, 100:12, 103:9, 106:14, 125:25, 127:24, 135:20, 149:22, 150:15, 150:21, 151:18

**witness** [29] - 13:19, 52:18, 55:17, 55:20, 99:9, 105:3, 105:4, 105:9, 105:16, 105:24, 106:6, 106:25, 107:3, 107:9, 150:3, 150:9, 150:14, 150:23, 151:11, 152:11, 154:4, 154:8, 154:9, 154:10, 154:18, 155:11, 155:14, 155:16

**Witness** [16] - 14:20, 17:17, 24:10, 26:21, 28:16, 30:20, 33:2, 34:13, 34:19, 35:2, 61:7, 67:17, 129:20, 138:19, 143:21, 145:3

**witness's** [2] - 107:3, 153:21

**witnesses** [13] - 105:2, 105:6, 105:12, 134:25, 135:6, 152:8, 153:19, 154:4, 154:6, 155:13, 155:15, 155:17, 155:18
**wood** [1] - 93:20
**wooden** [1] - 128:22
**Word** [1] - 6:5
**word** [5] - 22:6, 100:7, 110:24, 111:2, 112:3
**words** [1] - 107:20
**works** [1] - 104:21
**worn** [6] - 10:19, 18:12, 19:21, 37:10, 44:6, 149:15
**worth** [1] - 96:1
**worthless** [1] - 113:14
**wrap** [1] - 151:21
**Wright** [1] - 4:22
**writes** [1] - 100:1
**writing** [3] - 94:1, 95:19
**written** [1] - 54:18

## Y

**y'all** [1] - 115:18
**Y'all** [1] - 116:2
**Year** [1] - 4:4
**years** [1] - 106:4
**yell** [1] - 76:20
**yelling** [5] - 18:25, 20:21, 27:11, 27:13, 144:9
**yellow** [8] - 36:13, 38:15, 47:21, 69:6, 69:9, 136:24, 137:2, 137:9
**yesterday** [1] - 152:17
**York** [2] - 1:13
**yourself** [1] - 6:12
**yourselves** [1] - 4:7

## Z

**Zoom** [5] - 105:9, 105:16, 105:25, 106:4, 151:25
**zoom** [5] - 25:4, 113:7, 115:5, 116:4, 118:21
**zoomed** [2] - 51:16, 53:5
**zoomed-in** [1] - 53:5