**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


UNITED STATES OF AMERICA,

             Plaintiff,

      vs.

MICHAEL STEVEN PERKINS - 04,

            Defendant.
_____/

Criminal Action
No. 1:21-447

Washington, DC
August 15, 2023

10:03 a.m.


TRANSCRIPT OF SENTENCING
**BEFORE THE HONORABLE CARL J. NICHOLS**
UNITED STATES DISTRICT JUDGE


APPEARANCES:

**For the Plaintiff:**      **Benet Kearney**
                    DOJ-USAO
                    One Saint Andrew's Plaza
                    New York, NY 10007
                    benet.kearney@usdoj.gov

                    **Brendan Ballou**
                    DOJ-OIG - Antitrust Division
                    950 Constitution Avenue NW
                    Washington, DC 20530
                    brendan.ballou-kelley@usdoj.gov


**For the Defendant:**     **Nancy Clare MacEoin**
                    FEDERAL DEFENDER OFC. OF EDPA
                    601 Walnut Street, Suite 540 West
                    Philadelphia, PA 19106
                    nancy_maceoin@fd.org


**Reported By:**         **LORRAINE T. HERMAN, RPR, CRC**
                    Official Court Reporter
                    U.S. District & Bankruptcy Courts
                    333 Constitution Avenue NW
                    Washington, DC 20001
                    lorraine_herman@dcd.uscourts.gov

1                    **P R O C E E D I N G S**

2            **DEPUTY CLERK:**  Good morning, Your Honor, this is

3    criminal case year 2021-447, *United States of America versus*

4    *Michael Steven Perkins, Defendant No. 4.*

5            Probation Officer is Ami Landen.

6            Counsel, please come forward and introduce

7    yourselves for the record beginning with the government.

8            **THE COURT:**  Mr. Ballou, good morning.

9            **MR. BALLOU:**  Good morning, Your Honor.  Brendan

10   Ballou joined by Brittany Sheff and Benet Kearney.

11           **THE COURT:**  Good morning.

12           Ms. MacEoin, good morning.

13           **MS. MacEOIN:**  Good morning, Your Honor.  Nancy

14   MacEoin on behalf of Mr. Perkins.

15           **THE COURT:**  Good morning and good morning,

16   Mr. Perkins.

17           We're here to sentence Mr. Perkins, defendant, on

18   the six counts that he was convicted of in the spring.  Are

19   both parties ready to proceed?

20           **MR. BALLOU:**  We are, Your Honor.

21           **MS. MacEOIN:**  Yes, Your Honor.

22           **THE COURT:**  So as I did yesterday, I'm going to

23   just walk through what I've done to prepare for the hearing

24   today and then to provide a roadmap of how I intend to

25   conduct the hearing today, which will differ a little bit

1        from yesterday.

2                In particular, as to what I've considered I've

3        read, probation's presentence investigation report and

4        recommendation, pretrial services report, as well as the

5        sentencing memoranda submitted by the parties and the

6        various post-trial materials that have been submitted,

7        including various written documents and exhibits and the

8        videos submitted by Mr. Perkins, including the three videos

9        from his family.

10               Before we begin, does anyone have anything to add

11       to those written and video materials that I've just

12       mentioned?

13               **MR. BALLOU:**  No, Your Honor.

14               **MS. MacEOIN:**  No, Your Honor.

15               **THE COURT:**  Thank you.

16               So here's how I intend to proceed.  I'm going to,

17       first, walk through my resolution of various objections to

18       the presentence investigation report and make my factual

19       findings.  It may be that there are some that I have missed

20       or that need to be flagged now.  Of course, please do so as

21       I go.

22               I will then walk through my final guidelines

23       calculation.  It seems to me that, here, slightly unlike

24       yesterday, I don't need argument on some of the open

25       questions for the guidelines calculation.  Obviously, there

1    are arguments that will be relevant, sort of, when we get to

2    the next step, but I don't believe I need argument on the

3    guidelines calculation.

4            Third, after having done the guidelines

5    calculation, I will hear from the parties, including

6    Mr. Perkins if he would like to address the Court, as well

7    as anyone else who might like to address the Court,

8    regarding what the parties believe would be an appropriate

9    sentence.

10           And then, as I often do and I will do here, I will

11   take a recess, having heard from the parties, and return to

12   pronounce the sentence after that recess.

13           So as to Step 1, which is the outstanding factual

14   objections relating to the presentence report, I'm going to

15   walk through them.  And, again, Ms. MacEoin, in particular,

16   if there's one I missed, please let me know.

17           Mr. Perkins objects to the statement in Paragraph

18   13 that the bike rack fencing was largely intact on the

19   southwest side of the U.S. Capitol.  I agree with this

20   objection.  At the time of the verdict, I explicitly found

21   that some of the barriers had been dismantled or moved by

22   the time Mr. Perkins approached the outer perimeter of the

23   restricted grounds, although Mr. Perkins was certainly aware

24   of the bike racks on the West Front Plaza in front of the

25   police line.  I therefore strike that statement from

1      Paragraph 13 for my consideration.

2              Mr. Perkins objects to the statement in Paragraph

3      17 that he "repeatedly fought the police."  I certainly

4      understand the objection here.  Mr. Perkins was only

5      convicted of one count of assault of a police officer.  So

6      the language that he repeatedly fought the police is too

7      strong.

8              But Perkins' one assault was not his only

9      interaction with the police line.  So I am keeping in mind

10     the instance in which he pushed his codefendant Hutchinson

11     into the police line and when he picked up a different flag

12     pole and threw it in the general direction of the police.

13             So I will strike the language "repeatedly fought

14     the police", but I will keep the facts that I just

15     articulated in mind when I pronounce the sentence here.

16             Mr. Perkins objects to the statement in Paragraph

17     21 that he pushed the flag pole into Officer Parker's chest

18     "with both hands" and notes that I explained in my verdict

19     that he was guilty on Count 7 based on swinging the flag

20     pole in a downward motion.

21             I'm going to overrule this objection.  I believe

22     the evidence establishes by a preponderance that Mr. Perkins

23     was using both hands when he pushed the flag pole into

24     Officer Parker's chest.

25             Mr. Perkins objects to the PSR statement in

Paragraph 22 that the person Mr. Perkins kicked on the

ground was an officer.  I agree.  I do not believe the

evidence establishes by even a preponderance that the person

on the ground was an officer.  I will therefore not adopt

Paragraph 22 of the PSR.  I don't believe there's any

dispute, however, that Mr. Perkins did attempt to kick

someone who was on the ground.

Mr. Perkins also objects to the inclusion of

Joshua Doolin's conduct in Paragraphs 14 to 16 and 23 to 25.

I agree.  Those paragraphs do not pertain to Mr. Perkins'

conduct on January 6, 2021 and, thus, do not form the basis

of my decision at sentencing.

Ms. MacEoin, are there any other objections to the

fact section components of the PSR that I have overlooked

and you would like to raise now?

**MS. MacEOIN:**  Your Honor, on your last -- let me

approach.

**THE COURT:**  Please.

**MS. MacEOIN:**  Your ruling on the very last issue

about Paragraphs 23, 24 and 25 they also pertain to

Paragraph 14 and 15, which are also the factual recitation

of Mr. Doolin's conduct.

**THE COURT:**  So I believe I referred to Paragraphs

14 to 16 and 23 to 25.

**MS. MacEOIN:**  Thank you.  I just want to make

1    sure.

2              **THE COURT:**  Yes.  Yes.  Paragraphs 14, 15, 16, 23,

3    24 and 25 are, in my view, not pertinent to the sentencing

4    here and will be struck.

5              Mr. Ballou, anything from the government's

6    perspective you would like to raise?

7              **MR. BALLOU:**  Nothing on the factual matters.

8              **THE COURT:**  So, Mr. Perkins, you just heard me go

9    through some of the objections that your counsel had raised

10   to the PSR.  And I've resolved many of them in your favor

11   and one or two not.  But just more generally, have you had a

12   chance to review that document, the presentence

13   investigation report to discuss it with Ms. MacEoin?

14             **THE DEFENDANT:**  Yes, Your Honor, I have.

15             **THE COURT:**  And did you have enough time to talk

16   to her about that report and the briefs that have been

17   submitted in connection with your sentencing?

18             **THE DEFENDANT:**  Yes, I have.

19             **THE COURT:**  And are you satisfied with

20   Ms. MacEoin's services in this matter?

21             **THE DEFENDANT:**  Yes.

22             **THE COURT:**  Thank you.

23             As a result, pursuant to Criminal Rule 32, except

24   for the statements that I have held this morning I will

25   strike from and not consider as part of the PSR, I accept

1    the factual findings contained in the PSR regarding the

2    circumstances of the offense, and I adopt those facts for

3    the purposes of imposing a sentence today.

4         Turning to Step 2, which is my guidelines

5    calculation, again, the guidelines are not mandatory.  They

6    are advisory but I must, nevertheless, calculate them

7    correctly and then consider them in pronouncing an

8    appropriate sentence.

9         I start in Section 2 of the guidelines to

10   determine the correct offense level for each count.  For

11   Count 1, the guideline that applies is 2A2.4.  That

12   guideline provides a baseline of 10.  Because the offense

13   involved a dangerous weapon, a three-level enhancement

14   applies in my view.  Therefore the offense level for Count 1

15   is 13.

16        For reasons I will explain later in my

17   calculations, I do not need to decide whether, pursuant to

18   2A2.4(c), to apply or I should apply the 2A2.2 guideline to

19   Count 1.

20        Turning to Count 7, the guideline that applies

21   here is 2A2.2.  That guideline provides a baseline of 14.

22   Because the offense involved a dangerous weapon, a

23   four-level enhancement applies.  Because the conviction is

24   under Section 111(b), a two-level enhancement applies.

25        I also believe that the six-level official victim

1    enhancement under Guideline 3A1.2 applies.  I find that,

2    during the relevant conduct here, in particular the assault,

3    Mr. Perkins acted in a "manner creating a substantial risk

4    of serious bodily injury."

5            I also find that Mr. Perkins assaulted the

6    officers at least "having reasonable cause to believe that a

7    person was a law enforcement officer."  As a result, the

8    six-level enhancement applies and the offense level for

9    Count 7 is 26.

10           As to Count 21, the guideline that applies, in my

11   view is 2A2.4.  We start at Guideline 2B2.3.  That guideline

12   directs me to apply 2X1.1 if the offense was committed with

13   the intent to commit another felony.

14           Because I find that Count 21 was committed with

15   the intent to commit civil disorder, I applied Guideline

16   2A2.4.  The guideline provides a baseline of 10.  Because

17   the offense involved a dangerous weapon, a three-level

18   enhancement applies.  Therefore, the offense level for Count

19   21 is 13.

20           I do not believe, as it relates to this offense,

21   this offense being merely entering or remaining in a

22   restricted building albeit with a dangerous or deadly

23   weapon, it is appropriate to then move through to Guideline

24   2A2.2.  So for Count 21, I believe we should stay at Offense

25   Level 13.

1           The guideline that applies for Count 23 is 2A2.4

2     for the same reasons as Count 21.  Therefore the offense

3     level for Count 23 is 13.  For similar reasons, as I

4     mentioned as to Count 1, and I will explain in a moment, I

5     do not need to decide whether, pursuant to 2A2.4(c), to then

6     apply the 2A2.2 guideline to Count 1.

7           As to Count 25, the guideline is 2A2.2.  We start

8     at Guideline 2A2.4.  Because the conduct constituted

9     aggravated assault, for the same reasons outlined for Count

10    7, I applied Guideline 2A2.2.  That guideline provides a

11    baseline of 14.  Because the offense involved a dangerous

12    weapon, a four-level enhancement applies.

13          I am also going to apply the six-level official

14    victim enhancement, Guideline 3A1.2.  And therefore, the

15    offense level for Count 25 is 24.

16          The guidelines, of course, do not apply to Count

17    27.

18          We then have to look to Section 3D1.2 of the

19    guidelines to see how the offenses group.  Section 3D1.2

20    instructs that "all counts involving substantially the same

21    harm should be grouped together into a single group."  It

22    also provides four reasons why counts may involve

23    substantially the same harm.  I'm not going to walk through

24    all of those reasons.

25          I think it suffices to say that there is

1    disagreement between and among the parties and probation

2    about grouping here.  The government argues that Counts 7

3    and 25 should be grouped together, that Count 1 should be

4    its own group and that Counts 21 and 23 should be a third

5    group.

6         Probation argues that Counts 1, 7 and 25 should be

7    grouped together and Counts 21 and 23 should be grouped

8    together.  And Mr. Perkins argues that all of the counts

9    should be grouped together.

10        Ultimately, I've concluded that there are two

11   potential ways to most reasonably group the offenses but the

12   outcome is the same.  First, as I sort of alluded to

13   earlier, I could apply Section 2A2.2 to Counts 1 and 23.

14   But if I were to do so, I would likely treat all of the

15   offenses here as one group with an offense level of 26.

16        On this approach, I would treat the offenses as

17   one group because the primary victim of all the counts, at

18   least in a sense, would be law enforcement.  And all the

19   acts would have shared, at least in one sense, common

20   criminal objectives.

21        In other words, if I were applying the aggravated

22   assault guideline to the civil disorder count and the

23   disorderly or disruptive conduct count and also using the

24   civil disorder to justify and the intent to commit civil

25   disorder to justify applying the aggravated assault

1    guideline to Count 7 in the first place, it would seem

2    anomalous to draw a line to create multiple groups here with

3    separate victims, although I, of course, understand the

4    government's argument to the contrary.

5            Alternatively, I could choose not to apply 2A2.2

6    to Counts 1 and 23 and then to consider the counts in two

7    categories; in big-picture terms, the assault counts and the

8    civil disorder counts.  The civil disorder counts would be

9    Counts 1, 21 and 23.  The assault counts would be 7 and 25.

10           If I were to group the counts this way, the civil

11   disorder group would have an offense level of 13 and the

12   assault group would have an offense level of 26.  Because

13   the two groups are more than nine offense levels apart, the

14   total offense level would be 26.

15           Under either of those two approaches, the result

16   would be -- and I know this is highly technical for people

17   in the gallery.  It's very important that I get this right

18   and to explain my thinking here.  Under either of those two

19   approaches, my calculation would result in a total offense

20   level of 26.

21           And so the question as to whether to apply 2A2.2,

22   the guideline under 2A2.2 to the civil disorder count and

23   also Count 23 is irrelevant to what I believe is the

24   ultimate result here.  So to be, again, crystal clear for

25   the record, in my view, the total offense level here is 26.

1          Section 3A1.1, acceptance of responsibility, does

2     not apply.  Mr. Perkins has zero criminal history points

3     and, therefore, falls within Criminal History Category I.

4          As a result, the guidelines range is, when

5     applying the offense level of 26 and the Criminal History

6     Category I, the guidelines range is 63 to 78 months of

7     incarceration with an applicable fine range of $25,000 to

8     $250,000.

9          Because Count 1 has a statutory maximum of five

10    years, the guideline for that Count is 60 months.  The

11    guidelines do not apply to Count 27, which has a statutory

12    maximum of six months.  The guideline range for supervised

13    release is 1 to 3 years for Counts 1, 7, 21, 23 and 25.  And

14    supervised release is not applicable to Count 27.

15         There is, of course, an applicable mandatory

16    special assessment here of $510.

17         Recognizing that my guidelines calculation differs

18    from the guidelines calculation proposed by the government

19    in its brief, proposed by probation in the PSR and by the

20    defendant in his brief, recognizing that everyone's

21    arguments about the appropriate guidelines calculation are

22    in the record, does any party wish to make an objection to

23    my guidelines calculation?

24         **MR. BALLOU:**  Your Honor, we understand that you've

25    made your decision here, but because these transcripts are

1    cited and referenced by both sides, could we briefly lay out

2    the government's position on these?

3               **THE COURT:**  Yes.

4               **MR. BALLOU:**  And I assure you this will be brief.

5               So perhaps the most important issue to answer,

6    first, actually is the grouping issue even though it

7    typically comes second.

8               It's the government's position that there should

9    be three separate groups here, one for the 111 assault

10   charge; one for 231 civil disorder charge -- I should say,

11   sorry, the first group includes the 111 and the

12   1752(a)(4) -- and then a third group for the 1752(a)(1) and

13   (2) charges.

14              And the reason the government believes this is

15   because these have three separate victims.  The victims of

16   the assaults are two specific officers, Officer Parker and

17   Officer Grabel.

18              The civil disorder victim are all of the officers

19   that were affected by the civil disorder between 1:56 p.m.

20   and 2:12 p.m.  And the victim of the third group is Congress

21   itself, which is not a societal harm but a specific victim.

22              I just want to raise this point because one thing

23   that we've looked at in the guidelines is, as you know,

24   there are four bases for grouping offenses here.  The first

25   two relate to having the same victims.  And the text is very

1      clear here that it refers to "the same victim", so not

2      overlapping victims, not a subset of victim, the same

3      victim.

4            So our argument is that the victims of the assault

5      charges are these specific-named officers, whereas the

6      victims of the civil disorder is broader.  So that's the

7      grouping issue.

8            The second one is related to whether to apply the

9      2(a)(2) cross-reference for Counts 21 and 23.  So that's

10     1753(a)(1) and (2).  We believe that the guidelines

11     instructions are fairly straightforward here.  So I'm

12     referring to the guideline section 2B2.c.1.  And it says,

13     "If the offense was committed with the intent to commit a

14     felony offense, apply the cross-reference in respect to that

15     felony offense."

16           We think, in this situation, it's reasonably clear

17     that the defendant went to the Capitol, trespassed over the

18     restricted perimeter with the intention to cause the

19     other -- to commit the other felonies, namely the civil

20     disorder and the assault.

21           Lastly, on whether the cross-reference --

22           **THE COURT:**  So the government's view is that the

23     evidence established that the defendant went to the Capitol

24     with the intent to commit an assault?  So I understand the

25     argument about intent to commit civil disorder as to some of

1    these counts, but it's not at all clear to me that he

2    engaged in the conduct -- much of the conduct with the

3    intent to commit the assault.

4              **MR. BALLOU:**  Understood.

5              As you know, the evidence before trial, before he

6    enters the Capitol is, you know, relatively light.  But his

7    actions once he's on the Capitol and within the restricted

8    perimeter seemed to establish what his intentions were.

9    These include the fact that he assisted Joseph Hutchinson

10   attacking the line of police, throwing a flagpole, flipping

11   off the police and engaging in an event that, in a sense,

12   was a large attack on law enforcement.

13             Finally, Your Honor, on whether the

14   cross-reference for 2A2.2 applies to Count 1, so that's the

15   civil disorder charge, here, we think it's reasonably clear

16   that the defendant intended to commit an assault.  Again, I

17   point you towards the surrounding factors, you know, the

18   fact that he not only attacked the two specific officers,

19   but threw the flagpole, helped his associate attack the line

20   of police and flipped off the officers.

21             There's nothing else.  Thank you for letting us

22   put that on the record.

23             **THE COURT:**  Yes, of course.

24             And to be very clear, I understood those were the

25   government's positions.  They're articulated in the

1   government's sentencing memorandum.  They are, to some

2   extent, consistent with the PSR, although they differ in

3   some ways.

4          So I view your articulation here on the record as

5   entirely consistent with what I understood the government's

6   position to be.  I had considered that position before

7   determining my guidelines calculation.  I appreciate your

8   stating them for the record.

9          I think, whether implicitly or explicitly, I

10  should make it clear, I am, insofar as my calculations

11  differs from the government's position articulated just now

12  and in the briefs, I am rejecting those positions for the

13  reasons stated.

14          **MR. BALLOU:**  Understood, Your Honor.

15          **THE COURT:**  Ms. MacEoin, I know your view is

16  different.

17          **MS. MacEOIN:**  Yes.

18          **THE COURT:**  Would you like to also reiterate

19  what's in your brief?

20          **MS. MacEOIN:**  Your Honor, I will just like to be

21  heard on one or two moments.  I understand the Court's

22  ruling and, again, we preserved our objections both on the

23  written --

24          **THE COURT:**  Yes.

25          **MS. MacEOIN:**  -- in the written sentencing

1     memorandum.

2           Your Honor, specifically, it's the enhancement

3     2A1.2.a.2, which is the status of the officers being law

4     enforcement.  I'd like to point to the record that, you

5     know, again, we're not going to play those videos, but it

6     was an incredibly chaotic scene where Mr. Perkins was not

7     only coming into contact with law enforcement but other

8     civilians there as well, physically having contact with

9     them.

10          And at the time of the -- during the trial, I

11    believe Your Honor asked us, you know, can somebody be

12    convicted of aggravated assault under 111, either (a) or

13    (b), if they do not know the person is a law enforcement

14    officer.  And the answer is, yes, under the case law.

15          So I'd just like to submit to Your Honor that, in

16    the course of the, kind of, scrum here, the chaos, I think

17    that it's plausible that Mr. Perkins was not necessarily

18    motivated by their status as police officers but simply to

19    remove himself from the situation.

20          And I understand your legal ruling at this point,

21    and I will incorporate that type of argument into my 3553(a)

22    argument.

23          **THE COURT:**  Thank you, Ms. MacEoin.

24          Yes, I understood your position as well, as

25    reflected in your brief.  And just as with the government's

1    arguments articulated today, being consistent with their

2    brief and my having, in part, rejected them, my decision

3    here today is that I understood your brief to make that

4    position and that it -- I am rejecting that component of

5    your argument in reaching my guidelines calculation as well.

6    Just so the record is very clear.

7              **MS. MacEOIN:**  Thank you.

8              **THE COURT:**  Thank you.

9              Obviously, the guidelines range is one of the

10   factors I must consider in fashioning an appropriate

11   sentence here, but there are a number of other factors I

12   must consider.  And I'd like to now hear from the parties

13   regarding the sentences that they believe are appropriate in

14   light of the guidelines range and all of the other factors.

15   So, Mr. Ballou.

16             **MR. BALLOU:**  Your Honor, perhaps I should begin by

17   pointing you to a few comparator cases and then we can talk

18   more broadly if that's helpful.

19             **THE COURT:**  Yes, as you've heard, I know you've

20   heard this from me before, I care very much about being

21   consistent or as much as I can treating similar cases

22   similarly and dissimilar ones dissimilarly as it relates to

23   the substantial body of January 6th cases that I and my

24   colleagues have confronted.

25             **MR. BALLOU:**  Understood, Your Honor, and the

1     government certainly does as well.

2             We've looked, I think, probably the best

3     comparator case is *Ponder*; that's 21-cr-259.  Mr. Ponder

4     assaulted three officers.  Like Mr. Perkins, he did so, for

5     two of them, with flagpoles or poles.  Ponder's actions were

6     slightly different in that, unlike Mr. Perkins, whose

7     actions were concentrated on the West Plaza, Ponder moved

8     around the Capitol grounds and, ultimately, joined the

9     tunnel and the "heave-hoe" process that was happening there.

10            Ponder was also different in that he was briefly

11    seized by police and then essentially let go because there

12    was nowhere to take him, and then he rejoined the scrum.

13    And so, as a result, he was charged with more offenses;

14    three charges of assault, three charges of civil disorder,

15    1512 and then various violations of 1752 and 40 U.S.C. 5104.

16            The difference here is that Mr. Ponder ultimately

17    pled to 111(a) and (b) charges.  Obviously, Mr. Perkins did

18    not.  As a result, Mr. Ponder received a sentence of 63

19    months.

20            We've tried to look at your own cases to find

21    comparators.  I don't think we found a perfect comparator

22    here.  The closest that we have is probably is *Beddingfield*,

23    21-cr-66.  Again, it's a somewhat similar situation in that

24    Mr. Beddingfield struck officers with a flagpole and then,

25    like Mr. Perkins, threw a flag hole at an officer.

1          Unlike Mr. Perkins, Beddingfield did enter the

2     Capitol.  But again, unlike Mr. Perkins, Beddingfield

3     ultimately pled and accepted responsibility for his actions.

4     Mr. Perkins did not.  Beddingfield was sentenced to 38

5     months, which I believe was at the low end of the guidelines

6     range.

7          **THE COURT:**  Right.  And Mr. Beddingfield though,

8     as I recall, he had no criminal history points, had what I

9     thought was a disturbing recent personal interaction with

10    law enforcement that Mr. Perkins does not.

