AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Olivia Michele Pollock<br>_____<br>*Defendant* | )<br>)<br>) Case No. CR 21-447-5 (CJN)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Olivia Michele Pollock                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☑ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  See Attached

Date:   03/01/2023                                              Courtney Moore  *Digitally signed by Courtney Moore*
                                                                *Date: 2023.03.01 09:54:29 -05'00'*
                                                                _____
                                                                *Issuing officer's signature*

City and state:   Washington, DC                                 Courtney Moore    Courtroom Deputy
                                                                 *Printed name and title*

### Return

This warrant was received on *(date)* 01/04/2024, and the person was arrested on *(date)* 01/06/2024
at *(city and state)* GROVELAND, FL

Date: 01/08/2024                                                 _____
                                                                 *Arresting officer's signature*
                                                                 SPECIAL AGENT MARK DENNIS
                                                                 *Printed name and title*