UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 1:21-CR-447 (CJN)** |
| | : | |
| **JONATHAN DANIEL POLLOCK,** | : | |
| **OLIVIA MICHELE POLLOCK, and** | : | |
| **JOSEPH DANIEL HUTCHINSON, III,** | : | |
| | : | |
| **Defendants.** | : | |

### PROPOSED SCHEDULING ORDER

The parties believe that this trial will take two weeks and have met to find possible trial dates that work for all parties. The government and counsel for Jonathan Daniel Pollock and Olivia Michele Pollock propose, in order of preference: (1) December 9 through 20, 2024, (2) December 2 through 13, 2024, and (3) October 15 through 25, 2024. The parties also propose a schedule like the one below:

Trial is set to commence in this matter on **December 9, 2024** at 9:00 a.m. Jury selection will begin that day at 9:00 a.m. in Courtroom 17. The following deadlines shall govern pretrial proceedings:

1. The Defendant shall file any motions to dismiss the Superseding Indictment by **September 9, 2024**; oppositions shall be filed on or before **September 23, 2024**; and replies shall be filed on or before **September 30, 2024**.

2. The defendant shall file any waiver of a jury trial on or before **October 11, 2024**.

3. The United States shall notify the defendant of its intentions to introduce any Rule 404(b) evidence not already disclosed on or before **October 21, 2024**.

4. The Parties shall file any pretrial motions (including motions *in limine*) on or before **October 28, 2024**; oppositions shall be filed on or before **November 12, 2024**; and replies shall be filed on or before **November 18, 2024**.

5. Before filing a motion, the Parties shall meet and confer to discuss whether any issues presented by the motion can be resolved by agreement of the Parties.

6. On or before **November 18, 2024**, counsel shall file a Joint Pretrial Statement that contains the following:

   a. **A neutral statement of the case**: The Parties shall include a neutral statement of the case for the Court to read to prospective jurors.

   b. **Proposed *voir dire* questions**: The Parties shall indicate:

      i. the *voir dire* questions that the parties agree to; and

      ii. the *voir dire* questions that the parties disagree on, with specific objections noted as to each disputed question.

   c. **Proposed jury instructions**: The Parties shall submit a list of proposed jury instructions, followed by the text of each proposed instruction, which indicates:

      i. the instructions that the parties agree to; and

      ii. the instructions that the parties disagree to, with specific objections noted below each disputed instruction, and the proposed instruction's source including supporting legal authority. Proposed instructions may be updated as needed to reflect the evidence presented at trial. Absent a showing of good cause, no other modifications will be permitted.

   d. **List of witnesses**: The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief, divided into the following categories:

      i. witnesses who will be called to testify at trial;

     ii. witnesses who may be called to testify at trial; and

    iii. witnesses whose testimony a party will present by deposition or other prior testimony, indicating whether the presentation will be by transcript or video.

The Court will read the list of witnesses to the jury during *voir dire*. In the list, each witness name should be accompanied by a brief description of each witness's expected testimony and area of expertise, if applicable, followed by specific objections, if any, to each witness.

  e. **Exhibit lists**: The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief. The Parties need not list any exhibit that might be used for purposes of impeachment. The Parties should confer with Courtroom Deputy Courtney Moore about the format of the exhibit list. The Parties should not provide a copy of the exhibits to the Court but must exchange pre-marked exhibits. The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference. The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

  f. **Stipulations**: The Parties shall submit a draft of all stipulations.

  g. **Proposed verdict form**: The Parties shall include a draft verdict form, including any proposed special interrogatories. The draft verdict form should include a date and signature line for the jury foreperson.

7. In addition to filing the Joint Pretrial Statement, on **November 18, 2024**, the Parties shall transmit, in Word format, an electronic copy of (a) any proposed modification to a

standard jury instruction, (b) any non-standard jury instruction, and (c) the verdict form by email to Courtroom Deputy Courtney Moore at Courtney_Moore@dcd.uscourts.gov.

8. The United States should endeavor to make grand jury and Jencks Act and *Giglio* disclosures as to each witness it expects to call in its case-in-chief on or before **November 25, 2024**. Any *Brady* material not already disclosed also must be disclosed by this date.

9. The Court will schedule any hearings on any motions filed by the Parties as it deems necessary.

10. Counsel shall appear on **December 5, 2024** at 10 a.m. for a pretrial conference in Courtroom 17.

11. The parties will endeavor to provide each other the order of their witnesses' testimony, or 48 hours' notice of when a witness will testify.

It is so **ORDERED.**

DATED: March 7, 2024

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Brendan Ballou
Brendan Ballou
Special Counsel
DC Bar No. 241592
United States Attorney's Office
601 D Street NW
Washington, DC 20001
(202) 431-8493
brendan.ballou-kelley@usdoj.gov

Benet J. Kearney
Assistant United States Attorney
NY Bar No. 4774048

1 Saint Andrew's Plaza
New York, New York 10007
(212) 637 2260
Benet.Kearney@usdoj.gov