# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 21-CR-447 (CJN) |
| : | |
| **JOSHUA CHRISTOPHER DOOLIN,** : | |
| : | |
| **Defendant.** : | |

## MOTION TO EXTEND DEADLINE TO FILE RESPONSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to extend the deadline to respond to defendant Joshua Christopher Doolin's Supplemental Motion for a Sentence Reduction (the "Motion," Dkt. 306), which was filed on March 25, 2024. Pursuant to the Court's March 19, 2024 minute order, the deadline for the United States to respond to the Motion is April 12, 2024; however the Government respectfully requests an additional week, until April 19, 2024 to file its response. The Government has consulted with counsel for the defendant, who does not object to this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Benet J. Kearney*
BENET J. KEARNEY
Assistant United States Attorney
NY Bar No. 4774048
26 Federal Plaza
New York, New York 10278
Benet.Kearney@usdoj.gov
(212) 637 2260