Let it be Filed

Hon. Carl ///
8/29/24

Verbal motion to dismiss

I stand here before you Judge unprepared for trial
nor do I believe with the remainder of my time, that
given the circumstances of my confinement and the
conditions in the jail, that by oct 15 I will be prepared.
But that is not due to my lack of diligence. My
third laptop provided by the government has stopped
working, I have requested another. I have for
over a month requested the ability to message my
Stand by council off the tablet. I do have WPS
but not due to the Jail but because I went through
the tablets on hand and found one that already
had the Software installed. I've been drafting
motions on it and trying to review footage. I
believe it would be a miscarriage of Justice to
Strong arm me in to a trial when I'm unprepared due
to Lackness on the governments part So far I've
been incarcerated 230 Plus days as of writing this
which is over 3x the prescribed amount of 70 days
outlined in the Speedy trial act. Not to mention the
fact that while I'm incarcerated with not ability
to properly and effectiviley represent myself which
I have a right by God to do. The prosecution is
as stated by them continueing to build there
Case against me for it is a on going investigation
due to there lackness they have granted themselves
7 months of investigation and time to work that, I
havei been granted. Wether on purpose or not

they are giving themselves a unfair advantage over me, for up to this time I have not been afforded the right to prepare for trial. So I am asking for a dissmissal with prejudice for the circumstances created by the Government and the violation of the Speedy trial act which was instituted to protect me from Scenarios like this that violate Our right to a fair and Speedy trial.