UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 1:21-CR-447 (CJN) |
| | : |
| JONATHAN DANIEL POLLOCK, | : |
| JOSEPH DANIEL HUTCHINSON, III, and | : |
| OLIVIA MICHELE POLLOCK, | : |
| | : |
| Defendants. | : |

## PROPOSED SCHEDULING ORDER

The government and counsel for Jonathan Pollock and Olivia Pollock propose the schedule below. Joseph Hutchinson has been given these proposed dates and said that he will consider them and will provide input by October 18, 2024:

Trial is set to commence in this matter on **January 27, 2025** at 9:00 a.m. Jury selection will begin that day at 9:00 a.m. in Courtroom 17. The following deadlines shall govern pretrial proceedings:

1. The United States shall notify the defendant of its intentions to introduce any Rule 404(b) evidence not already disclosed on or before **December 2, 2024**. Objections to any such notices are due **December 13, 2024**.

2. The Parties shall file any pretrial motions (including motions *in limine*) on issues not reasonably known to the parties before the previous pretrial motion deadline by **December 6, 2024**; oppositions shall be filed by **December 20, 2024**; and replies shall be filed by **January 3, 2024**.

3. Parties' pretrial statement will be due in two groups. Counsel shall file a neutral case statement, proposed voir dire questions, witness lists, exhibit lists, stipulations, and a

1

   proposed verdict form by **December 20, 2024**. Counsel shall file proposed jury instructions by **January 13, 2024**.

4. The United States should endeavor to make grand jury and Jencks Act and *Giglio* disclosures as to each witness it expects to call in its case-in-chief on or before **January 6, 2025**. Any *Brady* material not already disclosed also must be disclosed by this date.

5. The Court will schedule any hearings on any motions filed by the Parties as it deems necessary. Parties will be available for a pretrial conference the week of **January 13, 2025**, or **January 20, 2025**. Counsel for Olivia Pollock is unavailable January 16 and 17, 2025. Due to the upcoming inauguration, the government requests that the pretrial conference, if it is ultimately scheduled for January 17, 21, or 22, 2025, be conducted remotely or hybrid remote and in-person.

6. The parties will endeavor to provide each other the order of their witnesses' testimony, or 48 hours' notice of when a witness will testify.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                D.C. Bar No. 481052

By:    /s/ Brendan Ballou
        Brendan Ballou
        DC Bar No. 241592
        Special Counsel

        Anna Krasinski
        NH Bar No. 276778
        Benet J. Kearney
        NY Bar No.474048
        Assistant United States Attorneys

        United States Attorney's Office
        601 D Street NW
        Washington, DC 20530
        (202) 431-8493 / (603) 451-7851/ (212) 637 2260
        brendan.ballou-kelley@usdoj.gov
        benet.kearney@usdoj.gov
        anna.krasinski@usdoj.gov

**<u>CERTIFICATION</u>**

I, Brendan Ballou, certify that to serve the parties, their counsel, and standby counsel, that I am electronically filing this pleading with the Clerk of the Court using the CM/ECF system, and am separately mailing this filing to the defendant Joseph Daniel Hutchinson III.

<u>/s/ Brendan Ballou</u>
Brendan Ballou
DC Bar No. 241592
Special Counsel
United States Attorney's Office
601 D Street NW
Washington, DC 20530
(202) 431-8493
Brendan.Ballou-Kelley@usdoj.gov