UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.                          : | CASE NO. 1:21-CR-447 (CJN) |
| : | |
| JONATHAN DANIEL POLLOCK, : | |
| JOSEPH DANIEL HUTCHINSON, III, and : | |
| OLIVIA MICHELE POLLOCK,  : | |
| : | |
| : | |
| Defendants. | |

### NOTICE ON PROPOSED SCHEDULING ORDER

On October 11, 2024, the government, Jonathan Pollock, and Olivia Pollock submitted a proposed scheduling order in this case. ECF No. 387. At the time, Joseph Hutchinson was considering the proposal, and said that he would provide his response at a later time. On October 25, 2024, the government spoke with Mr. Hutchinson, who said that he did not oppose the proposed schedule, but requested that the government produce all *Brady* and related materials as expeditiously as possible. The government will endeavor to do so.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Brendan Ballou
      Brendan Ballou
      DC Bar No. 241592
      Special Counsel

      Anna Krasinski
      NH Bar No. 276778
      Benet J. Kearney
      NY Bar No.474048

1

Assistant United States Attorneys

United States Attorney's Office
601 D Street NW
Washington, DC 20530
(202) 431-8493 / (603) 451-7851/ (212) 637 2260
brendan.ballou-kelley@usdoj.gov
benet.kearney@usdoj.gov
anna.krasinski@usdoj.gov

## **CERTIFICATION**

    I, Brendan Ballou, certify that to serve the parties, their counsel, and standby counsel, that I am electronically filing this pleading with the Clerk of the Court using the CM/ECF system, and am separately mailing this filing to the defendant Joseph Daniel Hutchinson III.

/s/ Brendan Ballou
Brendan Ballou
DC Bar No. 241592
Special Counsel
United States Attorney's Office
601 D Street NW
Washington, DC 20530
(202) 431-8493
Brendan.Ballou-Kelley@usdoj.gov