UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-cr-447 (CJN) |
| | : | |
| JONATHAN DANIEL POLLOCK, | : | |
| JOSEPH DANIEL HUTCHINSON, III, | : | |
| OLIVIA MICHELE POLLOCK, | : | |
| | : | |
| Defendants. | : | |

**PRETRIAL STATEMENT**

Pursuant to the Court's December 6, 2024 scheduling order (ECF 404), the parties hereby jointly submit this pretrial statement in advance of the February 18, 2025 trial in this matter.

**I.      Neutral Statement of the Case**

The parties' proposals for a neutral statement of the case for the Court to read to prospective jurors are attached in Exhibit 1.

**II.      Proposed Voir Dire**

The parties' proposed *voir dire* questions are set forth in Exhibit 2A. In addition, Jonathan Pollock proposes that jurors fill out a questionnaire, attached as Exhibit 2B. Olivia Pollock does not object to this proposal  The government believes that the proposed *voir dire* and applicable follow up questions are adequate to probe jurors on issues of potential bias, that a written questionnaire is not necessary, and that the use of such a questionnaire will needlessly add time to what is already expected to be a lengthy trial.

### III.  List of Witnesses

The government's witness list is attached as Exhibit 3.

### IV.  Exhibit Lists

The Government's draft exhibit list is attached as Exhibit 4A.  At this time, the United States has identified the majority of exhibits it intends to use at trial. The exhibit list was compiled in a good-faith effort to identify all trial evidence that is known or identified at this time. The government reserves the right to supplement this list or to remove items from the list, as it develops additional evidence throughout trial preparations and to streamline the presentation of its case. The government also reserves the right to introduce any evidence produced to the defense in discovery.

Jonathan Pollock's draft exhibit list is attached as Exhibit 4B.

Olivia Pollock's draft exhibit list is attached as Exhibit 4C.

### V.  Stipulations

The parties have not yet reached any stipulations.  The government intends to offer certain exhibits pursuant to Federal Rules of Evidence 902(5), 902(11), 902(13), and 902(14) and provided notice of this intention to counsel and Mr. Hutchinson on September 25, 2024 and December 18, 2024.

## VI. Verdict Form

The parties' draft verdict form is attached as Exhibit 5.

                                            Respectfully submitted,

                                            FOR THE UNITED STATES
                                            MATTHEW M. GRAVES
                                            United States Attorney
                                            D.C. Bar No. 481052

By: /s/ Benet J. Kearney
                 Benet J. Kearney
                 N.Y. Bar No. 4774048
                 Anna Z. Krasinksi
                 N.H. Bar No. 276778
                 Assistant United States Attorneys
                 601 D Street, N.W.
                 Washington, D.C. 20530
                 Benet.Kearney@usdoj.gov
                 Anna. Krasinski@usdoj.gov
                 (212) 637 2260
                 (603) 451 7851