UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CASE NO. 21-cr-447 (CJN) |
| : | |
| JOSEPH DANIEL HUTCHINSON III, and : | |
| OLIVIA MICHELLE POLLOCK, : | |
| : | |
| Defendants. | |

**UNITED STATES' MOTION TO DISMISS CERTAIN COUNTS
OF THE SECOND SUPERSEDING INDICTMENT WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss Counts One, Four, Eleven, Twelve, Nineteen, Twenty-One, Twenty-Three, and Twenty-Four against defendants Joseph Daniel Hutchinson III Olivia Michelle Pollock. The government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for this dismissal.

At this time, the government is not moving to dismiss Counts Twenty-Five and Twenty-Six, which charge Olivia Pollock and Joseph Hutchinson with Failure to Appear, in violation of 18 U.S.C. § 3146(a)(1), for conduct that occurred in 2023.

1

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

_____/S/_____
JENNIFER LEIGH BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov
(202) 252-7068