11         **MS. KEARNEY:**  That's right, Your Honor.  And in

12    some sense, they are similarly situated in that, both the

13    defendant and Mr. Beddingfield were in Category I for

14    criminal history.  Obviously, Beddingfield was facing very

15    serious charges.  Mr. Perkins had some previous offenses

16    many years ago.  Those did not go into the calculations for

17    the government or for you.

18         So ultimately, I think that the charges that

19    Beddingfield faced were irrelevant just as the charges that

20    Mr. Perkins faced in the past are irrelevant here.

21         **THE COURT:**  The problem I have with the

22    government's recommended sentence, even recognizing that

23    that was when the guidelines calculation was different, when

24    the government recommended 90 months, because that would

25    have been 18 months, essentially, higher than the sentence I

1    gave to Josiah Kenyon, who, in my view, used a substantially

2    more dangerous weapon in a more calculated and reflected

3    manner.

4         Just so the record is clear, Kenyon, among other

5    things, employed a table leg that had appeared to have been

6    ripped off from a conference room table or something that

7    had nails or screws sticking out of it, and repeatedly and

8    in a substantially less chaotic moment hit a police officer

9    in and around the head with that table leg.

10        And I sentenced Mr. Kenyon, who also had, I think

11   it's fair to say, a more complicated, perhaps disturbing

12   personal situation than Mr. Perkins for sure.  I sentenced

13   him to 72 months.

14        It just seems -- it seems that it would create an

15   unwarranted sentence disparity if I were to sentence

16   Mr. Perkins anywhere near what the government recommended at

17   least in its brief.

18        **MR. BALLOU:**  Understood, Your Honor.

19        And given the calculations that you've determined,

20   the government would, you know, request a sentence at the

21   upward end of that guidelines range which is lower than what

22   we initially requested.

23        **THE COURT:**  Yes.

24        **MR. BALLOU:**  Obviously, the key difference between

25   Mr. Kenyon and Mr. Perkins is that Mr. Kenyon, ultimately,

1    accepted a plea deal and, you know, one of the purposes of

2    this entire hearing is to look at the general deterrence

3    value.

4          If we don't have a defendant that accepts

5    responsibility, we run a risk that events like this are

6    going to recur, perhaps not committed by this specific

7    defendant but by others.

8          **THE COURT:**  Yes.  Very true.  I mean -- as you

9    know and as you said before, no case is exactly like

10   another.  They may be similar to an extent the conduct at

11   January 6th, but then the parties may have taken different

12   approaches during the litigation and I get it.  I know that

13   none of these is a perfect analog.

14         **MR. BALLOU:**  I have a broader statement,

15   obviously, about this case.  I can either make it now or I

16   can make it later.

17         **THE COURT:**  Do it now.  That's great.

18         **MR. BALLOU:**  Sure.

19         Your Honor, I know you are well aware of the facts

20   of January 6th, so we will not go into detail.  But I would

21   say in this case, as in any other, the government seeks a

22   sentence that is no more or less than what justice requires.

23         We have read the letters from Mr. Perkins' friends

24   and family and certain themes recur.  He works hard.  He is

25   humble.  He is committed to his church and to his family.  A

1    running thread is his kindness to children.  These are all

2    important and admirable traits.

3          But we can't forget the seriousness of what he did

4    at the Capitol.  Mr. Perkins attacked two officers.  He

5    helped to push a friend up to attack a police line, threw a

6    flagpole and kicked a fallen officer.  He trespassed into

7    the Capitol grounds, despite the overwhelming evidence that

8    he was not supposed to be there.  He stayed on the grounds

9    for hours despite fighting with the police and being pepper

10   sprayed.

11         Cumulatively, his actions were not just attacks on

12   specific officers but on our institutions as well.  And

13   unless he receives a sentence commensurate with the

14   seriousness of his crimes, these sorts of attacks on our

15   democratic process are likely to recur.

16         We know that you are as concerned as the

17   government about avoiding unwarranted sentencing

18   disparities, which is why we believe that it's important to

19   impose a sentence within the guidelines range.

20         The guidelines were the product of years of

21   academic study beginning in the 1970s and ultimately created

22   through the Sentencing Reform Act signed by the President in

23   1984.  As the Seventh Circuit has observed, the Sentencing

24   Guidelines are themselves an anti-disparity formula.  And

25   Judges have discretion to sentence outside the guidelines,

1    but such a step comes at the expense of increased

2    disparities.  Today over 1.8 million defendants have been

3    sentenced under the guidelines and the majority of the

4    federal district judges surveyed believe that the guidelines

5    increase certainty and fairness.

6           Now, the guidelines are, of course, advisory.  But

7    we believe that they are good advice, and we believe that

8    they deserve your consideration.

9           **THE COURT:**  Do you happen to know what percentage

10   of January 6th felony defendants have been sentenced within

11   versus outside of the guideline range?

12          **MR. BALLOU:**  I don't, Your Honor.  It's obviously

13   something we can look into.

14          **THE COURT:**  I just wondered if you knew.  I mean,

15   I think that's just really more of a curiosity for me.  I

16   think much more important are, you know, the specifics of

17   this case.

18          **MR. BALLOU:**  It's an important curiosity though.

19          **THE COURT:**  Yeah.  Thank you, Mr. Ballou.

20          Ms. MacEoin.

21          **MS. MacEOIN:**  Thank you, Your Honor.

22          Good morning.

23          **THE COURT:**  Good morning.

24          **MS. MacEOIN:**  I'd like to start by introducing the

25   number of supporters that are here in the room for

1    Mr. Perkins.  First of all, we have his wife, Brittany

2    Perkins, she, as you recall, was with him through the entire

3    trial.

4              **THE COURT:**  Yes.

5              **MS. MacEOIN:**  His daughter, Emmory Perkins.

6              **THE COURT:**  Good morning.

7              **MS. MacEOIN:**  His son, Shane Perkins.

8              **THE COURT:**  Good morning.

9              **MS. MacEOIN:**  Their friend, Miranda Green.

10             **THE COURT:**  Good morning.

11             **MS. MacEOIN:**  Another friend, Robert Bull.

12             **THE COURT:**  Good morning.

13             **MS. MacEOIN:**  I believe you remember from the

14   trial, Pastor Michael Kyle Ivy --

15             **THE COURT:**  Yes, good morning again.

16             **MS. MacEOIN:**  -- as well as his wife Susan Ivy.

17             **THE COURT:**  Good morning.

18             **MS. MacEOIN:**  They've all traveled here from

19   Lakeland, Florida, Tampa area, to be with Michael today and

20   to support him in this case.  And as Your Honor is

21   abundantly aware, he has extensive community support.  And

22   that community support is generated through his devotion to

23   his community.

24             Letter after letter explains how he is somebody

25   who is dependable and relied upon in the community.  There's

1    countless examples of one such letter talks about a neighbor

2    whose mother had dementia and, after a storm, he went over

3    and fixed her water without even being asked.  These are the

4    types of examples as to who Michael is outside of the events

5    of January 6th.

6         January 6th was an absolute aberration for

7    Michael's character.  He had gone to the Capitol -- and

8    again, there is no evidence to say otherwise -- to do

9    nothing but peacefully protest.

10        He actually brought with him in the van some

11   church pamphlets that he intended to hand out just as he did

12   at the prior MAGA protest that he attended in December of

13   2020.  That was completely his intent.  And also,

14   Your Honor, he did not ride with the co-defendants on the

15   trip up.  He rode in what one of the witnesses called the

16   "old people's van" where he was with his wife and his

17   daughter and older people from the community that came.

18        I think it is important here to distinguish him

19   from the co-defendants in this case.  Unlike the three

20   co-defendants who are still yet to be apprehended,

21   Mr. Perkins has shown nothing but deference and respect for

22   this Court and the process.  He would have turned himself in

23   had he known that they were there to arrest him.

24        As Your Honor recalls, in the days leading up to

25   his arrest, he was being followed.  His wife even called the

1    attorney general and said, Is this about January 6th?  And

2    then without notice, the SWAT team from Miami came in with

3    armored vehicles, a battle baton and ordered the entire

4    family out at gunpoint which was absolutely terrifying for

5    them.

6            Needless to say, Mr. Perkins absolutely complied.

7    He went with law enforcement.  It's never been an issue.  He

8    spent about two weeks in custody before he was released on

9    conditions of release.  And I think what's most important

10   for this Court is the utter respect he had for the

11   conditions of release.  He never once violated.  Your Honor

12   even allowed him off of certain conditions to attend some

13   church events.

14           **THE COURT:**  I recall.

15           **MS. MacEOIN:**  To work and then eventually lifted

16   the home detention.

17           Again, not just throughout that period but

18   throughout the trial, Mr. Perkins was here timely, promptly,

19   showed nothing but respect for both the government and the

20   Court in this entire prosecution.  That is who Michael

21   Perkins is, and we know that through the extensive community

22   support that he has.

23           One of the 3553(a) factors that we have to look at

24   is deterrence.  I submit to Your Honor that this

25   prosecution, just the prosecution, just him having charges

1     against him has deterred him personally from ever committing

2     any violation of the law again.

3              Again, the way that he was arrested, his pretrial

4     incarceration, eventually being released, and then this

5     prosecution, and his instant incarceration, where again he

6     did self-surrender as ordered by the Court, show that he is

7     absolutely deterred from ever committing a crime again.  I

8     know it's a consideration of this Court to deter others from

9     committing acts like this in the future.

10             But let's look at Michael compared to other

11    individuals who engaged in this conduct.  Michael has never

12    bragged or boasted about his conduct, either online or to

13    anybody in person.

14             He has never given, you know, interviews as some

15    defendants have even after they are convicted while they're

16    waiting in jail to talk about how what they did was

17    justified.

18             He's never acted that his actions that day were to

19    further a political message or to exercise his free rights

20    in any sort of way.  He knows that he crossed a line that

21    day.  And he has utter respect for this process.  So when

22    you're fashioning a sentence to deter others, I think what

23    the key is, is to deter people who found this to be a

24    radicalized political moment and they are at risk for doing

25    something like this again.  Mr. Perkins is not.

1          As far as respect for the law, again, he turned

2     himself in and he showed nothing but respect for the law and

3     this Court, and that should be considered at the time of

4     sentencing.

5          I'd like to go back and talk a little bit about

6     who Michael is as a person.  Humble upbringing, he's done

7     nothing but wanted to work and support his family.  He is a

8     very skilled tradesman, and I included pictures of his work

9     in my sentencing memo.  He builds everything from horse

10    barns to sheds.

11         He can repair any sort of car.  He has passed

12    these traits on to his children.  His son, Shane, who is

13    present here today, did indeed work with him before

14    Mr. Perkins had to turn himself in to be incarcerated.

15         The family is struggling without him.  They set up

16    their lives in a way where they live very modestly so that

17    they can have time together as a family and possibly travel

18    a bit together as a family.  As a result, they make a very

19    modest income based solely on Michael's work.

20         As I stated in the sentencing memo, his family

21    averages around 20 grand in income annually.  That's not

22    much, but they make it work because they want to spend time

23    together.  They don't want to have both parents removed from

24    the home working.

25         And Ms. Perkins has successfully homeschooled both

1    of their children, which was very important to them for

2    their religious beliefs as well as to remain centered as a

3    family.  Other people write in letters about how the Perkins

4    home is open to them.  They welcome people in, people from

5    the church.

6              Some of these letters are people that have known

7    Michael since he was in elementary school.  And some of the

8    letters are people who have known him only a few years,

9    which, you know, is testament to how easily he makes an

10   impression on people that he is a reliable, dependable

11   individual.  And he's there to help other people in the

12   community.

13             Obviously, he's very devoted to his family.  I

14   included a number of pictures that show him as a loving and

15   doting father.  As written in the letters, he's the kind of

16   father that would, you know, play Barbies with his daughter.

17             He plays with the children through the vacation

18   bible school through his church.  He's the kind -- and I

19   included some of these pictures where he is, you know, on

20   the ground playing with the kids, setting up games for them.

21   He sets up a -- he set up a little backdrop with a kayak and

22   he helps the children engage in games there as well, as well

23   as teaching them about scripture.

24             That's the kind of person he is.

25             Through his church, he has preached -- gone to

1  homeless centers, talked to people who are dealing with

2  substance abuse issues, which obviously Michael himself has

3  struggled with.  He found sobriety through leaning into his

4  church and his faith, and he wants to share that word with

5  others.

6         He has helped gather materials to go to a mission

7  in Guyana.  He has volunteered his -- not just his time with

8  his church but his trade.  He has fixed things.  He has done

9  electrical, not just for his own church but for other

10 churches as well.

11        He's a very loving and giving person by all

12 accounts.  Those 42 community support letters reflect that.

13 I know Your Honor has read those letters, and I know

14 Your Honor has read my briefings.  But it cannot be repeated

15 enough that this is an absolute aberration for who he is.

16        Again, let's talk about the conduct on that day.

17 It was -- the window charged in the indictment is about a

18 16-minute window for the 231 charge.  Obviously, during that

19 window was the aggravated assault on Officer Parker.  Again,

20 it was a very chaotic time.

21        He got involved in it after becoming pepper

22 sprayed and became angry about that.  And that's when he

23 engaged the middle finger and when he tossed the flagpole

24 all kind of out of a moment of where he lost his cool.  He

25 became very angry at the situation.

1          After that, he did not engage in any other

2   repeated conduct.  He did not throughout the rest of the

3   day.  He remained in the area but, as you know, he went up

4   to the Upper West terrace where, I submit to Your Honor, he

5   was looking for the people in his group.

6          They came with a large group and only a handful of

7   them were involved in that scrum, and they were making

8   sure -- you know, he was up there at a higher point to make

9   sure that he could find primarily his wife and his daughter.

10          But during that time -- if you were to look back

11   at any of those videos, he is never boasting.  He is never

12   trying to get other rioters to enter the Capitol.  He

13   doesn't even try to go near to enter the building.  And so,

14   in marked contrast to many of the others that day, this was

15   not his rallying cry.  This was not his political moment.

16          He kind of went along with others, and it turned

17   into something that he did not anticipate it to be.  But he

18   is in a markedly different situation than individuals who

19   tried to rally other people, who tried to make this their

20   moment in the spotlight, who broadcast it on social media,

21   who made videos about it.

22          There was none of that here, because he's not

23   proud of his actions, Your Honor.  He regrets them deeply.

24   And if he could go back, he not only wouldn't go to

25   January 6th.  But if he went to January 6th, he would have

1   walked away.  Obviously, he would never have put his child

2   or his wife in danger had he anticipated that it would have

3   become violent in that way.

4          So, Your Honor, I think one of the things we need

5   to talk about is this disparity argument.  I included, as

6   Exhibit F, two of your cases are included in there,

7   Mr. Kenyon and one other but Mr. Beddingfield was not.  But

8   again, I think that we can look at Mr. Beddingfield's case

9   and see how it is not Michael.

10          In that case, not only did he strike an officer

11   repeatedly with a flagpole, as he was attempting to get into

12   the Capitol, he threw a piece of a broken flagpole at

13   another officer.  He made a gesture comparable to a Nazi

14   solute.  And then also, online, talked about anyone who is

15   Antifa deserves a slow death, and it's fine if a few of my

16   people's enemies get hurt in the process.

17          That is dangerous, Your Honor, and that's

18   something that we need to sentence somebody to avoid future

19   conduct.  Obviously, these are deeply held beliefs by

20   Mr. Beddingfield, but these are not beliefs held by

21   Mr. Perkins.

22          So, Your Honor, I'm not going to belabor, and

23   Your Honor talked about the Kenyon decision.  And I think

24   that, again, marked contrast from that.  And so when the

25   government stands before this Court and asks for 90 months,

1    I think they're ignoring this disparity argument that

2    Your Honor is notably concerned about.

3          So, again, the question here is, What sentence is

4    appropriate for Michael at this time?  I am reluctant to

5    give you a number.  And that's because, you know, I don't

6    want to lowball the Court, and I don't want to necessarily

7    suggest a number that's greater than what the Court is

8    contemplating.

9          But let's look at who, again, who he is and all

10   these arguments that I've made.  He is not somebody who came

11   to the Capitol with any sort of pre-planning to engage in

12   violence.  He brought no weapons.  He brought no military or

13   tactical gear, unlike other people on that day.  He did not

14   rally or instigate others.

15         He did not brag or boast about his conduct.  No

16   souvenirs were taken because it's not something he was proud

17   of.  He did not enter or attempt to enter the Capitol.  He

18   does not belong to any sort of extremist or radical group,

19   which I think is important to consider.

20         He did not lie to the FBI, and he showed utmost

21   respect for this Court.  He did not engage in any sort of

22   conduct which obstructed justice during the path of this

23   prosecution.  That puts him in a markedly different

24   situation from not only people involved in this incident,

25   but to many others involved in that day.

1          As to the point that Mr. Ballou makes that Michael

2     chose to go to trial versus somebody who chose to plead

3     guilty, I think what we need to step back and look at is,

4     first of all, it is an absolute constitutional right to go

5     to trial.

6          The guidelines recognize that, when a person

7     pleads guilty, they are -- there is some commentary about it

8     actually helps them rehabilitate by pleading guilty.  So two

9     levels are afforded, and then the third level is afforded

10    because it saves the Court and the government the

11    prosecution and the resources.  But the bottom line is he

12    has unquestionable constitutional right to a trial, and he

13    chose to exercise those rights.

14         So in fashioning a sentence, I ask you to look at

15    who he is as a person and what sentence is appropriate in

16    this case.  If I were to have to suggest a sentence, and I'm

17    not trying to be disrespectful to the Court, it would be

18    time served to get him home to his family.

19         He has been incarcerated for about four months

20    now.  During that incarceration, one, he turned himself in

21    on April 17th as directed by this Court.  He was located in

22    Pinellas County jail for the first month or so.  During that

23    time, he never had a single writeup, showed absolute respect

24    for the institution, found himself a prayer group, and

25    that's what he leaned into while he was there.

1           Unfortunately, the process kicked in for him to

2    come up to Washington D.C.  He was transferred, first, to

3    Oklahoma City, which is a federal transfer facility.  And in

4    that facility, there's large dorm-like rooms.  There's,

5    like, 40 to 50 inmates per room.  It's very hectic.  It's

6    very chaotic.  He witness violence while he was there.

7           And these are all people being transferred to

8    other facilities so it's very inconsistent.  It's very, like

9    I said, a chaotic environment for him.  This is a man who

10   wants to go home and be with his family and pray and work.

11   So that was a very disturbing environment for him.

12          He was then transferred to the Northern Neck,

13   which I know Your Honor is aware of the problems that have

14   been at that prison as well.  And he did finally land here

15   in Washington, D.C. where he's doing the best he can.

16          During the last four months, he's lost 20 pounds.

17   His health has suffered.  You know, this is the first time

18   his family has seen him in person.  And in stark contrast to

19   the man who sat here in a shirt and tie throughout the

20   entire trial, we now have, you know, this is not who

21   Mr. Perkins is.

22          His family is seeing him for the first time, and

23   he's wearing a yellow prison jumpsuit or orange prison

24   jumpsuit which is hard for all of them.

25          I submit, Your Honor, that a sentence can be

1    crafted, which will punish him for his conduct that day,

2    will take into consideration his background, will take into

3    consideration disparities with other January 6th defendants.

4            Again, I think the most important thing is there

5    has been no talk, boasting, bragging.  Those are the

6    individuals who we're worried about repeating this again or

7    instigating others to repeat this again.  That's not

8    Michael.

9            So with that, Your Honor, I do have Pastor Kyle

10   Ivy, who would like to address the Court.  He did submit a

11   letter.

12           **THE COURT:**  Yes.

13           **MS. MacEOIN:**  And then I know that Michael is

14   prepared to make a statement to the Court as well.

15           **THE COURT:**  Happy to hear from both.

16           **MS. MacEOIN:**  Thank you.  Pastor Ivy.

17           **THE COURT:**  Good morning, sir.

18           **THE WITNESS:**  Thank you, Your Honor.

19           **THE COURT:**  Good to see you again.

20           **THE WITNESS:**  I do count it an honor to be back in

21   your courtroom again, and I do appreciate this opportunity

22   to speak.

23           I did hear you say in the beginning that you do

24   have advisory and discretion in the sentencing guidelines

25   and that is your job.  I do -- as a citizen of this country,

1    I think that's a great thing that the Judge has that

2    ability.  He's not hand-tied in one way or the other so...

3            I have a few things I'd just like to read.  Some

4    of it's already in the letter that I submitted if I can.

5            **THE COURT:**  Please.

6            **THE WITNESS:**  It's my understanding, I am here on

7    behalf of Michael Perkins, and I have the opportunity to

8    petition on his behalf.  So that's why I am here.  I am here

9    willingly.

10           Last time I was here, I agreed to be here but I

11   was subpoenaed.  That was a pretty big deal to be in your

12   courtroom.  This time, I'm back as his pastor and as someone

13   to just try to bring home who I think he is to me.  Okay?

14           As I've said, you know where I am at.  I am coming

15   from Cleveland Heights, but I thank you for this

16   opportunity.  And I would like to say a few things about

17   just my perspective of Michael, that he's a faithful church

18   member.  That he attends three times a week with his family

19   and they attend services there.  And that he has helped many

20   times with our elderly and our widows performing just work

21   around their homes and different things as needed with them.

22           And he's also helped me and has a big part in our

23   men's meeting and mentoring and speaking and encouraging

24   them.  He helps me with many of our outreach church

25   missions, whether it's the local homeless center, our teens,

1       our fairs, our nursing rehab facilities for our elderly.

2              And I would say that any event, really, that I

3       have going on, I can count on Michael Perkins to be there

4       and he will be a part to help me, you know, fulfill some

5       this mission work as far as the church and the community

6       that we're in, including, as was said, repairs or anything

7       that's needed.

8              You know, he's one of those men that I can call

9       on, and he will be there to help, a hundred percent, every

10      time.  In the church, there's a rule that 10 percent do most

11      of the work.  Well, he's a part of that 10 percent, and he's

12      a major part of that 10 percent for me.

13             I would say that I'm a good judge of character and

14      that Michael Perkins is a good -- he's a good man and he's a

15      good man of character and he's shown himself to be of good

16      character to me consistently throughout the time I've known

17      him.

18             I would like to say that the actions on

19      January 6th cannot or should not be what defines him, that

20      we've all made mistakes in this life and we all need someone

21      to be an advocate on our behalf.  And that is the message

22      that Jesus came and proclaimed when he was here on earth.

23      Right?  He is the advocate.  That message was a message of

24      grace, mercy, forgiveness and restoration in restoring a man

25      back.

1        And I would say, as a Christian, that should be

2   the guiding principle to strive for in our life, that we

3   would have the impact on others to be able to restore them

4   back into the fold.

5        I'd like to point out that Michael Perkins is a

6   father to a son and a daughter.  As a pastor, many of my

7   counseling sessions involve conflicts and issues that arise

8   from the absence of fathers.  The homes that have no father

9   in them always seem to have the most trouble.

10        As you may know from your own experience in

11   presiding over certain court cases, children without a

12   father present or involved are often likely to end up in

13   either poverty, drugs, early pregnancy, abuse, et cetera.

14   The list goes on with the absence of a father.

15        Michael Perkins, he's a great father, and he's a

16   very much involved father in his children's lives.  And I

17   would say, to remove him in the home he has built, would

18   only just continue a harm.

19        His wife and his children will continue to suffer

20   the loss of his influence.  They will suffer financially.

21   His elderly father will suffer.  Multiple relatives he helps

22   will suffer, and our church family will suffer.

23        I believe that he is remorseful, and I believe

24   that he is needing grace for the day.  And as I said in my

25   letter I submitted, as his pastor and as a brother to him, I

1    promise to be there to continue to help him, kind of, pursue

2    that better future and restore himself back into the

3    community.

4             **THE COURT:**  Thank you very much.

5             **THE WITNESS:**  Thank you.

6             **THE COURT:**  Thank you.

7             **MS. MacEOIN:**  Thank you.

8             Your Honor, before Mr. Perkins comes up, I'd like

9    to address just one or two more points.

10            First of all, I made the objection about the

11   enhancement for the person being law enforcement as the

12   victim of the assault.  And I'd like to reiterate that at

13   this time in understanding a variance here.

14            You know, moments before -- and you can go back

15   and look at the video.  Moments before this entire thing

16   happened, there was an officer fallen on the ground.  And

17   Michael reached down to assist her.  She batted him away.

18   That is more indicative of Michael's interaction with law

19   enforcement than the subsequent couple of seconds.

20            You know, he saw -- if his animosity was just

21   toward law enforcement for being law enforcement, he would

22   have been kicking that person.  And instead, he's reaching

23   down to pick her up or to help her up.  And I think that

24   that's important to be considered here as well.

25            And so any arguments, Your Honor, that have been

1    rejected as far as the guideline objections, I'd ask you to

2    incorporate them into the bigger picture when imposing a

3    downward variance.  And I do believe a significant downward

4    variance is appropriate in this case.

5            So with that, Your Honor, I know that Michael

6    Perkins would like to -- he's prepared a statement he'd like

7    to read.

8            **THE COURT:**  Yes, of course.

9            **MS. MacEOIN:**  If he's unable to get through it, I

10   told him that I would read it.

11           **THE COURT:**  I understand.  Mr. Perkins.

12           **THE DEFENDANT:**  Good morning, Your Honor.

13           **THE COURT:**  Good morning.

14           **THE DEFENDANT:**  I'm going to try to read it.  I'm

15   sorry.  I'm just --

16           **THE COURT:**  I understand.

17           **THE DEFENDANT:**  -- emotional.

18           I wanted to start by apologizing to this Court and

19   to the government and to all the officers that were involved

20   that day.

21           Me, my wife and my daughter went to D.C. that day

22   with nothing but good intentions for going.  The sitting

23   President of the United States, along with so many others,

24   were claiming the election was stolen and that our country

25   was being taken over by evil.

1          We felt it was our duty as Americans and as

2     Christians to come to D.C. that day.  We came to pray for

3     our country that we love dearly.  We expected a large crowd

4     so we brought literature from our church to hand out,

5     literature that explained how anyone can go to heaven if

6     they believe and trust in what Jesus did for all of us.

7          The first half of the day was great.  We prayed.

8     We sang songs.  We laughed.  We was just enjoying being in

9     our nation's Capitol.  That morning at breakfast, before the

10    rally, I even had the privilege to lead a young man to

11    Christ and to pray with him.

12         For over two years now, I've often thought about

13    what happened in the moments.  It went from singing,

14    enjoying the day, to me, my wife and my daughter crying and

15    coughing and struggling to breathe from spraying gas and

16    just the chaos that was happening all around us.

17         And I never use the middle finger, and I know I

18    did that day.  I regret that.  Even something so small, to

19    me that -- that's not who I am.  Everything happened so

20    fast.  I didn't even have time to think.  My emotions were

21    very heavy, and I was very confused amongst all of the

22    chaos.

23         A lot happened in a few second-span that I can't

24    even explain.  I do not even remember swinging that flag

25    toward the officers.  Nonetheless, the events that

1    transpired did not portray the man I am.

2            I also want to apologize to Officers Parker and

3    Grabel that my actions that day.  I'm sorry.  I've always

4    greatly respected police officers and the position they hold

5    and would never try to harm one under normal circumstances.

6    But amongst all the chaos and confusion, I do regret my

7    actions that day.  And since that day, I've cried out to God

8    for mercy and forgiveness for anything I did that did not

9    please him.

10           I am so grateful that God is a God of second

11   chances, a God who always gives mercy and forgiveness when

12   we fumble and fault.  I cry out today to the Court and to

13   the officers for mercy and forgiveness.

14           I believe everyone in this courtroom today has

15   done things they regret or had that moment in your life that

16   you wish you could take back.

17           I'm sorry.

18           I am not perfect.  But I can say that, since I

19   have surrendered my life to Christ many years ago, I strive

20   to be more like Christ.  I strive to be honest and a loving

21   husband, father, son, church member, and a Godly man in my

22   community.  I always do my best to help and encourage anyone

23   I come in contact with regardless of race, religion or their

24   political views.

25           Since that day, I have been dealing with the

consequences of my actions.  It has not only affected me greatly but it has affected my family, my church and my community.  I want everyone to know that I've learned a lot from that day.  I've learned that, no matter what situation I am in, I must show the love of Christ and always act in a way that would please him.

Unfortunately, some of my actions did not portray Christ and I apologize for that.  In 23 years I have never been apart from my wife and children.  These past four months have felt like years.

A couple weeks ago, my wife called me and she told me my daughter's truck broke down and my daughter called her crying hysterically.  It was dark and her mother was an hour or so away and daddy was not there to help.  That same day, my son was in an accident and needed my help.  As a father, that was the worst pain and punishment I have ever felt.

I have always been there for my family and then, to not be there for my family when they needed me, it just destroyed me.  If I'm imprisoned for a long period of time, I will miss graduation, my children will not be able to attend college or tech school because of loss of income, my wife will struggle greatly financially, I'll miss many things a father waits years for, years to see.

I cry out to the Court today for mercy.  Mercy for not only me but for my family who needs me greatly.  Please

1   give me a chance to prove to this Court that I have learned

2   from my actions that day.  And I can be trusted in my

3   community to thrive and to be a great help to all I come in

4   contact with.

5           But I also want to say, no matter the outcome, no

6   matter the decision, I do love and I pray for every person

7   in this courtroom and I just thank you all.

8           Thank you, Your Honor.

9           **THE COURT:**  Thank you.

10          **MS. MacEOIN:**  Thank you, Your Honor.

11          **THE COURT:**  Anything else, Ms. MacEoin?

12          **MS. MacEOIN:**  Not at this time.  Thank you,

13  Your Honor.

14          **THE COURT:**  Anything from the government?

15          **MR. BALLOU:**  No, Your Honor.

16          Thank you, everyone.

17          I will take a recess to reflect on what we've

18  discussed and what I've heard and come back and pronounce

19  the sentence.

20          I don't know exactly how long I will be, probably

21  about 15 minutes.  Okay?

22      (Recess from 11:07 a.m. to 11:35 a.m.)

23          **DEPUTY CLERK:**  Your Honor, we are now back on the

24  record.

25          **THE COURT:**  Thank you.

1          Ms. MacEoin.

2          **MS. MacEOIN:**  Yes, thank you.

3          Your Honor, one additional argument that occurred

4   to me after I filed the written submission that I think, I

5   just want to put on the record is that Mr. Perkins'

6   conviction under 111(b) will disqualify him from the FSA

7   credits, the new credits that give, basically amount to a

8   shorter sentence for an individual.

9          And the reason I bring that up is because anybody

10  convicted of 111(b), regardless of their conduct,

11  disqualifies from that time credit.  He will get the

12  15 percent, which is across the board, but there's the FSA

13  credits 10 days for 30 days beyond that, and that's a very

14  significant difference.

15         Again, I contrast it with somebody who injured a

16  police officer so badly that they had to leave their job or

17  had to get medical treatment versus, in this case, an

18  officer who didn't even realize he was hit with anything

19  until the film was slowed down for him.

20         So I'd just ask Your Honor, respectfully, to

21  incorporate that, as well, into the request --

22         **THE COURT:**  Yes.  Thank you for that.

23         **MS. MacEOIN:**  Thank you.

24         **THE COURT:**  I understand the argument obviously.

25         As I typically do, before walking through the --

1    my thoughts around the 3553(a) factors, one of which of

2    course is the guidelines, I typically summarize the parties'

3    positions which I will do so here.

4            The government, again, based on its then

5    guidelines calculation of 87 to 108 months, had proposed in

6    its sentencing brief a sentence of 90 months' incarceration,

7    three years of supervised release a $13,004 fine and $2,000

8    in restitution.

9            Given my guidelines calculation of 63 to 78

10   months, the government proposes an in-guidelines sentence

11   which -- and I think I'm not sure that we discussed a

12   specific time but I inferred something like 78 months.

13           Probation, based on its guidelines calculation of

14   78 to 97 months, recommended a low-end sentence of 78

15   months' incarceration, followed by 36 months of supervised

16   release, a $13,000 fine and 2,000 in restitution.

17           And Mr. Perkins, of course, asks for a significant

18   downward variance.  I think his brief can be read to argue

19   that the guidelines range should have been 12 to 18 months

20   based on a total offense level of 13, and I know Ms. MacEoin

21   didn't want to, you know, expressly ask for a particular

22   sentence, but I think it's fair to say today advocated for a

23   time-served sentence.

24           So those are the parties' respective positions.

25   Obviously, they are miles apart.

1          As for me, in imposing a sentence, I am required

2     to consider the Section 3553(a) factors, one of which,

3     again, is the sentencing guidelines.  The sentencing

4     guidelines are advisory, but they certainly direct me to

5     sentence Mr. Perkins to 63 to 78 months of incarceration.

6          But I must also consider the nature and

7     seriousness of the offense.  I've said this many times.  I

8     said it yesterday.  Many people in this courtroom have heard

9     this before.  The events of January 6th were very and

10    unquestionably serious.

11         Mr. Perkins and others entered the U.S. Capitol

12    grounds while a joint session of Congress was meeting to

13    certify the results of the presidential election.

14         Many of the people there planned to come to the

15    Capitol for the express purpose of interrupting those

16    proceedings.  Many used violence against law enforcement

17    officers or engaged in vandalism.  Many engaged in planning

18    efforts before January 6th suggesting that they intended to

19    engage in violence.

20         I'm not suggesting at all that Mr. Perkins engaged

21    in those pre-January 6th efforts.  What I think is important

22    here is that every person who was there, every participant

23    in the riots made an impact, as one of the primary strengths

24    of the rioters on January 6th was the sheer number of the

25    rioters.  As I've seen here and in other cases, law

1    enforcement was overwhelmed many times because of the

2    conduct of the rioters on January 6th.

3            As for Mr. Perkins, himself, his personal conduct

4    that day was quite serious.  He assaulted officers by

5    swinging a flagpole downward at them toward their head and

6    neck areas.  He remained on restricted grounds for several

7    areas.

8            Having said that, in comparison with other

9    assaults, other assaults even those with deadly or dangerous

10   weapons, his offense is certainly not the most serious, both

11   based on the relative dangerousness of the weapon and the

12   level of intent that animated his actions.  But the

13   seriousness and intentional nature of his actions weigh in

14   favor of a significant sentence.

15           The next factor I must consider is the history and

16   characteristics of the defendant.  Mr. Perkins is 40 years

17   old.  At the time of his arrest, he was living in Florida

18   with his wife and two children, who he will return to after

19   he finishes serving any sentence.

20           As I said earlier, I reviewed and viewed video

21   statements from all three family members in connection with

22   the sentence.  Mr. Perkins was most recently self-employed

23   as a handyman.  He has only one previous conviction from 17

24   years ago for which he pleaded guilty and served only

25   probation.

1    He has some history of substance abuse but has

2    been sober for many, many years.  He has very, very

3    significant support, both from the family members I

4    mentioned and his community.  In fact, Mr. Perkins may have

5    the best and strongest level of community support that I

6    have seen.

7    As Ms. MacEoin argued and I think it's quite

8    clear, the record reflects Mr. Perkins also did not brag or

9    post or otherwise tell the world about what he had done on

10   January 6th.  And then, again, today I found Mr. Perkins to

11   be very remorseful and not just about the consequences of

12   his actions but about those actions themselves.  And for

13   those reasons, Mr. Perkins' history and characteristics,

14   this factor, weigh substantially in his favor.

15   The next factor I have to consider is protecting

16   the public respect for law and deterrence.  As we discussed

17   to some extent today, which is to say I have to ensure that

18   a sentence would both deter Mr. Perkins from future criminal

19   conduct and others.

20   In my view, Mr. Perkins is a low risk of

21   recidivism.  He only has one previous conviction.  There is

22   no evidence, as I said, that he engaged in any preplanning

23   at all with respect to January 6th, that he anticipated any

24   violence that day or that he bragged about or reveled in his

25   conduct that day.

1          He also, I think, again, was quite remorseful in

2    his statement earlier.  And I believe it unlikely that the

3    precise circumstances that led to his protesting inside the

4    Capitol or anything like that will ever recur.

5          On the other hand, of course, it is the case that

6    he knowingly remained on Capitol grounds in a restricted

7    area for several hours despite seeing the chaos and violence

8    around him, and he actively engaged, at least in a window of

9    time, in that chaos and violence.  Taking all of those

10   factors considered together, I believe it very unlikely that

11   Mr. Perkins will reoffend in this or any other manner.  But

12   others must be sufficiently deterred from engaging in

13   similar actions.

14         Being around and within a violent riot prevents

15   police from dealing with those who are violent.  And if

16   there is such a thing, January 6th wasn't an ordinary

17   violent riot but one that interfered with the counting of

18   electoral votes and the peaceful transition of power, which

19   is one of the bedrocks of our democracy.

20         It's not to say that people aren't allowed to

21   question election integrity or fairness.  They certainly

22   are.  But being part of a violent riot is always

23   unacceptable and especially at such a sensitive time for our

24   nation.

25         An exceedingly light sentence might not

1      sufficiently deter other would-be future rioters.  So I

2      think there really isn't much need for specific deterrence,

3      but there is a need for general deterrence, which makes this

4      factor close to neutral and I suppose would weigh in favor

5      of an in-guideline sentence.

6            Another factor I have to consider is the need to

7      avoid unwarranted sentence disparities.  As everyone, I

8      think, heard earlier, and certainly people who have been in

9      this court before, I care a lot about this here as I have in

10     all of my January 6th cases.

11           Mr. Perkins, for his part, has provided a number

12     of comparator cases to help guide my analysis, including

13     *Denney, Elliott, Hazard, Hernandez, Nix, Miller,*

14     *Blackenwell, Judd, Byerly* and *Fitzsimons*.  The government

15     has its own comparators, *Gillespie, Schwartz, Webster,*

16     *Kenyon, Beddingfield, Miller, McGrew, Ponder, Price,*

17     *Robertson.*

18           Based on my review of the evidence here, as well

19     as the reasons other judges on this court have given for the

20     sentences imposed in their cases, and the reasons I have

21     given in the cases in which I have sentenced January 6th

22     defendants, it appears to me that Mr. Perkins' actions were

23     below average in severity and culpability with respect to

24     those who have been sentenced to the same charges as

25     Mr. Perkins.

1          As I noted, his conduct that day, and in

2   particular the window where he was directly engaged with the

3   officers, was very serious and intentional.  I do not take

4   the assault on police officers and the significant risk the

5   officers were exposed to as a result lightly.  No one

6   should.

7          But there are factors that make his behavior less

8   serious than other rioters charged with similar offenses.

9   He didn't enter the Capitol.  He didn't plan for violence or

10  bring protective gear.  He committed, as I said and as

11  everyone knows, his most serious conduct during a relatively

12  short period and otherwise did not have direct contact with

13  officers that day.

14         The weapon he used, though deadly and dangerous

15  within the meaning of the statute, was considerably less

16  dangerous than, for example, the wooden table leg with a

17  nail protruding from it used by Kenyon or the wooden spear

18  wielded by Fitzsimons.

19         I also don't think that Mr. Perkins had the same

20  level of intent to harm officers as, for example, Kenyon and

21  Fitzsimons and other rioters who repeatedly assaulted

22  officers with deadly or dangerous weapons.

23         Based on previous sentences I have imposed, I have

24  concluded that Mr. Perkins' conduct -- just talking about

25  the conduct on January 6th was worse than the conduct of

Miller or Beddingfield, who each received 38 months of
incarceration, but significantly less serious than Kenyon,
who received 72 months.  That leaves a large gap to
consider, but there are other relevant reference points.

Denney engaged in significant preplanning of
violence and equipped himself and others with tactical gear
and weapons and received a period of incarceration of 52
months.  Hazard's conduct resulted in actual injury to an
officer.  He received 57 months.  Nix injured an officer
with a flagpole and received 42 months.

Gillespie twice grabbed police riot shields and
used them to ram -- and rammed them into police as well as
grabbing an MPD sergeant by the arm for several seconds and
yanking him towards the mob.  He received 68 months.

And Ponder received 63 months for swinging a pole
at officers, striking two officers' shields and hitting a
third in the shoulder and later finding himself back at the
front of the line of rioters against the police holding a
police riot shield.

None of those, of course, as I discussed,
especially with Mr. Ballou this morning, is a perfect
comparator.  But in my view, the relative similarity of
Mr. Perkins' assaultive conduct, the relative low end of
dangerousness of the flagpole as a weapon, his lack of
preplanning and the lack of injury to an officer lead me to

1    conclude that Mr. Perkins is somewhat below average in his

2    culpability compared to similar defendants, that is to say

3    those who were convicted of similar offenses.

4            The next factor I must consider is the need to

5    provide restitution to any victims of the offense.

6    Restitution may be imposed in criminal proceedings only when

7    authorized by statute.  It is not clear at all to me that

8    there is a statutory basis for a restitution order here and,

9    unlike in some other cases where restitution is agreed to

10   and because I'm not yet convinced there is a legal basis for

11   it, I will not order restitution here.

12           So where does that leave us?  I have, on the one

13   hand, conduct that, in my view, is highly, highly

14   problematic, dangerous, creating very significant risk of

15   physical injury and not just, while that was the conviction,

16   the swinging of a flagpole but other conduct at that moment.

17           On the other hand, very, very, very serious.  On

18   the other hand, a defendant, who I believe is remorseful in

19   a meaningful way and by which I mean not just about the

20   consequences of his conduct and the fact that he is now a

21   convicted felon but actually remorseful about having engaged

22   in the conduct in the first place, together with what seems

23   to me a lot of support from his community and family and as

24   strong a set of that community and family support as I've

25   seen.

1          And then, of course, thinking about this, the

2    conduct, which again I think is very serious, as being not

3    as serious as, for example, Mr. Kenyon but more serious than

4    that of some other defendants I have sentenced.

5          In my judgment a below-guidelines sentence is

6    appropriate here, but not so substantially below guidelines

7    and certainly not nearly as substantially below guidelines

8    as Ms. MacEoin has abdicated for, quite ably, I should add.

9          In my view, you, Michael Perkins, are hereby

10   committed to and, based on my review of the record, the

11   trial in this case, all of the factors I've already

12   identified, to an appropriate sentence into the custody of

13   the Bureau of Prisons for a term of imprisonment for

14   concurrent terms of 48 months on each of Counts 1, 7, 21, 23

15   and 25, and to six months on Count 27.

16          You are further sentenced to serve concurrent

17   terms of 36 months of supervised release on Counts 1, 7, 21,

18   23 and 25.  Supervised release does not apply to Count 27.

19          You are ordered to pay a special assessment of

20   $510.  I am ordering neither a fine nor restitution.

21          While on supervision, you are required to abide by

22   several mandatory conditions, which are imposed to establish

23   the basic expectations for your conduct.  While on

24   supervision, you must not commit another federal, state or

25   local crime.  You must not unlawfully possess a controlled

1    substance.  You must refrain from any unlawful use of a

2    controlled substance.

3            I am going to waive the drug testing requirement

4    given your many, many years of sobriety.  You must cooperate

5    in the collection of DNA as directed by the probation

6    officer.

7            Finally, you shall comply with the discretionary

8    conditions outlined on Pages 24 to 25 of the final

9    presentence report, which I will not repeat here.  I find

10   that those conditions are reasonably related to the relevant

11   sentencing factors set forth in 18 U.S. Code, Section

12   3553(a) and involve no greater deprivation of liberty than

13   reasonably necessary to achieve the purposes of sentencing.

14           As Ms. MacEoin knows, once I have pronounced the

15   sentence, you have 14 days within which to appeal the

16   judgment here.  If you are unable to afford the cost of an

17   appeal, you may seek permission from the Court to file an

18   appeal without cost to you.  The same is true with any

19   proceeding you might wish to pursue under 28 U.S. Code 2255.

20           Mr. Ballou, does the government have any

21   objections or questions about the sentence I have imposed

22   that you would like to state at this time?

23           **MR. BALLOU:**  No objections or questions,

24   Your Honor.

25           **THE COURT:**  Ms. MacEoin?

1    **MS. MacEOIN:**  Your Honor, my objections are

2    codified --

3    **THE COURT:**  Yes.

4    **MS. MacEOIN:**  -- in the written motion.  Thank

5    you.

6    **THE COURT:**  Are there any recommendations you

7    would like me to make in the judgment?

8    **MS. MacEOIN:**  Certainly.  Can I approach?

9    **THE COURT:**  Please.

10    **MS. MacEOIN:**  I have two.  The first is that I ask

11    Your Honor to place in the judgment and commitment order

12    recommendation that he serve his sentence as close to Plant

13    City, Florida, as possible, where he has the family and

14    extensive support.

15    **THE COURT:**  Yes, I will do that.

16    If you have a particular facility you would like

17    me to recommend, if you could communicate that to Ms. Moore.

18    **MS. MacEOIN:**  I don't, but I will do is get back

19    to chambers this afternoon.

20    **THE COURT:**  All right.  I will make that

21    recommendation.

22    **MS. MacEOIN:**  Thank you.

23    The other request I have, Your Honor, is

24    Mr. Perkins was detained under Section 3143 due to the

25    conviction under 111(b).  I am asking the Court to exercise

1   some discretion here and possibly release him today to his

2   family to go back to Florida and get a turn-in date of

3   approximately 45 days.  By then the Bureau of Prisons will

4   have designated him.  He has no objection to being on an

5   electronic monitor during this time.

6        This will allow him to sell his car, which he

7   needs to do to help support his family, and will also give

8   him security points with the self-surrender at the actual

9   designated facility when the Bureau of Prisons makes that

10  recommendation.

11       They're prepared to transport him today, if

12  Your Honor permits this.

13       **THE COURT:**  Do I have authority to do this?

14       **MS. MacEOIN:**  Your Honor, the statute -- first of

15  all, Your Honor, since we were before the Court on this

16  issue, I came to understand that at least one other Judge

17  had denied the government's request to detain under 111(b).

18  I am not sure of the reasoning for that.

19       But under 3143, the language is, The Judicial

20  officer shall order that a person who has been found guilty

21  of an offense in a case described in subparagraphs a, b and

22  c of subsection (f)(1), et cetera, shall be detained

23  unless -- and then it gives the reasons there.

24       Again, it's "shall be detained."  And I think the

25  title of it is Release Pending Detention.  I'm sorry.

1     Release or detention pending sentence.  That's the title of

2     the section.

3              So I guess the -- the issue is to whether he can

4     be released pending actual commencement of the sentence.

5              **THE COURT:**  Yes.

6              Mr. Ballou, what's the government's view on this

7     one?

8              **MR. BALLOU:**  Your Honor, I am not aware of any

9     precedence for doing this, and I am not sure of if you have

10    a mechanism for doing so, but we'd need to do some more

11    research on this.

12             **THE COURT:**  Here is my view on this one.  As

13    everyone knows, I would have permitted Mr. Perkins to remain

14    released pending sentencing because, for many of the reasons

15    I've discussed today and also his very good compliance with

16    all of his conditions of release pretrial, I would have

17    exercised my discretion if I had that power to have allowed

18    him to remain released pending sentencing.

19             I concluded that, unfortunately, I didn't have

20    that discretion.  I didn't have the power.  I actually was

21    obligated to detain Mr. Perkins pending sentencing.  It

22    seems to me that I find myself in exactly the same

23    situation, which is to say, I would allow Mr. Perkins to

24    self-surrender if I had the power to do so.

25             It seems like a huge stretch to think that I was

1       required to detain him pending sentencing but, now that I've

2       sentenced him, I have some power to not have him continue to

3       be detained.  But I haven't researched that question.

4              I don't want to assume I lack that power on the

5       fly.  It seems to me that, if I were to conclude that I have

6       the power to do what you're suggesting, Ms. MacEoin, even if

7       I did that a week from now, then we could, basically, have

8       Mr. Perkins go home at that time until his surrender date.

9              It's a very long way of saying, I don't want to

10      just do this off the cuff.  So what I would like is sort

11      of -- I mean, basically, the way we did it before.  I would

12      like the parties to discuss, in the first instance, whether

13      they think they agree that I have the power or if they agree

14      I don't have the power or there's a disagreement about

15      whether I have that power.

16             If there's a disagreement on the question, I would

17      like at least some short briefs, because I want to get this

18      right.  And again, to be very clear, the only reason

19      Mr. Perkins has been detained to this point, from my

20      perspective, is because I had an obligation imposed on me by

21      Congress and the statute to do so.  I would not have

22      detained him up to this point.

23             In my view, the exact same question is going to

24      apply to his detention between today's date and when he

25      would self-surrender if that's where we get.

1        So why don't the parties discuss, perhaps even

2   right now, what their view is on this question.  I realize

3   you may not reach agreement.  You haven't had an opportunity

4   to research it.  But if the parties could inform me, through

5   Ms. Moore, by close of business tomorrow, if they either

6   agree on one outcome or the other or if there's

7   disagreement.

8        If there is disagreement, what I would like,

9   Ms. MacEoin, is for you then to submit a short brief on why

10  you think I have this power by August 22nd, which is next

11  Tuesday.  And the government could oppose that position by

12  August 24th.

13        And then, so even if there is a dispute, then by

14  August 24th, I can decide whether I have this power.  And if

15  I think I have the power, then I will very likely exercise

16  it.  And we would allow Mr. Perkins to be home and do all

17  the things we're talking about now before self-surrendering.

18  And if I conclude that my hands are tied, so to speak, then

19  I will, unfortunately for Mr. Perkins' sake, say that.

20        But again, I've now said it five times, but if I

21  have the power, I would allow Mr. Perkins to go home in this

22  interim period.  I just don't know that I do.

23        **MS. MacEOIN:**  Sure.

24        **THE COURT:**  Okay.

25        Anything else we should discuss today from the

1    government's perspective, Mr. Ballou?

2              **MR. BALLOU:**  Your Honor, just dismissing the

3    initial indictment.

4              **THE COURT:**  Yes.  Agree.

5         **MS. MacEOIN:**  No objection.

6              **THE COURT:**  I assume there's no objection to that.

7    The initial indictment is dismissed.

8         Ms. MacEoin, anything you would like to raise?

9         **MS. MacEOIN:**  Not for the defense.  Thank you.

10             **THE COURT:**  Okay.  Thank you, all.

11        (Proceedings concluded at 12:02 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **C E R T I F I C A T E**

2

3          I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9      September 24, 2023        /s/  Lorraine T. Herman
                **DATE**                   **Lorraine T. Herman**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DEPUTY CLERK: [2]**
2/2 47/23
**MR. BALLOU: [20]** 2/9
2/20 3/13 7/7 13/24
14/4 16/4 17/14 19/16
19/25 22/18 22/24
23/14 23/18 25/12
25/18 47/15 59/23 62/8
65/2
**MS. KEARNEY: [1]**
21/11
**MS. MacEOIN: [38]**
2/13 2/21 3/14 6/19
6/19 6/25 17/17 17/20
17/25 19/7 25/21 25/24
26/5 26/7 26/9 26/11
26/13 26/16 26/18
28/15 38/13 38/16 42/7
43/9 47/10 47/12 48/2
48/23 60/1 60/4 60/8
60/10 60/18 60/22
61/14 64/23 65/5 65/9
**THE COURT: [68]**
**THE DEFENDANT: [6]**
7/14 7/18 7/21 43/12
43/14 43/17
**THE WITNESS: [4]**
38/18 38/20 39/6 42/5

**$**

**$13,000 [1]** 49/16
**$13,004 [1]** 49/7
**$2,000 [1]** 49/7
**$25,000 [1]** 13/7
**$250,000 [1]** 13/8
**$510 [2]** 13/16 58/20

**/**

**/s [1]** 66/9

**0**

**04 [1]** 1/6

**1**

**1.8 [1]** 25/2
**10 [4]** 8/12 9/16 40/11
48/13
**10 percent [2]** 40/10
40/12
**10007 [1]** 1/14
**108 [1]** 49/5
**10:03 [1]** 1/7
**111 [9]** 8/24 14/9 14/11

8/12 20/1 48/6 48/10 24
60/25 61/17
**11:07 [1]** 47/22
**11:35 [1]** 47/22
**12 [1]** 49/19
**12:02 p.m [1]** 65/11
**13 [8]** 4/18 5/1 8/15
9/19 9/25 10/3 12/11
49/20
**14 [7]** 6/9 6/21 6/24 7/2
8/21 10/11 59/15
**15 [4]** 1/5 6/21 7/2
47/21
**15 percent [1]** 48/12
**1512 [1]** 20/15
**16 [3]** 6/9 6/24 7/2
**16-minute [1]** 32/18
**17 [2]** 5/3 51/23
**1752 [3]** 14/12 14/12
20/15
**1753 [1]** 15/10
**17th [1]** 36/21
**18 [3]** 21/25 49/19
59/11
**19106 [1]** 1/20
**1970s [1]** 24/21
**1984 [1]** 24/23
**1:21-447 [1]** 1/4
**1:56 [1]** 14/19

**2**

**2,000 [1]** 49/16
**20 [2]** 30/21 37/16
**20001 [1]** 1/24
**2020 [1]** 27/13
**2021 [1]** 6/11
**2021-447 [1]** 2/3
**2023 [1]** 1/5 66/9
**20530 [1]** 1/17
**21 [13]** 5/17 9/10 9/14
9/19 9/24 10/2 11/4
11/7 12/9 13/13 15/9
58/14 58/17
**21-cr-259 [1]** 20/3
**21-cr-66 [1]** 20/23
**22 [2]** 6/1 6/5
**2255 [1]** 59/19
**22nd [1]** 64/10
**23 [17]** 6/9 6/20 6/24
7/2 10/1 10/3 11/4 11/7
11/13 12/6 12/9 12/23
13/13 15/9 46/8 58/14
58/18
**231 [2]** 14/10 32/18

8/12 20/1 48/6 48/10 24
59/8 66/9
**24th [2]** 64/12 64/14
**25 [13]** 6/9 6/20 6/24
7/3 10/7 10/15 11/3
11/6 12/9 13/13 58/15
58/18 59/8
**259 [1]** 20/3
**26 [7]** 9/9 11/15 12/12
12/14 12/20 12/25 13/5
**27 [5]** 10/17 13/11
13/14 58/15 58/18
**28 [1]** 59/19
**2:12 [1]** 14/20
**2A1.2.a.2 [1]** 18/3
**2A2.2 [11]** 8/18 8/21
9/24 10/6 10/7 10/10
11/13 12/5 12/21 12/22
16/14
**2A2.4 [7]** 8/11 8/18
9/11 9/16 10/1 10/5
10/8
**2B2.3 [1]** 9/11
**2B2.c.1 [1]** 15/12
**2X1.1 [1]** 9/12

**3**

**30 [1]** 48/13
**3143 [2]** 60/24 61/19
**32 [1]** 7/23
**333 [1]** 1/24
**3553 [5]** 18/21 28/23
49/1 50/2 59/12
**36 [2]** 49/15 58/17
**38 [2]** 21/4 56/1
**3A1.1 [1]** 13/1
**3A1.2 [2]** 9/1 10/14
**3D1.2 [2]** 10/18 10/19

**4**

**40 [3]** 20/15 37/5 51/16
**42 [2]** 32/12 56/10
**447 [2]** 1/4 2/3
**45 [1]** 61/3
**48 [1]** 58/14

**5**

**50 [1]** 37/5
**5104 [1]** 20/15
**52 [1]** 56/7
**540 [1]** 1/20
**57 [1]** 56/9

**6**

**60 [1]** 13/10

601 [1] 1/20

**63 [5]** 13/6 20/18 49/9
50/5 56/15
**66 [1]** 20/23
**68 [1]** 56/14
**6th [22]** 19/23 23/11
23/20 25/10 27/5 27/6
28/1 33/25 33/25 38/3
40/19 50/9 50/18 50/21
50/24 51/2 52/10 52/23
53/16 54/10 54/21
55/25

**7**

**72 [2]** 22/13 56/3
**78 [6]** 13/6 49/9 49/12
49/14 49/14 50/5

**8**

**87 [1]** 49/5

**9**

**90 [3]** 21/24 34/25 49/6
**950 [1]** 1/16
**97 [1]** 49/14

**A**

**a.m [3]** 1/7 47/22 47/22
**abdicated [1]** 58/8
**aberration [2]** 27/6
32/15
**abide [1]** 58/21
**ability [1]** 39/2
**able [2]** 41/3 46/20
**ably [1]** 58/8
**about [44]** 6/20 7/16
11/2 13/21 15/25 19/20
23/15 24/17 27/1 28/1
28/8 29/12 29/16 30/5
31/3 31/23 32/16 32/17
32/22 33/21 34/5 34/14
34/23 35/2 35/16 36/7
36/19 38/6 39/16 42/10
44/12 47/21 52/9 52/11
52/12 52/24 54/9 55/24
57/19 57/21 58/1 59/21
63/14 64/17
**above [1]** 66/5
**above-entitled [1]**
66/5
**absence [2]** 41/8
41/14
**absolute [4]** 27/6
32/15 36/4 36/23
**absolutely [3]** 28/4

# A

**absolutely... [2]** 28/6 29/7
**abundantly [1]** 26/21
**abuse [3]** 32/2 41/13 52/1
**academic [1]** 24/21
**accept [1]** 7/25
**acceptance [1]** 13/1
**accepted [2]** 21/3 23/1
**accepts [1]** 23/4
**accident [1]** 46/15
**accounts [1]** 32/12
**achieve [1]** 59/13
**across [1]** 48/12
**act [2]** 24/22 46/5
**acted [2]** 9/3 29/18
**Action [1]** 1/3
**actions [19]** 16/7 20/5 20/7 21/3 24/11 29/18 33/23 40/18 45/3 45/7 46/1 46/7 47/2 51/12 51/13 52/12 52/12 53/13 54/22
**actively [1]** 53/8
**acts [2]** 11/19 29/9
**actual [3]** 56/8 61/8 62/4
**actually [5]** 14/6 27/10 36/8 57/21 62/20
**add [2]** 3/10 58/8
**additional [1]** 48/3
**address [4]** 4/6 4/7 38/10 42/9
**admirable [1]** 24/2
**adopt [2]** 6/4 8/2
**advice [1]** 25/7
**advisory [4]** 8/6 25/6 38/24 50/4
**advocate [2]** 40/21 40/23
**advocated [1]** 49/22
**affected [3]** 14/19 46/1 46/2
**afford [1]** 59/16
**afforded [2]** 36/9 36/9
**after [9]** 4/4 4/12 26/24 27/2 29/15 32/21 33/1 48/4 51/18
**afternoon [1]** 60/19
**again [37]** 4/15 8/5 12/24 16/16 17/22 18/5 20/23 21/2 26/15 27/8 28/17 29/2 29/3 29/5

29/7 29/25 30/11 32/16 32/19 34/8 34/24 35/3 35/9 38/4 38/6 38/7 38/19 38/21 48/15 49/4 50/3 52/10 53/1 58/2 61/24 63/18 64/20
**against [3]** 29/1 50/16 56/18
**aggravated [5]** 10/9 11/21 11/25 18/12 32/19
**ago [4]** 21/16 45/19 46/11 51/24
**agree [7]** 4/19 6/2 6/10 63/13 63/13 64/6 65/4
**agreed [2]** 39/10 57/9
**agreement [1]** 64/3
**albeit [1]** 9/22
**all [40]** 10/20 10/24 11/8 11/14 11/17 11/18 14/18 16/1 19/14 24/1 26/1 26/18 32/11 32/24 35/9 36/4 37/7 37/24 40/20 40/20 42/10 43/19 44/6 44/16 44/21 45/6 47/3 47/7 50/20 51/21 52/23 53/9 54/10 57/7 58/11 60/20 61/15 62/16 64/16 65/10
**allow [4]** 61/6 62/23 64/16 64/21
**allowed [3]** 28/12 53/20 62/17
**alluded [1]** 11/12
**along [2]** 33/16 43/23
**already [2]** 39/4 58/11
**also [23]** 6/8 6/20 6/21 8/25 9/5 10/13 10/22 11/23 12/23 17/18 20/10 22/10 27/13 34/14 39/22 45/2 47/5 50/6 52/8 53/1 55/19 61/7 62/15
**Alternatively [1]** 12/5
**although [3]** 4/23 12/3 17/2
**always [7]** 41/9 45/3 45/11 45/22 46/5 46/17 53/22
**am [23]** 5/9 10/13 17/10 17/12 19/4 35/4 39/6 39/8 39/8 39/14 39/14 44/19 45/1 45/10 45/18 46/5 50/1 58/20

59/3 60/2 60/4/18 62/89
62/9
**AMERICA [2]** 1/3 2/3
**Americans [1]** 44/1
**Ami [1]** 2/5
**among [2]** 11/1 22/4
**amongst [2]** 44/21 45/6
**amount [1]** 48/7
**analog [1]** 23/13
**analysis's [1]** 54/12
**Andrew's [1]** 1/13
**angry [2]** 32/22 32/25
**animated [1]** 51/12
**animosity [1]** 42/20
**annually [1]** 30/21
**anomalous [1]** 12/2
**another [6]** 9/13 23/10 26/11 34/13 54/6 58/24
**answer [2]** 14/5 18/14
**anti [1]** 24/24
**anti-disparity [1]** 24/24
**anticipate [1]** 33/17
**anticipated [2]** 34/2 52/23
**Antifa [1]** 34/15
**Antitrust [1]** 1/16
**any [24]** 6/5 6/13 13/22 23/21 29/2 29/20 30/11 33/1 33/11 35/11 35/18 35/21 40/2 42/25 51/19 52/22 52/23 53/11 57/5 59/1 59/18 59/20 60/6 62/8
**anybody [2]** 29/13 48/9
**anyone [5]** 3/10 4/7 34/14 44/5 45/22
**anything [10]** 3/10 7/5 40/6 45/8 47/11 47/14 48/18 53/4 64/25 65/8
**anywhere [1]** 22/16
**apart [3]** 12/13 46/9 49/25
**apologize [2]** 45/2 46/8
**apologizing [1]** 43/18
**appeal [3]** 59/15 59/17 59/18
**APPEARANCES [1]** 1/11
**appeared [1]** 22/5
**appears [1]** 54/22

**applicable [3]** 13/7 13/14 13/15
**applied [2]** 9/15 10/10
**applies [12]** 8/11 8/14 8/20 8/23 8/24 9/1 9/8 9/10 9/18 10/1 10/12 16/14
**apply [15]** 8/18 8/18 9/12 10/6 10/13 10/16 11/13 12/5 12/21 13/2 13/11 15/8 15/14 58/18 63/24
**applying [3]** 11/21 11/25 13/5
**appreciate [2]** 17/7 38/21
**apprehended [1]** 27/20
**approach [3]** 6/17 11/16 60/8
**approached [1]** 4/22
**approaches [3]** 12/15 12/19 23/12
**appropriate [11]** 4/8 8/8 9/23 13/21 19/10 19/13 35/4 36/15 43/4 58/6 58/12
**approximately [1]** 61/3
**April [1]** 36/21
**are [67]**
**area [3]** 26/19 33/3 53/7
**areas [2]** 51/6 51/7
**aren't [1]** 53/20
**argue [1]** 49/18
**argued [1]** 52/7
**argues [3]** 11/2 11/6 11/8
**argument [12]** 3/24 4/2 12/4 15/4 15/25 18/21 18/22 19/5 34/5 35/1 48/3 48/24
**arguments [5]** 4/1 13/21 19/1 35/10 42/25
**arise [1]** 41/7
**arm [1]** 56/13
**armored [1]** 28/3
**around [8]** 20/8 22/9 30/21 39/21 44/16 49/1 53/8 53/14
**arrest [3]** 27/23 27/25 51/17
**arrested [1]** 29/3

**A**

**articulated [4]**  5/15 16/25 17/11 19/1
**articulation [1]**  17/4
**as [141]**
**ask [5]**  36/14 43/1 48/20 49/21 60/10
**asked [2]**  18/11 27/3
**asking [1]**  60/25
**asks [2]**  34/25 49/17
**assault [20]**  5/5 5/8 9/2 10/9 11/22 11/25 12/7 12/9 12/12 14/9 15/4 15/20 15/24 16/3 16/16 18/12 20/14 32/19 42/12 55/4
**assaulted [4]**  9/5 20/4 51/4 55/21
**assaultive [1]**  56/23
**assaults [3]**  14/16 51/9 51/9
**assessment [2]**  13/16 58/19
**assist [1]**  42/17
**assisted [1]**  16/9
**associate [1]**  16/19
**assume [2]**  63/4 65/6
**assure [1]**  14/4
**attack [3]**  16/12 16/19 24/5
**attacked [2]**  16/18 24/4
**attacking [1]**  16/10
**attacks [2]**  24/11 24/14
**attempt [2]**  6/6 35/17
**attempting [1]**  34/11
**attend [3]**  28/12 39/19 46/21
**attended [1]**  27/12
**attends [1]**  39/18
**attorney [1]**  28/1
**August [4]**  1/5 64/10 64/12 64/14
**authority [1]**  61/13
**authorized [1]**  57/7
**Avenue [2]**  1/16 1/24
**average [2]**  54/23 57/1
**averages [1]**  30/21
**avoid [2]**  34/18 54/7
**avoiding [1]**  24/17
**aware [5]**  4/23 23/19 26/21 37/13 62/8
**away [3]**  34/1 42/17

**B**

**back [16]**  30/5 33/10 33/24 36/3 38/20 39/12 40/25 41/4 42/2 42/14 45/16 47/18 47/23 56/17 60/18 61/2
**backdrop [1]**  31/21
**background [1]**  38/2
**badly [1]**  48/16
**Ballou [11]**  1/15 2/8 2/10 7/5 19/15 25/19 36/1 56/21 59/20 62/6 65/1
**Bankruptcy [1]**  1/23
**Barbies [1]**  31/16
**barns [1]**  30/10
**barriers [1]**  4/21
**based [9]**  5/19 30/19 49/4 49/13 49/20 51/1 54/18 55/23 58/10
**baseline [4]**  8/12 8/21 9/16 10/11
**bases [1]**  14/24
**basic [1]**  58/23
**basically [3]**  48/7 63/7 63/11
**basis [3]**  6/11 57/8 57/10
**baton [1]**  28/3
**batted [1]**  42/17
**battle [1]**  28/3
**be [68]**
**became [2]**  32/22 32/25
**because [27]**  8/12 8/22 8/23 9/14 9/16 10/8 10/11 11/17 12/12 13/9 13/25 14/15 14/22 20/11 21/24 30/22 33/22 35/5 35/16 36/10 46/21 48/9 51/1 57/10 62/14 63/17 63/20
**become [1]**  34/3
**becoming [1]**  32/21
**Beddingfield [13]**  20/22 20/24 21/1 21/2 21/4 21/7 21/13 21/14 21/19 34/7 34/20 54/16 56/1
**Beddingfield's [1]**  34/8
**bedrocks [1]**  53/19

**been [22]**  3/9 4/21 7/16 21/25 22/5 25/2 25/10 28/7 36/19 37/14 38/5 42/22 42/25 45/25 46/9 46/17 49/19 52/2 54/8 54/24 61/20 63/19
**before [21]**  1/9 3/10 16/5 16/5 17/6 19/20 23/9 28/8 30/13 34/25 42/8 42/14 42/15 44/9 48/25 50/9 50/18 54/9 61/15 63/11 64/17
**begin [2]**  3/10 19/16
**beginning [3]**  2/7 24/21 38/23
**behalf [4]**  2/14 39/7 39/8 40/21
**behavior [1]**  55/7
**being [17]**  9/21 18/3 19/1 19/20 24/9 27/3 27/25 29/4 37/7 42/11 42/21 43/25 44/8 53/14 53/22 58/2 61/4
**belabor [1]**  34/22
**beliefs [3]**  31/2 34/19 34/20
**believe [28]**  4/2 4/8 5/21 6/2 6/5 6/23 8/25 9/6 9/20 9/24 12/23 15/10 18/11 19/13 21/5 24/18 25/4 25/7 25/7 26/13 41/23 41/23 43/3 44/6 45/14 53/2 53/10 57/18
**believes [1]**  14/14
**belong [1]**  35/18
**below [5]**  54/23 57/1 58/5 58/6 58/7
**below-guidelines [1]**  58/5
**Benet [2]**  1/12 2/10
**benet.kearney [1]**  1/14
**best [4]**  20/2 37/15 45/22 52/5
**better [1]**  42/2
**between [4]**  11/1 14/19 22/24 63/24
**beyond [1]**  48/13
**bible [1]**  31/18
**big [3]**  12/7 39/11 39/22
**big-picture [1]**  12/7
**bigger [1]**  43/2
**bike [2]**  4/18 4/24

**bit [3]**  27/25 30/5 30/18
**Blackenwell [1]**  54/14
**board [1]**  48/12
**boast [1]**  35/15
**boasted [1]**  29/12
**boasting [2]**  33/11 38/5
**bodily [1]**  9/4
**body [1]**  19/23
**both [13]**  2/19 5/18 5/23 14/1 17/22 21/12 28/19 30/23 30/25 38/15 51/10 52/3 52/18
**bottom [1]**  36/11
**brag [2]**  35/15 52/8
**bragged [2]**  29/12 52/24
**bragging [1]**  38/5
**breakfast [1]**  44/9
**breathe [1]**  44/15
**Brendan [2]**  1/15 2/9
**brendan.ballou [1]**  1/17
**brendan.ballou-kelley [1]**  1/17
**brief [11]**  13/19 13/20 14/4 17/19 18/25 19/2 19/3 22/17 49/6 49/18 64/9
**briefings [1]**  32/14
**briefly [2]**  14/1 20/10
**briefs [3]**  7/16 17/12 63/17
**bring [3]**  39/13 48/9 55/10
**Brittany [2]**  2/10 26/1
**broadcast [1]**  33/20
**broader [2]**  15/6 23/14
**broadly [1]**  19/18
**broke [1]**  46/12
**broken [1]**  34/12
**brother [1]**  41/25
**brought [4]**  27/10 35/12 35/12 44/4
**building [2]**  9/22 33/13
**builds [1]**  30/9
**built [1]**  41/17
**Bull [1]**  26/11
**Bureau [3]**  58/13 61/3 61/9
**business [1]**  64/5
**Byerly [1]**  54/14

**C**

calculated [1] 22/2
calculation [16] 3/23
3/25 4/3 4/5 8/5 12/19
13/17 13/18 13/21
13/23 17/7 19/5 21/23
49/5 49/9 49/13
calculations [4] 8/17
17/10 21/16 22/19
call [1] 40/8
called [4] 27/15 27/25
46/11 46/12
came [7] 27/17 28/2
33/6 35/10 40/22 44/2
61/16
can [22] 18/11 19/17
19/21 23/15 23/16
25/13 30/11 30/17 34/8
37/15 37/25 39/4 40/3
40/8 42/14 44/5 45/18
47/2 49/18 60/8 62/3
64/14
can't [2] 24/3 44/23
cannot [2] 32/14 40/19
Capitol [20] 4/19 15/17
15/23 16/6 16/7 20/8
21/2 24/4 24/7 27/7
33/12 34/12 35/11
35/17 44/9 50/11 50/15
53/4 53/6 55/9
car [2] 30/11 61/6
care [2] 19/20 54/9
CARL [1] 1/9
case [17] 2/3 18/14
20/3 23/9 23/15 23/21
25/17 26/20 27/19 34/8
34/10 36/16 43/4 48/17
53/5 58/11 61/21
cases [12] 19/17 19/21
19/23 20/20 34/6 41/11
50/25 54/10 54/12
54/20 54/21 57/9
categories [1] 12/7
Category [3] 13/3 13/6
21/13
cause [2] 9/6 15/18
center [1] 39/25
centered [1] 31/2
centers [1] 32/1
certain [3] 23/24 28/12
41/11
certainly [9] 4/23 5/3
20/1 50/4 51/10 53/1
54/8 58/7 60/8

certainty [1] 25/6
certify [2] 50/13 66/4
cetera [2] 41/13 61/22
chambers [1] 60/19
chance [2] 7/12 47/1
chances [1] 45/11
chaos [6] 18/16 44/16
44/22 45/6 53/7 53/9
chaotic [5] 18/6 22/8
32/20 37/6 37/9
character [4] 27/7
40/13 40/15 40/16
characteristics [2]
51/16 52/13
charge [4] 14/10 14/10
16/15 32/18
charged [3] 20/13
32/17 55/8
charges [10] 14/13
15/5 20/14 20/14 20/17
21/15 21/18 21/19
28/25 54/24
chest [2] 5/17 5/24
child [1] 34/1
children [10] 24/1
30/12 31/1 31/17 31/22
41/11 41/19 46/9 46/20
51/18
children's [1] 41/16
choose [1] 12/5
chose [3] 36/2 36/2
36/13
Christ [5] 44/11 45/19
45/20 46/5 46/8
Christian [1] 41/1
Christians [1] 44/2
church [17] 23/25
27/11 28/13 31/5 31/18
31/25 32/4 32/8 32/9
39/17 39/24 40/5 40/10
41/22 44/4 45/21 46/2
churches [1] 32/10
Circuit [1] 24/23
circumstances [3] 8/2
45/5 53/3
cited [1] 14/1
citizen [1] 38/25
City [2] 37/3 60/13
civil [16] 9/15 11/22
11/24 11/24 12/8 12/8
12/10 12/22 14/10
14/18 14/19 15/6 15/9
15/25 16/15 20/14
civilians [1] 18/8

claiming [1] 43/24
Clare [1] 1/19
clear [12] 12/24 15/1
15/16 16/1 16/15 16/24
17/10 19/6 22/4 52/8
57/7 63/18
Cleveland [1] 39/15
close [3] 54/4 60/12
64/5
closest [1] 20/22
co [3] 27/14 27/19
27/20
co-defendants [3]
27/14 27/19 27/20
Code [2] 59/11 59/19
codefendant [1] 5/10
codified [1] 60/2
colleagues [1] 19/24
collection [1] 59/5
college [1] 46/21
COLUMBIA [1] 1/1
come [7] 2/6 37/2 44/2
45/23 47/3 47/18 50/14
comes [3] 14/7 25/1
42/8
coming [2] 18/7 39/14
commencement [1]
62/4
commensurate [1]
24/13
commentary [1] 36/7
commit [10] 9/13 9/15
11/24 15/13 15/19
15/24 15/25 16/3 16/16
58/24
commitment [1] 60/11
committed [7] 9/12
9/14 15/13 23/6 23/25
55/10 58/10
committing [3] 29/1
29/7 29/9
common [1] 11/19
communicate [1]
60/17
community [17] 26/21
26/22 26/23 26/25
27/17 28/21 31/12
32/12 40/5 42/3 45/22
46/3 47/3 52/4 52/5
57/23 57/24
comparable [1] 34/13
comparator [5] 19/17
20/3 20/21 54/12 56/22
comparators [2] 20/21

claiming [1] 43/24
compared [2] 29/10
57/2
comparison [1] 51/8
completely [1] 27/13
compliance [1] 62/15
complicated [1] 22/11
complied [1] 28/6
comply [1] 59/7
component [1] 19/4
components [1] 6/14
concentrated [1] 20/7
concerned [2] 24/16
35/2
conclude [3] 57/1 63/5
64/18
concluded [4] 11/10
55/24 62/19 65/11
concurrent [2] 58/14
58/16
conditions [7] 28/9
28/11 28/12 58/22 59/8
59/10 62/16
conduct [36] 2/25 6/9
6/11 6/22 9/2 10/8
11/23 16/2 16/2 23/10
29/11 29/12 32/16 33/2
34/19 35/15 35/22 38/1
48/10 51/2 51/3 52/19
52/25 55/1 55/11 55/24
55/25 55/25 56/8 56/23
57/13 57/16 57/20
57/22 58/2 58/23
conference [1] 22/6
conflicts [1] 41/7
confronted [1] 19/24
confused [1] 44/21
confusion [1] 45/6
Congress [3] 14/20
50/12 63/21
connection [2] 7/17
51/21
consequences [3]
46/1 52/11 57/20
consider [13] 7/25 8/7
12/6 19/10 19/12 35/19
50/2 50/6 51/15 52/15
54/6 56/4 57/4
considerably [1] 55/15
consideration [5] 5/1
25/8 29/8 38/2 38/3
considered [5] 3/2
17/6 30/3 42/24 53/10
consistent [4] 17/2

**C**

consistent... [3]  17/5
19/1 19/21
consistently [1]  40/16
constituted [1]  10/8
Constitution [2]  1/16
1/24
constitutional [2]  36/4
36/12
contact [5]  18/7 18/8
45/23 47/4 55/12
contained [1]  8/1
contemplating [1]
35/8
continue [4]  41/18
41/19 42/1 63/2
contrary [1]  12/4
contrast [4]  33/14
34/24 37/18 48/15
controlled [2]  58/25
59/2
convicted [7]  2/18 5/5
18/12 29/15 48/10 57/3
57/21
conviction [6]  8/23
48/6 51/23 52/21 57/15
60/25
convinced [1]  57/10
cool [1]  32/24
cooperate [1]  59/4
correct [2]  8/10 66/4
correctly [1]  8/7
cost [2]  59/16 59/18
coughing [1]  44/15
could [10]  11/13 12/5
14/1 33/9 33/24 45/16
60/17 63/7 64/4 64/11
counsel [2]  2/6 7/9
counseling [1]  41/7
count [36]  5/5 5/19
8/10 8/11 8/14 8/19
8/20 9/9 9/10 9/14 9/18
9/24 10/1 10/2 10/3
10/4 10/6 10/7 10/9
10/15 10/16 11/3 11/22
11/23 12/1 12/22 12/23
13/9 13/10 13/11 13/14
16/14 38/20 40/3 58/15
58/18
counting [1]  53/17
countless [1]  27/1
country [3]  38/25
43/24 44/3
counts [23]  2/18 10/20

11/7 11/8 11/13 11/17
12/6 12/6 12/7 12/8
12/8 12/9 12/9 12/10
13/13 15/9 16/1 58/14
58/17
County [1]  36/22
couple [2]  42/19 46/11
course [13]  3/20 10/16
12/3 13/15 16/23 18/16
25/6 43/8 49/2 49/17
53/5 56/20 58/1
court [30]  1/1 1/23 4/6
4/7 27/22 28/10 28/20
29/6 29/8 30/3 34/25
35/6 35/7 35/21 36/10
36/17 36/21 38/10
38/14 41/11 43/18
45/12 46/24 47/1 54/9
54/19 59/17 60/25
61/15 66/3
Court's [1]  17/21
courtroom [5]  38/21
39/12 45/14 47/7 50/8
Courts [1]  1/23
cr [2]  20/3 20/23
crafted [1]  38/1
CRC [1]  1/22
create [2]  12/2 22/14
created [1]  24/21
creating [1]  9/3 57/14
credit [1]  48/11
credits [3]  48/7 48/7
48/13
cried [1]  45/7
crime [2]  29/7 58/25
crimes [1]  24/14
criminal [11]  1/3 2/3
7/23 11/20 13/2 13/3
13/5 21/8 21/14 52/18
57/6
cross [4]  15/9 15/14
15/21 16/14
cross-reference [4]
15/9 15/14 15/21 16/14
crossed [1]  29/20
crowd [1]  44/3
cry [3]  33/15 45/12
46/24
crying [2]  44/14 46/13
crystal [1]  12/24
cuff [1]  63/10
culpability [2]  54/23
57/2

Cumulatively [1]
24/11
curiosity [2]  25/15
25/18
custody [2]  28/8 58/12

**D**

D.C [4]  37/2 37/15
43/21 44/2
daddy [1]  46/14
danger [1]  34/2
dangerous [2]  8/13
8/22 9/17 9/22 10/11
22/2 34/17 51/9 55/14
55/16 55/22 57/14
dangerousness [2]
51/11 56/24
dark [1]  46/13
date [4]  61/2 63/8
63/24 66/9
daughter [8]  26/5
27/17 31/16 33/9 41/6
43/21 44/14 46/12
daughter's [1]  46/12
day [27]  29/18 29/21
32/16 33/3 33/14 35/13
35/25 38/1 41/24 43/20
43/21 44/2 44/7 44/14
44/18 45/3 45/7 45/7
45/25 46/4 46/14 47/2
51/4 52/24 52/25 55/1
55/13
days [5]  27/24 48/13
48/13 59/15 61/3
DC [3]  1/5 1/17 1/24
dcd.uscourts.gov [1]
1/25
deadly [4]  9/22 51/9
55/14 55/22
deal [2]  23/1 39/11
dealing [3]  32/1 45/25
53/15
dearly [1]  44/3
death [1]  34/15
December [1]  27/12
decide [3]  8/17 10/5
64/14
decision [5]  6/12
13/25 19/2 34/23 47/6
deeply [2]  33/23 34/19
defendant [13]  1/7
1/19 2/4 2/17 13/20
15/17 15/23 16/16
21/13 23/4 23/7 51/16

24/11

defendants [10]  25/2
25/10 27/14 27/19
27/20 29/15 38/3 54/22
57/2 58/4

DEFENDER [1]  1/19
defense [1]  65/9
deference [1]  27/21
defines [1]  40/19
dementia [1]  27/2
democracy [1]  53/19
democratic [1]  24/15
denied [1]  61/17
Denney [2]  54/13 56/5
dependable [2]  26/25
31/10
deprivation [1]  59/12
described [1]  61/21
deserve [1]  25/8
deserves [1]  34/15
designated [2]  61/4
61/9
despite [3]  24/7 24/9
53/7
destroyed [1]  46/19
detail [1]  23/20
detain [3]  61/17 62/21
63/1
detained [6]  60/24
61/22 61/24 63/3 63/19
63/22
detention [4]  28/16
61/25 62/1 63/24
deter [5]  29/8 29/22
29/23 52/18 54/1
determine [1]  8/10
determined [1]  22/19
determining [1]  17/7
deterred [3]  29/1 29/7
53/12
deterrence [5]  23/2
28/24 52/16 54/2 54/3
devoted [1]  31/13
devotion [1]  26/22
did [36]  2/22 6/6 7/15
20/4 20/17 21/1 21/4
21/16 24/3 27/11 27/14
29/6 29/16 30/13 33/1
33/2 33/17 34/10 35/13
35/15 35/17 35/20
35/21 37/14 38/10
38/23 44/6 44/18 45/1
45/8 45/8 46/7 52/8
55/12 63/7 63/11

**D**

**didn't [7]** 44/20 48/18 49/21 55/9 55/9 62/19 62/20
**differ [2]** 2/25 17/2
**difference [3]** 20/16 22/24 48/14
**different [9]** 5/11 17/16 20/6 20/10 21/23 23/11 33/18 35/23 39/21
**differs [2]** 13/17 17/11
**direct [2]** 50/4 55/12
**directed [2]** 36/21 59/5
**direction [1]** 5/12
**directly [1]** 55/2
**directs [1]** 9/12
**disagreement [5]** 11/1 63/14 63/16 64/7 64/8
**discretion [5]** 24/25 38/24 61/1 62/17 62/20
**discretionary [1]** 59/7
**discuss [4]** 7/13 63/12 64/1 64/25
**discussed [5]** 47/18 49/11 52/16 56/20 62/15
**dismantled [1]** 4/21
**dismissed [1]** 65/7
**dismissing [1]** 65/2
**disorder [16]** 9/15 11/22 11/24 11/25 12/8 12/8 12/11 12/22 14/10 14/18 14/19 15/6 15/20 15/25 16/15 20/14
**disorderly [1]** 11/23
**disparities [4]** 24/18 25/2 38/3 54/7
**disparity [4]** 22/15 24/24 34/5 35/1
**dispute [2]** 6/6 64/13
**disqualifies [1]** 48/11
**disqualify [1]** 48/6
**disrespectful [1]** 36/17
**disruptive [1]** 11/23
**dissimilar [1]** 19/22
**dissimilarly [1]** 19/22
**distinguish [1]** 27/18
**district [5]** 1/1 1/1 1/10 1/23 25/4
**disturbing [3]** 21/9 22/11 37/11
**Division [1]** 1/16

**DNA [1]** 59/5
**do [42]** 3/20 4/10 4/10 6/2 6/10 6/11 8/17 9/20 10/5 10/16 11/14 13/11 18/13 23/17 25/9 27/8 38/9 38/20 38/21 38/23 38/25 40/10 43/3 44/24 45/6 45/22 47/6 48/25 49/3 55/3 60/15 60/18 61/7 61/13 61/13 62/10 62/24 63/6 63/10 63/21 64/16 64/22
**document [1]** 7/12
**documents [1]** 3/7
**does [9]** 3/10 13/1 13/22 20/11 21/10 35/18 57/12 58/18 59/20
**doesn't [1]** 33/13
**doing [4]** 29/24 37/15 62/9 62/10
**DOJ [2]** 1/13 1/16
**DOJ-OIG [1]** 1/16
**DOJ-USAO [1]** 1/13
**don't [17]** 3/24 4/2 6/5 20/21 23/4 25/12 30/23 35/5 35/6 47/20 55/19 60/18 63/4 63/9 63/14 64/1 64/22
**done [6]** 2/23 4/4 30/6 32/8 45/15 52/9
**Doolin's [2]** 6/9 6/22
**dorm [1]** 37/4
**dorm-like [1]** 37/4
**doting [1]** 31/15
**down [4]** 42/17 42/23 46/12 48/19
**downward [5]** 5/20 43/3 43/3 49/18 51/5
**draw [1]** 12/2
**drug [1]** 59/3
**drugs [1]** 41/13
**due [1]** 60/24
**during [11]** 9/2 18/10 23/12 32/18 33/10 35/22 36/20 36/22 37/16 55/11 61/5
**duty [1]** 44/1

**E**

**each [3]** 8/10 56/1 58/14
**earlier [4]** 11/13 51/20 53/2 54/8
**early [1]** 41/13

**earth [1]** 40/22
**easily [1]** 31/9
**EDPA [1]** 1/19
**efforts [2]** 50/18 50/21
**either [7]** 12/15 12/18 18/12 23/15 29/12 41/13 64/5
**elderly [3]** 39/20 40/1 41/21
**election [3]** 43/24 50/13 53/21
**electoral [1]** 53/18
**electrical [1]** 32/9
**electronic [1]** 61/5
**elementary [1]** 31/7
**Elliott [1]** 21/10
**else [4]** 4/7 16/21 47/11 64/25
**Emmory [1]** 26/5
**emotional [1]** 43/17
**emotions [1]** 44/20
**employed [2]** 22/5 51/22
**encourage [1]** 45/22
**encouraging [1]** 39/23
**end [5]** 21/5 22/21 41/12 49/14 56/23
**enemies [1]** 34/16
**enforcement [14]** 9/7 11/18 16/12 18/4 18/7 18/13 21/10 28/7 42/11 42/19 42/21 42/21 50/16 51/1
**engage [5]** 31/22 33/1 35/11 35/21 50/19
**engaged [11]** 16/2 29/11 32/23 50/17 50/17 50/20 52/22 53/8 55/2 56/5 57/21
**engaging [2]** 16/11 53/12
**enhancement [10]** 8/13 8/23 8/24 9/1 9/8 9/18 10/12 10/14 18/2 42/11
**enjoying [2]** 44/8 44/14
**enough [2]** 7/15 32/15
**ensure [1]** 52/17
**enter [6]** 21/1 33/12 33/13 35/17 35/17 55/9
**entered [1]** 50/11
**entering [1]** 9/21
**enters [1]** 16/6

**entire [6]** 23/2 26/2 28/3 28/20 37/20 42/15
**entirely [1]** 17/5
**entitled [1]** 66/5
**environment [2]** 37/9 37/11
**equipped [1]** 56/6
**especially [2]** 53/23 56/21
**essentially [2]** 20/11 21/25
**establish [2]** 16/8 58/22
**established [1]** 15/23
**establishes [2]** 5/22 6/3
**et [2]** 41/13 61/22
**et cetera [2]** 41/13 61/22
**even [18]** 6/3 14/6 21/22 27/3 27/25 28/12 29/15 33/13 44/10 44/18 44/20 44/24 44/24 48/18 51/9 63/6 64/1 64/13
**event [2]** 16/11 40/2
**events [5]** 23/5 27/4 28/13 44/25 50/9
**eventually [2]** 28/15 29/4
**ever [4]** 29/1 29/7 46/16 53/4
**every [4]** 40/9 47/6 50/22 50/22
**everyone [6]** 45/14 46/3 47/16 54/7 55/11 62/13
**everyone's [1]** 13/20
**everything [2]** 30/9 44/19
**evidence [8]** 5/22 6/3 15/23 16/5 24/7 27/8 52/22 54/18
**evil [1]** 43/25
**exact [1]** 63/23
**exactly [3]** 23/9 47/20 62/22
**example [3]** 55/16 55/20 58/3
**examples [2]** 27/1 27/4
**exceedingly [1]** 53/25
**except [1]** 7/23
**exercise [4]** 29/19

# E

**exercise...** [3] 36/13 60/25 64/15
**exercised** [1] 62/17
**Exhibit** [1] 34/6
**exhibits** [1] 3/7
**expectations** [1] 58/23
**expected** [1] 44/3
**expense** [1] 25/1
**experience** [1] 41/10
**explain** [4] 8/16 10/4 12/18 44/24
**explained** [2] 5/18 44/5
**explains** [1] 26/24
**explicitly** [2] 4/20 17/9
**exposed** [1] 55/5
**express** [1] 50/15
**expressly** [1] 49/21
**extensive** [3] 26/21 28/21 60/14
**extent** [3] 17/2 23/10 52/17
**extremist** [1] 35/18

# F

**faced** [2] 21/19 21/20
**facilities** [2] 37/8 40/1
**facility** [4] 37/3 37/4 60/16 61/9
**facing** [1] 21/14
**fact** [5] 6/14 16/9 16/18 52/4 57/20
**factor** [6] 51/15 52/14 52/15 54/4 54/6 57/4
**factors** [11] 16/17 19/10 19/11 19/14 28/23 49/1 50/2 53/10 55/7 58/11 59/11
**facts** [3] 5/14 8/2 23/19
**factual** [5] 3/18 4/13 6/21 7/7 8/1
**fair** [2] 22/11 49/22
**fairly** [1] 15/11
**fairness** [2] 25/5 53/21
**fairs** [1] 40/1
**faith** [1] 32/4
**faithful** [1] 39/17
**fallen** [2] 24/6 42/16
**falls** [1] 13/3
**family** [28] 3/9 23/24 23/25 28/4 30/7 30/15 30/17 30/18 30/20 31/3

37/13 36/16 37/16 37/18 37/22 39/18 41/22 46/2 46/17 46/18 46/25 51/21 52/3 57/23 57/24 60/13 61/2 61/7
**far** [3] 30/1 40/5 43/1
**fashioning** [3] 19/10 29/22 36/14
**fast** [1] 44/20
**father** [12] 31/15 31/16 41/6 41/8 41/12 41/14 41/15 41/16 41/21 45/21 46/15 46/23
**fathers** [1] 41/8
**fault** [1] 45/12
**favor** [4] 7/10 51/14 52/14 54/4
**FBI** [1] 35/20
**fd.org** [1] 1/21
**federal** [4] 1/19 25/4 37/3 58/24
**felon** [1] 57/21
**felonies** [1] 15/19
**felony** [4] 9/13 15/14 15/15 25/10
**felt** [3] 44/1 46/10 46/16
**fencing** [1] 4/18
**few** [6] 19/17 31/8 34/15 39/3 39/16 44/23
**fighting** [1] 24/9
**file** [1] 59/17
**filed** [1] 48/4
**film** [1] 48/19
**final** [2] 3/22 59/8
**finally** [3] 16/13 37/14 59/7
**financially** [2] 41/20 46/22
**find** [7] 9/1 9/5 9/14 20/20 33/9 59/9 62/22
**finding** [1] 56/17
**findings** [2] 3/19 8/1
**fine** [5] 13/7 34/15 49/7 49/16 58/20
**finger** [2] 32/23 44/17
**finishes** [1] 51/19
**first** [18] 3/17 11/12 12/1 14/6 14/11 14/24 26/1 36/4 36/22 37/2 37/17 37/22 42/10 44/7 57/22 60/10 61/14 63/12
**Fitzsimons** [3] 54/14

**five** [2] 13/9 64/20
**fixed** [2] 27/3 32/8
**flag** [6] 5/11 5/17 5/19 5/23 20/25 44/24
**flagged** [1] 3/20
**flagpole** [11] 16/10 16/19 20/24 24/6 32/23 34/11 34/12 51/5 56/10 56/24 57/16
**flagpoles** [1] 20/5
**flipped** [1] 16/20
**flipping** [1] 16/10
**Florida** [4] 26/19 51/17 60/13 61/2
**fly** [1] 63/5
**fold** [1] 41/4
**followed** [2] 27/25 49/15
**foregoing** [1] 66/4
**forget** [1] 24/3
**forgiveness** [4] 40/24 45/8 45/11 45/13
**form** [1] 6/11
**formula** [1] 24/24
**forth** [1] 59/11
**forward** [1] 2/6
**fought** [3] 5/3 5/6 5/13
**found** [7] 4/20 20/21 29/23 32/3 36/24 52/10 61/20
**four** [7] 8/23 10/12 10/22 14/24 36/19 37/16 46/9
**four-level** [2] 8/23 10/12
**free** [1] 29/19
**friend** [3] 24/5 26/9 26/11
**friends** [1] 23/23
**front** [3] 4/24 4/24 56/18
**FSA** [2] 48/6 48/12
**fulfill** [1] 40/4
**fumble** [1] 45/12
**further** [2] 29/19 58/16
**future** [5] 29/9 34/18 42/2 52/18 54/1

# G

**gallery** [1] 12/17
**games** [2] 31/20 31/22
**gap** [1] 56/3
**gas** [1] 44/15

**gather** [1] 32/6
**gave** [1] 22/1
**gear** [3] 35/13 55/10 56/6
**general** [4] 5/12 23/2 28/1 54/3
**generally** [1] 7/11
**generated** [1] 26/22
**gesture** [1] 34/13
**get** [14] 4/1 12/17 23/12 33/12 34/11 34/16 36/18 43/9 48/11 48/17 60/18 61/2 63/17 63/25
**Gillespie** [2] 54/15 56/11
**give** [4] 35/5 47/1 48/7 61/7
**given** [6] 22/19 29/14 49/9 54/19 54/21 59/4
**gives** [2] 45/11 61/23
**giving** [1] 32/11
**go** [18] 3/21 7/8 20/11 21/16 23/20 30/5 32/6 33/13 33/24 33/24 36/2 36/4 37/10 42/14 44/5 61/2 63/8 64/21
**God** [4] 45/7 45/10 45/10 45/11
**Godly** [1] 45/21
**goes** [1] 41/14
**going** [14] 2/22 3/16 4/14 5/21 10/13 10/23 18/5 23/6 34/22 40/3 43/14 43/22 59/3 63/23
**gone** [2] 27/7 31/25
**good** [28] 2/2 2/8 2/9 2/11 2/12 2/13 2/15 2/15 25/7 25/22 25/23 26/6 26/8 26/10 26/12 26/15 26/17 38/17 38/19 40/13 40/14 40/14 40/15 40/15 43/12 43/13 43/22 62/15
**got** [1] 32/21
**government** [21] 2/7 11/2 13/18 14/14 20/1 21/17 21/24 22/16 22/20 23/21 24/17 28/19 34/25 36/10 43/19 47/14 49/4 49/10 54/14 59/20 64/11
**government's** [14] 7/5

**G**

government's... **[13]**
12/4 14/2 14/8 15/22
16/25 17/1 17/5 17/11
18/25 21/22 61/17 62/6
65/1
grabbed **[1]** 56/11
grabbing **[1]** 56/13
Grabel **[2]** 14/17 45/3
grace **[2]** 40/24 41/24
graduation **[1]** 46/20
grand **[1]** 30/21
grateful **[1]** 45/10
great **[5]** 23/17 39/1
41/15 44/7 47/3
greater **[2]** 35/7 59/12
greatly **[4]** 45/4 46/2
46/22 46/25
Green **[1]** 26/9
ground **[5]** 6/2 6/4 6/7
31/20 42/16
grounds **[7]** 4/23 20/8
24/7 24/8 50/12 51/6
53/6
group **[17]** 10/19 10/21
11/4 11/5 11/11 11/15
11/17 12/10 12/11
12/12 14/11 14/12
14/20 33/5 33/6 35/18
36/24
grouped **[5]** 10/21
11/3 11/7 11/7 11/9
grouping **[4]** 11/2 14/6
14/24 15/7
groups **[3]** 12/2 12/13
14/9
guess **[1]** 62/3
guide **[1]** 54/12
guideline **[28]** 8/11
8/12 8/18 8/20 8/21 9/1
9/10 9/11 9/11 9/15
9/16 9/23 10/1 10/6
10/7 10/8 10/10 10/10
10/14 11/22 12/1 12/22
13/10 13/12 15/12
25/11 43/1 54/5
guidelines **[45]** 3/22
3/25 4/3 4/4 4/8 4/8 8/9
10/16 10/19 13/4 13/6
13/11 13/17 13/18
13/21 13/23 14/23
15/10 17/7 19/5 19/9
19/14 21/5 21/23 22/21
24/19 24/20 24/24

24/25 25/3 25/4 26/6
36/6 38/24 49/2 49/5
49/9 49/10 49/13 49/19
50/3 50/4 58/5 58/6
58/7
guiding **[1]** 41/2
guilty **[6]** 5/19 36/3
36/7 36/8 51/24 61/20
gunpoint **[1]** 28/4
Guyana **[1]** 32/7

**H**

had **[29]** 4/21 7/9 7/11
17/6 21/8 21/8 21/15
22/5 22/7 22/10 27/2
27/7 27/23 28/10 30/14
34/2 36/23 44/10 45/15
48/16 48/17 49/5 52/9
55/19 61/17 62/17
62/24 63/20 64/3
half **[1]** 44/7
hand **[7]** 27/11 39/2
44/4 53/5 57/13 57/17
57/18
hand-tied **[1]** 39/2
handful **[1]** 33/6
hands **[3]** 5/18 5/23
64/18
handyman **[1]** 51/23
happen **[1]** 25/9
happened **[4]** 42/16
44/13 44/19 44/23
happening **[2]** 20/9
44/16
Happy **[1]** 38/15
hard **[2]** 23/24 37/24
harm **[6]** 10/21 10/23
14/21 41/18 45/5 55/20
has **[45]** 13/2 13/9
13/11 24/23 26/21
27/21 28/22 29/1 29/11
29/14 29/21 30/11
30/25 31/25 32/2 32/6
32/7 32/8 32/8 32/13
32/14 36/12 36/19
37/17 37/18 38/5 39/1
39/19 39/22 41/17
45/14 46/1 46/2 51/23
52/1 52/1 52/2 52/21
54/11 54/15 58/8 60/13
61/4 61/20 63/19
have **[104]**
haven't **[2]** 63/3 64/3
having **[9]** 4/4 4/11 9/6

51/8 57/21
Hazard **[1]** 54/13
Hazard's **[1]** 56/8
he **[181]**
he'd **[1]** 43/6
he's **[26]** 16/7 29/18
30/6 31/11 31/13 31/15
31/18 32/11 33/22
37/15 37/16 37/23 39/2
39/17 39/22 40/8 40/11
40/11 40/14 40/14
40/15 41/15 41/15
42/22 43/6 43/9
head **[2]** 22/9 51/5
health **[1]** 37/17
hear **[4]** 4/5 19/12
38/15 38/23
heard **[8]** 4/11 7/8
17/21 19/19 19/20
47/18 50/8 54/8
hearing **[3]** 2/23 2/25
23/2
heave **[1]** 20/9
heave-hoe **[1]** 20/9
heaven **[1]** 44/5
heavy **[1]** 44/21
hectic **[1]** 37/5
Heights **[1]** 39/15
held **[3]** 7/24 34/19
34/20
help **[11]** 31/11 40/4
40/9 42/1 42/23 45/22
46/14 46/15 47/3 54/12
61/7
helped **[5]** 16/19 24/5
32/6 39/19 39/22
helpful **[1]** 19/18
helps **[4]** 31/22 36/8
39/24 41/21
her **[7]** 7/16 27/3 42/17
42/23 42/23 46/12
46/13
here **[57]** 2/17 3/23
4/10 5/4 5/15 7/4 8/21
9/2 11/2 11/15 12/2
12/18 12/24 12/25
13/16 13/25 14/9 14/24
15/1 15/11 16/15 17/4
18/16 19/3 19/11 20/16
20/22 21/20 25/25
26/18 27/18 28/18
30/13 33/22 35/3 37/14
37/19 39/6 39/8 39/8

39/10 40/22
42/13 42/24 49/3 50/22
50/25 54/9 54/18 57/8
57/11 58/6 59/9 59/16
61/1 62/12
here's **[1]** 3/16
hereby **[1]** 58/9
herman **[5]** 1/22 1/25
66/3 66/9 66/9
Hernandez **[1]** 54/13
higher **[2]** 21/25 33/8
highly **[3]** 12/16 57/13
57/13
him **[47]** 20/12 22/13
26/2 26/20 27/10 27/18
27/23 28/12 28/25 29/1
29/1 30/13 30/15 31/8
31/14 35/23 36/18 37/1
37/9 37/11 37/18 37/22
38/1 40/17 40/19 41/17
41/25 42/1 42/17 43/10
44/11 45/9 46/6 48/6
48/19 53/8 56/14 61/1
61/4 61/6 61/8 61/11
62/18 63/1 63/2 63/2
63/22
himself **[12]** 18/19
27/22 30/2 30/14 32/2
36/20 36/24 40/15 42/2
51/3 56/6 56/17
his **[101]**
history **[8]** 13/2 13/3
13/5 21/8 21/14 51/15
52/1 52/13
hit **[2]** 22/8 48/18
hitting **[1]** 56/16
hoe **[1]** 20/9
hold **[1]** 45/4
holding **[1]** 56/18
hole **[1]** 20/25
home **[10]** 28/16 30/24
31/4 36/18 37/10 39/13
41/17 63/8 64/16 64/21
homeless **[2]** 32/1
39/25
homes **[2]** 39/21 41/8
homeschooled **[1]**
30/25
honest **[1]** 45/20
honor **[62]** 2/2 2/9
2/13 2/20 2/21 3/13
3/14 6/16 7/14 13/24
16/13 17/14 17/20 18/2
18/11 18/15 19/16

## H

**honor... [45]** 19/25 21/11 22/18 23/19 25/12 25/21 26/20 27/14 27/24 28/11 28/24 32/13 32/14 33/4 33/23 34/4 34/17 34/22 34/23 35/2 37/13 37/25 38/9 38/18 38/20 42/8 42/25 43/5 43/12 47/8 47/10 47/13 47/15 47/23 48/3 48/20 59/24 60/1 60/11 60/23 61/12 61/14 61/15 62/8 65/2
**HONORABLE [1]** 1/9
**horse [1]** 30/9
**hour [1]** 46/13
**hours [2]** 24/9 53/7
**how [10]** 2/24 3/16 10/19 26/24 29/16 31/3 31/9 34/9 44/5 47/20
**however [1]** 6/6
**huge [1]** 62/25
**humble [2]** 23/25 30/6
**hundred [1]** 40/9
**hundred percent [1]** 40/9
**hurt [1]** 34/16
**husband [1]** 45/21
**Hutchinson [2]** 5/10 16/9
**hysterically [1]** 46/13

## I

**I'd [11]** 18/4 18/15 19/12 25/24 30/5 39/3 41/5 42/8 42/12 43/1 48/20
**I'll [1]** 46/22
**I'm [20]** 2/22 3/16 4/14 5/21 10/23 15/11 34/22 36/16 39/12 40/13 43/14 43/14 43/15 45/3 45/17 46/19 49/11 50/20 57/10 61/25
**I've [22]** 2/23 3/2 3/2 3/11 7/10 11/10 35/10 39/14 40/16 44/12 45/3 45/7 46/3 46/4 47/18 50/7 50/25 57/24 58/11 62/15 63/1 64/20
**identified [1]** 58/12
**ignoring [1]** 35/1
**impact [2]** 41/3 50/23

**implicitly [1]** 47/9
**important [13]** 12/17 14/5 24/2 24/18 25/16 25/18 27/18 28/9 31/1 35/19 38/4 42/24 50/21
**impose [1]** 24/19
**imposed [6]** 54/20 55/23 57/6 58/22 59/21 63/20
**imposing [3]** 8/3 43/2 50/1
**impression [1]** 31/10
**imprisoned [1]** 46/19
**imprisonment [1]** 58/13
**incarcerated [2]** 30/14 36/19
**incarceration [9]** 13/7 29/4 29/5 36/20 49/6 49/15 50/5 56/2 56/7
**incident [1]** 35/24
**include [1]** 16/9
**included [5]** 30/8 31/14 31/19 34/5 34/6
**includes [1]** 14/11
**including [5]** 3/7 3/8 4/5 40/6 54/12
**inclusion [1]** 6/8
**income [3]** 30/19 30/21 46/21
**inconsistent [1]** 37/8
**incorporate [3]** 18/21 43/2 48/21
**increase [1]** 25/5
**increased [1]** 25/1
**incredibly [1]** 18/6
**indeed [1]** 30/13
**indicative [1]** 42/18
**indictment [2]** 32/17 65/3 65/7
**individual [2]** 31/11 48/8
**individuals [3]** 29/11 33/18 38/6
**inferred [1]** 49/12
**influence [1]** 41/20
**inform [1]** 64/4
**initial [2]** 65/3 65/7
**initially [1]** 22/22
**injured [2]** 48/15 56/9
**injury [4]** 9/4 56/8 56/25 57/15
**inmates [1]** 37/5
**inside [1]** 53/3

**insofar [1]** 47/10
**instance [2]** 5/10 63/12
**instant [1]** 29/5
**instead [1]** 42/22
**instigate [1]** 35/14
**instigating [1]** 38/7
**institution [1]** 36/24
**institutions [1]** 24/12
**instructions [1]** 15/11
**instructs [1]** 10/20
**intact [1]** 4/18
**integrity [1]** 53/21
**intend [2]** 2/24 3/16
**intended [3]** 16/16 27/11 50/18
**intent [10]** 9/13 9/15 11/24 15/13 15/24 15/25 16/3 27/13 51/12 55/20
**intention [1]** 15/18
**intentional [2]** 51/13 55/3
**intentions [2]** 16/8 43/22
**interaction [3]** 5/9 21/9 42/18
**interfered [1]** 53/17
**interim [1]** 64/22
**interrupting [1]** 50/15
**interviews [1]** 29/14
**introduce [1]** 2/6
**introducing [1]** 25/24
**investigation [3]** 3/3 3/18 7/13
**involve [3]** 10/22 41/7 59/12
**involved [11]** 8/13 8/22 9/17 10/11 32/21 33/7 35/24 35/25 41/12 41/16 43/19
**involving [1]** 10/20
**irrelevant [3]** 12/23 21/19 21/20
**is [184]**
**isn't [1]** 54/2
**issue [7]** 6/19 14/5 14/6 15/7 28/7 61/16 62/3
**issues [2]** 32/2 41/7
**it [68]**
**it's [28]** 12/17 14/8 15/16 16/1 16/15 18/2 18/17 20/23 22/11

24/18 25/12 25/18 28/7 29/8 34/15 35/16 37/5 37/5 37/8 37/8 39/4 39/6 39/25 49/22 52/7 53/20 61/24 63/9
**its [7]** 11/4 13/19 22/17 49/4 49/6 49/13 54/15
**itself [1]** 14/21
**Ivy [4]** 26/14 26/16 38/10 38/16

## J

**jail [2]** 29/16 36/22
**January [23]** 6/11 19/23 23/11 23/20 25/10 27/5 27/6 28/1 33/25 33/25 38/3 40/19 50/9 50/18 50/21 50/24 51/2 52/10 52/23 53/16 54/10 54/21 55/25
**January 6 [1]** 6/11
**January 6th [20]** 19/23 23/11 23/20 25/10 27/5 27/6 28/1 33/25 38/3 40/19 50/9 50/18 50/24 51/2 52/10 52/23 53/16 54/10 54/21 55/25
**Jesus [2]** 40/22 44/6
**job [2]** 38/25 48/16
**joined [2]** 2/10 20/8
**joint [1]** 50/12
**Joseph [1]** 16/9
**Joshua [1]** 6/9
**Josiah [1]** 22/1
**Judd [1]** 54/14
**judge [4]** 1/10 39/1 40/13 61/16
**judges [3]** 24/25 25/4 54/19
**judgment [4]** 58/5 59/16 60/7 60/11
**Judicial [1]** 61/19
**jumpsuit [2]** 37/23 37/24
**just [45]** 2/23 3/11 5/14 6/25 7/8 7/11 14/22 17/11 17/20 18/15 18/25 19/6 21/19 22/4 22/14 24/11 25/14 25/15 27/11 28/17 28/25 28/25 32/7 32/9 39/3 39/13 39/17 39/20 41/18 42/9 42/20 43/15 44/8 44/16 46/18 47/7

**J**

**just... [9]** 48/5 48/20 52/11 55/24 57/15 57/19 63/10 64/22 65/2
**justice [2]** 23/22 35/22
**justified [1]** 29/17
**justify [2]** 11/24 11/25

**K**

**kayak [1]** 31/21
**Kearney [2]** 1/12 2/10
**keep [1]** 5/14
**keeping [1]** 5/9
**kelley [1]** 1/17
**Kenyon [12]** 22/1 22/4 22/10 22/25 22/25 34/7 34/23 54/16 55/17 55/20 56/2 58/3
**key [2]** 22/24 29/23
**kick [1]** 6/6
**kicked [3]** 6/1 24/6 37/1
**kicking [1]** 42/22
**kids [1]** 31/20
**kind [7]** 18/16 31/15 31/18 31/24 32/24 33/16 42/1
**kindness [1]** 24/1
**knew [1]** 25/14
**know [47]** 4/16 12/16 14/23 16/5 16/6 16/17 17/15 18/5 18/11 18/13 19/19 22/20 23/1 23/9 23/12 23/19 24/16 25/9 31/9 31/16 31/19 32/13 32/13 33/3 33/8 35/5 37/13 37/17 37/20 38/13 39/14 40/4 40/8 41/10 42/14 42/20 43/5 44/17 46/3 47/20 49/20 49/21 64/22
**knowingly [1]** 53/6
**known [4]** 27/23 31/6 31/8 40/16
**knows [4]** 29/20 55/11 59/14 62/13
**Kyle [2]** 26/14 38/9

**L**

**lack [3]** 56/24 56/25 63/4
**Lakeland [1]** 26/19
**land [1]** 37/14

**Landen [1]** 1/23
**language [3]** 5/6 5/13 61/19
**large [5]** 16/12 33/6 37/4 44/3 56/3
**largely [1]** 4/18
**last [4]** 6/16 6/19 37/16 39/10
**Lastly [1]** 15/21
**later [3]** 8/16 23/16 56/17
**laughed [1]** 44/8
**law [19]** 9/7 11/18 16/12 18/3 18/7 18/13 18/14 21/10 28/7 29/2 30/1 30/2 42/11 42/18 42/21 42/21 50/16 50/25 52/16
**lay [1]** 14/1
**lead [2]** 44/10 56/25
**leading [1]** 27/24
**leaned [1]** 36/25
**leaning [1]** 32/3
**learned [3]** 46/3 46/4 47/1
**least [7]** 9/6 11/18 11/19 22/17 53/8 61/16 63/17
**leave [2]** 48/16 57/12
**leaves [1]** 56/3
**led [1]** 53/3
**leg [3]** 22/5 22/9 55/16
**legal [2]** 18/20 57/10
**less [5]** 22/8 23/22 55/7 55/15 56/2
**let [3]** 4/16 6/16 20/11
**let's [3]** 29/10 32/16 35/9
**letter [6]** 26/24 26/24 27/1 38/11 39/4 41/25
**letters [7]** 23/23 31/3 31/6 31/8 31/15 32/12 32/13
**letting [1]** 16/21
**level [27]** 8/10 8/13 8/14 8/23 8/24 8/25 9/8 9/8 9/17 9/18 9/25 10/3 10/12 10/13 10/15 11/15 12/11 12/12 12/14 12/20 12/25 13/5 36/9 49/20 51/12 52/5 55/20
**levels [2]** 12/13 36/9
**liberty [1]** 59/12

**life [4]** 40/20 41/2 45/15 45/19
**lifted [1]** 28/15
**light [3]** 16/6 19/14 53/25
**lightly [1]** 55/5
**like [42]** 4/6 4/7 6/15 7/6 17/18 17/20 18/4 18/15 19/12 20/4 20/25 23/5 23/9 25/24 29/9 29/25 30/5 37/4 37/5 37/8 38/10 39/3 39/16 40/18 41/5 42/8 42/12 43/6 43/6 45/20 46/10 49/12 53/4 59/22 60/7 60/16 62/25 63/10 63/12 63/17 64/8 65/8
**likely [4]** 11/14 24/15 41/12 64/15
**line [10]** 4/25 5/9 5/11 12/2 16/10 16/19 24/5 29/20 36/11 56/18
**list [1]** 41/14
**literature [2]** 44/4 44/5
**litigation [1]** 23/12
**little [3]** 2/25 30/5 31/21
**live [1]** 30/16
**lives [2]** 30/16 41/16
**living [1]** 51/17
**local [2]** 39/25 58/25
**located [1]** 36/21
**long [3]** 46/19 47/20 63/9
**look [12]** 10/18 20/20 23/2 25/13 28/23 29/10 33/10 34/8 35/9 36/3 36/14 42/15
**looked [2]** 14/23 20/2
**looking [1]** 33/5
**lorraine [5]** 1/22 1/25 66/3 66/9 66/9
**loss [2]** 41/20 46/21
**lost [2]** 32/24 37/16
**lot [4]** 44/23 46/3 54/9 57/23
**love [3]** 44/3 46/5 47/6
**loving [3]** 31/14 32/11 45/20
**low [4]** 21/5 49/14 52/20 56/23
**low-end [1]** 49/14
**lowball [1]** 35/6

**lie [1]** 35/20
**lower [1]** 22/21

**M**

**maceoin [20]** 1/19 1/21 2/12 2/14 4/15 6/13 7/13 17/15 18/23 25/20 47/11 48/1 49/20 52/7 58/8 59/14 59/25 63/6 64/9 65/8
**MacEoin's [1]** 7/20
**made [7]** 13/25 33/21 34/13 35/10 40/20 42/10 50/23
**MAGA [1]** 27/12
**major [1]** 40/12
**majority [1]** 25/3
**make [15]** 3/18 6/25 13/22 17/10 19/3 23/15 23/16 30/18 30/22 33/8 33/19 38/14 55/7 60/7 60/20
**makes [4]** 31/9 36/1 54/3 61/9
**making [1]** 33/7
**man [8]** 37/9 37/19 40/14 40/15 40/24 44/10 45/1 45/21
**mandatory [3]** 8/5 13/15 58/22
**manner [3]** 9/3 22/3 53/11
**many [21]** 7/10 21/16 33/14 35/25 39/19 39/24 41/6 43/23 45/19 46/22 50/7 50/8 50/14 50/16 50/7 51/1 51/2 52/2 59/4 59/4 62/14
**marked [2]** 33/14 34/24
**markedly [2]** 33/18 35/23
**materials [3]** 3/6 3/11 32/6
**matter [5]** 7/20 46/4 47/5 47/6 66/5
**matters [1]** 7/7
**maximum [2]** 13/9 13/12
**may [9]** 3/19 10/22 23/10 23/11 41/10 52/4 57/6 59/17 64/3
**McGrew [1]** 54/16
**me [38]** 3/23 4/16 6/16 7/8 9/12 16/1 19/20

# M

me... [31] 25/15 39/13 39/22 39/24 40/4 40/12 40/16 43/21 44/14 44/19 46/1 46/11 46/12 46/18 46/19 46/25 46/25 47/1 48/4 50/1 50/4 54/22 56/25 57/7 57/23 60/7 60/17 62/22 63/5 63/20 64/4
mean [4] 23/8 25/14 57/19 63/11
meaning [1] 55/15
meaningful [1] 57/19
mechanism [1] 62/10
media [1] 33/20
medical [1] 48/17
meeting [2] 39/23 50/12
member [2] 39/18 45/21
members [2] 51/21 52/3
memo [2] 30/9 30/20
memoranda [1] 3/5
memorandum [2] 17/1 18/1
men [1] 40/8
men's [1] 39/23
mentioned [3] 3/12 10/4 52/4
mentoring [1] 39/23
mercy [6] 40/24 45/8 45/11 45/13 46/24 46/24
merely [1] 9/21
message [4] 29/19 40/21 40/23 40/23
Miami [1] 28/2
MICHAEL [25] 1/6 2/4 26/14 26/19 27/4 28/20 29/10 29/11 30/6 31/7 32/2 34/9 35/4 36/1 38/8 38/13 39/7 39/17 40/3 40/14 41/5 41/15 42/17 43/5 58/9
Michael's [3] 27/7 30/19 42/18
middle [2] 32/23 44/17
might [3] 4/7 53/25 59/19
miles [1] 49/25
military [1] 35/12
Miller [3] 54/13 54/16

million [1] 25/2
mind [2] 5/9 5/15
minute [1] 32/18
minutes [1] 47/21
Miranda [1] 26/9
miss [2] 46/20 46/22
missed [2] 3/19 4/16
mission [2] 32/6 40/5
missions [1] 39/25
mistakes [1] 40/20
mob [1] 56/14
modest [1] 30/19
modestly [1] 30/16
moment [8] 10/4 22/8 29/24 32/24 33/15 33/20 45/15 57/16
moments [4] 17/21 42/14 42/15 44/13
monitor [1] 61/5
month [1] 36/22
months [29] 13/6 13/10 13/12 20/19 21/5 21/24 21/25 22/13 34/25 36/19 37/16 46/10 49/5 49/10 49/12 49/14 49/15 49/19 50/5 56/1 56/3 56/8 56/9 56/10 56/14 56/15 58/14 58/15 58/17
months' [2] 49/6 49/15
Moore [2] 60/17 64/5
more [15] 7/11 12/13 19/18 20/13 22/2 22/2 22/11 23/22 25/15 25/16 42/9 42/18 45/20 58/3 62/10
morning [22] 2/2 2/8 2/9 2/11 2/12 2/13 2/15 2/15 7/24 25/22 25/23 26/6 26/8 26/10 26/12 26/15 26/17 38/17 43/12 43/13 44/9 56/21
most [9] 11/11 14/5 28/9 38/4 40/10 41/9 51/10 51/22 55/11
mother [2] 27/2 46/13
motion [2] 5/20 60/4
motivated [1] 18/18
move [1] 9/23
moved [2] 4/21 20/7
MPD [1] 56/13
Mr [4] 2/8 4/22 6/10 22/25

Mr. [100]
Mr. Ballou [8] 7/5 19/15 25/19 36/1 56/21 59/20 62/6 65/1
Mr. Beddingfield [5] 20/24 21/7 21/13 34/7 34/20
Mr. Beddingfield's [1] 34/8
Mr. Doolin's [1] 6/22
Mr. Kenyon [4] 22/10 22/25 34/7 58/3
Mr. Perkins [71]
Mr. Perkins' [7] 23/23 48/5 52/13 54/22 55/24 56/23 64/19
Mr. Ponder [3] 20/3 20/16 20/18
Ms [2] 2/12 17/15
Ms. [19] 4/15 6/13 7/13 7/20 18/23 25/20 30/25 47/11 48/1 49/20 52/7 58/8 59/14 59/25 60/17 63/6 64/5 64/9 65/8
Ms. MacEoin [15] 4/15 6/13 7/13 18/23 25/20 47/11 48/1 49/20 52/7 58/8 59/14 59/25 63/6 64/9 65/8
Ms. MacEoin's [1] 7/20
Ms. Moore [2] 60/17 64/5
Ms. Perkins [1] 30/25
much [8] 16/2 19/20 19/21 25/16 30/22 41/16 42/4 54/2
multiple [2] 12/2 41/21
must [12] 8/6 19/10 19/12 46/5 50/6 51/15 53/12 57/4 58/24 58/25 59/1 59/4
my [76]
myself [1] 62/22

# N

nail [1] 55/17
nails [1] 22/7
named [1] 15/5
namely [1] 15/19
nancy [3] 1/19 1/21 2/13
nation [1] 53/24
nation's [1] 44/9

nature [2] 50/6 51/13
Nazi [1] 34/13
near [2] 22/16 33/13
nearly [1] 58/7
necessarily [2] 18/17 35/6
necessary [1] 59/13
neck [2] 37/12 51/6
need [14] 3/20 3/24 4/2 8/17 10/5 34/4 34/18 36/3 40/20 54/2 54/3 54/6 57/4 62/10
needed [4] 39/21 40/7 46/15 46/18
needing [1] 41/24
Needless [1] 28/6
needs [2] 46/25 61/7
neighbor [1] 27/1
neither [1] 58/20
neutral [1] 54/4
never [12] 28/7 28/11 29/11 29/14 29/18 33/11 33/11 34/1 36/23 44/17 45/5 46/8
nevertheless [1] 8/6
new [2] 1/14 48/7
next [5] 4/2 51/15 52/15 57/4 64/10
NICHOLS [1] 1/9
nine [1] 12/13
Nix [2] 54/13 56/9
no [24] 1/4 2/4 3/13 3/14 21/8 23/9 23/22 27/8 35/12 35/12 35/15 38/5 41/8 46/4 47/5 47/5 47/15 52/22 55/5 59/12 59/23 61/4 65/5 65/6
none [3] 23/13 33/22 56/20
Nonetheless [1] 44/25
normal [1] 45/5
Northern [1] 37/12
not [107]
notably [1] 35/2
noted [1] 55/1
notes [1] 5/18
nothing [8] 7/7 16/21 27/9 27/21 28/19 30/2 30/7 43/22
notice [1] 28/2
now [17] 3/20 6/15 17/11 19/12 23/15 23/17 25/6 36/20 37/20

**N**

now... [8] 44/12 47/23 57/20 63/1 63/7 64/2 64/17 64/20
nowhere [1] 20/12
number [7] 19/11 25/25 31/14 35/5 35/7 50/24 54/11
nursing [1] 40/1
NW [2] 1/16 1/24
NY [1] 1/14

**O**

objection [8] 4/20 5/4 5/21 13/22 42/10 61/4 65/5 65/6
objections [9] 3/17 4/14 6/13 7/9 17/22 43/1 59/21 59/23 60/1
objectives [1] 11/20
objects [5] 4/17 5/2 5/16 5/25 6/8
obligated [1] 62/21
obligation [1] 63/10
observed [1] 24/23
obstructed [1] 35/22
obviously [14] 3/25 19/9 20/17 21/14 22/24 23/15 25/12 31/13 32/2 32/18 34/1 34/19 48/24 49/25
occurred [1] 48/3
OFC [1] 1/19
off [5] 16/11 16/20 22/6 28/12 63/10
offense [31] 8/2 8/10 8/12 8/14 8/22 9/8 9/12 9/17 9/18 9/20 9/21 9/24 10/2 10/11 10/15 11/15 12/11 12/12 12/13 12/14 12/19 12/25 13/5 15/13 15/14 15/15 49/20 50/7 51/10 57/5 61/21
offenses [9] 10/19 11/11 11/15 11/16 14/24 20/13 21/15 55/8 57/3
officer [24] 2/5 5/5 5/17 5/24 6/2 6/4 9/7 14/16 14/17 18/14 20/25 22/8 24/6 32/19 34/10 34/13 42/16 48/16 48/18 56/9 56/9

Officer Parker [1] 32/19
Officer Parker's [1] 5/24
officers [26] 9/6 14/16 14/18 15/5 16/18 16/20 18/3 18/18 20/4 20/24 24/4 24/12 43/19 44/25 45/2 45/4 45/13 50/17 51/4 55/3 55/4 55/5 55/13 55/20 55/22 56/16
officers' [1] 56/16
official [4] 1/23 8/25 10/13 66/3
often [3] 4/10 41/12 44/12
OIG [1] 1/16
Okay [4] 39/13 47/21 64/24 65/10
Oklahoma [1] 37/3
old [2] 27/16 51/17
older [1] 27/17
once [3] 16/7 28/11 59/14
one [39] 1/13 4/16 5/5 5/8 7/11 11/15 11/17 11/19 14/9 14/10 14/22 15/8 17/21 19/9 23/1 27/1 27/15 28/23 34/4 34/7 36/20 39/2 40/8 42/9 45/5 48/3 49/1 50/2 50/23 51/23 52/21 53/17 53/19 55/5 57/12 61/16 62/7 62/12 64/6
ones [1] 19/22
online [2] 29/12 34/14
only [17] 5/4 5/8 16/18 18/7 31/8 33/6 33/24 34/10 35/24 41/18 46/1 46/25 51/23 51/24 52/21 57/6 63/18
open [2] 3/24 31/4
opportunity [4] 38/21 39/7 39/16 64/3
oppose [1] 64/11
orange [1] 37/23
order [4] 57/8 57/11 60/11 61/20
ordered [3] 28/3 29/6 58/19
ordering [1] 58/20
ordinary [1] 53/16

other [39] 6/4 13 11/21 15/19 15/19 18/7 19/11 19/14 22/4 23/21 29/10 31/3 31/11 32/9 33/1 33/12 33/19 34/7 35/13 37/8 38/3 39/2 50/25 51/8 51/9 53/5 53/11 54/1 54/19 55/8 55/21 56/4 57/9 57/16 57/17 57/18 58/4 60/23 61/16 64/6
others [15] 23/7 29/8 29/22 32/5 33/14 33/16 35/14 35/25 38/7 41/3 43/23 50/11 52/19 53/12 56/6
otherwise [3] 27/8 52/9 55/12
our [22] 15/4 17/22 24/12 24/14 39/20 39/20 39/22 39/24 39/25 40/1 40/1 40/21 41/2 41/22 43/24 44/1 44/3 44/4 44/9 53/19 53/23
out [10] 14/1 22/7 27/11 28/4 32/24 41/5 44/4 45/7 45/12 46/24
outcome [3] 11/12 47/5 64/6
outer [1] 4/22
outlined [2] 10/9 59/8
outreach [1] 39/24
outside [3] 24/25 25/11 27/4
outstanding [1] 4/13
over [6] 15/17 25/2 27/2 41/11 43/25 44/12
overlapping [1] 15/2
overlooked [1] 6/14
overrule [1] 5/21
overwhelmed [1] 51/1
overwhelming [1] 24/7
own [5] 11/4 20/20 32/9 41/10 54/15

**P**

P R O C E E D I N G S [1] 2/1
p.m [3] 14/19 14/20 65/11
PA [1] 1/20
Pages [1] 59/8

pain [1] 46/16
pamphlets [1] 27/11
Paragraph [7] 4/17 5/1 5/2 5/16 6/1 6/5 6/21
paragraphs [5] 6/9 6/10 6/20 6/23 7/2
parents [1] 30/23
Parker [3] 14/16 32/19 45/2
Parker's [2] 5/17 5/24
part [8] 7/25 19/2 39/22 40/4 40/11 40/12 53/22 54/11
participant [1] 50/22
particular [6] 3/2 4/15 9/2 49/21 55/2 60/16
parties [11] 2/19 3/5 4/5 4/8 4/11 11/1 19/12 23/11 63/12 64/1 64/4
parties' [2] 49/2 49/24
party [1] 13/22
passed [1] 30/11
past [2] 21/20 46/9
pastor [6] 26/14 38/9 38/16 39/12 41/6 41/25
path [1] 35/22
pay [1] 58/19
peaceful [1] 53/18
peacefully [1] 27/9
pending [7] 61/25 62/1 62/4 62/14 62/18 62/21 63/1
people [20] 12/16 27/17 29/23 31/3 31/4 31/4 31/6 31/8 31/10 31/11 32/1 33/5 33/19 35/13 35/24 37/7 50/8 50/14 53/20 54/8
people's [2] 27/16 34/16
pepper [2] 24/9 32/21
per [1] 37/5
percent [5] 40/9 40/10 40/11 40/12 48/12
percentage [1] 25/9
perfect [4] 20/21 23/13 45/18 56/21
performing [1] 39/20
perhaps [5] 14/5 19/16 22/11 23/6 64/1
perimeter [3] 4/22 15/18 16/8
period [5] 28/17 46/19 55/12 56/7 64/22

**P**

PERKINS [87]
Perkins' [9] 5/8 6/10
23/23 48/5 52/13 54/22
55/24 56/23 64/19
permission [1] 59/17
permits [1] 61/12
permitted [1] 62/13
person [16] 6/1 6/3 9/7
18/13 29/13 30/6 31/24
32/11 36/6 36/15 37/18
42/11 42/22 47/6 50/22
61/20
personal [3] 21/9
22/12 51/3
personally [1] 29/1
perspective [4] 7/6
39/17 63/20 65/1
pertain [2] 6/10 6/20
pertinent [1] 7/3
petition [1] 39/8
Philadelphia [1] 1/20
physical [1] 57/15
physically [1] 18/8
pick [1] 42/23
picked [1] 5/11
picture [2] 12/7 43/2
pictures [3] 30/8 31/14
31/19
piece [1] 34/12
Pinellas [1] 36/22
place [3] 12/1 57/22
60/11
Plaintiff [2] 1/4 1/12
plan [1] 55/9
planned [1] 50/14
planning [2] 35/11
50/17
Plant [1] 60/12
plausible [1] 18/17
play [2] 18/5 31/16
playing [1] 31/20
plays [1] 31/17
Plaza [3] 1/13 4/24
20/7
plea [1] 23/1
plead [1] 36/2
pleaded [1] 51/24
pleading [1] 36/8
pleads [1] 36/7
please [9] 2/6 3/20
4/16 6/18 39/5 45/9
46/6 46/25 60/9
pled [2] 20/17 21/3

point [9] 14/22 16/17
18/4 18/20 33/8 36/1
41/5 63/19 63/22
pointing [1] 19/17
points [5] 13/2 21/8
42/9 56/4 61/8
pole [5] 5/12 5/17 5/20
5/23 56/15
poles [1] 20/5
police [24] 4/25 5/3
5/5 5/6 5/9 5/11 5/12
5/14 16/10 16/11 16/20
18/18 20/11 22/8 24/5
24/9 45/4 48/16 53/15
55/4 56/11 56/12 56/18
56/19
political [4] 29/19
29/24 33/15 45/24
Ponder [8] 20/3 20/3
20/7 20/10 20/16 20/18
54/16 56/15
Ponder's [1] 20/5
portray [2] 45/1 46/7
position [9] 14/2 14/8
17/6 17/6 17/11 18/24
19/4 45/4 64/11
positions [4] 16/25
17/12 49/3 49/24
possess [1] 58/25
possible [1] 60/13
possibly [2] 30/17
61/1
post [2] 3/6 52/9
post-trial [1] 3/6
potential [1] 11/11
pounds [1] 37/16
poverty [1] 41/13
power [14] 53/18
62/17 62/20 62/24 63/2
63/4 63/6 63/13 63/14
63/15 64/10 64/14
64/15 64/21
pray [4] 37/10 44/2
44/11 47/6
prayed [1] 44/7
prayer [1] 36/24
pre [2] 35/11 50/21
pre-January 6th [1]
50/21
pre-planning [1] 35/11
preached [1] 31/25
precedence [1] 62/9
precise [1] 53/3
pregnancy [1] 41/13

prepare [1] 2/23
prepared [3] 38/14
43/6 61/11
preplanning [3] 52/22
56/5 56/25
preponderance [2]
5/22 6/3
present [2] 30/13
41/12
presentence [5] 3/3
3/18 4/14 7/12 59/9
preserved [1] 17/22
President [2] 24/22
43/23
presidential [1] 50/13
presiding [1] 41/11
pretrial [3] 3/4 29/3
62/16
pretty [1] 39/11
prevents [1] 53/14
previous [4] 21/15
51/23 52/21 55/23
Price [1] 54/16
primarily [1] 33/9
primary [2] 11/17
50/23
principle [1] 41/2
prior [1] 27/12
prison [3] 37/14 37/23
37/23
Prisons [3] 58/13 61/3
61/9
privilege [1] 44/10
probably [3] 20/2
20/22 47/20
probation [7] 2/5 11/1
11/6 13/19 49/13 51/25
59/5
probation's [1] 3/3
problem [1] 21/21
problematic [1] 57/14
problems [1] 37/13
proceed [2] 2/19 3/16
proceeding [1] 59/19
proceedings [4] 50/16
57/6 65/11 66/5
process [6] 20/9 24/15
27/22 29/21 34/16 37/1
proclaimed [1] 40/22
product [1] 24/20
promise [1] 42/1
promptly [1] 28/18
pronounce [3] 4/12
5/15 47/18

pronounced [1] 59/14
pronouncing [1] 8/7
proposed [3] 13/18
13/19 49/5
proposes [1] 49/10
prosecution [6] 28/20
28/25 28/25 29/5 35/23
36/11
protecting [1] 52/15
protective [1] 55/10
protest [2] 27/9 27/12
protesting [1] 53/3
protruding [1] 55/17
proud [2] 33/23 35/16
prove [1] 47/1
provide [2] 2/24 57/5
provided [1] 54/11
provides [5] 8/12 8/21
9/16 10/10 10/22
PSR [8] 5/25 6/5 6/14
7/10 7/25 8/1 13/19
17/2
public [1] 52/16
punish [1] 38/1
punishment [1] 46/16
purpose [1] 50/15
purposes [3] 8/3 23/1
59/13
pursuant [3] 7/23 8/17
10/5
pursue [2] 42/1 59/19
push [1] 24/5
pushed [3] 5/10 5/17
5/23
put [3] 16/22 34/1 48/5
puts [1] 35/23

**Q**

question [7] 12/21
35/3 53/21 63/3 63/16
63/23 64/2
questions [3] 3/25
59/21 59/23
quite [4] 51/4 52/7
53/1 58/8

**R**

race [1] 45/23
rack [1] 4/18
racks [1] 4/24
radical [1] 35/18
radicalized [1] 29/24
raise [4] 6/15 7/6
14/22 65/8

**R**

raised [1] 7/9
rally [3] 33/19 35/14 44/10
rallying [1] 33/15
ram [1] 56/12
rammed [1] 56/12
range [11] 13/4 13/6 13/7 13/12 19/9 19/14 21/6 22/21 24/19 25/11 49/19
reach [1] 64/3
reached [1] 42/17
reaching [2] 19/5 42/22
read [9] 3/3 23/23 32/13 32/14 39/3 43/7 43/10 43/14 49/18
ready [1] 2/19
realize [2] 48/18 64/2
really [3] 25/15 40/2 54/2
reason [3] 14/14 48/9 63/18
reasonable [1] 9/6
reasonably [5] 11/11 15/16 16/15 59/10 59/13
reasoning [1] 61/18
reasons [12] 8/16 10/2 10/3 10/9 10/22 10/24 17/13 52/13 54/19 54/20 61/23 62/14
recall [3] 21/8 26/2 28/14
recalls [1] 27/24
received [8] 20/18 56/1 56/3 56/7 56/9 56/10 56/14 56/15
receives [1] 24/13
recent [1] 21/9
recently [1] 51/22
recess [4] 4/11 4/12 47/17 47/22
recidivism [1] 52/21
recitation [1] 6/21
recognize [1] 36/6
recognizing [3] 13/17 13/20 21/22
recommend [1] 60/17
recommendation [4] 3/4 60/12 60/21 61/10
recommendations [1] 60/6

recommended [4] 21/22 21/24 22/16 49/14
record [14] 2/7 12/25 13/22 16/22 17/4 17/8 18/4 19/6 22/4 47/24 48/5 52/8 58/10 66/5
recur [4] 23/6 23/24 24/15 53/4
reference [5] 15/9 15/14 15/21 16/14 56/4
referenced [1] 14/1
referred [1] 6/23
referring [1] 15/12
refers [1] 15/1
reflect [2] 32/12 47/17
reflected [2] 18/25 22/2
reflects [1] 52/8
Reform [1] 24/22
refrain [1] 59/1
regarding [3] 4/8 8/1 19/13
regardless [2] 45/23 48/10
regret [3] 44/18 45/6 45/15
regrets [1] 33/23
rehab [1] 40/1
rehabilitate [1] 36/8
reiterate [2] 17/18 42/12
rejected [2] 19/2 43/1
rejecting [2] 17/12 19/4
rejoined [1] 20/12
relate [1] 14/25
related [2] 15/8 59/10
relates [2] 9/20 19/22
relating [1] 4/14
relative [3] 51/11 56/22 56/23
relatively [2] 16/6 55/11
relatives [1] 41/21
release [12] 13/13 13/14 28/9 28/11 49/7 49/16 58/17 58/18 61/1 61/25 62/1 62/16
released [5] 28/8 29/4 62/4 62/14 62/18
relevant [4] 4/1 9/2 56/4 59/10
reliable [1] 31/10

relied [1] 26/25
religion [1] 45/23
religious [1] 31/2
reluctant [1] 35/4
remain [3] 31/2 62/13 62/18
remained [3] 33/3 51/6 53/6
remaining [1] 9/21
remember [2] 26/13 44/24
remorseful [5] 41/23 52/11 53/1 57/18 57/21
remove [2] 18/19 41/17
removed [1] 30/23
reoffend [1] 53/11
repair [1] 30/11
repairs [1] 40/6
repeat [2] 38/7 59/9
repeated [2] 32/14 33/2
repeatedly [6] 5/3 5/6 5/13 22/7 34/11 55/7
repeating [1] 38/6
report [7] 3/3 3/4 3/18 4/14 7/13 7/16 59/9
Reported [1] 1/22
Reporter [2] 1/23 66/3
request [4] 22/20 48/21 60/23 61/17
requested [1] 22/22
required [3] 50/1 58/21 63/1
requirement [1] 59/3
requires [1] 23/22
research [2] 62/11 64/4
researched [1] 63/3
resolution [1] 3/17
resolved [1] 7/10
resources [1] 36/11
respect [12] 15/14 27/21 28/10 28/19 29/21 30/1 30/2 35/21 36/23 52/16 52/23 54/23
respected [1] 45/4
respectfully [1] 48/20
respective [1] 49/24
responsibility [3] 13/1 21/3 23/5
rest [1] 33/2
restitution [8] 49/8

49/16 57/5 57/6 57/8 57/9 57/11 58/20
restoration [1] 40/24
restore [2] 41/3 42/2
restoring [1] 40/24
restricted [6] 4/23 9/22 15/18 16/7 51/6 53/6
result [10] 7/23 9/7 12/15 12/19 12/24 13/4 20/13 20/18 30/18 55/5
resulted [1] 56/8
results [1] 50/13
return [2] 4/11 51/18
reveled [1] 52/24
review [3] 7/12 54/18 58/10
reviewed [1] 51/20
ride [1] 27/14
right [9] 12/17 21/7 21/11 36/4 36/12 40/23 60/20 63/18 64/2
rights [2] 29/19 36/13
riot [5] 53/14 53/17 53/22 56/11 56/19
rioters [8] 33/12 50/24 50/25 51/2 54/1 55/8 55/21 56/18
riots [1] 50/23
ripped [1] 22/6
risk [6] 9/3 23/5 29/24 52/20 55/4 57/14
roadmap [1] 2/24
Robert [1] 26/11
Robertson [1] 54/17
rode [1] 27/15
room [3] 22/6 25/25 37/5
rooms [1] 37/4
RPR [1] 1/22
rule [2] 7/23 40/10
ruling [3] 6/19 17/22 18/20
run [1] 23/5
running [1] 24/1

**S**

said [13] 23/9 28/1 37/9 39/14 40/6 41/24 50/7 50/8 51/8 51/20 52/22 55/10 64/20
Saint [1] 1/13
sake [1] 64/19
same [14] 10/2 10/9

**S**

**same... [12]** 10/20 10/23 11/12 14/25 15/1 15/2 46/14 54/24 55/19 59/18 62/22 63/23
**sang [1]** 44/8
**sat [1]** 37/19
**satisfied [1]** 7/19
**saves [1]** 36/10
**saw [1]** 42/20
**say [21]** 10/25 14/10 22/11 23/21 27/8 28/6 38/23 39/16 40/2 40/13 40/18 41/1 41/17 45/18 47/5 49/22 52/17 53/20 57/2 62/23 64/19
**saying [1]** 63/9
**says [1]** 15/12
**scene [1]** 18/6
**school [3]** 31/7 31/18 46/21
**Schwartz [1]** 54/15
**screws [1]** 22/7
**scripture [1]** 31/23
**scrum [3]** 18/16 20/12 33/7
**second [4]** 14/7 15/8 44/23 45/10
**second-span [1]** 44/23
**seconds [2]** 42/19 56/13
**section [12]** 6/14 8/9 8/24 10/18 10/19 11/13 13/1 15/12 50/2 59/11 60/24 62/2
**security [1]** 61/8
**see [4]** 10/19 34/9 38/19 46/23
**seeing [2]** 37/22 53/7
**seek [1]** 59/17
**seeks [1]** 23/21
**seem [2]** 12/1 41/9
**seemed [1]** 16/8
**seems [7]** 3/23 22/14 22/14 57/22 62/22 62/25 63/5
**seen [4]** 37/18 50/25 52/6 57/25
**seized [1]** 20/11
**self [6]** 29/6 51/22 61/8 62/24 63/25 64/17
**self-employed [1]** 51/22
**self-surrender [4]** 29/6

**self-surrendering [1]** 64/17
**sell [1]** 61/6
**sense [4]** 11/18 11/19 16/11 21/12
**sensitive [1]** 53/23
**sentence [47]** 2/17 4/9 4/12 5/15 8/3 8/8 19/11 20/18 21/22 21/25 22/15 22/15 22/20 23/22 24/13 24/19 24/25 29/22 34/18 35/3 36/14 36/15 36/16 37/25 47/19 48/8 49/6 49/10 49/14 49/22 49/23 50/1 50/5 51/14 51/19 51/22 52/18 53/25 54/5 54/7 58/5 58/12 59/15 59/21 60/12 62/1 62/4
**sentenced [10]** 21/4 22/10 22/12 25/3 25/10 54/21 54/24 58/4 58/16 63/2
**sentences [3]** 19/13 54/20 55/23
**sentencing [23]** 1/9 3/5 6/12 7/3 7/17 17/1 17/25 24/17 24/22 24/23 30/4 30/9 30/20 38/24 49/6 50/3 50/3 59/11 59/13 62/14 62/18 62/21 63/1
**separate [3]** 12/3 14/9 14/15
**September [1]** 66/9
**sergeant [1]** 56/13
**serious [13]** 9/4 21/15 50/10 51/4 51/10 55/3 55/8 55/11 56/2 57/17 58/2 58/3 58/3
**seriousness [4]** 24/3 24/14 50/7 51/13
**serve [2]** 58/16 60/12
**served [3]** 36/18 49/23 51/24
**services [3]** 3/4 7/20 39/19
**serving [1]** 51/19
**session [1]** 50/12
**sessions [1]** 41/7
**set [4]** 30/15 31/21 57/24 59/11

**sets [1]** 31/21
**setting [1]** 31/20
**Seventh [1]** 24/23
**several [4]** 51/6 53/7 56/13 58/22
**severity [1]** 54/23
**shall [4]** 59/7 61/20 61/22 61/24
**Shane [2]** 26/7 30/12
**share [1]** 32/4
**shared [1]** 11/19
**she [3]** 26/2 42/17 46/11
**sheds [1]** 30/10
**sheer [1]** 50/24
**Sheff [1]** 2/10
**shield [1]** 56/19
**shields [2]** 56/11 56/16
**shirt [1]** 37/19
**short [3]** 55/12 63/7 64/9
**shorter [1]** 48/8
**should [20]** 8/18 9/24 10/21 11/3 11/3 11/4 11/6 11/7 11/9 14/8 14/10 17/10 19/16 30/3 40/19 41/1 49/19 55/6 58/8 64/25
**shoulder [1]** 56/17
**show [3]** 29/6 31/14 46/5
**showed [4]** 28/19 30/2 35/20 36/23
**shown [2]** 27/21 40/15
**side [1]** 4/19
**sides [1]** 14/1
**signed [1]** 24/22
**significant [8]** 43/3 48/14 49/17 51/14 52/3 55/4 56/5 57/14
**significantly [1]** 56/2
**similar [8]** 10/3 19/21 20/23 23/10 53/13 55/8 57/2 57/3
**similarity [1]** 56/22
**similarly [2]** 19/22 21/12
**simply [1]** 18/18
**since [5]** 31/7 45/7 45/18 45/25 61/15
**singing [1]** 44/13
**single [2]** 10/21 36/23
**sir [1]** 38/17

**sitting [1]** 43/22
**situated [1]** 21/12
**situation [9]** 15/16 18/19 20/23 22/12 32/25 33/18 35/24 46/4 62/23
**six [6]** 2/18 8/25 9/8 10/13 13/12 58/15
**six-level [3]** 8/25 9/8 10/13
**skilled [1]** 30/8
**slightly [2]** 3/23 20/6
**slow [1]** 34/15
**slowed [1]** 48/19
**small [1]** 44/18
**so [69]**
**sober [1]** 52/2
**sobriety [2]** 32/3 59/4
**social [1]** 33/20
**societal [1]** 14/21
**solely [1]** 30/19
**solute [1]** 34/14
**some [27]** 3/19 3/24 4/21 7/9 15/25 17/1 17/3 21/12 21/15 27/10 28/12 29/14 31/6 31/7 31/19 36/7 39/3 40/4 46/7 52/1 52/17 57/9 58/4 61/1 62/10 63/2 63/17
**somebody [6]** 18/11 26/24 34/18 35/10 36/2 48/15
**someone [3]** 6/7 39/12 40/20
**something [8]** 22/6 25/13 29/25 33/17 34/18 35/16 44/18 49/12
**somewhat [2]** 20/23 57/1
**son [5]** 26/7 30/12 41/6 45/21 46/15
**songs [1]** 44/8
**sorry [5]** 14/11 43/15 45/3 45/17 61/25
**sort [8]** 4/1 11/12 29/20 30/11 35/11 35/18 35/21 63/10
**sorts [1]** 24/14
**southwest [1]** 4/19
**souvenirs [1]** 35/16
**span [1]** 44/23
**speak [2]** 38/22 64/18

**S**

speaking [1]  39/23
spear [1]  55/17
special [2]  13/16 58/19
specific [8]  14/16
14/21 15/5 16/18 23/6
24/12 49/12 54/2
specific-named [1]
15/5
specifically [1]  18/2
specifics [1]  25/16
spend [1]  30/22
spent [1]  28/8
spotlight [1]  33/20
sprayed [2]  24/10
32/22
spraying [1]  44/15
spring [1]  2/18
stands [1]  34/25
stark [1]  37/18
start [5]  8/9 9/11 10/7
25/24 43/18
state [2]  58/24 59/22
stated [2]  17/13 30/20
statement [9]  4/17
4/25 5/2 5/16 5/25
23/14 38/14 43/6 53/2
statements [2]  7/24
51/21
STATES [5]  1/1 1/3
1/10 2/3 43/23
stating [1]  17/8
status [2]  18/3 18/18
statute [4]  55/15 57/7
61/14 63/21
statutory [3]  13/9
13/11 57/8
stay [1]  9/24
stayed [1]  24/8
step [5]  4/2 4/13 8/4
25/1 36/3
STEVEN [2]  1/6 2/4
sticking [1]  22/7
still [1]  27/20
stolen [1]  43/24
storm [1]  27/2
straightforward [1]
15/11
Street [1]  1/20
strengths [1]  50/23
stretch [1]  62/25
strike [4]  4/25 5/13
7/25 34/10
striking [1]  56/16

strive [3]  49/2 45/19
45/20
strong [2]  5/7 57/24
strongest [1]  52/5
struck [2]  7/4 20/24
struggle [1]  46/22
struggled [1]  32/3
struggling [2]  30/15
44/15
study [1]  24/21
submission [1]  48/4
submit [6]  18/15 28/24
33/4 37/25 38/10 64/9
submitted [6]  3/5 3/6
3/8 7/17 39/4 41/25
subparagraphs [1]
61/21
subpoenaed [1]  39/11
subsection [1]  61/22
subsequent [1]  42/19
subset [1]  15/2
substance [4]  32/2
52/1 59/1 59/2
substantial [2]  9/3
19/23
substantially [7]  10/20
10/23 22/1 22/8 52/14
58/6 58/7
successfully [1]  30/25
such [4]  25/1 27/1
53/16 53/23
suffer [5]  41/19 41/20
41/21 41/22 41/22
suffered [1]  37/17
suffices [1]  10/25
sufficiently [2]  53/12
54/1
suggest [2]  35/7 36/16
suggesting [3]  50/18
50/20 63/6
Suite [1]  1/20
summarize [1]  49/2
supervised [6]  13/12
13/14 49/7 49/15 58/17
58/18
supervision [2]  58/21
58/24
support [12]  26/20
26/21 26/22 28/22 30/7
32/12 52/3 52/5 57/23
57/24 60/14 61/7
supporters [1]  25/25
suppose [1]  54/4
supposed [1]  24/8

sure [9]  11/7 22/12
23/18 33/8 33/9 49/11
61/18 62/9 64/23
surrender [5]  29/6
61/8 62/24 63/8 63/25
surrendered [1]  45/19
surrendering [1]  64/17
surrounding [1]  16/17
surveyed [1]  25/4
Susan [1]  26/16
SWAT [1]  28/2
swinging [5]  5/19
24/24 51/5 56/15 57/16

**T**

table [4]  22/5 22/6
22/9 55/16
tactical [2]  35/13 56/6
take [7]  4/11 20/12
38/2 38/2 45/16 47/17
55/3
taken [3]  23/11 35/16
43/25
Taking [1]  53/9
talk [7]  7/15 19/17
29/16 30/5 32/16 34/5
38/5
talked [3]  32/1 34/14
34/23
talking [2]  55/24 64/17
talks [1]  27/1
Tampa [1]  26/19
teaching [1]  31/23
team [1]  28/2
tech [1]  46/21
technical [1]  12/16
teens [1]  39/25
tell [1]  52/9
term [1]  58/13
terms [3]  12/7 58/14
58/17
terrace [1]  33/4
terrifying [1]  28/4
testament [1]  31/9
testing [1]  59/3
text [1]  14/25
than [14]  12/13 21/25
22/12 22/21 23/22
33/18 35/7 42/19 55/8
55/16 55/25 56/2 58/3
59/12
thank [30]  3/15 6/2
7/22 16/21 18/23 19/7
19/8 25/19 25/21 38/16

38/18 39/15 42/4 42/5
42/6 42/7 47/7 47/8
47/9 47/10 47/12 47/16
47/25 48/2 48/22 48/23
60/4 60/22 65/9 65/10
that [331]
that's [24]  15/6 15/9
16/14 19/18 20/3 21/11
23/17 25/15 30/21
31/24 32/22 34/17 35/5
35/7 36/25 38/7 39/1
39/8 40/7 42/24 44/19
48/13 62/1 63/25
their [14]  18/18 19/1
26/9 30/16 31/1 31/2
33/19 39/21 45/23
48/10 48/16 51/5 54/20
64/2
them [25]  4/15 7/10
8/6 8/7 17/8 18/9 19/2
20/5 28/5 31/1 31/4
31/20 31/23 33/7 33/23
36/8 37/24 39/21 39/24
41/3 41/9 43/2 51/5
56/12 56/12
themes [1]  23/24
themselves [2]  24/24
52/12
then [34]  2/24 3/22
4/10 8/7 9/23 10/5
10/18 12/6 14/12 19/17
20/11 20/12 20/15
20/24 23/11 28/2 28/15
29/4 34/14 36/9 37/12
38/13 46/17 49/4 52/10
58/1 61/3 61/23 63/7
64/9 64/13 64/13 64/15
64/18
there [46]  3/19 3/25
6/13 10/25 11/10 13/15
14/8 14/24 18/8 19/11
20/9 20/11 24/8 27/8
27/23 31/11 31/22 33/8
33/22 34/6 36/7 36/25
37/6 38/4 39/19 40/3
40/9 42/1 42/16 46/14
46/17 46/18 50/14
50/22 52/21 53/16 54/2
54/3 55/7 56/4 57/8
57/10 60/6 61/23 64/8
64/13
there's [12]  4/16 6/5
16/21 26/25 37/4 37/4
40/10 48/12 63/14

**T**

there's... **[3]** 63/16 64/6 65/6

therefore **[7]** 4/25 6/4 8/14 9/18 10/2 10/14 13/3

these **[18]** 13/25 14/2 14/15 15/5 16/1 16/9 23/13 24/1 24/14 27/3 30/12 31/6 31/19 34/19 34/20 35/10 37/7 46/9

they **[40]** 6/20 8/5 17/1 17/2 18/13 19/13 21/12 23/10 25/7 25/8 27/23 29/15 29/16 29/24 30/15 30/16 30/17 30/18 30/22 30/22 30/23 31/4 33/6 33/7 36/7 39/19 41/20 44/6 45/4 45/15 46/18 48/16 49/25 50/4 50/18 53/21 63/13 63/13 63/13 64/5

they're **[4]** 16/25 29/15 35/1 61/11

They've **[1]** 26/18

thing **[5]** 14/22 38/4 39/1 42/15 53/16

things **[9]** 22/5 32/8 34/4 39/3 39/16 39/21 45/15 46/23 64/17

think **[41]** 10/25 15/16 16/15 17/9 18/16 20/2 20/21 21/18 22/10 25/15 25/16 27/18 28/9 29/22 34/4 34/8 34/23 35/1 35/19 36/3 38/4 39/1 39/13 42/23 44/20 48/4 49/11 49/18 49/22 50/21 52/7 53/1 54/2 54/8 55/19 58/2 61/24 62/25 63/13 64/10 64/15

thinking **[2]** 12/18 58/1

third **[6]** 4/4 11/4 14/12 14/20 36/9 56/17

this **[102]**

those **[28]** 3/11 6/10 8/2 10/24 12/15 12/18 16/24 17/12 18/5 21/16 32/12 32/13 33/11 36/13 38/5 40/8 49/24 50/15 50/21 51/9 52/12 52/13 53/9 53/15 54/24 56/20 57/3 59/10

though **[4]** 4/6 21/7 25/18 55/14

thought **[2]** 21/9 44/12

thoughts **[1]** 49/1

thread **[1]** 24/1

three **[12]** 3/8 8/13 9/17 14/9 14/15 20/4 20/14 20/14 27/19 39/18 49/7 51/21

three-level **[2]** 8/13 9/17

threw **[5]** 5/12 16/19 20/25 24/5 34/12

thrive **[1]** 47/3

through **[18]** 2/23 3/17 3/22 4/15 7/9 9/23 10/23 24/22 26/2 26/22 28/21 31/17 31/18 31/25 32/3 43/9 48/25 64/4

throughout **[5]** 28/17 28/18 33/2 37/19 40/16

throwing **[1]** 16/10

thus **[1]** 6/11

tie **[1]** 37/19

tied **[2]** 39/2 64/18

time **[32]** 4/20 4/22 7/15 18/10 30/3 30/17 30/22 32/7 32/20 33/10 35/4 36/18 36/23 37/17 37/22 39/10 39/12 40/10 40/16 42/13 44/20 46/19 47/12 48/11 49/12 49/23 51/7 53/9 53/23 59/22 61/5 63/8

time-served **[1]** 49/23

timely **[1]** 28/18

times **[5]** 39/18 39/20 50/7 51/1 64/20

title **[2]** 61/25 62/1

today **[18]** 2/24 2/25 8/3 19/1 19/3 25/2 26/19 30/13 45/12 45/14 46/24 49/22 52/10 52/17 61/1 61/11 62/15 64/25

today's **[1]** 63/24

together **[10]** 10/21 11/3 11/7 11/8 11/9 30/17 30/18 30/23 53/10 57/22

told **[2]** 43/10 46/11

tomorrow **[1]** 64/5

tod **[1]** 5/6

tossed **[1]** 32/23

total **[4]** 12/14 12/19 12/25 49/20

toward **[3]** 42/21 44/25 51/5

towards **[2]** 16/17 56/14

trade **[1]** 32/8

tradesman **[1]** 30/8

traits **[2]** 24/2 30/12

transcript **[2]** 1/9 66/4

transcripts **[1]** 13/25

transfer **[1]** 37/3

transferred **[3]** 37/2 37/7 37/12

transition **[1]** 53/18

transpired **[1]** 45/1

transport **[1]** 61/11

travel **[1]** 30/17

traveled **[1]** 26/18

treat **[2]** 11/14 11/16

treating **[1]** 19/21

treatment **[1]** 48/17

trespassed **[2]** 15/17 24/6

trial **[11]** 3/6 16/5 18/10 26/3 26/14 28/18 36/2 36/5 36/12 37/20 58/11

tried **[3]** 20/20 33/19 33/19

trip **[1]** 27/15

trouble **[1]** 41/9

truck **[1]** 46/12

true **[3]** 23/8 59/18 66/4

trust **[1]** 44/6

trusted **[1]** 47/2

try **[4]** 33/13 39/13 43/14 45/5

trying **[2]** 33/12 36/17

Tuesday **[1]** 64/11

tunnel **[1]** 20/9

turn **[2]** 30/14 61/2

turn-in **[1]** 61/2

turned **[4]** 27/22 30/1 33/16 36/20

Turning **[1]** 8/4 8/20

twice **[1]** 56/11

two **[21]** 7/11 8/24 11/10 12/6 12/13 12/15 12/18 14/16 14/25 16/18 17/21 20/5 24/4 28/8 34/6 36/8 42/9 44/12 51/18 56/16 60/10

two-level **[1]** 8/24

type **[1]** 18/21

types **[1]** 27/4

typically **[3]** 14/7 48/25 49/2

**U**

U.S **[3]** 1/23 59/11 59/19

U.S. **[2]** 4/19 50/11

U.S. Capitol **[2]** 4/19 50/11

U.S.C **[1]** 20/15

ultimate **[1]** 12/24

ultimately **[7]** 11/10 20/8 20/16 21/3 21/18 22/25 24/21

unable **[2]** 43/9 59/16

unacceptable **[1]** 53/23

under **[15]** 8/24 9/1 12/15 12/18 12/22 18/12 18/14 25/3 45/5 48/6 59/19 60/24 60/25 61/17 61/19

understand **[10]** 5/4 12/3 13/24 15/24 17/21 18/20 43/11 43/16 48/24 61/16

understanding **[2]** 39/6 42/13

understood **[8]** 16/4 16/24 17/5 17/14 18/24 19/3 19/25 22/18

unfortunately **[4]** 37/1 46/7 62/19 64/19

UNITED **[5]** 1/1 1/3 1/10 2/3 43/23

unlawful **[1]** 59/1

unlawfully **[1]** 58/25

unless **[2]** 24/13 61/23

unless -- and **[1]** 61/23

unlike **[7]** 3/23 20/6 21/1 21/2 27/19 35/13 57/9

unlikely **[2]** 53/2 53/10

unquestionable **[1]** 36/12

unquestionably **[1]** 50/10

# U

**until [2]** 48/19 63/8
**unwarranted [3]** 22/15 24/17 54/7
**up [17]** 5/11 24/5 27/15 27/24 30/15 31/20 31/21 31/21 33/3 33/8 37/2 41/12 42/8 42/23 42/23 48/9 63/22
**upbringing [1]** 30/6
**upon [1]** 26/25
**Upper [1]** 33/4
**upward [1]** 22/21
**us [5]** 16/21 18/11 44/6 44/16 57/12
**USAO [1]** 1/13
**usdoj.gov [2]** 1/14 1/17
**use [2]** 44/17 59/1
**used [5]** 22/1 50/16 55/14 55/17 56/12
**using [2]** 5/23 11/23
**utmost [1]** 35/20
**utter [2]** 28/10 29/21

# V

**vacation [1]** 31/17
**value [1]** 23/3
**van [2]** 27/10 27/16
**vandalism [1]** 50/17
**variance [4]** 42/13 43/3 43/4 49/18
**various [4]** 3/6 3/7 3/17 20/15
**vehicles [1]** 28/3
**verdict [2]** 4/20 5/18
**versus [4]** 2/3 25/11 36/2 48/17
**very [41]** 6/19 12/17 14/25 16/24 19/6 19/20 21/14 23/8 30/8 30/16 30/18 31/1 31/13 32/11 32/20 32/25 37/5 37/6 37/8 37/8 37/11 41/16 42/4 44/21 44/21 48/13 50/9 52/2 52/2 52/11 53/10 55/3 57/14 57/17 57/17 57/17 58/2 62/15 63/9 63/18 64/15
**victim [10]** 8/25 10/14 11/17 14/18 14/20 14/21 15/1 15/2 15/3 42/12
**victims [8]** 12/3 14/15

4/15 14/25 15/2 15/4 15/6 57/5
**video [3]** 3/11 42/15 51/20
**videos [5]** 3/8 3/8 18/5 33/11 33/21
**view [16]** 7/3 8/14 9/11 12/25 15/22 17/4 17/15 22/1 52/20 56/22 57/13 58/9 62/6 62/12 63/23 64/2
**viewed [1]** 51/20
**views [1]** 45/24
**violated [1]** 28/11
**violation [1]** 29/2
**violations [1]** 20/15
**violence [9]** 35/12 37/6 50/16 50/19 52/24 53/7 53/9 55/9 56/6
**violent [5]** 34/3 53/14 53/15 53/17 53/22
**volunteered [1]** 32/7
**votes [1]** 53/18
**vs [1]** 1/5

# W

**waiting [1]** 29/16
**waits [1]** 46/23
**waive [1]** 59/3
**walk [5]** 2/23 3/17 3/22 4/15 10/23
**walked [1]** 34/1
**walking [1]** 48/25
**Walnut [1]** 1/20
**want [14]** 6/25 14/22 30/22 30/23 35/6 35/6 45/2 46/3 47/5 48/5 49/21 63/4 63/9 63/17
**wanted [2]** 30/7 43/18
**wants [2]** 32/4 37/10
**was [97]**
**Washington [5]** 1/5 1/17 1/24 37/2 37/15
**wasn't [1]** 53/16
**water [1]** 27/3
**way [10]** 12/10 29/3 29/20 30/16 34/3 39/2 46/6 57/19 63/9 63/11
**ways [2]** 11/11 17/3
**we [56]** 2/20 3/10 4/1 9/11 9/24 10/7 10/18 13/24 14/1 15/10 15/16 16/15 17/22 19/17 20/21 20/22 22/22 23/4

24/16 24/18 25/7 25/7 25/13 26/1 28/21 28/23 34/4 34/8 34/18 36/3 37/20 40/20 41/2 44/1 44/2 44/3 44/3 44/4 44/7 44/8 44/8 44/8 45/12 47/23 49/11 52/16 61/15 63/7 63/11 63/25 64/16 64/25
**we'd [1]** 62/10
**we're [5]** 2/17 18/5 38/6 40/6 64/17
**we've [5]** 14/23 20/2 20/20 40/20 47/17
**weapon [9]** 8/13 8/22 9/17 9/23 10/12 22/2 51/11 55/14 56/24
**weapons [4]** 35/12 51/10 55/22 56/7
**wearing [1]** 37/23
**Webster [1]** 54/15
**week [2]** 39/18 63/7
**weeks [2]** 28/8 46/11
**weigh [3]** 51/13 52/14 54/4
**welcome [1]** 31/4
**well [20]** 3/4 4/6 18/8 18/24 19/5 20/1 23/19 24/12 26/16 31/2 31/22 31/22 32/10 37/14 38/14 40/11 42/24 48/21 54/18 56/12
**went [9]** 15/17 15/23 27/2 28/7 33/3 33/16 33/25 43/21 44/13
**were [29]** 11/14 11/21 12/10 14/19 16/8 16/24 20/5 20/7 21/13 21/19 22/15 24/11 24/20 27/23 29/14 33/7 33/7 33/10 35/16 36/16 43/19 43/24 44/20 50/9 54/22 55/5 57/3 61/15 63/5
**West [4]** 1/20 4/24 20/7 33/4
**what [33]** 2/23 3/2 4/8 12/23 16/8 17/5 21/8 22/16 22/21 23/22 24/3 25/9 27/15 29/16 29/22 35/3 35/7 36/3 36/15 36/25 40/19 44/6 44/13 46/4 47/17 47/18 50/21

64/2 64/8
**what's [3]** 17/19 28/9 62/6
**when [19]** 4/1 5/11 5/15 5/23 13/4 21/23 21/23 29/21 32/22 32/23 34/24 36/6 40/22 43/2 45/11 46/18 57/6 61/9 63/24
**where [14]** 18/6 27/16 29/5 30/16 31/19 32/24 33/4 37/15 39/14 55/2 57/9 57/12 60/13 63/25
**whereas [1]** 15/5
**whether [12]** 8/17 10/5 12/21 15/8 15/21 16/13 17/9 39/25 62/3 63/12 63/15 64/14
**which [39]** 2/25 4/13 5/10 6/21 8/4 13/11 14/21 18/3 21/5 22/21 24/18 28/4 31/1 31/9 32/2 35/19 35/22 37/3 37/13 37/24 38/1 48/12 49/1 49/3 49/11 50/2 51/24 52/17 53/18 54/3 54/21 57/19 58/2 58/22 59/9 59/15 61/6 62/23 64/10
**while [7]** 29/15 36/25 37/6 50/12 57/15 58/21 58/23
**who [47]** 4/7 6/7 22/1 22/10 26/25 27/4 27/20 28/20 29/11 29/23 30/6 30/12 31/8 32/1 32/15 33/18 33/19 33/20 33/21 34/14 35/9 35/9 35/10 36/2 36/15 37/9 37/19 37/20 38/6 38/10 39/13 44/19 45/11 46/25 48/15 48/18 50/22 51/18 53/15 54/8 54/24 55/21 56/1 56/3 57/3 57/18 61/20
**whose [2]** 20/6 27/2
**why [5]** 10/22 24/18 39/8 64/1 64/9
**widows [1]** 39/20
**wielded [1]** 55/18
**wife [13]** 26/1 26/16 27/16 27/25 33/9 34/2 41/19 43/21 44/14 46/9

**W**

**wife... [3]** 46/11 46/22 51/18
**will [48]** 2/25 3/22 4/1 4/5 4/10 4/10 5/13 5/14 6/4 7/4 7/24 8/16 10/4 14/4 17/20 18/21 23/20 38/1 38/2 38/2 40/4 40/9 41/19 41/20 41/21 41/22 41/22 46/20 46/20 46/22 47/17 47/20 48/6 48/11 49/3 51/18 53/4 53/11 57/11 59/9 60/15 60/18 60/20 61/3 61/6 61/7 64/15 64/19
**willingly [1]** 39/9
**window [5]** 32/17 32/18 32/19 53/8 55/2
**wish [3]** 13/22 45/16 59/19
**within [7]** 13/3 16/7 24/19 25/10 53/14 55/15 59/15
**without [5]** 27/3 28/2 30/15 41/11 59/18
**witness [1]** 37/6
**witnesses [1]** 27/15
**wondered [1]** 25/14
**wooden [2]** 55/16 55/17
**word [1]** 32/4
**words [1]** 11/21
**work [10]** 28/15 30/7 30/8 30/13 30/19 30/22 37/10 39/20 40/5 40/11
**working [1]** 30/24
**works [1]** 23/24
**world [1]** 52/9
**worried [1]** 38/6
**worse [1]** 55/25
**worst [1]** 46/16
**would [59]** 4/6 4/8 6/15 7/6 11/14 11/16 11/18 11/19 12/1 12/8 12/9 12/11 12/12 12/14 12/16 12/19 17/18 21/24 22/14 22/20 23/20 27/22 31/16 33/25 34/1 34/2 36/17 38/10 39/16 40/2 40/13 40/18 41/1 41/3 41/17 41/17 42/21 43/6 43/10 45/5 46/6 52/18 54/1

54/4 59/22 60/4 60/16 62/13 62/16 62/23 63/10 63/11 63/16 63/21 63/25 64/8 64/16 64/21 65/8
**would-be [1]** 54/1
**wouldn't [1]** 33/24
**write [1]** 31/3
**writeup [1]** 36/23
**written [7]** 3/7 3/11 17/23 17/25 31/15 48/4 60/4

**Y**

**yanking [1]** 56/14
**Yeah [1]** 25/19
**year [1]** 2/3
**years [16]** 13/10 13/13 21/16 24/20 31/8 44/12 45/19 46/8 46/10 46/23 46/23 49/7 51/16 51/24 52/2 59/4
**yellow [1]** 37/23
**yes [25]** 2/21 7/2 7/2 7/14 7/18 7/21 14/3 16/23 17/17 17/24 18/14 18/24 19/19 22/23 23/8 26/4 26/15 38/12 43/8 48/2 48/22 60/3 60/15 62/5 65/4
**yesterday [4]** 2/22 3/1 3/24 50/8
**yet [2]** 27/20 57/10
**York [1]** 1/14
**you [109]**
**you're [2]** 29/22 63/6
**you've [4]** 13/24 19/19 19/19 22/19
**young [1]** 44/10
**your [86]**
**Your Honor [55]** 2/2 2/9 2/13 2/21 3/13 3/14 6/16 7/14 13/24 16/13 17/14 17/20 18/2 18/11 18/15 19/16 19/25 21/11 22/18 23/19 25/12 25/21 27/14 27/24 28/11 28/24 32/13 32/14 33/4 34/4 34/22 34/23 35/2 37/13 37/25 38/9 38/18 42/8 42/25 43/5 43/12 47/8 47/10 47/13 47/15 47/23 59/24 60/1 60/11

60/23 61/1 61/14 61/15 62/8 65/2
**yourselves [1]** 2/7

**Z**

**zero [1]** 13/2